AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

UNITED AMERICAN CORP.

*Plaintiff(s)*

v.

BITMAIN, INC., et al.

*Defendant(s)*

CASE NO: 1:18-cv-25106-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BITMAIN, INC.
Registered Agent: YIRU TANG
300 PARK AVENUE, Suite 300
SAN JOSE, CA 95110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: December 06, 2018

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. <br><br> *Plaintiff(s)* <br> v. <br> BITMAIN, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO: 1:18-cv-25106-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JASON B. COX
12 KNAPP CT
SAN MATEO, CA 94403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. <br><br> *Plaintiff(s)* <br> v. <br><br> BITMAIN, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     CASE NO: 1:18-cv-25106-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SHAMMAH CHANCELLOR
155 JACKSON ST
APT 802
SAN FRANCISCO, CA 94111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

UNITED AMERICAN CORP.

*Plaintiff(s)*

v.

BITMAIN, INC., et al.

*Defendant(s)*

CASE NO: 1:18-cv-25106-KMW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  AMAURY SECHET
8 RUE NAPOLEON, 49700
DOUÉ LA FONTAINE
FRANCE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

s/ P.Curtis
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED AMERICAN CORP. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | CASE NO: 1:18-cv-25106-KMW |
| BITMAIN, INC., et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BITMAIN TECHNOLOGIES HOLDING COMPANY
Clifton House
75 Fort Street
Grand Cayman KY1-1108
Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

UNITED AMERICAN CORP.

*Plaintiff(s)*

v.

BITMAIN, INC., et al.

*Defendant(s)*

CASE NO: 1:18-cv-25106-KMW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BITMAIN TECHNOLOGIES LTD.
Building 25
North Olympic Science & Technology Park
Haidian District
Beijing, 100029
China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. <br><br> *Plaintiff(s)* <br> v. <br><br> BITMAIN, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO: 1:18-cv-25106-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SAINT BITTS LLC
858 Zenway Blvd.
Frigate Bay, Saint Kitts
Saint Kitts and Nevis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. *Plaintiff(s)* v. BITMAIN, INC., et al. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO: 1:18-cv-25106-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JIHAN WU
300 PARK AVENUE, Suite 300
SAN JOSE, CA 95110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP.<br><br>*Plaintiff(s)*<br>v.<br><br>BITMAIN, INC., et al.<br><br>*Defendant(s)* | CASE NO: 1:18-cv-25106-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JESSE POWELL
PAYWARD VENTURES, INC.
d/b/a KRAKEN
237 KEARNY STREET, #102
SAN FRANCISCO, CA 94108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED AMERICAN CORP. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | CASE NO: 1:18-cv-25106-KMW |
| BITMAIN, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAYWARD VENTURES, INC.
through its Registered Agent:
Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes DE  19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Fl 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts