### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a       Case No. 0:1:18-cv-25106-KMM
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL, AMAURY
SECHET, SHAMMAH CHANCELLOR, and
JASON COX,

      Defendants,

_____/

### NOTICE OF FILING CIVIL COVER SHEET

      Plaintiff, United American Corp., ("United American") hereby gives notice of its filing of

its Civil Cover Sheet pursuant to ECF No. 4.

Dated: December 6, 2018       Respectfully submitted,

      By: _s/ Brian P. Miller_
      Brian P. Miller
      Florida Bar No. 0980633
      brian.miller@akerman.com
      Michael O. Mena
      Florida Bar No. 010664
      Michael.mena@akerman.com
      Joanne Gelfand
      Florida Bar No. 515965
      Joanne.gelfand@akerman.com

      AKERMAN LLP
      Three Brickell City Centre
      98 Southeast Seventh Street, Suite 1100
      Miami, FL 33131
      Tel: 305-374-5600
      Fax: 305-374-5095

      _Attorneys for Plaintiff United American Corp._

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system.

By:   */s/ Brian P. Miller*