AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. <br><br> *Plaintiff(s)* <br> v. <br> SAINT BITTS LLC d/b/a BITCOIN.COM, et al. <br><br> *Defendant(s)* | Civil Action No.  18-cv-25106-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROGER VER
469 Ena Road, Apt. 1312
Honolulu, HI  96815-1723

and/or

3350 Scott Blvd., Building 32
Santa Clara, CA  95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Dec 7, 2018__



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts