UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED AMERICAN CORP.,                                   Case No. 0:1:18-cv-25106-KMM

     Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

     Defendants,
_____/

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that there is no corporation owning 10% or more of the stock of United American Corp.

Dated: December 11, 2018

     Respectfully submitted,

     By: *s/ Brian P. Miller*
     Brian P. Miller
     Florida Bar No. 0980633
     brian.miller@akerman.com
     Michael O. Mena
     Florida Bar No. 010664
     Michael.mena@akerman.com
     Joanne Gelfand
     Florida Bar No. 515965
     Joanne.gelfand@akerman.com

     AKERMAN LLP
     Three Brickell City Centre
     98 Southeast Seventh Street, Suite 1100
     Miami, FL 33131
     Tel: 305-374-5600
     Fax: 305-374-5095

     *Attorneys for Plaintiff United American Corp.*

47179559;1

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system.

By: _/s/ Brian P. Miller_