UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

### PATRIALLY AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SHAMMAH CHANCELLOR TO RESPOND TO PLAINTIFF'S COMPLAINT

    Defendant Shammah Chancellor ("Chancellor") hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1(a)(1)(J) for the entry of an Order enlarging by four weeks the deadline, up to and including January 30, 2018 within which respond to the Complaint, and in support thereof states:

    On December 8, 2018, Plaintiff served the Complaint in this action on Chancellor, one of eleven Defendants in this action. Chancellor expeditiously sought to retain counsel, and retained the undersigned counsel today.

    The Complaint purports to assert a number of claims, including alleged violations of the Sherman Act against 11 different defendants (none of which have been served to Chancellor's knowledge). Under the Rules, Chancellor must respond to the Complaint by January 2, 2019, immediately following the Christmas and New Year's holidays.

Due to the intervening holidays, and the issues raised by the Complaint, Chancellor's counsel requires additional time to fully evaluate and respond to the Complaint. In addition, Chancellor's out of state counsel is also in the process of compiling the required information and preparing the requisite *pro hac vice* submissions for the Court. Accordingly, good cause exists pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1 for the granting of this Motion.

The enlargement will not prejudice any party, will not delay the proceedings, and is filed in good faith, particularly given that to the best of Chancellor's knowledge and belief, no other defendant in this action has been served. Moreover, counsel for Plaintiff has agreed to an extension to January 11, 2019 for Chancellor to respond to the Complaint.

For the avoidance of doubt, in making this motion for enlargement of time, Chancellor does not intend to waive and expressly reserves his right to file an appropriate response to the Complaint, including, but not limited to, a motion to dismiss for failure to state a claim, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to join a necessary party.

WHEREFORE, Defendant Chancellor respectfully moves the Court to enter an Order granting him a four-week extension of time, up to and including January 30, 2018, within which to respond to the Complaint. A proposed order provided for the Court's consideration is appended hereto as Exhibit A.

## RULE 7.1 CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned certifies that on December 19, 2018, Ian Simmons conferred with counsel for the Plaintiff to resolve the issues raised in this

Motion. Plaintiff agreed to an extension until January 11, 2019, but did not agree to the requested enlargement of time up to and including January 30, 2019.

Dated: December 20, 2018

Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
**MELISSA C. PALLETT-VASQUEZ**
Florida Bar No. 715816
mpallett@bilzin.com
**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593

/s/ IAN SIMMONS
**IAN SIMMONS***
D.C. Bar No. 439645
isimmons@omm.com
**KATRINA ROBSON***
D.C. Bar No. 989341
krobson@omm.com
**BRIAN P. QUINN***
D.C. Bar No. 1048323
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: 202-383-5106
Fax: 202-383-5414

*Motion for Admission *Pro Hac Vice* Forthcoming

*Counsel for Defendant Shammah Chancellor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez

3