UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

    Defendants.
_____/

### [PROPOSED] ORDER

Upon consideration of the Partially Agreed Motion for Extension of Time for Defendant Shammah Chancellor to Respond to Plaintiff's Complaint, the Court hereby ORDERS that said motion is GRANTED. Defendant Chancellor's time to respond to Plaintiffs' complaint is hereby extended to January 30, 2018.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December 2018.

                                                   _____
                                                   Hon. Kathleen M. Williams
                                                   U.S. District Court Judge