UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX, <br><br> Defendants. | Case No. 1:18-cv-25106 KMW |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Payward Ventures, Inc. and Jesse Powell in the above-styled action.[1] Accordingly, please send

---

[1] Defendants Payward Ventures, Inc. and Jesse Powell file this notice without waiving Defendants' rights to assert any defenses by motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

copies of all pleadings, motions, objections, responses, notices, and any other court papers which the Defendants are entitled to receive to the undersigned counsel.

Dated:  December 26, 2018.  Respectfully Submitted,

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

*Attorney for Defendants Payward Ventures, Inc. and Jesse Powell*