**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company,<br><br>        Plaintiff,<br><br>v.<br><br>BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-25106 KMW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AGREED EXTENSION OF**
**TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), Defendant Payward Ventures, Inc. ("Payward Ventures") files this Motion for Agreed Extension of Time to Respond to the Complaint ("Motion").  By this Motion, Payward Ventures seeks permission to respond to Plaintiff's Complaint by January 18, 2019, the same date previously ordered with regard to defendant Shammah Chancellor.

In support of this motion, Payward Ventures states as follows:

1.      Upon receiving the Complaint on Thursday, December 6, 2018, Payward Ventures sought to retain counsel.  Payward Ventures retained the undersigned counsel on December 21, 2018.  Under the Federal Rules of Civil Procedure, Payward Ventures would be required to respond to the Complaint by December 27, 2018.

2.      The Complaint purports to assert a number of claims, including alleged violations of the Sherman Act, against 11 different defendants.  Due to the number of issues in a specialized area of the law raised by the Complaint, the intervening holiday, and the time it took Payward Ventures to identify and retain counsel, Payward Ventures requires additional time to fully evaluate and respond to the Complaint.  In addition, Payward Ventures's out-of-state counsel is in the process of compiling the required information and preparing the requisite *pro hac vice* submissions for the Court.  Accordingly, good cause exists pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1 to enlarge Payward Ventures's time to respond to the Complaint to January 18, 2019.

3.      Counsel for Plaintiff has agreed to an enlargement of Payward Ventures's time to respond to the Complaint to January 18, 2019.  This Motion is filed in good faith and will not prejudice any party, nor delay the proceedings.  This Motion is Payward Ventures's first request for an enlargement of the time to respond to the Complaint.

4.      This Court previously granted a similar motion by Defendant Shammah Chancellor to enlarge the time to respond to the Complaint, giving him until January 18, 2019.  (*See* Dkt. 12.)

WHEREFORE, Payward Ventures respectfully moves the Court to enter an Order setting a January 18, 2019 deadline for Payward Ventures to respond to the Complaint.  A proposed order provided for the Court's consideration is appended hereto as Exhibit A.

**Compliance with Local Rule 7.1(a)(3)**

Undersigned counsel has conferred with counsel for Plaintiff, who do not object to the relief sought.

Dated:  December 26, 2018.                    Respectfully Submitted,

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

*Attorney for Defendant Payward Ventures, Inc*

**Certificate of Service**

**I HEREBY CERTIFY** that on December 26, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie