# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BITMAIN, INC., SAINT BITTS LLC d/b/a )<br>BITCOIN.COM, ROGER VER, BITMAIN )<br>TECHNOLOGIES LTD., BITMAIN )<br>TECHNOLOGIES HOLDING COMPANY, )<br>JIHAN WU, PAYWARD VENTURES, INC. )<br>d/b/a KRAKEN, JESSE POWELL, )<br>AMAURY SECHET, SHAMMAH )<br>CHANCELLOR, and JASON COX, )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-25106 KMW |

## **[PROPOSED] ORDER**

Upon consideration of the Motion for Agreed Extension of Time to Respond to the Complaint filed by Defendant Payward Ventures, Inc. ("Payward Ventures"), the Court hereby ORDERS that said motion is GRANTED. The time for Payward Ventures to respond to Plaintiff's complaint is hereby extended to January 18, 2018.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2018.

_____
Hon. Kathleen M. Williams
U.S. District Court Judge