UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX, <br><br> Defendants. | Case No. 1:18-cv-25106 KMW |

**UNOPPOSED MOTION FOR ORDER SETTING
TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), Defendant Jesse Powell, through undersigned counsel, files this Motion requesting an Order from this Court setting January 18, 2019 as the deadline to respond to the Complaint in this matter, the same date as defendant Shammah Chancellor and Payward Ventures, Inc. ("Payward Ventures").

In support of this motion, Mr. Powell states as follows:

1. Mr. Powell and Payward Ventures are both represented by the undersigned. Payward Ventures has been served with the Complaint and, by unopposed motion filed on December 26, 2018, requested an order of the Court setting January 18, 2019 as the deadline to file a response to the Complaint. Mr. Powell has not yet been served with the Complaint in this

matter. Counsel for Plaintiff, however, disagrees. In order to avoid unnecessary litigation over the issue of service on Mr. Powell, the parties have agreed that the undersigned will accept service of the Complaint on behalf of Mr. Powell and file a response to the Complaint on January 18, 2019, the same date as defendant Chancellor and Payward Ventures.

WHEREFORE, Mr. Powell respectfully moves the Court to enter an Order setting a January 18, 2019 deadline for Mr. Powell to respond to the Complaint. A proposed order provided for the Court's consideration is appended hereto as Exhibit A.

**Compliance with Local Rule 7.1(a)(3)**

Undersigned counsel has conferred with counsel for Plaintiff, who do not object to the relief sought.

Dated: December 27, 2018.            Respectfully Submitted,

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

*Attorney for Jesse Powell*

**Certificate of Service**

**I HEREBY CERTIFY** that on December 27, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Andrew C. Lourie*
Andrew C. Lourie