# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company,<br><br>    Plaintiff,<br><br>v.<br><br>BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,<br><br>    Defendants. | Case No. 1:18-cv-25106 KMW |

## **[PROPOSED] ORDER**

Upon consideration of the unopposed motion by Jesse Powell for an order to set a time to respond the Complaint, the Court hereby ORDERS that said motion is GRANTED. The deadline for Jesse Powell to respond to the Complaint is January 18, 2019.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2018.

                                                                                                                     Hon. Kathleen M. Williams
                                                                                                                     U.S. District Court Judge