**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:18-CV-25106-WILLIAMS-TORRES**

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

      Defendants.

_____/

**PARTIALLY AGREED EXPEDITED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BITMAIN INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant Bitmain Inc. (hereinafter "Bitmain") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a) for a 30-day extension of time to file its response to Plaintiff's Complaint ("Complaint") (ECF No. 1), up to and including February 1, 2019, and in support thereof states:

    1.    Plaintiff filed its Complaint in this matter on December 6, 2018. The 122-paragraph Complaint names 11 separate foreign and U.S.-based corporate and individual defendants and contains seven causes of action, including an alleged violation of federal antitrust law.

    2.    Plaintiff purported to serve Bitmain with a copy of its Complaint on December 11, 2018.

    3.    Assuming that Plaintiff properly served Bitmain, Bitmain's response to the Complaint is presently due on January 2, 2019. (By this motion, Bitmain does not concede that it

1

was properly served, but instead reserves all of its rights to challenge the service of process, the Court's jurisdiction over Bitmain, and any other challenges permitted to be presented in a motion pursuant to Federal Rule of Civil Procedure 12 or a motion to transfer/dismiss.)

4. Bitmain recently engaged the undersigned counsel to represent it in this matter. Given (a) the breadth of the Complaint's allegations, (b) the need to investigate facts relevant to the Complaint, the purported service of the Complaint, and the Court's jurisdiction over Bitmain, and (c) the difficulties in conducting such investigation in light of the year-end holidays, Bitmain reasonably needs additional time to prepare a responsive filing to the Complaint.

5. Accordingly, Bitmain respectfully requests a 30-day extension of time, through and including February 1, 2019, to file its response to the Complaint. This motion is made in good faith, not for the purposes of delay or harassment, and will not prejudice any party. Bitmain has not made any prior motion for extension of time.

6. Bitmain's counsel conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel agreed to a 17-day extension of time through and including January 18, 2019, but did not agree to the requested 30-day extension through and including February 1, 2019.

7. Bitmain respectfully requests an expedited ruling on this motion by Monday, December 31, 2019, based on the time-sensitive nature of the relief sought herein.

**WHEREFORE**, Bitmain respectfully requests entry of an order granting it an extension of time up to and including February 1, 2019 to file its response to Plaintiff's Complaint. A proposed order accompanies this motion as Exhibit "A."

## RULE 7.1 CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned counsel certifies that on December 26, 2018 and December 27, 2018, counsel for Bitmain conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in the motion.  Counsel for Plaintiff agreed to a 17-day extension of Bitmain's deadline to respond to the Complaint until January 18, 2019, but did not agree to the requested 30-day extension of time up to and including February 1, 2019.

Dated: December 27, 2018                                       Respectfully submitted,

/s/ Christopher R.J. Pace
Christopher R.J. Pace
Florida Bar No. 721166
Marc A. Weinroth
Florida Bar No. 42873
**JONES DAY**
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799

*Attorneys for Defendant Bitmain, Inc.*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

                */s/ Marc A. Weinroth*
                Marc A. Weinroth