# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:18-CV-25106-WILLIAMS-TORRES

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PARTIALLY AGREED
EXPEDITED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT BITMAIN INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

    THIS CAUSE came before the Court on Defendant Bitmain Inc.'s ("Bitmain") Partially Agreed Expedited Motion of Time to Respond to Plaintiff's Complaint ("Motion").  Having reviewed the file and being fully advised of the premises, it is hereby:

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**.  Bitmain shall have up to and including February 1, 2019 to file its response to Plaintiff's Complaint.

    **DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of December, 2018.

_____
EDWIN G. TORRES
United States Magistrate Judge