**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| UNITED AMERICAN CORP., a Florida company, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX, <br><br> Defendants. | Case No. 1:18-cv-25106 KMW |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian E. Klein of the law firm Baker Marquart LLP for the purpose of appearance as co-counsel on behalf of Payward Ventures, Inc. and Jesse Powell in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian E. Klein to receive electronic filings in this case, and in support thereof states as follows:

1.      Brian E. Klein is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar, New York Bar, and Washington State Bar.

2.      Movant, Andrew C. Lourie, of the law firm Kobre & Kim LLP, 201 South Biscayne Blvd. Suite 1900, Miami, Florida 33131, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Brian E. Klein has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Brian E. Klein, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian E. Klein at email addresses: bklein@bakermarquart.com, calendar@bakermarquart.com, and file@bakermarquart.com.

WHEREFORE, Andrew C. Lourie moves this Court to enter an Order allowing Brian E. Klein to appear before this Court on behalf of Payward Ventures, Inc. and Jesse Powell, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian E. Klein.

Date: December 27, 2018

                                      Respectfully Submitted,

                                      */s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

*Attorneys for Defendants Payward Ventures, Inc. and Jesse Powell*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED AMERICAN CORP., a Florida company, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX, <br><br> Defendants. | Case No. 1:18-cv-25106 KMW |

## **CERTIFICATION OF BRIAN E. KLEIN**

Brian E. Klein pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the California State Bar.

*/s/ Brian E. Klein*_____
Brian E. Klein