IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of attorneys Ian Simmons, Katrina Robson and Sergei Zaslavsky of the law firm of O'MELVENY & MYERS LLP, for purposes of appearance as co-counsel on behalf of Defendant Shammah Chancellor in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ian Simmons, Katrina Robson and Sergei Zaslavsky to receive electronic filings in this case, and in support thereof states:

    1.    Ian Simmons, of the law firm of O'Melveny & Meyers LLP, 1625 Eye Street, NW, Washington, DC 20006, Tel: 202-383-5106, is not admitted to practice in the Southern District of

Florida and is a member in good standing of the State Bars of Pennsylvania and the District of Columbia, as well as the United States District Court for the District of Columbia, and the United States Courts of Appeals for the Second, Third, Fourth, Seventh, Ninth and Tenth Circuits and the United States Supreme Court.

2. Katrina M. Robson, of the law firm of O'Melveny & Meyers LLP, 1625 Eye Street, NW, Washington, DC 20006, Tel: 202-220-5052, is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of California and the District of Columbia, the United States District Court for the District Court of Columbia and the United States Court of Appeals for the Ninth and District of Columbia Circuits.

3. Sergei Zaslavsky, of the law firm of O'Melveny & Meyers LLP, 1625 Eye Street, NW, Washington, DC 20006, Tel: 202-383-5162, is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of Maryland and the District of Columbia.

4. Movant, Melissa C. Pallett-Vasquez, Esq., of the law firm of BILZIN SUMBERG BAENA PRICE & AXELROD LLP, 1450 Brickell Ave, Suite 2300, Miami, Florida 33131, Tel.: (305) 374-7580, is a member in good standing of the State Bar of Florida, the United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, the United States District Court for the District of Colorado, and the Eleventh Circuit Court of Appeals, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be

filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Ian Simmons, Katrina Robson and Sergei Zaslavsky have each made payment of this Court's $75 admission fee.

4.  Ian Simmons' certification in accordance with Rule 4(b) is attached hereto as **Exhibit "A."**

5.  Katrina Robson's certification in accordance with Rule 4(b) is attached hereto as **Exhibit "B."**

6.  Sergei Zaslavsky's certification in accordance with Rule 4(b) is attached hereto as **Exhibit "C."**

7.  Ian Simmons, Katrina Robson and Sergei Zaslavsky, , by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby request the Court provide Notice of Electronic Filings to Ian Simmons at email address isimmons@omm.com, to Katrina Robson at email address krobson@omm.com, to Sergei Zaslavsky at email address szaslavsky@omm.com. A Proposed Order for the Court's consideration is attached as **Exhibit "D."**

WHEREFORE, Melissa Pallett-Vasquez moves this Court to enter an Order for Ian Simmons, Katrina Robson and Sergei Zaslavsky to appear before this Court on behalf of Defendant Shammah Chancellor (and any other defendant in the above captioned case for whom these attorneys may later enter an appearance) for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ian Simmons, Katrina Robson and Sergei Zaslavsky.

        Respectfully Submitted,

        /s/*Melissa Pallett-Vasquez*
        MELISSA PALLETT-VASQUEZ
        (Fla. Bar No. 715816)
        **BILZIN SUMBERG BAENA**
        **PRICE & AXELROD LLP**
        1450 Brickell Ave., Suite 2300
        Miami, Florida 33131-3456
        Telephone: (305) 374-7580
        Facsimile: (305) 374-7593
        E-mail: mpallett@bilzin.com
           llustrin@bilzin.com

        *Counsel for Defendant Shammah Chancellor*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon all parties and counsel of record through the Court's ECF system on January 2, 2019.

        By: */s/Melissa Pallett-Vasquez*
           Melissa Pallett-Vasquez, Esq.