# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

_____/

## CERTIFICATION OF IAN SIMMONS

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, Ian Simmons hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and State Bar of Pennsylvania, as well as the United States District Court for the District of Columbia, and the United States Courts of Appeals for the Second, Third, Fourth, Seventh, Ninth and Tenth Circuits and the United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                      s/   *Ian Simmons*
                                                            Ian Simmons