# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

_____/

## CERTIFICATION OF KATRINA ROBSON

    Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, Katrina Robson hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and State Bar of California, the United States District Courts for the District Court of Columbia and the United States Court of Appeals for the Ninth and District of Columbia Circuits; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    s/ *Katrina Robson*
       Katrina Robson