# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

     Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

     Defendants.

_____/

### <u>CERTIFICATION OF SERGEI ZASLAVSKY</u>

     Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, Sergei Zaslavsky hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and State Bar of Maryland; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.


          s/_____*Sergei Zaslavsky*_____
          Sergei Zaslavsky