# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:18-cv-25106-KMW-EGT**

UNITED AMERICAN CORP.,

      Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

      Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND**
**REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*,

Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing on

behalf of attorneys Ian Simmons, Katrina Robson and Sergei Zaslavsky, of the law firm of

O'MELVENY & MYERS LLP (the "Motion"), pursuant to the Rules Governing the Admission,

Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the

Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this

Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Attorneys Ian Simmons, Katrina Robson and Sergei Zaslavsky, of the law firm of O'MELVENY & MYERS LLP may appear and participate in this action on behalf of Defendant Shammah Chancellor, and any other defendant in the above captioned case for whom these attorneys may later enter an appearance.  The Clerk shall provide electronic notification of all electronic filings to Ian Simmons, Katrina Robson, Sergei Zaslavsky, at isimmons@omm.com, krobson@omm.com, szaslavsky@omm.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
Hon. Kathleen M. Williams
United States District Judge

Copies furnished to: All Counsel of Record