# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

## CERTIFICATION OF BRIAN P. QUINN

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, Brian P. Quinn hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bars of Virginia and the District of Columbia, the United States District Courts for the Eastern and Western Districts of Virginia, and the United States Courts of Appeals for the Fourth, Seventh, Ninth and Eleventh Circuits; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                s/    *Brian P. Quinn*
                                                       Brian P. Quinn