# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND
<u>REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing on behalf of attorneys Zhao Liu and Brian P. Quinn of the law firm of O'MELVENY & MYERS LLP (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

2

The Motion is GRANTED. Attorneys Zhao Liu and Brian P. Quinn of the law firm of O'MELVENY & MYERS LLP may appear and participate in this action on behalf of Defendant Shammah Chancellor, and any other defendant in the above captioned case for whom these attorneys may later enter an appearance. The Clerk shall provide electronic notification of all electronic filings to Zhao Liu and Brian P. Quinn, at zliu@omm.com, and bquinn@omm.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
Hon. Kathleen M. Williams
United States District Judge

Copies furnished to: All Counsel of Record