UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-WILLIAMS/TORRES

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

_____/

**DEFENDANT BITMAIN INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bitmain Inc. ("Bitmain") hereby submits its corporate disclosure statement. Bitmain states that it is a wholly-owned subsidiary of BitMain Technologies Holding Company and that no publicly held corporation owns 10% or more of Bitmain's stock.

Date: January 7, 2019							Respectfully submitted,


                                                                   */s/ Christopher R.J. Pace*  
                                                                   Christopher R.J. Pace  
                                                                   Florida Bar No. 721166  
                                                                   Email:  crjpace@jonesday.com  
                                                                   Marc A. Weinroth  
                                                                   Florida Bar No. 42873  
                                                                   Email:  mweinroth@jonesday.com  
                                                                   **JONES DAY**  
                                                                   600 Brickell Avenue  
                                                                   Suite 3300  
                                                                   Miami, Florida  33131  
                                                                   Telephone: (305) 714-9700  
                                                                   Facsimile: (305) 714-9799

                                                                  *Attorneys for Defendant Bitmain Inc.*


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.


                                                                   */s/ Christopher R.J. Pace*  
                                                                  Christopher R.J. Pace