UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANT**
**SHAMMAH CHANCELLOR TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Shammah Chancellor ("Chancellor") hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1(a)(1)(J) for an enlargement of time through and including February 1, 2019 within which respond to the Complaint [D.E.1], and in support thereof states:

1. The Complaint in this action purports to assert seven separate claims, including an anti-trust claim alleging violations of the Sherman Act, against eleven different defendants. Chancellor is one of the eleven defendants named in this action.

2. On December 8, 2018, Chancellor was served with the Complaint.

3. On December 28, 2018, Chancellor was granted an extension of time through January 18, 2019 to file his response to the Complaint. [D.E. 22].

4. At the time of Chancellor's first motion for extension of time, Chancellor had just retained undersigned counsel. Although Chancellor has worked to expeditiously analyze the Complaint and prepare an appropriate response, more robust analysis, including of potential jurisdictional issues, is necessary before finalizing Chancellor's response to the Complaint. Accordingly, Chancellor respectfully requests a brief additional extension of time through and including February 1, 2019 within which to respond to the Complaint.

5. The requested enlargement is not sought for purposes of delay and will not prejudice any party, or delay the proceedings, particularly since defendant Bitmain, Inc. has been granted an extension through and including February 1, 2019 to respond to the Complaint and it is Chancellor's understanding that not all defendants have even been served with the Complaint.

6. For the avoidance of doubt, in making this motion for enlargement of time, Chancellor does not intend to waive and expressly reserves his right to file an appropriate response to the Complaint, including, but not limited to, a motion to dismiss for failure to state a claim, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to join a necessary party.

WHEREFORE, Defendant Chancellor respectfully moves the Court to enter an Order granting him an extension through and including February 1, 2019, within which to respond to the Complaint. A proposed order provided for the Court's consideration is appended hereto as Exhibit A.

## RULE 7.1 CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned certifies that on January 3, 2019, and January 7, 2019, counsel for Chancellor, Melissa Pallett-Vasquez, conferred with counsel for Plaintiff, Michael Mena, but Plaintiff did not agree to the requested extension.

Dated: January 7, 2019

Respectfully submitted,

/s/ Melissa Pallett-Vasquez
**MELISSA C. PALLETT-VASQUEZ**
Florida Bar No. 715816
mpallett@bilzin.com
**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593

/s/ IAN SIMMONS
**IAN SIMMONS**\*
D.C. Bar No. 439645
isimmons@omm.com
**KATRINA ROBSON**\*
D.C. Bar No. 989341
krobson@omm.com
**BRIAN P. QUINN\***
D.C. Bar No. 1048323
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: 202-383-5106
Fax: 202-383-5414

\*Motion for Admission *Pro Hac Vice* Pending

*Counsel for Defendant Shammah Chancellor*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez

3