# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

    Defendants.
_____/

**[PROPOSED] ORDER**

Upon consideration of the Second Motion for Extension of Time for Defendant Shammah Chancellor to Respond to Plaintiff's Complaint, the Court hereby ORDERS that said motion is GRANTED. Defendant Chancellor shall have through and including February 1, 2019, within which to file and serve his response to the Complaint in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January 2019.

                                            _____
                                            Hon. Kathleen M. Williams
                                            U.S. District Court Judge