UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-WILLIAMS/TORRES

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Marc A. Weinroth hereby gives notice of appearance in this case on behalf of Defendant Bitmain Inc., and requests service of all notices, pleadings, and other papers filed and/or served in this case as required by the Federal Rules of Procedure or by Order of the Court.

Date: January 10, 2019          Respectfully submitted,

                                      */s/ Marc A. Weinroth*
                                      Marc A. Weinroth
                                      Florida Bar No. 42873
                                      Email:  mweinroth@jonesday.com
                                      **JONES DAY**
                                      600 Brickell Avenue, Suite 3300
                                      Miami, Florida  33131
                                      Telephone: (305) 714-9700
                                      Facsimile: (305) 714-9799

                                      *Attorneys for Defendant Bitmain Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

/s/ Marc A. Weinroth
Marc A. Weinroth