## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED AMERICAN CORP., a Florida company,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,<br><br>Defendants. | Case No. 1:18-cv-25106 KMW |

### DEFENDANT PAYWARD VENTURES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Payward Ventures, Inc. discloses that its parent company is Payward, Inc. and that no publicly held corporation owns more than 10% of Payward Ventures, Inc. stock.

Date: January 10, 2019

Respectfully Submitted,
*/s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

*- and -*

>Brian Klein (*pro hac vice*)
>bklein@bakermarquart.com
>Donald Pepperman (*pro hac vice*)
>dpepperman@bakermarquart.com
>BAKER MARQUART LLP
>777 S. Figueroa Street, Suite 2850
>Los Angeles, California 90017
>T: +1 424 652 7800
>F: +1 424 652 7850
>
>*Attorneys for Defendant Payward Ventures, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

>*/s/ Andrew C. Lourie*_____
>Andrew C. Lourie