UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED AMERICAN CORP., a Florida company,<br><br>    Plaintiff,<br><br>v.<br><br>BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,<br><br>    Defendants. | Case No. 1:18-cv-25106 KMW |

**UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS
PAYWARD VENTURES, INC. AND JESSE POWELL TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), defendants Payward Ventures, Inc. ("Payward Ventures") and Jesse Powell file this Unopposed Motion for Extension of Time to Respond to the Complaint ("Motion"). By this Motion, Payward Ventures and Jesse Powell seek permission to respond to Plaintiff's Complaint (Dkt. 1) by February 1, 2019, the same date previously ordered with regard to defendants Bitmain, Inc. (Dkt. 22) and Chancellor (Dkt. 29).

1. The 122-paragraph Complaint purports to assert a number of claims, including alleged violations of the Sherman Act, against eleven different defendants. Payward Ventures and Powell are two of the eleven defendants named in this action.

2. On December 6, 2018, Payward Ventures was served with the Complaint. After being retained, the undersigned counsel also agreed to accept service on behalf of Powell on December 27, 2018.

3. Given the retention of undersigned counsel in the midst of the year-end holidays, and given the approaching date to respond to the Complaint, Payward Ventures promptly moved for an extension of time to respond to the Complaint. (Dkt. 14.) That motion sought an extension of time until January 18, 2019 because this Court had set that date for defendant Shammah Chancellor to respond to the Complaint, after that defendant had sought a longer extension of time. (Dkts. 11, 12.) Powell likewise sought an extension. (Dkt. 16.)

4. On December 27, 2018, both Payward Ventures and Powell were granted an extension of time through January 18, 2019 to respond to the Complaint. (Dkts 15, 17.)

5. On December 28, 2018, this Court granted defendant Bitmain, Inc. an extension of time to respond to the Complaint until February 1, 2019. (Dkt. 22.)

6. On January 9, 2019, this Court granted defendant Shammah Chancellor an extension of time to respond to the Complaint until February 1, 2019. (Dkt. 29.)

7. Providing one response date—February 1, 2019—for all served defendants to respond to the Complaint will allow them to potentially reduce duplicative briefing and increase the efficiency of this litigation.

8. The requested enlargement is not sought for purposes of delay and will not prejudice any party or delay the proceedings. Defendants Bitmain, Inc. and Chancellor have already been granted extensions through and including February 1, 2019 to respond to the Complaint. (Dkts. 22, 29.) Further, it is Payward Ventures's and Powell's understanding that not all defendants have even been served with the Complaint.

WHEREFORE, defendants Payward Ventures and Powell respectfully move the Court to enter an Order granting them an extension through and including February 1, 2019, within which to respond to the Complaint. A proposed order for the Court's consideration is appended hereto as Exhibit A.

**Compliance with Local Rule 7.1(a)(3)**

Undersigned counsel has conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose the relief requested given the language of the Court's order of January 9, 2018 granting an extension for defendant Chancellor.

Dated: January 10, 2019.        Respectfully Submitted,

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie (Florida Bar No. 87772)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
T: +1 202 664 1907
F: +1 305 967 6120

                *- and –*

Brian Klein (*pro hac vice*)
bklein@bakermarquart.com
Donald Pepperman (*pro hac vice*)
dpepperman@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
T: +1 424 652 7800
F: +1 424 652 7850

*Attorneys for Payward Ventures, Inc. and Jesse Powell*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

*/s/ Andrew C. Lourie*_____
Andrew C. Lourie