## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED AMERICAN CORP., a Florida company, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX, <br><br> Defendants. | Case No. 1:18-cv-25106 KMW |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Second Motion for Extension of Time for Defendants Payward Ventures, Inc. and Jesse Powell to Respond to Complaint and for good cause shown, the Court hereby ORDERS that said motion is GRANTED. Defendants Payward Ventures, Inc. and Jesse Powell shall have through and including February 1, 2019, within which to file and serve their responses to the Complaint in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January 2019

_____
Hon. Kathleen M. Williams
U.S. District Court Judge