### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 1:18-CV-25106-WILLIAMS/TORRES

UNITED AMERICAN CORP.,

        Plaintiff,

   v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

        Defendants.

_____

### MOTION TO APPEAR *PRO HAC VICE*,
### CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of attorneys Julie E. McEvoy, Mark W. Rasmussen, and Thomas D. York for purposes of appearance as co-counsel on behalf of Defendant Bitmain Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Julie E. McEvoy, Mark W. Rasmussen, and Thomas D. York to receive electronic filings in this case, and in support thereof states as follows:

      1.    Julie M. McEvoy, of the law firm Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939, is not admitted to practice in the Southern District of Florida. Ms. McEvoy is a member in good standing of The Virginia State Bar, the United States

District Court for the District of Columbia, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Eastern District of Virginia.

2.    Mark W. Rasmussen, of the law firm Jones Day, 2727 N. Harwood Street, Suite 500, Dallas, TX 75201, (214) 220-3939, is not admitted to practice in the Southern District of Florida. Mr. Rasmussen is a member in good standing of The New York State Bar, The State Bar of Texas, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, and the United States District Court for the Southern District of Texas.

3.    Thomas D. York, of the law firm Jones Day, 2727 N. Harwood Street, Suite 500, Dallas, TX 75201, (214) 220-3939, is not admitted to practice in the Southern District of Florida. Mr. York is a member in good standing of The District of Colombia Bar, The New York State Bar, and The State Bar of Texas.

4.    Movant, Christopher R.J. Pace, of the law firm Jones Day, 600 Brickell Avenue, Suite 3300, Miami, Florida 33131, (305) 714-9700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

5.      In accordance with the local rules of this Court, Julie M. McEvoy, Mark W. Rasmussen, and Thomas D. York have each made payment of this Court's $75 admission fee.

6.      Julie M. McEvoy's certification in accordance with Rule 4(b) is attached hereto as **Exhibit A**.

7.      Mark W. Rasmussen's certification in accordance with Rule 4(b) is attached hereto as **Exhibit B**.

8.      Thomas D. York's certification in accordance with Rule 4(b) is attached hereto as **Exhibit C**.

9.      Julie M. McEvoy, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Julie M. McEvoy at jmcevoy@jonesday.com.

10.     Mark W. Rasmussen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mark W. Rasmussen at mrasmussen@jonesday.com.

11.     Thomas D. York, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Thomas D. York at tdyork@jonesday.com.

WHEREFORE, Christopher R.J. Pace, moves this Court to enter an Order permitting Julie M. McEvoy, Mark W. Rasmussen, and Thomas D. York to appear before this Court on behalf of Defendant Bitmain Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Julie M. McEvoy, Mark W. Rasmussen, and Thomas D. York.

## RULE 7.1 CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned counsel certifies that on January 10, 2018, counsel for Bitmain conferred in good faith with counsel for Plaintiff concerning this motion and Plaintiff does not oppose the relief requested herein.

Date: January 10, 2019                     Respectfully submitted,


                                           /s/ Christopher R.J. Pace
                                           Christopher R.J. Pace
                                           Florida Bar No. 721166
                                           Email: crjpace@jonesday.com
                                           Marc A. Weinroth
                                           Florida Bar No. 42873
                                           Email: mweinroth@jonesday.com
                                           **JONES DAY**
                                           600 Brickell Avenue
                                           Suite 3300
                                           Miami, Florida  33131
                                           Telephone: (305) 714-9700
                                           Facsimile: (305) 714-9799

                                           *Attorneys for Defendant Bitmain Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic delivery via the CM/ECF system, on January 10, 2019, on all counsel or parties of record on the service list.


                                           /s/ Christopher R.J. Pace
                                           Christopher R.J. Pace