# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:18-CV-25106-WILLIAMS/TORRES**

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

      Defendants.

**CERTIFICATION OF THOMAS D. YORK**

      Thomas D. York, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The District of Colombia Bar, The New York State Bar, and The State Bar of Texas; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                  */s/ Thomas D. York*
                                                  Thomas D. York