**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:18-cv-25106-KMW-EGT**

UNITED AMERICAN CORP.,

      Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

      Defendants.

_____/

**DEFENDANT SHAMMAH CHANCELLOR'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF PAGE LIMITATION**
**FOR RESPONSE TO PLAINTIFF'S COMPLAINT**

      Defendant Shammah Chancellor ("Chancellor") respectfully moves this Court pursuant to Southern District of Florida Local Rule 7.1(c)(2) for the entry of an Order enlarging the page limitation for Chancellor's Response to Plaintiff's Complaint (the "Motion") by fifteen pages, and states:

1. The Complaint [D.E. 1] in this action purports to assert seven separate counts, including a count alleging violations of the Sherman Act, in addition to a variety of Florida state law counts, against eleven different defendants.

2. Because of the variety of the issues involved, including, the analysis of seven different counts including alleged violations of the Sherman Act, as well as the defenses that may

be unique to Chancellor, Chancellor is unable to condense all of his arguments into twenty pages.

3.  Despite diligent effort,[1] in order to fully and completely brief all of the issues regarding the alleged antitrust violation (as well as the additional claims), and in order to provide this Court with the full and complete proper legal authorities, Chancellor requests leave to exceed by up to fifteen pages the page limitation imposed by Local Rule 7.1(c)(2).

4.  Chancellor needs these additional pages to fully and properly present his multiple arguments in response to the Complaint.

5.  This request is made in good faith, and the page enlargement will not prejudice Plaintiff in any way.

6.  Moreover, Plaintiff does not oppose the page enlargement requested by Chancellor.

WHEREFORE, Defendant Shammah Chancellor respectfully requests that the Court enter an Order granting him a fifteen-page enlargement of the page limitation for his Response to Plaintiff's Complaint.  A proposed order is appended hereto as Exhibit "A" for the Court's consideration.

**RULE 7.1 CERTIFICATE OF COUNSEL**

In accordance with Southern District Local Rule 7.1 the undersigned counsel certifies that on January 3 and January 7, 2019, counsel for Defendant Chancellor, Melissa Pallett-Vasquez, conferred in good faith with counsel for Plaintiff, Michael Mena, to resolve the issue raised herein before filing this Motion.  Plaintiff's counsel advised that Plaintiff does not oppose the relief sought by Chancellor.

---

[1] Chancellor will continue to work diligently to reduce the number of pages necessary to completely present his argument, and seeks the relief set forth in this Motion at this time in light of the varying new reports regarding the current shutdown of the Federal Government and its potential impact on the Court in the time between now and the February 1, 2019, the deadline for Chancellor's response.

Dated: January 11, 2019

Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
**MELISSA C. PALLETT-VASQUEZ**
Florida Bar No. 715816
mpallett@bilzin.com
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580  Fax: (305) 374-7593

/s/ IAN SIMMONS
**IAN SIMMONS***
D.C. Bar No. 439645
isimmons@omm.com
**KATRINA ROBSON***
D.C. Bar No. 989341
krobson@omm.com
**BRIAN P. QUINN***
D.C. Bar No. 1048323
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: 202-383-5106
Fax: 202-383-5414

*Motion for Admission *Pro Hac Vice* Granted
[D.E. 28]

*Counsel for Defendant Shammah Chancellor*

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on January 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez

3