# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-25106-KMW-EGT**

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**[PROPOSED] ORDER ON DEFENDANT SHAMMAH CHANCELLOR'S
UNOPPOSED MOTION FOR ENLARGEMENT OF THE PAGE LIMITATION
FOR RESPONSE TO PLAINTIFF'S COMPLAINT**

THIS CAUSE has come before the Court on Defendant Shammah Chancellor's Unopposed Motion for Enlargement of the Page Limitation for Chancellor's Response to Plaintiff's Complaint. Having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. The Court allows Defendant Chancellor to exceed the page limitation by up to fifteen (15) pages for its response to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January 2019.

                                                                                 _____
                                                                                 Hon. Kathleen M. Williams
                                                                                 U.S. District Court Judge

Copies furnished to:
All Counsel of Record