**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:18-cv-25106-KMW-EGT**

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

    Defendants.
_____/

**DEFENDANT SHAMMAH CHANCELLOR'S UNOPPOSED RENEWED MOTION**
**FOR ENLARGEMENT OF PAGE LIMITATION**
**FOR RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Shammah Chancellor ("Chancellor") respectfully moves this Court pursuant to Southern District of Florida Local Rule 7.1(c)(2) for the entry of an Order enlarging the page limitation for Chancellor's Response to Plaintiff's Complaint (the "Motion") by five pages, and states:

1. The Complaint [D.E. 1] in this action purports to assert seven separate counts, including a count alleging violations of the Sherman Act, in addition to a variety of Florida state law counts, against eleven different defendants.

2. Because of the variety of the issues involved with the Complaint, including, the analysis of seven different counts including alleged violations of the Sherman Act, as well as the defenses that may be unique to Chancellor, Chancellor anticipated that he would be

unable to comply with the Court's page limitation. As a result, on January 11, 2019, Chancellor filed a motion to exceed page limit for response to complaint (the "Original Motion"). [D.E. 35]. He did so at that time in an abundance of caution because of the varying news reports regarding the shutdown of the Federal Government and its potential impact as reported in news outlets on the Court in the time between the filing of the Original Motion and the February 1, 2019 the deadline for Chancellor's response. In the Original Motion, Chancellor noted that he would continue to work diligently to reduce the number of pages necessary to completely present his argument.

3. Thereafter, on January 18, 2019, the Court denied the Original Motion without prejudice as premature because "Chancellor's deadline to file the response is two weeks away and Chancellor 'continues to work diligently' on shortening the response." [D.E. 36]

4. As promised in the Original Motion, Chancellor has continued to work diligently to reduce the number of pages necessary to present his argument and has made every effort to comply with the Court's page limitation.

5. Despite Chancellor's diligent effort, in order to fully and completely brief all of the issues regarding the alleged antitrust violation (as well as the additional claims), present his multiple arguments in response to the Complaint, and provide this Court with the full and complete proper legal authorities, Chancellor needs to exceed the page limitation imposed by Local Rule 7.1(c)(2) by an additional five pages.

6. This request is made in good faith, and the page enlargement will not prejudice Plaintiff in any way, and Plaintiff does not oppose the five-page enlargement requested by Chancellor.

WHEREFORE, Defendant Shammah Chancellor respectfully requests that the Court enter an Order granting him a five-page enlargement of the page limitation for his Response to Plaintiff's Complaint.  A proposed order is appended hereto as Exhibit "A" for the Court's consideration.

## RULE 7.1 CERTIFICATE OF COUNSEL

In accordance with Southern District Local Rule 7.1 the undersigned counsel certifies that on January 3, January 7, and January 28, 2019, counsel for Defendant Chancellor, Melissa Pallett-Vasquez, conferred in good faith with counsel for Plaintiff, Michael Mena, to resolve the issue raised herein before filing this Motion.  Plaintiff's counsel advised that Plaintiff does not oppose the relief sought by Chancellor.

Dated: January 28, 2019                                   Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
**MELISSA C. PALLETT-VASQUEZ**
Florida Bar No. 715816
mpallett@bilzin.com
**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593

/s/ IAN SIMMONS
**IAN SIMMONS\***
D.C. Bar No. 439645
isimmons@omm.com
**KATRINA ROBSON\***
D.C. Bar No. 989341
krobson@omm.com
**BRIAN P. QUINN\***
D.C. Bar No. 1048323
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Phone: 202-383-5106
Fax: 202-383-5414

*Motion for Admission *Pro Hac Vice* Granted [D.E. 28]

*Counsel for Defendant Shammah Chancellor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez