UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

        Plaintiff

    v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

        Defendants.
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME AND TO CONSOLIDATE OPPOSITIONS AND EXTEND PAGE LIMIT FOR PLAINTIFF UNITED AMERICAN CORP.'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), Plaintiff United American Corp. ("UAC") hereby moves this Court for the entry of an Order enlarging the deadline within which to serve a *consolidated* opposition to three separately filed motions to dismiss the Complaint in this action, and in support thereof states:

On February 1, 2019, following extensions of time for each, Defendants Payward Ventures, Inc. and Jesse Powell, Bitmain, Inc., and Shammah Chancellor (collectively, "Defendants") filed three separate motions to dismiss the Complaint (the "Motions to Dismiss") [ECF Nos. 41-43].

Rather than file three separate opposition briefs (of up to 20 pages *each*) to the three separate Motions to Dismiss, UAC is requesting that the Court enter an Order allowing it to file

one consolidated opposition brief of up to 40 pages in response to the three separate Motions to Dismiss the Complaint filed by these Defendants.

UAC also moves this Court to enlarge the time to file and serve its Consolidated Opposition to Defendants' three separate Motions to Dismiss, from February 15, 2019 to March 7, 2019.

Due to the issues raised by the Motions to Dismiss, counsel for UAC requires additional time to fully evaluate and respond to the Motions to Dismiss. Moreover, filing a consolidated response to the Motions to Dismiss will allow the parties to reduce duplicative briefing and increase the efficiency of this litigation. Accordingly, good cause exists pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1 for the granting of this Motion.

The enlargement will not prejudice any party, will not delay the proceedings and is filed in good faith. Counsel for Defendants have agreed to the requested relief. In exchange, UAC has agreed to include in the relief being sought by this motion (and in the proposed order accompanying this motion) a 7-day extension of the deadline for Defendants to file and serve their respective replies in support of their motions. If the Court grants UAC until March 7, 2019 to file its opposition, Defendants would have until March 21, 2019 to file their reply briefs.

WHEREFORE, Plaintiff United American Corp. respectfully moves the Court to enter an Order granting its motion for an enlargement of time to file and serve its opposition to the Motions to Dismiss, and its motion to consolidate and extend the page limit of its opposition brief, be granted. The parties also request that the Court grant the Defendants a 7-day extension of time to serve and file their replies in support of their Motions to Dismiss. A proposed order provided for the Court's consideration is appended hereto as Exhibit A.

## RULE 7.1 CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned certifies that on February 12, 2019 and February 13, 2019, Michael Mena conferred with counsel for the Defendants to resolve the issues raised in this Motion.  Defendants agreed to Plaintiff's requested enlargement of time through March 7, 2019, to Plaintiff's requested consolidation of the opposition to the Motions to Dismiss, and to the requested extension of the page limit for the consolidated opposition by up to 20 additional pages.  Plaintiff agreed to a 7-day extension of time for Defendants to serve and file their replies in support of their Motions to Dismiss.

Dated: February 13, 2019

Respectfully submitted,

By: *s/ Michael O. Mena*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Michael O. Mena
Florida Bar No. 010664
Michael.mena@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Michael O. Mena*
Michael O. Mena