UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

        Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

        Defendants.
_____/

## [PROPOSED] ORDER

Upon consideration of the Agreed Motion for Enlargement of Time and to Consolidate Oppositions and Extend Page Limit for Plaintiff United American Corp.'s Opposition, the Court hereby ORDERS that said motion is GRANTED. Plaintiff's time to file a *consolidated* opposition to Defendants' Motions to Dismiss [ECF Nos. 41-43] is hereby extended to March 7, 2019. Plaintiff shall be allowed to file a consolidated opposition to the Motions to Dismiss and shall be allowed to exceed the page limitation by up to 20 additional pages for its consolidated opposition to the Motions to Dismiss. Defendants shall have a 7-day extension of time to file their replies in support of their Motions to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February 2019.

                                                                         _____
                                                                         Hon. Kathleen M. Williams
                                                                         U.S. District Court Judge