| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Southern District Of Florida | | | | |
| Plaintiff: UNITED AMERICAN CORP. | | | | |
| Defendant: BITMAIN, INC.; ET AL | | | | |
| **DECLARATION OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 1:18-CV-25106-KMW |

1. I, ANANDA P. BOUGANIM, and any employee or independent contractors retained by SERVICE OF PROCESS, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JASON B. COX as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF FILING CIVIL COVER SHEET.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/06/18 | 8:23pm | Home | THE HOME HAS LOCKED GATE, NO ACCESS TO THE FRONT DOOR. THERE WAS NO ANSWER FROM THE GATE BELL, NO LIGHTS OR ANY ACTIVITY. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT SAN MATEO, CA 94403. |
| Fri | 12/07/18 | 6:35pm | Home | THERE WAS NO ANSWER FROM THE GATE BELL, NO LIGHTS OR ANY ACTIVITY. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT SAN MATEO, CA 94403. |
| Sat | 12/08/18 | 7:11am | Home | THERE WAS NO ANSWER FROM THE GATE BELL, OR ANY ACTIVITY. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT SAN MATEO, CA 94403. |
| Mon | 12/10/18 | | | PUT ON HOLD, PENDING CLIENT'S INSTRUCTIONS.; |
| Wed | 12/12/18 | 7:40am | Home | THERE WAS NO ANSWER FROM THE GATE BELL, NO LIGHTS ON OR ANY ACTIVITY. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT SAN MATEO, CA 94403. |
| Thu | 12/13/18 | 7:30pm | Home | THERE WAS NO ANSWER FROM THE GATE BELL, NO LIGHTS ON OR ANY ACTIVITY. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT SAN MATEO, CA 94403. |

Page Number 1
Date: Tue, Dec. 18, 2018

**DECLARATION OF REASONABLE DILIGENCE**

2266809.115501

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Southern District Of Florida | | | | |
| Plaintiff: UNITED AMERICAN CORP. | | | | |
| Defendant: BITMAIN, INC.; ET AL | | | | |
| **DECLARATION OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 1:18-CV-25106-KMW |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 12/14/18 | 8:55pm | Home | THE GATE WAS AJAR AND THE SERVER WAS ABLE TO LOOK INSIDE THE HOME AND IT IS VACANT. Attempt made by: ANANDA P. BOUGANIM. Attempt at: 12 KNAPP COURT  SAN MATEO, CA 94403. |
| Mon | 12/17/18 | | | CANCEL AND RETURN PER CLIENT'S INSTRUCTIONS.; |

3. Person Executing
   a. ANANDA P. BOUGANIM
   b. SERVICE OF PROCESS, INC.
      P.O. BOX 653653
      MIAMI, FL  33265
   c. 305-226-6809

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:  517
   (iii) County:  San Mateo
   (iv) Expiration Date:  Wed, Feb. 19, 2020

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Dec. 18, 2018

Page Number 2

(ANANDA P. BOUGANIM)

DECLARATION OF REASONABLE DILIGENCE

2266809.115501

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP. ) | |
| ) | |
| ) | |
| ) | |
| _Plaintiff(s)_ ) | |
| v. ) | CASE NO: 1:18-cv-25106-KMW |
| ) | |
| BITMAIN, INC., et al. ) | |
| ) | |
| ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JASON B. COX
12 KNAPP CT
SAN MATEO, CA 94403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

s/ P.Curtis
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court