# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:18-cv-25106-KMW-EGT**

UNITED AMERICAN CORP.,

      Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

      Defendants.

_____/

## [PROPOSED] ORDER

Upon consideration of the Motion for Enlargement of Time to Serve Defendant Jason Cox and Status Report as to Remaining Foreign Defendants, the Court hereby ORDERS that said motion is GRANTED. Plaintiff shall have an additional 120 days to serve process on Defendant Jason Cox.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March 2019.

                                                                                      _____
                                                                                     Hon. Kathleen M. Williams
                                                                                     U.S. District Court Judge