## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO: 1:18-CV-25106-KMW-CMM

UNITED AMERICAN CORP.,

    *Plaintiff*,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

    *Defendants*.

### DEFENDANTS' [PROPOSED] ORDER DENYING UNITED AMERICAN CORPORATION'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE

This Cause came before the Court on Plaintiff's Motion for Enlargement of Time to Serve Defendant Jason Cox and Status Report as to Remaining Foreign Defendants Foreign Defendants [D.E. 47]. Having reviewed the Motion and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is DENIED.

                                                                                                                             Chris M. McAliley
                                                                                                                             U.S. Magistrate Judge

**Copies furnished to:**
All Counsel of Record