## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:18-CV-25106-KMW

Plaintiff:
**UNITED AMERICAN CORP.**

vs.

Defendant:
**BITMAIN, INC., ET AL.,**


SOP2019000604

For:
Brian P. Miller, Esq.
AKERMAN LLP
One Southeast Third Avenue
25th Floor
Miami, FL 33131

Received by SERVICE OF PROCESS, INC. on the 15th day of March, 2019 at 11:29 am to be served on **JASON B. COX, 12 KNAPP CT, SAN MATEO, CA 94403**.

I, ANANDA BOUGANIM, being duly sworn, depose and say that on the **20th day of March, 2019** at **2:07 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JASON B. COX** at the address of: **12 KNAPP CT, SAN MATEO, CA 94403**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 6'1", Weight: 160, Hair: BROWN, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the Judicial Circuit in which the process was served. Under penalty of Perjury, I declare the facts contained herein are true and correct to the best of my knowledge.

Subscribed and Sworn to before me on _____ by the affiant who is personally known to me, or produced ID: _____

NOTARY PUBLIC
See attached

ANANDA BOUGANIM
SAN MATEO #517

SERVICE OF PROCESS, INC.
P.O. BOX 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2019000604

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN MATEO

Subscribed and sworn to (or affirmed) before me on this 21st day of March, 20 19, by Ananda Bouganim, registered process server, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



ROBERTA J. ANDERSON
Notary Public – California
San Mateo County
Commission # 2231005
My Comm. Expires Feb 24, 2022

(Seal)                            Signature _____