**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:18-CV-25106-WILLIAMS/MCALILEY**

UNITED AMERICAN CORP.,

  *Plaintiff*,

 v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

  *Defendants*.

**DEFENDANT JASON COX'S NOTICE OF ADOPTION OF AND JOINDER IN DEFENDANT SHAMMAH CHANCELLOR'S PENDING MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW**

  Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Jason Cox ("Cox") hereby gives notice of his adoption by reference of, and joinder in, Defendant Shammah Chancellor's pending Motion to Dismiss ("Chancellor Motion to Dismiss") (ECF No. 41) and Reply in support thereof (ECF No. 50), and based thereon moves to dismiss the Complaint (ECF No. 1) with prejudice.

**BACKGROUND**

  On December 6, 2018, Plaintiff United American Corp. ("United") filed its Complaint against Cox, among others. ECF No. 1 ¶¶ 6–17. United served Cox with the Complaint on March

1

20, 2019. ECF No. 55. By the time United effected service on Cox, the Chancellor Motion to Dismiss was fully briefed and pending before the Court. *See* ECF Nos. 41, 49, 50.[1]

## ARGUMENT

In its Complaint, United does not distinguish between Cox and Chancellor. Instead, it groups together Cox, Chancellor, and Amaury Sechet—another unserved Defendant—and "collectively refer[s] to [them] as 'Bitcoin ABC.'" ECF No. 1 at 1. United's sole substantive allegation against those individuals is that they "implemented a 'poison pill' in the chain referred to as a 'checkpoint.'" *Id.* ¶ 69. United does not plead any facts to distinguish Cox's alleged misconduct from Chancellor's or Sechet's, and it similarly lumps Cox into its allegation that "the scheduled Bitcoin Cash network upgrade was manipulated by Defendants in an effort to artificially take control of the network moving forward." *Id.* ¶ 61; *see Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001) (rejecting pleadings "replete with allegations that 'the defendants' engaged in certain conduct, making no distinction among the [] defendants charged"). Moreover, as it did with respect to Chancellor, United omits Cox from its unjust enrichment claim for relief. *Id.* ¶¶ 105–10.

Given that United's allegations against Cox are identical to those it levels against Chancellor, and to avoid burdening the Court with redundant briefing, Cox hereby gives notice of his adoption of and joinder in the Chancellor Motion to Dismiss and Reply, which he incorporates in their entirety as if fully set forth herein. The Court should dismiss United's claims against Cox with prejudice for all of the reasons already set forth in Chancellor's briefing, including but not limited to the following:

---

[1] The remaining served Defendants have also filed pending motions to dismiss. ECF Nos. 42, 43.

- **United fails to allege that Cox joined any agreement in restraint of trade**, *see* ECF No. 41 at 6–8;

- **United fails to plead facts suggesting that Cox and the other Defendants imposed an unreasonable restraint of trade**, *see id.* at 8–16;

- **United has not pleaded facts suggesting that Cox caused it to suffer antitrust injury**, *see id.* at 16–20; and

- **United fails to plead facts in support of any of its state-law claims**, *see id.* at 20–25.

## CONCLUSION

For the reasons set forth in the Chancellor Motion to Dismiss and Reply as well as those identified herein, the Court should dismiss United's Complaint against Cox with prejudice.

Dated: April 2, 2019

Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593

and

IAN SIMMONS (*admitted pro hac vice*)
D.C. Bar No. 439645
isimmons@omm.com
KATRINA ROBSON (*admitted pro hac vice*)
D.C. Bar No. 989341
krobson@omm.com
SERGEI ZASLAVSKY (*admitted pro hac vice*)
D.C. Bar No. 1010425
szaslavsky@omm.com
ZHAO LIU (*admitted pro hac vice*)
D.C. Bar No. 1022940
zliu@omm.com
BRIAN P. QUINN (*admitted pro hac vice*)
D.C. Bar No. 1048323
bquinn@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel: (202) 383-5300   Fax: (202) 383-5414

*Attorneys for Defendants Jason Cox and Shammah Chancellor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez