UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., *et al*,

      Defendants.
_____/

## **ORDER FOLLOWING APRIL 8, 2019 STATUS CONFERENCE**

The Court held a status conference on April 8, 2019 regarding Plaintiff's request to be allowed additional time to serve six foreign defendants in this action. (*See* ECF No. 47). At the status conference, Plaintiff provided an update as to its efforts to effect service on the foreign defendants and asked for a six-month period in which to attempt that service. Defendants Bitmain, Inc., Payward Ventures, Inc., Jesse Powell, Shammah Chancellor, and Jason Cox proposed a 60-day period for Plaintiff to attempt service. Defendants have recently filed motions to dismiss the Complaint. The Court has not yet issued a scheduling order. Rather, it has directed the parties to file a joint conference report and joint proposed scheduling order twenty days after the last defendant files a responsive pleading. (*See* ECF No. 9). The parties agree that the discovery process will be most efficient if it commences with all defendants' participation and after the Court resolves the motions to dismiss. Having considered the parties' positions, the Court hereby ORDERS as follows:

1.      The Court will provisionally allow the Plaintiff a six-month period to effect service on the foreign defendants, which period will end on **Tuesday, October 8, 2019**. On or before **Monday, June 10, 2019**, Plaintiff shall file a status report that details Plaintiff's ongoing efforts to effect service and that provides an updated forecast as to when Plaintiff foresees serving each foreign defendant. Absent further order of the Court, Plaintiff shall file a second status report no later than **Friday, August 9, 2019**. Upon receipt of each status report the Court will reassess whether the October 8, 2019 deadline is reasonable, and consider whether that deadline should be accelerated.

2.      On or before **Monday, May 6, 2019**, the parties shall exchange Initial Disclosures consistent with Federal Rule of Civil Procedure 26(a)(1). The Court recognizes that the exchange of Initial Disclosures typically occurs following the parties' filing of a Joint Scheduling Report. The Court nonetheless directs the parties to make these disclosures, as a reasonable interim measure that will inform the parties and will facilitate their quick commencement of the discovery process, once the Court issues a scheduling order. No other discovery will commence absent full agreement of the parties or further order from the Court.

DONE AND ORDERED in chambers at Miami, Florida this 10th day of April, 2019.

_____
CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Kathleen M. Williams
Counsel of Record