UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICAN CORP.,

        Plaintiff

    v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF ADOPTION OF AND JOINDER IN CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**

Plaintiff United American Corp. ("UAC"), by and through its attorneys, hereby gives notice of its adoption by reference of, and joinder in, its pending Consolidated Opposition to Defendants' Motions to Dismiss Complaint [ECF No. 49] in response to Defendant Jason Cox's Notice of Adoption of and Joinder in Defendant Shammah Chancellor's Pending Motion to Dismiss and Incorporated Memorandum of Law [ECF No. 56].

**ARGUMENT**

On March 20, 2019, after multiple prior attempts at the same address, UAC served Defendant Jason Cox with the Complaint in this lawsuit. By the time that UAC effected service of process on Cox, the previously filed motions to dismiss [ECF Nos. 41-43] were already fully briefed, including UAC's Consolidated Opposition thereto. On April 2, 2019, Defendant Cox

filed a Notice of Adoption of and Joinder in Defendant Shammah Chancellor's Pending Motion to Dismiss and Incorporated Memorandum of Law (the "Notice of Joinder") [ECF No. 56]. To avoid burdening the Court with additional and unnecessary briefing at this time, UAC hereby gives notice of its adoption of and joinder in its pending Consolidated Opposition to Defendants' Motions to Dismiss Complaint [ECF No. 49] in response to the Notice of Joinder.

For the same reasons previously set forth in UAC's Consolidated Opposition to Defendants' Motions to Dismiss Complaint [ECF No. 49], the Court should deny Defendant Shammah Chancellor's Motion to Dismiss [ECF No. 41], and by extension, Defendant Cox's motion to dismiss by Notice of Joinder therein [ECF No. 56]. Among other things, the Complaint alleges that Bitcoin ABC – through defendants Amaury Sechet, Shammah Chancellor, and Jason Cox – implemented a checkpoint in the blockchain that "centralized" what should be a decentralized market and coordinated, conspired and agreed with the other defendants in restraint of trade. At bottom, the allegations of the Complaint clearly satisfy applicable standards in providing plausible grounds to infer an agreement in restraint of trade and, thus, an antitrust violation under Section 1 of the Sherman Act. The allegations also assert sufficient facts to support the claims for violation of state law. The motion to dismiss should be denied, and Plaintiff should be afforded the opportunity to further expose the unlawful scheme perpetrated by the Defendants, including Mr. Cox.

## CONCLUSION

For the reasons set forth in Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss Complaint [ECF No. 49], Plaintiff respectfully requests that the Court deny Defendants' Motions to Dismiss [ECF Nos. 41-43, 56] in their entirety, and for any further relief this Court deems appropriate.

Dated: April 15, 2019

Respectfully submitted,

By: *s/ Michael O. Mena*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Michael O. Mena
Florida Bar No. 010664
Michael.mena@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Michael O. Mena*
Michael O. Mena