## AMENDED RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:18-CV-25106-KMW

Plaintiff:
**UNITED AMERICAN CORP.**

vs.

Defendant:
**BITMAIN, INC., ET AL.,**

For:
Brian Miller
AKERMAN LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

Received by SERVICE OF PROCESS, INC. on the 6th day of December, 2018 at 4:23 pm to be served on **JIHAN WU, 300 PARK AVENUE, SUITE 300, SAN JOSE, CA 95110.**

I, KRIS W. VORSATZ, do hereby affirm that on the **11th day of December, 2018** at **1:36 pm, I:**

**NON-SERVED** the **SUMMONS; NOTICE AND COMPLAINT** for the reason that I failed to find **JIHAN WU** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
SERVICE ATTEMPTED ON NUMEROUS TIMES BETWEEN 10-12 PM AND OFFICE WAS CLOSED. I STARTED ATTEMPTING SERVICE ON 12/6/18 UNTIL FINALLY ABLE TO FIND OFFICE OPEN ON 12/11/18 AT 1:36 PM. SUE DEPOSITAR ACCEPTED SERVICE ON BEHALF OF JIHAN WU WHICH WAS NOT AUTHORIZED BY DEFENDANT AND THEREFORE SERVICE IS INVALID ON JIHAN WU.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the Judicial Circuit in which the process was served. Under penalty of Perjury, I declare the facts contained herein are true and correct to the best of my knowledge.

**KRIS W. VORSATZ**
Process Server

**SERVICE OF PROCESS, INC.**
**P.O. BOX 653653**
**Miami, FL 33265**
**(305) 226-6809**

Our Job Serial Number: SOP-2018001894

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED AMERICAN CORP. | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | CASE NO.: 1:18-cv-25106-KMW |
| BITMAIN, INC., et al. | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JIHAN WU
300 PARK AVENUE, Suite 300
SAN JOSE, CA 95110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

KU

Date: December 06, 2018

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

KU
12/4/18 @ 1:3 PM