**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a       Case No. 0:1:18-cv-25106-KMM
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL, AMAURY
SECHET, SHAMMAH CHANCELLOR, and
JASON COX,

      Defendants,

_____/

## NOTICE OF FILING PROPOSED ALIAS SUMMONSES

      Undersigned counsel for Plaintiff, United American Corp., ("United American") files herewith, and requests that the Clerk of Court issue for service, proposed Alias Summonses to the following defendants:

      1.    Roger Ver;

      2.    Jihan Wu

Dated: June 4, 2019         Respectfully submitted,

By: _s/ Brian P. Miller_
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Michael O. Mena
Florida Bar No. 010664
Michael.mena@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

_Attorneys for Plaintiff United American Corp._

49068991;1