# Declaration of Non-service

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

NAME OF COURT

| UNITED AMERICAN CORP., a Florida company, | vs | BITMAIN, INC., et al., | 18-cv-25106-KMM |
|---|---|---|---|
| PLAINTIFF/ | | DEFENDANT/ | CASE NUMBER |

I __Job Tomas__ (Title) __Civil Process Server__ affiant that I am over the age of 18 years and not a party this action, and that within the boundaries of the state where the service was effected, I was authorized by law to perform said service.

**Service:** I did not serve __ROGER VER__
NAME OF PERSON / ENTITY BEING SERVED

with document(s) __COMPLAINT; SUMMONS IN A CIVIL ACTION__

_____ at

**Address of Service:**

X Residence __469 Ena Road, apt. 1312, Honolulu, Hawaii 96815-1723__
              ADDRESS                                 CITY / STATE / ZIP

___ Business _____
              ADDRESS                                 CITY / STATE / ZIP

___ Other _____
              ADDRESS                                 CITY / STATE / ZIP

**Manner of Service:**

X **Non-Service:** After due and diligent search, I was unable to effect service due to reason(s): __Durazzo family lives at the above address and not the defendant per Faith Loftus (Admin. Asst. of the condo).__

Attempts: 12/07/18 – 19:56, 12/08/18 – 07:00 & 17:51 & 12/10/18 – 13:00

Subscribed and sworn to before me this 11th day of December, 2018,

Notary Public in and for State of Hawaii
Commission expires: 1/22/2021

SIGNATURE OF PROCESS SERVER

[Notary Seal: JACINTO CARRASCO, NOTARY PUBLIC, STATE OF HAWAII, 17-5]

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 18 CV 25106 KMM

Plaintiff:
United American Corp.

vs.

Defendant:
Saint Bitts LLC dba Bitcoin.com; et al

Received by Service Of Process, Inc. on the 7th day of December, 2018 at 1:49 pm to be served on **Roger Ver, 3350 Scott Blvd., Building 32, Santa Clara, CA 95054.**

I, Kenny Alfaro, do hereby affirm that on the 7th day of December, 2018 at 3:50 pm, I:

**NON-SERVED** the **Summons; Complaint.** After due search, careful inquiry and diligent attempts was unable to serve on **Roger Ver** for the reasons detailed in the comments below.

Additional Information pertaining to this Service:
12/7/2018  3:50 pm  Attempted Service. Building locked / closed. Sign on door says company has moved (no forwarding address listed). Bad address, returning unserved.

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the State of California, County of Santa Clara.

Kenny Alfaro
PS1675

Service Of Process, Inc.
P.O. Box 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: COP-2018016166
Service Fee: _____

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

Case 1:18-cv-25106-KMW   Document 8   Entered on FLSD Docket 12/07/2018   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED AMERICAN CORP., <br><br> *Plaintiff(s)* <br> v. <br><br> SAINT BITTS LLC d/b/a BITCOIN.COM, et al. <br><br> *Defendant(s)* | Civil Action No.  18-cv-25106-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROGER VER
469 Ena Road, Apt. 1312
Honolulu, HI  96815-1723

and/or

3350 Scott Blvd., Building 32
Santa Clara, CA  95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Dec 7, 2018



Steven M. Larimore
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS