UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

       Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

       Defendants.
_____/

## PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS

Pursuant to the Court's Order Following April 8, 2019 Status Conference (the "Order") [ECF No. 59], Plaintiff United American Corp. ("UAC") hereby files this status report regarding its ongoing efforts to effect service of process on the remaining defendants, and states as follows:

1. Since filing its prior request for enlargement of time to serve the remaining defendants, UAC has continued working through the arduous process of serving the remaining defendants.

2. On March 20, 2019, after multiple prior attempts at the same address, UAC served Defendant Jason Cox with the Complaint in this lawsuit. [ECF No. 55].

3. With respect to the remaining foreign defendants, UAC has been working internally and through various contacts to diligently investigate the addresses that it has for the remaining defendants as well as other—more efficient and less costly—viable options for service of process.

49144419;1

4.  With respect to Bitmain Technologies Holding Company, the USM-94 Request for Service Abroad of Judicial or Extrajudicial Documents (the "USM-94")—the application form accompanying American judicial process that is recognized by the central authorities of many of the foreign countries who are signators to the Hague Service Convention—has been completed and documents have been delivered to the central authorities in Grand Cayman.

5.  With respect to Bitmain Technologies Ltd. and Jihan Wu, the USM-94 has been completed and UAC continues working with Judicial Process & Support Inc. for service of process services in connection with effectuating service on both of these foreign defendants in China.

6.  With respect to Amaury Sechet, the USM-94 has been completed and UAC continues working with Judicial Process & Support Inc. for service of process services in connection with effectuating service on this foreign defendant in France.

7.  With respect to Roger Ver, the USM-94 has been completed and UAC continues working with Judicial Process & Support Inc. for service of process services in connection with effectuating service on this foreign defendant in Japan.[1]

8.  With respect to Saint Bitts LLC, UAC expects to file a Motion for Issuance of Letters Rogatory later this week and to continue working with Judicial Process & Support Inc. for service of process services in connection with effectuating service on this foreign defendant in Saint Kitts.

9.  At this time, UAC does not have an updated forecast for service of process that is any different than what was previously indicated to the Court. UAC anticipates being able to

---

[1] UAC previously attempted service of process on defendants Roger Ver and Jihan Wu in the United States, but now believe that these two individuals reside in Japan and China, respectively.

provide a more specific updated forecast upon the filing of the second status report contemplated by the Court's Order [ECF No. 59]. The second status report is due August 9, 2019.

10. UAC also notes that the parties have complied with the other requirements of the Court's Order, including that they exchange Initial Disclosures consistent with Federal Rule of Civil Procedure 26(a)(1).[2]

11. Pursuant to the Court's Order, no other discovery has commenced as the parties are still awaiting a ruling on the fully briefed motions to dismiss of defendants Bitmain, Inc., Payward Ventures, Inc., Jesse Powell, Shammah Chancellor, and Jason Cox.[3] As previously indicated, any ruling by the Court that requires UAC to amend the Complaint will require UAC to re-start its efforts to serve process on the remaining defendants as it would require a new version of the Complaint to be served.

12. In compliance with the Court's Order, UAC shall file another status report on August 9, 2019.

Dated: June 10, 2019

Respectfully submitted,

By: *s/ Michael O. Mena*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Michael O. Mena
Florida Bar No. 010664
michael.mena@akerman.com
Joanne Gelfand
Florida Bar No. 515965
joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre

---

[2] By agreement, the parties served their respective initial disclosures on each other on May 8, 2019.

[3] Defendants served their respective replies in support of their motions to dismiss on March 21, 2019. [ECF Nos. 50-52].

          98 Southeast Seventh Street, Suite 1100
          Miami, FL 33131
          Tel: 305-374-5600
          Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          /s/ *Michael O. Mena*
          Michael O. Mena