UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

       Plaintiff,

v.

BITMAIN, INC., *et al*,

       Defendants.
_____/

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court will hold a telephonic status conference on **July 22, 2019 at 3:00 p.m**. Counsel should use the following dial-in information: Telephone number: 1-888-684-8852, Access code: 9675400 and Security code: 5890.

DONE and ORDERED in chambers at Miami, Florida this 12th day of July, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
     Counsel of record