UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

       Plaintiff

    v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

       Defendants.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Lorayne Perez from the law firm Akerman LLP hereby appears as counsel on behalf of Plaintiff, United American Corp., and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to her.

Dated: July 12, 2019               AKERMAN LLP

                                       Three Brickell City Centre
                                       98 Southeast Seventh Street, Suite 1100
                                       Miami, FL 33131
                                       Tel: 305-374-5600
                                       Fax: 305-374-5095

                                       By: /s/ *Lorayne Perez*
                                       Brian P. Miller
                                       Florida Bar No. 0980633
                                       brian.miller@akerman.com

49427873;1

Joanne Gelfand  
Florida Bar No. 515965  
joanne.gelfand@akerman.com  
Lorayne Perez  
Florida Bar No. 085265  
lorayne.perez@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Lorayne Perez*  
Lorayne Perez