**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-25106-CIV-WILLIAMS**

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ISSUANCE OF LETTER ROGATORY**
**TO EFFECTUATE SERVICE ON FOREIGN DEFENDANT**

Plaintiff, UNITED AMERICAN CORP., moves this Court for the issuance of the Letter Rogatory attached hereto as Exhibit 1 to effectuate service on Defendant, Saint Bitts LLC d/b/a Bitcoin.com, a Saint Kitts and Nevis limited liability company ("Defendant"), in Saint Kitts and Nevis.  In support of this Motion, Plaintiff states as follows:

Federal Rule of Civil Procedure 4(h) provides for service of process on a foreign corporation at a place not within any judicial district of the United States in any manner prescribed by Rule 4(f) for serving an individual in a foreign country, except personal delivery under Rule 4(f)(2)(C)(i).  Rule 4(f)(2)(B), in turn, provides that service may be accomplished outside of the United States, where the foreign jurisdiction is not a signatory to an international

1

treaty governing service of process, "by a method that is reasonably calculated to give notice as the foreign authority directs in response to a letter rogatory or letter of request. . . ."

The nation of Saint Kitts and Nevis is not a signatory to any agreement with the United States governing service of process, such as the Hague Service Convention or the Inter-American Convention on Letters Rogatory. *See* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/SaintKittsandNevis.html. Plaintiff has been unable to discover any more efficient means of serving Defendant, other than through the use of the letters rogatory process. Plaintiff has retained the services of Judicial Process & Support to assist it with its efforts at effectuating service of process on Defendant in Saint Kitts and Nevis.

As such, Plaintiff respectfully requests that this Court (1) enter an Order granting this Motion (a proposed Order is attached hereto as Exhibit 2); and (2) sign, date, and affix the Court Seal to the last page of the Letter Rogatory attached hereto as Exhibit 1.

**Certificate of Consultation**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for the Plaintiff has not conferred with any parties regarding this motion as no one has made an appearance on behalf of the Defendant, the party who would be affected by the relief sought herein.

Dated: July 12, 2019                     Respectfully submitted,

                                         By: *s/ Lorayne Perez*
                                         Brian P. Miller
                                         Florida Bar No. 0980633
                                         brian.miller@akerman.com
                                         Lorayne Perez
                                         Florida Bar No. 085265
                                         Lorayne.perez@akerman.com
                                         Joanne Gelfand
                                         Florida Bar No. 515965
                                         Joanne.gelfand@akerman.com

2

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Lorayne Perez*
Lorayne Perez