# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED AMERICAN CORP.                                      Civil Action No. 1:18-CV-25106-KMW

    Plaintiff,

v.

BITMAIN, INC., ET AL.

    Defendant.

_____/

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FOR SERVICE OF PROCESS IN SAINT KITTS AND NEVIS (LETTER ROGATORY)

TO: THE APPROPRIATE JUDUCIAL AUTHORITY IN SAINT KITTS AND NEVIS.

    The United States District Court, in and for the Southern District of Florida, Miami Division, presents its compliments to the Appropriate Judicial Authority of Saint Kitts and Nevis and requests assistance to effect service of process in the above-captioned civil proceeding pending before this Court in which United American Corp. is the Plaintiff and Saint Bitts LLC is a defendant.

49437629;1

### I.  REQUEST

This Court requests the assistance described herein as necessary in the interests of justice as it has been suggested to this Court that justice cannot be completely done between the parties without the personal appearance for purposes of this suit of Defendant SAINT BITTS LLC., who is within your jurisdiction. More specifically, the assistance requested is that the Appropriate Judicial Authority of Saint Kitts and Nevis effect service of process of the enclosed (a) Summons; and (b) Complaint with exhibits.

On Defendant SAINT BITTS LLC at:

> SAINT BITTS LLC.
> 858 ZENWAY BLVD.
> FRIGATE BAY, SAINT KITTS
> SAINT KITTS AND NEVIS.

The Appropriate Judicial Authority of Saint Kitts and Nevis is respectfully requested, in furtherance of justice and by the proper and usual process of your authority, to serve the above-mentioned documents in a manner consistent with the laws of Saint Kitts and Nevis.

### II.  CERTIFICATION OF SERVICE

This Court further requests that, after service of the above referenced documents has been made, you cause the person who serves the documents upon Defendant SAINT BITTS LLC to execute an affidavit of service properly notarized or sealed in accordance with your rules governing the issuance of such an affidavit stating that service of the above- referenced documents has been made in accordance with the laws of Saint Kitts and Nevis and the rules governing such service. This Court requests that you then return this affidavit, along with copies of the documents served, to the Embassy of the United States of America for Saint Kitts and Nevis.

### III. FACTS

The above-captioned case pending before this Court is a suit brought by the Plaintiff against numerous defendants, including Saint Bitts LLC. This matter was filed for alleged manipulation of the cryptocurrency market for Bitcoin Cash. The claims alleged are for: Anti-Trust; Negligent Misrepresentation; Negligence; Equitable Estoppel; Unjust Enrichment; Conversion and Injunctive Relief.

### IV. RECIPROCITY

This Court is willing to provide similar assistance to the Appropriate Judicial Authority of Saint Kitts and Nevis if required.

### V. REIMBURSEMENT FOR COSTS

Plaintiff is including with this package the Appropriate Judicial Authority of Saint Kitts and Nevis for costs incurred in executing this Court's Request for International Judicial Assistance the embassy fee of $2,275.00 (US). The Appropriate Judicial Authority of Saint Kitts and Nevis should contact counsel for Plaintiff to obtain any further information or reimbursement by writing to Lorayne Perez, Esq., Akerman LLP, Three Brickell City Centre, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33131, Telephone: 305-374-5600.

WHEREFORE, the Hon. Kathleen M. Williams, United States District Judge of the Court, and the seal thereof, requests assistance to effect service of process in the above-captioned civil proceeding pending before this Court on Defendant SAINT BITTS LLC. as stated herein.

EXECUTED at the City of Miami and the County of Miami-Dade, this ___ day of ____, 2019.

By the Court,

_____
Kathleen M. Williams
United States District Judge for the
Southern District of Florida

[SEAL OF THE COURT]

*Lorayne Perez*
*Akerman LLP*
*Three Brickell City Centre*
*98 Southeast Seventh Street, Suite 1100*
*Miami, FL 33131*

*Attorneys for Plaintiff, United American Corp.*