# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ISSUANCE OF LETTER ROGATORY
## TO EFFECTUATE SERVICE ON FOREIGN DEFENDANT

      This matter is before the Court on Plaintiff, United American Corp. ("United American's"),

Motion for Issuance of Letter Rogatory to Effectuate Service on Foreign Defendant Saint Bitts

LLC d/b/a Bitcoin.com ("Saint Bitts") ("Motion").  This Court, having considered the Motion,

being fully advised in the premises, and the Court finding good cause to issue the requested Letter

Rogatory, it is hereby

      ORDERED and ADJUDGED as follows:

1.  United American's motion is hereby GRANTED.

2.  The Court will issue the requested Letter Rogatory attached to the Motion.  United

49437837;1

American shall be responsible for all costs associated with service upon this Defendant.

DONE and ORDERED in Chambers at Miami, Florida this _____ day of July, 2019.

_____

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

49437837;1