UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTER
ROGATORY TO EFFECTUATE SERVICE ON FOREIGN DEFENDANT**

This matter is before the Court on Plaintiff, United American Corp. ("United American's"), Motion for Issuance of Letter Rogatory to Effectuate Service on Foreign Defendant Saint Bitts LLC d/b/a Bitcoin.com ("Saint Bitts"), (ECF No. 74). This Court, having considered the Motion, being fully advised in the premises, and the Court finding good cause to issue the requested Letter Rogatory, it is hereby

ORDERED and ADJUDGED as follows:

1. United American's motion is hereby GRANTED.

2. The Court will issue the requested Letter Rogatory attached to the Motion. United

1

American shall be responsible for all costs associated with service upon this Defendant.

DONE and ORDERED in chambers at Miami, Florida this 23rd day of July, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
     Counsel of record