UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

       Plaintiff,

v.

BITMAIN, INC., *et al*,

       Defendants.

_____/

**ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE AND
TEMPORARILY TERMINATING MOTIONS TO DISMISS**

    The parties appeared before the Court on July 22, 2019 for a telephonic status conference. As set forth in earlier court orders, the Court has allowed Plaintiff an extended period of time to attempt to serve six foreign defendants, via the Hague Service Convention or letters rogatory, which period will terminate on October 8, 2019. (*See* ECF No. 59).

    To promote the efficient resolution of this matter, and for the other reasons stated at the status conference, which are incorporated into this Order, the Court **TERMINATES** the Defendants' Motions to Dismiss, (ECF Nos. 41, 42, 43). Defendants' Motions are terminated on purely procedural grounds pending either: (1) completion of service upon the foreign defendants; (2) the Court's October 8, 2019 deadline for service of the foreign defendants; or (3) further order of the Court. **No later than ten days after** either completion of service on all remaining foreign defendants, or the October 8, 2019, deadline to complete that service, Defendants may file a notice of their renew of their motions to

1

dismiss, and those motions shall be deemed refiled at that time, along with all responsive memoranda of law. Defendants are relieved of any obligation to answer the Complaint until such time.

  **DONE AND ORDERED** in chambers at Miami, Florida, this 23rd day of July 2019.

            _____
            CHRIS MCALILEY
            UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
   Counsel of Record