UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

       Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

       Defendants.
_____/

## PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS

Pursuant to the Court's Order Following April 8, 2019 Status Conference (the "Order") [ECF No. 59], Plaintiff United American Corp. ("UAC") hereby files this second status report regarding its ongoing efforts to effect service of process on the remaining foreign defendants, and states as follows:

1. Since the filing of its first status report [ECF No. 71], UAC has continued working through the arduous process of serving the remaining defendants.

2. There are six foreign defendants who must be served via either the Hague Convention or, in the case of Defendant Saint Bitts LLC d/b/a Bitcoin.com, through diplomatic channels between the United States and the nation of Saint Kitts and Nevis, who is not a signatory to the Hague Convention.

3. UAC has diligently investigated the best addresses for the foreign defendants and has initiated service upon those defendants based on the outcome of that investigation.

4. With respect to Bitmain Technologies Holding Company, the USM-94 Request for Service Abroad of Judicial or Extrajudicial Documents (the "USM-94")—the application form accompanying American judicial process that is recognized by the central authorities of many of the foreign countries who are signatories to the Hague Service Convention—has been completed and the packet of material was delivered to the central authorities in Grand Cayman. It is incumbent upon the central authorities to then send the American judicial process to the Grand Cayman court for review by a judicial official authorized to approve the request and initiate process within Grand Cayman. From past experience with service in this region, the Hague process server has advised us that the process is slow. It is anticipated that service will be effected between October and December 2019.

5. With respect to Bitmain Technologies Ltd. and Jihan Wu, the Complaint and Summonses have been translated to Chinese, the USM-94 has been completed and the documents were delivered to the central authorities in China. It is incumbent upon the central authorities to then send the American judicial process to the Chinese court for review by a judicial official authorized to approve the request and initiate process within China. From past experience with service in this region, the Hague process server has advised us that the process is slow. It is anticipated that service will be effected between November 2019 and January 2020.

6. With respect to Amaury Sechet, the Complaint and Summons have been translated to French, the USM-94 has been completed and the documents were delivered to the central authorities in France. It is incumbent upon the central authorities to then send the American judicial process to the French court for review by a judicial official authorized to approve the

request and initiate process within France.  Based upon our Hague process server's experience, it is anticipated that service will be effected by September 30, 2019.

7. With respect to Roger Ver, the Complaint and Summons have been translated to Japanese, the USM-94 has been completed and the documents were delivered to the central authorities in Japan.  It is incumbent upon the central authorities to then send the American judicial process to the Japanese court for review by a judicial official authorized to approve the request and initiate process within Japan.[1]  Based upon our Hague process server's experience, it is anticipated that service will be effected by September 30, 2019.

8. With respect to Saint Bitts LLC, UAC filed a Motion for Issuance of Letters Rogatory [ECF No. 74], the Court granted the request [ECF No. 77], and the Clerk of Court transmitted the exemplified and certified copies of same on August 6, 2019.  UAC will continue working with Judicial Process & Support Inc. for service of process services in connection with effectuating service on this foreign defendant in Saint Kitts.

9. At this time, UAC believes that the present deadline of October 8, 2019 to effectuate service upon these foreign defendants may not afford UAC sufficient time, despite UAC's efforts to navigate the cumbersome and costly international service of process procedures, to effectuate service upon each of the foreign defendants.  UAC and Judicial Process & Support Inc. are closely monitoring the process in each of the four foreign jurisdictions, and will take all reasonable steps to encourage the foreign jurisdictions to advance the process along.

---

[1]   UAC previously attempted service of process on defendants Roger Ver and Jihan Wu in the United States, but now believe that these two individuals reside in Japan and China, respectively.

10. Plaintiff undertakes to file a third status report regarding service on these foreign defendants no later than September 30, 2019, or at any other time ordered by the Court.

11. Pursuant to Court Order, no other discovery has commenced, and the previously-filed motions to dismiss have been temporarily terminated.

Dated: August 9, 2019

Respectfully submitted,

By: *s/ Lorayne Perez*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Lorayne Perez*
Lorayne Perez