# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:18-cv-25106-KMW-EGT

UNITED AMERICAN CORP.,

    Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____/

**CERTIFICATION OF PATRICK J. JONES**

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, Patrick J. Jones hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                    */s/ Patrick J. Jones*
                                                    Patrick J. Jones