UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

        Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING ECF 84

Pursuant to the Clerk's instructions on September 23, 2019 [ECF 85], Plaintiff, UNITED AMERICAN CORP., hereby gives notice of striking ECF 84, Affidavit of (foreign) Service upon Bitmain Technologies Holdings Company ("Affidavit"), submitted on September 20, 2019. Plaintiff will refile its Affidavit under the proper event for foreign service, as directed by the Clerk.

Dated: September 24, 2019

Respectfully submitted,

By: *s/ Lorayne Perez*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

50255547;1

2

> AKERMAN LLP
> Three Brickell City Centre
> 98 Southeast Seventh Street, Suite 1100
> Miami, FL 33131
> Tel: 305-374-5600
> Fax: 305-374-5095
>
> *Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> /s/ *Lorayne Perez*
> Lorayne Perez

50255547;1