

Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

OUR REF: F.P. 0047 OF 2019

# AFFIDAVIT OF SERVICE

I, Richard Harford of George Town, Grand Cayman, Cayman Islands affirm and swear as follows:

1. I am the Chief Bailiff of the Grand Court of the Cayman Islands.

2. That on **MONDAY** the 17th day of JUNE **2019**, at 10:14 hours I served the attached documents:-

   **SEE LIST/AS ATTACHED**

   _____
   _____
   _____

3. That service was made on the registered agent for Bitmain Technologies Holdings Company
4. Maples, Ugland House, George Town
5. Service was made by handing the said documents to, Ms Tammi Powers who therein accepted service on Bitmain Technology Holdings Company

6. The above statements made by me are true and correct.

_____
RICHARD HARFORD, CHIEF BAILIFF OF THE GRAND COURT

Sworn to before me on Monday 17th day of June **2019**

_____
NOTARY PUBLIC, GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
   que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | 17th JUNE 2019 |
| – at (place, street, number):<br>à (localité, rue, numéro) : | MAPLES<br>UGLAND HOUSE , GEORGE TOWN |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
   selon la forme particulière suivante* :

☒ c) by delivery to the addressee, if he accepts it voluntarily*
   par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person:<br>Identité et qualité de la personne : | TAMMI POWERS |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | PARALEGAL |

☐ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants*:

☒ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / *Annexes*

| | |
|---|---|
| Documents returned:<br>Pièces renvoyées : | Duplicate copy of document served |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | Affidavit of Service and Certificate of Attestation |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à George Town, Grand Cayman,<br><br>The / le 17th June 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br>[signature]<br>Chief Bailiff<br>[Grand Court Cayman Islands seal] |

Permanent Bureau September 2011