UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., *et al*,

      Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Patrick J. Jones, (ECF No. 83), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion, (ECF No. 83), is GRANTED. Patrick J. Jones may appear and participate in this action on behalf of defendants Shammah Chancellor and Jason Cox. The Clerk shall provide electronic notification of all electronic filings to Patrick J. Jones at pjones@omm.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of September, 2019.

                                                HONORABLE CHRIS M. MCALILEY
                                                United States Magistrate Judge

Copies furnished to:   The Honorable Kathleen M. Williams
                              All Counsel of Record