UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

        Plaintiff,

   v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING ECF 87

Pursuant to the Clerk's instructions on September 25, 2019 [ECF 88], Plaintiff, UNITED AMERICAN CORP., hereby gives notice of striking ECF 87, Affidavit of (foreign) Service upon Bitmain Technologies Holdings Company ("Affidavit"), submitted on September 24, 2019. As directed by the Clerk, Plaintiff will refile its Affidavit under the proper event for foreign service and in a proper format for proof of service on a foreign defendant pursuant to Federal Rule of Civil Procedure 4(l)(2)(A) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

Dated:  October 2, 2019

Respectfully submitted,

By:  *s/ Lorayne Perez*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lorayne Perez*
Brian P. Miller

2

50286275;1