UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

       Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

       Defendants.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT BITMAIN TECHNOLOGIES HOLDING COMPANY

       Plaintiff, UNITED AMERICAN CORP. ("UAC"), pursuant to Federal Rule of Civil Procedure 55(a) and Southern District of Florida Local Rule 7.1, requests that the Clerk of Court enter a default against defendant BITMAIN TECHNOLOGIES HOLDING COMPANY ("Bitmain Technologies") for its failure to file a response to UAC's Complaint or otherwise plead or defend in this action.  In support thereof, UAC states:

       1.    On December 6, 2018, UAC filed its Complaint in this action.

       2.    On June 17, 2019, Bitmain Technologies, located in Grand Cayman, Cayman Islands, was properly served with the Complaint and a Summons by means of the Hague Convention service of process.

3. On October 2, 2019, UAC filed the Affidavit of Service executed by the Chief Bailiff of the Grand Court of the Cayman Islands evidencing proper service of the Complaint and Summons upon Bitmain Technologies.  The Affidavit of Service is attached hereto as **Exhibit A**.

4. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

5. Pursuant to Southern District of Florida local Rule 7.1(a)(1)(D), an application for default need not incorporate a memorandum of law; therefore no memorandum of law is incorporated herein.

WHEREFORE, UAC respectfully requests that the Clerk of Court enter a default against defendant Bitmain Technologies Holding Company as a result of its failure to appear or file any responsive pleading in this action.

Dated:  October 4, 2019

Respectfully submitted,

By: _s/ Brian P. Miller_
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095
*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Brian P. Miller*
Brian P. Miller

AKERMAN LLP, THREE BRICKELL CITY CENTRE, 98 SOUTHEAST SEVENTH STREET, SUITE 1100, MIAMI, FL 33131