AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED AMERICAN CORP. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | CASE NO: 1:18-cv-25106-KMW |
| BITMAIN, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BITMAIN TECHNOLOGIES HOLDING COMPANY
Clifton House
75 Fort Street
Grand Cayman KY1-1108
Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian P. Miller
Michael O. Mena
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: December 06, 2018

Steven M. Larimore
Clerk of Court

s/ P.Curtis
Deputy Clerk
U.S. District Courts



Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

OUR REF: F.P. 0047 OF 2019

# AFFIDAVIT OF SERVICE

I, Richard Harford of George Town, Grand Cayman, Cayman Islands affirm and swear as follows:

1. I am the Chief Bailiff of the Grand Court of the Cayman Islands.

2. That on **MONDAY** the 17th day of JUNE **2019**, at 10:14 hours I served the attached documents:-

   **SEE LIST/AS ATTACHED**
   _____
   _____
   _____

3. That service was made on the registered agent for Bitmain Technologies Holdings Company
4. Maples, Ugland House, George Town

5. Service was made by handing the said documents to, Ms Tammi Powers who therein accepted service on Bitmain Technology Holdings Company

6. The above statements made by me are true and correct.

_____
RICHARD HARFORD, CHIEF BAILIFF OF THE GRAND COURT

Sworn to before me on Monday 17th day of June **2019**

_____
NOTARY PUBLIC, GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | 17th JUNE 2019 |
| – at (place, street, number):<br>à (localité, rue, numéro) : | MAPLES<br>UGLAND HOUSE , GEORGE TOWN |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
———

☒ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | TAMMI POWERS |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | PARALEGAL |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

———

☒ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | Duplicate copy of document served |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | Affidavit of Service and Certificate of Attestation |

* if appropriate / s'il y a lieu

**Done at** / Fait à George Town, Grand Cayman,

**The** / le 17th June 2019

**Signature and/or stamp**
Signature et / ou cachet

*[signatures]*
Chief Bailiff

*[GRAND COURT CAYMAN ISLANDS seal]*

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| MICHAEL MENA, Esq. | The Clerk of the Courts, Grand Cayman, Cayman Islands. |
| c/o Judicial Process and Support, Inc. | |
| 19 W. Flagler St., #610, Miami, Fl. 33130 | |
| Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | |
| CASE NO: 1:18-CV-25106-KMW | |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
BITMAIN TECHNOLOGIES HOLDING COMPANY, CLIFTON HOUSE, 75 FORT STREET, GRAND CAYMAN, KY1-1108, CAYMAN ISLANDS.

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** |
| | | selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:** |
| | | selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*** |
| | | le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- EXECUTED "REQUEST" IN DUPLICATE
- SUMMONS, COMPLAINT WITH EXHIBIT.
- ALL DOCUMENTS IN DUPLICATE
- ____

* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp |
|---|---|
| MIAMI, FL, USA. | Signature et / ou cachet |
| The / le _____ | *Michael Mena* |

Permanent Bureau September 2011

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.

☐ 1. that the document has been served*
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | _____ |
| — at (place, street, number):<br>à (localité, rue, numéro) : | _____ |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | _____ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | _____ |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à _____,<br><br>**The** / le _____ | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
BITMAIN TECHNOLOGIES HOLDING COMPANY, CLIFTON HOUSE, 75 FORT STREET, GRAND CAYMAN, KY1-1108, CAYMAN ISLANDS.

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau September 2011

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | BRIAN P. MILLER, Esq.<br>c/o Judicial Process and Support, Inc.<br>19 W. Flagler St., #610, Miami, Fl. 33130 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | _____UNITED AMERICAN CORP., VS. BITMAIN, INC, ET AL.<br>CASE NO. 1:18-CV-25106-KMW |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | TO GIVE NOTICE THAT THE PLAINTIFF HAS FILED A COMPLAINT AGAINST THE DEFENDANT. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | LAWSUIT FOR MANIPULATION OF CRYPTOCURRENCY MARKET. CAUSES OF ACTION: ANTITRUST; NEGLIGENT MISREPRESENTATION; NEGLIGENCE; EQUITABLE ESTOPPEL; UNJUST ENRICHMENT; CONVERSION AND INJUNCTIVE RELIEF. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | FILE ANSWER WITH: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, WILKIE D. FERGUSON, JR. U.S. COURTHOUSE, CLERK OF COURT, 400 NORTH MIAMI AVENUE, MIAMI, FL 33128. A COPY OF THE ANSWER MUST BE MAILED TO: MICHAEL MENA, ESQ. 95 SOUTHEAST SEVENTH STREET, SUITE 1100, MIAMI, FL 33131. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ANSWER OR RESPONSE IS DUE 21 DAYS AFTER SERVICE UPON YOU. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

Permanent Bureau September 2011

| Nature and purpose of the document:<br>Nature et objet de l'acte : | N/A |
|---|---|
| **Time-limits stated in the document\*\***:<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

Permanent Bureau September 2011