UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:18-CV-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

*Plaintiff*,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a BITCOIN.COM, ROGER VER, BITMAIN TECHNOLOGIES LTD., BITMAIN TECHNOLOGIES HOLDING COMPANY, JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, AMAURY SECHET, SHAMMAH CHANCELLOR, and JASON COX,

*Defendants*.

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Melissa Pallett-Vasquez of Bilzin Sumberg Baena Price & Axelrod LLP and Ian Simmons, Katrina Robson, Sergei Zaslavsky, Zhao Liu, Brian P. Quinn, and Patrick J. Jones of O'Melveny & Myers LLP hereby enter this appearance as counsel on behalf of Defendant Roger Ver, and respectfully request that the Clerk place them on the services to receive all documents, pleadings, and exhibits in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service but not a consent to the jurisdiction of this Court.

Dated:  October 4, 2019

Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593

and

IAN SIMMONS (*admitted pro hac vice*)
D.C. Bar No. 439645
isimmons@omm.com
KATRINA ROBSON (*admitted pro hac vice*)
D.C. Bar No. 989341
krobson@omm.com
SERGEI ZASLAVSKY (*admitted pro hac vice*)
D.C. Bar No. 1010425
szaslavsky@omm.com
ZHAO LIU (*admitted pro hac vice*)
D.C. Bar No. 1022940
zliu@omm.com
BRIAN P. QUINN (*admitted pro hac vice*)
D.C. Bar No. 1048323
bquinn@omm.com
PATRICK J. JONES (*admitted pro hac vice*)
N.Y. Bar No. 5701495
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel: (202) 383-5300   Fax: (202) 383-5414

*Attorneys for Defendant Jason Cox, Shammah Chancellor and Roger Ver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez