UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED AMERICAN CORP.

PLAINTIFF(S)

CASE NUMBER
1:18−cv−25106−KMW

v.

BITMAIN, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Bitmain Technologies Holding Company**

as of course, on the date October 7, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lisa Streets*
Deputy Clerk

cc:  Judge Kathleen M. Williams
    United American Corp.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)