# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**Case No: 1:18-cv-25106-Williams/McAliley**

United American Corporation,

        *Plaintiff,*

     v.

Bitmain, Inc., Saint Bitts LLC d/b/a
Bitcoin.com, Roger Ver, Bitmain Tech-
nologies Ltd., Bitmain Technologies
Holding Company, Jihan Wu, Payward
Ventures, Inc. d/b/a Kraken, Jesse Pow-
ell, Amaury Sechet, Shammah Chancel-
lor, and Jason Cox,

        *Defendants.*

## DEFENDANTS' JOINT NOTICE OF RENEWAL OF MOTIONS TO DISMISS

In its July 23, 2019 Order (D.E.. 78) (the "Order"), the Court temporarily ter-
minated all pending motions to dismiss [D.E. 41, 42, 43, 56] while Plaintiff United
American Corporation ("UAC") attempted to serve Defendants who do not reside in
the United States (the "Foreign Defendants"). The Order directed Defendants with
pending motions to dismiss—Shammah Chancellor, Jason Cox, Jesse Powell, Pay-
ward Ventures, Inc., and Bitmain, Inc. (the "Moving Defendants")[1]—to file a notice of
renewal of those motions no later than 10 days after (1) the completion of service upon

---

[1] Initially, four Defendants moved to dismiss UAC's Complaint. *See* D.E. 41 (Sham-
mah Chancellor); 42 (Bitmain, Inc.); 43 (Payward Ventures, Inc. and Jesse Powell).
UAC filed a consolidated opposition to those motions [D.E. 49], and that same set of
Defendants filed their replies. D.E. 50 (Chancellor Reply); 51 (Bitmain, Inc. Reply);
52 (Payward Ventures, Inc. and Powell Reply). UAC served Defendant Jason Cox at
the end of that first round of motion to dismiss briefing. D.E. 55. Shortly thereafter,
Cox filed a notice of joinder in and adoption of Chancellor's motion to dismiss [D.E.
No. 56], which UAC opposed [D.E. 60].

all remaining Foreign Defendants or (2) the Court's October 8, 2019 deadline for UAC to complete service. *Id.* at 1–2. The Order also "relieved [Defendants] of any obligation to answer the Complaint until such time." *Id.* at 2.

The Court's October 8, 2019 deadline has passed.  In accordance with the Order, Moving Defendants hereby renew their motions to dismiss the complaint along with their replies in further support of the motions [D.E. 41, 42, 43, 56, 50–53, 62].[2] Defendants respectfully request that the Court consider the motions to dismiss and related filings promptly. Consistent with the aspirations of Federal Rule of Civil Procedure 1 that matters be resolved in a "just, speedy and inexpensive" manner, it is time for this wasteful and frivolous action and the burden it imposes on defendants to end.

Dated:  October 9, 2019

Respectfully submitted,

/s *Melissa Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)

---

[2] The undersigned Defendants have consented to the filing of this notice on their behalf.

bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
*Attorneys for Defendants Jason Cox and*
*Shammah Chancellor*

*s/ Christopher Pace*
*CHRISTOPHER R.J. PACE*
*Florida Bar No. 721166*
*crjpace@jonesday.com*
*MARC A. WEINROTH*
*Florida Bar No. 42873*
*mweinroth@jonesday.com*
*JONES DAY*
*600 Brickell Avenue*
*Suite 3300*
*Miami, Florida 33131*
*Tel.: (305) 714-9700*
*Fax: (305) 714-9799*

*JULIE M. MCEVOY (pro hac vice)*
*jmcevoy@jonesday.com*
*JONES DAY*
*51 Louisiana Ave., N.W.*
*Washington, D.C. 20001*
*Tel.: (202) 879-3939*
*Fax: (202) 626-1700*

*MARK RASMUSSEN (pro hac vice)*
*mrasmussen@jonesday.com*
*THOMAS D. YORK (pro hac vice)*
*tdyork@jonesday.com*
*JONES DAY*
*2727 N. Harwood Street*
*Suite 500*
*Dallas, TX 75201*
*Telephone: (214) 220-3939*
*Facsimile: (214) 969-5100*
*Attorneys for Defendant Bitmain, Inc.*

3

/s *Andrew Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. and Jesse Powell*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez

4