UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

        Plaintiff,

v.

BITMAIN, INC., et al.,

        Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR 7-DAY ENLARGEMENT OF TIME TO RESPOND TO BITMAIN TECHNOLOGIES HOLDING COMPANY'S MOTION TO DISMISS THE COMPLAINT [ECF No. 99]**

    Plaintiff United American Corp. ("UAC"), pursuant to Fed. R. Civ. P. 6 and S.D. Fla. L.R. 7.1, hereby files this unopposed motion for a 7-day enlargement of time to respond to Bitmain Technologies Holding Company's Motion to Dismiss the Complaint Under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion to Dismiss") [ECF No. 99], and in support states the following:

    1.    On October 17, 2019, Bitmain Technologies Holding Company filed the Motion to Dismiss, asserting that dismissal was warranted under Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

    2.    The current deadline for UAC to respond to the Motion to Dismiss is October 31, 2019.

    3.    The undersigned counsel, Brian Miller, has been preparing an objection to a 39-page Report and Recommendation in the case styled *Maz Partners LP v. First Choice Healthcare Solutions, Inc.*, No. 6:19-cv-619-Orl-40LRH (M.D. Fla.), which is due October 30, 2019. In addition, Mr. Miller has been out of town for other work obligations since October 27, 2019,

returning October 30, 2019.

4. UAC's additional counsel, Lorayne Perez, is assisting with final preparations for an appellate oral argument in the case styled *Miami-Dade County Expressway Authority v. Electronic Transaction Consultants Corp.*, No. 3D18-801 (Fla. 3d DCA), scheduled for November 12, 2019. The appeal is of a three-week trial involving 26 witnesses, over 500 trial exhibits, and resulting in a 25-page final order. In addition, Ms. Perez is drafting an answer brief in the case styled *Metalonis v. EastGroup Properties, Inc.*, Case No. 3D19-1297 (Fla. 3d DCA), due on November 15, 2019.

5. In balancing these aforementioned work commitments, counsel for UAC have been unable to prepare an adequate response to the Motion to Dismiss. As such, they seek a short, 7-day enlargement of time to do so.

6. This is UAC's first request for an enlargement of time to respond to the Motion to Dismiss.

7. This request is made in good faith and not for purposes of unnecessarily delaying this action.

8. A proposed order is attached hereto for the Court's convenience.

**WHEREFORE**, Plaintiff UAC respectfully requests the entry of an Order granting it a 7-day extension of time to file its response in opposition to Defendant Bitmain Technologies Holding Company's Motion to Dismiss up to and including November 7, 2019.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Counsel for UAC has conferred with counsel for Bitmain Technologies Holding Company and is authorized to represent that Bitmain Technologies Holding Company does not object to the relief requested.

Dated:  October 29, 2019

Respectfully submitted,

By: *s/ Brian P. Miller*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Lorayne Perez*
Lorayne Perez