UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., et al.,

      Defendants.
_____/

**[PROPOSED]
ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR 7-DAY ENLARGEMENT OF TIME TO RESPOND TO
BITMAIN TECHNOLOGIES HOLDING COMPANY'S
MOTION TO DISMISS THE COMPLAINT [ECF No. 99]**

THIS MATTER having come before the Court on Plaintiff United American Corp.'s Unopposed Motion for 7-Day Enlargement Time to Respond to Bitmain Technologies Holding Company's Motion to Dismiss the Complaint (the "Unopposed Motion"), and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

The Unopposed Motion is **GRANTED.**  Plaintiff United American Corp. shall file its response to Bitmain Technologies Holding Company's Motion to Dismiss on or before November 7, 2019.

**DONE and ORDERED** in Chambers on this _____ day of October, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

50614366;1