# EXHIBIT A

Case 1:18-cv-25106-KMW Document 108-1 Entered on FLSD Docket 10/29/2019 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:18-CV-25106-KMW**

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

## DECLARATION OF YIRU TANG

I, Yiru Tang, declare:

    1.    I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I would testify competently to the facts stated herein.

    2.    I am legal counsel employed by Defendant Bitmain Inc. and am based in San Jose, California. I am responsible for managing the defense of this litigation for Bitmain Inc.

    3.    Bitmain Inc.'s parent company—Defendant Bitmain Technologies Holding Company—is a Cayman corporation that has no employees in the United States. As a result, I am responsible for overseeing the defense of this litigation and coordinating with Jones Day on behalf of Bitmain, Inc. and BTH.

4.      I did not learn that BTH had been served until Jones Day informed me about that fact on September 20, 2019, the same day that United American Corp. filed an affidavit of service with the Court. Before then, I had no knowledge that BTH had been served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October 2019, in New York.

By: _____
Yiru Tang