UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.
_____ /

**DEFENDANTS BITMAIN TECHNOLOGIES LTD. AND JIHAN WU'S UNOPPOSED MOTION FOR 7-DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure ("Federal Rule") 6 and S.D. Fla. Local Rule 7.1, Defendants Bitmain Technologies Ltd. ("Bitmain China") and Jihan Wu ("Wu") respectfully submit this unopposed motion for a 7-day enlargement of time to respond to Plaintiff United American Corp.'s Complaint. Bitmain China and Wu expressly preserve all arguments for dismissal available under Federal Rule 12, including but not limited to insufficient process, insufficient service of process, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.

1. On December 6, 2018, Plaintiff initiated this lawsuit by filing a Complaint against eleven Defendants. [ECF No. 1]. By the end of December, Plaintiff had served the Complaint on four Defendants.

2. On January 18, 2019, the Court gave Plaintiff until March, 6, 2019 to serve Bitmain China, Wu, and all remaining Defendants. [ECF No. 37].

3. On April 10, 2019, the Court extended this service deadline and gave Plaintiff until October 8, 2019. [ECF No. 59].

4. Six days after the Court's October 8 deadline, Bitmain China and Wu were purportedly served with the Complaint on October 14, 2019.

5. The current deadline for Bitmain China and Wu to respond to the Complaint—assuming, but not conceding, both that service was properly effectuated on October 14, 2019 and is not barred by the Court's prior order—is November 4, 2019.

6. Counsel for Bitmain China and Wu requires additional time to prepare and coordinate the response to the Complaint, including supporting declarations, because these parties are located in China.

7. For these reasons, Bitmain China and Wu seek an order extending the time to respond to the Complaint up to and including November 11, 2019.

8. This is Bitmain China and Wu's first request for an enlargement of time to respond to the Complaint.

9. This request for an enlargement of time is made in good faith and not for purposes of delay.

10. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached hereto for the Court's convenience as Exhibit "A."

**WHEREFORE**, for the foregoing reasons, Defendants Bitmain Technologies Ltd. and Jihan Wu respectfully request the entry of an Order granting them a 7-day extension of time to file their response to Plaintiff's Complaint up to and including November 11, 2019.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Counsel for Bitmain Technologies Ltd. and Jihan Wu has conferred with counsel for Plaintiff United American Corp. and is authorized to represent that Plaintiff does not object to the relief requested.

Dated: November 1, 2019

Respectfully submitted,

/s/ *Christopher R.J. Pace*
Christopher R.J. Pace
Florida Bar No. 721166
Email: crjpace@jonesday.com
Marc A. Weinroth
Florida Bar No. 42873
Email: mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

Julie M. McEvoy (*pro hac vice*)
Email: jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Mark W. Rasmussen (*pro hac vice*)
Email: mrasmussen@jonesday.com
Thomas D. York (*pro hac vice*)
Email: tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Attorneys for Defendants Bitmain Technologies Ltd. and Jihan Wu*

3

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on November 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

            */s/ Christopher R.J. Pace*
            Christopher R.J. Pace