# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN INC. *et al.*,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS BITMAIN
TECHNOLOGIES LTD. AND JIHAN WU'S UNOPPOSED MOTION
FOR 7-DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Defendants Bitmain Technologies Ltd. and Jihan Wu Unopposed Motion for 7-Day Enlargement of Time to Respond to Complaint (the "Unopposed Motion"), filed November 1, 2019.

The Court, having reviewed the Unopposed Motion and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Unopposed Motion is **GRANTED**.

2. Defendants Bitmain Technologies Ltd. and Jihan Wu shall have up to and including November 11, 2019 to respond to the Complaint.

**DONE AND ORDERED** in Chambers, Miami, Florida, this ____ day of November, 2019.

                                                                         KATHLEEN M. WILLIAMS
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record