# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25106-KMW

UNITED AMERICAN CORP.,

        Plaintiff

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

        Defendants.

_____/

## DECLARATION OF MARY A. MCLEES

I, Mary A. McLees, hereby declare:

1. I am over the age of eighteen (18) and make this declaration of my own personal knowledge.

2. I am a paralegal with the law firm of Akerman LLP ("the Firm"), located at 98 S.E. 7th Street, Suite 1100, Miami, Florida 33131. The Firm is counsel for Plaintiff United American Corp. ("UAC") in this matter.

3. Upon request of Firm counsel, I performed a Google search for the entity entitled Bitmain Technologies Holding Company. This search led me to the site entitled "About Us / Bitmain" located at web address www.bitmain.com/about.

50736105;1

4. This site contained the information attached to Plaintiff's Response in Opposition to Defendant Bitmain Technologies Holding Company's Motion to Dismiss the Complaint Under Fed.R.Civ.P. 12(b)(2) and 12(b)(6) and, Alternatively, Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery ("Plaintiff's Response") as Exhibits 1-A and 1-B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2019.

_____
Mary A. McLees

# Exhibit A-1

## About Bitmain

Bitmain Technology Holding Company ("Bitmain") is a multinational semiconductor company with state-of-the-art IC design capabilities. Bitmain offers products, including chips, servers, and cloud solutions, for blockchain and artificial intelligence (AI) applications.

Founded in 2013 and headquartered in Haidian District, Beijing, Bitmain has research and development centers in Hong Kong, Singapore, and United States. According to Frost & Sullivan, Bitmain is among the world's top 10 and China's second largest fabless IC designer.

Bitmain is focused on computing chips with a vision of realizing a even more beautiful digital world. It has design capabilities for different chip processes, including the state-of-the-art 5 nanometer process. In the blockchain mining area, Bitmain has shipped billions of ASICs, accounting for 75% of the global market. Being one of the world's few companies with the capability to develop cloud-based AI chips, Bitmain has successfully released four generations of its AI chip. With advanced tensor acceleration for deep learning, Bitmain's AI chips can be used for a wide range of applications such as facial recognition, automatic driving, smart cities, smart governance, smarter security, medical services and more.





News

 

Case 1:18-cv-25106-KMW   Document 113-1   Entered on FLSD Docket 11/07/2019   Page 7 of 17

About Us

Contact Us

Join Us

Conditions of Use

Privacy Policy

Copyright © 2019 BitMain Technologies Holding Company. All Rights Reserved.

# Exhibit A-2

**BITMAIN**  ≡ Sign in   English (US) ⌄

Bitmain Support  >  Warranty & Repair  >  Pack and ship my repair items

🔍 Search

Articles in this section  ⌄

# IMPORTANT! USA-CA Repair center address updates



Jocelyn
Created October 28, 2019 · Updated October 28, 2019

Follow

Our **USA-CA** repair center address will be updated after 29th October 2019.

For parcels that are received by the previous address after 15th November 2019, we will not be able to collect and process them for repair; Bitmain will NOT take responsibility for any additional costs and losses incurred.

Please find the NEW address below:

| Name | Recipient: Sherry Xie |
|---|---|
| Address | 4231 Business Center Drive Suite 8 Fremont, CA 94538 |
| Working Hours | Mon - Fri: 8:30 AM - 17:30 PM (local time) |

For international customers, our other global repair centers will not be affected. You can continue to return defective items to your respective repair centers.

- Check out our repair centers delivery addresses >

If you have any questions, contact us for further assistance.

Contact us >

Was this article helpful?

✓ Yes      ✗ No

0 out of 0 found this helpful

Have more questions? Submit a request

Return to top ↑

### Recently viewed articles

Global repair site delivery addresses

### Comments

0 comments

Article is closed for comments.

Copyright ©2019 Bitmain.com. All Rights Reserved.



≡  Sign in      English (US) ⌄

Bitmain Support  >  Warranty & Repair  >  Pack and ship my repair items

🔍 Search

Articles in this section ⌄

# IMPORTANT! Repair center USA-SC-Greenville to cease operations

**Jocelyn**
Created August 27, 2019 · Updated August 27, 2019

Follow

Dear Customers,

As we will be focusing on our repair service quality, we would like to inform you that our **USA-SC-Greenville** repair center will cease operations after 30 August 2019.

**Please do not send any defective items to our USA-SC-Greenville repair center anymore.**

For parcels that are received by USA-SC repair site after 30 August 2019, we will not be able to collect and process them for repair; Bitmain will NOT take responsibility for any additional costs and losses incurred.

Customers who are residing or have miners in the U.S., if you would like have your items repaired, please send them to our **USA-CA** repair center. For other international customers, our other global repair centers will not be affected. You can continue to return defective items to your respective repair centers.

- Check out our repair centres delivery addresses >

If you have any questions, contact us for further assistance.

 Contact us >

 f   twitter   in

Was this article helpful?

✓ Yes          ✕ No

3 out of 3 found this helpful

Have more questions? Submit a request

Return to top ↑

### Recently viewed articles

IMPORTANT! USA-CA Repair center address updates

Global repair site delivery addresses

### Comments

0 comments

Article is closed for comments.

Copyright ©2019 Bitmain.com. All Rights Reserved.

**BITMAIN**  ≡ Sign in   English (US) ▾

Bitmain Support  >  Warranty & Repair  >  Pack and ship my repair items

🔍 Search

Articles in this section ▾

# IMPORTANT! Repair center USA-WA to cease operations



Sarah
Created December 19, 2018  ·  Updated January 16, 2019

Follow

Dear Customers,

As we will be focusing on our repair service quality, we would like to inform you that our USA-WA repair center will cease operations after 1 Jan 2019.

Please do not send any defective items to our USA-WA repair center anymore.

For parcels that are received by USA-WA repair site after 1 Jan 2019, we will not be able to collect and process them for repair; Bitmain will NOT take responsibility for any additional costs and losses incurred.

Customers who are residing or have miners in the U.S., if you would like have your items repaired, please send them to our **USA-CA-Newark** repair center. For other international customers, our other global repair centers will not be affected. You can continue to return defective items to your respective repair centers.

- Check out our repair centres delivery addresses >

If you have any questions, contact us for further assistance. Merry Christmas and Happy New Year!

Contact us >

Written on: 20 December 2018

Was this article helpful?

✓ Yes    ✕ No

1 out of 1 found this helpful

Have more questions? Submit a request

Return to top ↑

### Recently viewed articles

IMPORTANT! Repair center USA-SC-Greenville to cease operations

IMPORTANT! USA-CA Repair center address updates

Global repair site delivery addresses

### Comments

0 comments

Article is closed for comments.

Copyright ©2019 Bitmain.com. All Rights Reserved.