# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-KMW

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

## DECLARATION OF LUYAO LIU

I, Luyao Liu, declare:

    1.    I am the Chief Financial Officer of Defendant Bitmain Technologies, Ltd. ("Bitmain HK"). I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I would testify competently to the facts stated herein.

    2.    Bitmain HK is a foreign company established under the laws of the Hong Kong Special Administrative Region of the People's Republic of China.

    3.    Bitmain HK's principal place of business is in Beijing, China. All decisions relating to the day-to-day operations of Bitmain are made in the People's Republic of China.

    4.    Bitmain HK does not have an agent for service of process in Florida or any other State within the United States.

5. Bitmain HK does not operate sales or service networks within Florida or any other State within the United States.

6. Bitmain HK does not have any employees in Florida or any other State within the United States.

7. Bitmain HK does not have a bank account in Florida or any other State within the United States.

8. Bitmain HK does not pay taxes to Florida or any other State within the United States.

9. Bitmain HK has never been authorized to do business in Florida or the United States.

10. Bitmain HK has never had any employees, offices or property in Florida or the United States.

11. Bitmain HK maintains its own corporate books and financial records, and it is operated independently of other Bitmain entities.

12. Bitmain HK does not target its marketing or solicitations toward Florida residents.

13. On October 11, 2019, Bitmain HK was contacted by the Highest Court in China about collecting legal documents. After making an appointment with the Highest Court in China, a legal assistant for Bitmain HK picked up the documents, which were summonses for this matter for Bitmain HK and Mr. Jihan Wu, on the following Monday, October 14, 2019.

14. The Court's exercise of jurisdiction over Bitmain HK would pose a substantial burden because it would have to devote significant resources to defend this action in Florida, half a world away from where the company is based.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _7th__ day of November 2019, in _Beijing_____.

By: _____
Luyao Liu