# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-KMW

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

## DECLARATION OF JIHAN WU

I, Jihan Wu, declare:

1. I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I would testify competently to the facts stated herein.

2. I am not domiciled in California, Florida or any other State in the United States.

3. I am a citizen of the People's Republic of China.

4. I have never resided or worked in Florida.

5. I have never paid taxes to Florida or had a license to do business there.

6. I have never had an office or property in Florida or conducted business there.

7. I have never had a bank account in Florida.

8.  The Court's exercise of jurisdiction over me would pose a substantial burden on me because I would have to devote significant resources to defend this action in Florida, half a world away from where I reside.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _7th__ day of November 2019, in _Beijing_____.

By: _____*Jihan Wu*_____
    Jihan Wu