# Exhibit "A"



Blockchain, cryptocurrencies, and insider stories by TNW.

Powered by

INSIGHTS   INITIAL PUBLIC OFFERING   UNITED STATES DOLLAR   U.S. SECURITIES AND EXCHANGE COMMISSION   BITMAIN   COMPANY

# Bitmain quietly filed for a US IPO with Deutsche Bank as its sponsor





After seeing its IPO dreams slashed earlier this year, Bitmain Technologies has reportedly re-submitted its US application in secret.

According to a Tencent News report, the cryptocurrency miner manufacturing giant filed its application with the US Securities and Exchange Commission (SEC), with Deutsche Bank as its sponsor.

It's not known how much Bitmain is looking to raise with its IPO, but previous reports suggested that it was seeking to raise approximately $300 million–$500 million with its US offering.

The latest figure is a lot lower than the $3 billion it intended on raising when it filed an IPO application in September 2018 to be listed on the Hong Kong Stock Exchange (HKEX); it eventually lapsed in March.

The company made headlines earlier this week after one of its founders returned from exile to oust the other.

According to an internal email sent to staff, Jihan Wu, Bitmain's other co-founder and now chairman of the board, sent an email all employees on Tuesday, saying:

> "Bitmain's co-founder, chairman, legal representative and executive director Jihan Wu has decided to dismiss all roles of Ketuan Zhan, effective immediately. Any Bitmain staff shall no longer take any direction from Zhan, or participate in any meeting organized by Zhan. Bitmain may, based on the situation, consider terminating employment contracts of those who violate this note."



Yessi Bello Perez
October 30, 2019 — 11:41 UTC

INSIGHTS   PETITION   BUSINESS   NASDAQ   COMPANY   BANKRUPTCY   EXCHANGE (ORGANIZED MARKET)   ISRAEL

# Estonian crypto exchange was actually run by Israeli firm, employees claim

The firm behind DX.Exchange enters bankruptcy after failing to pay staff, suppliers



TNW

The parent company of DX.Exchange, which traded asset-backed tokenized shares of Nasdaq listed companies, is entering bankruptcy after 78 of its staff petitioned to an Israeli court to "wind it up," The Times of Israel reports.

The petition, dated October 24, alleges that an Israeli company called CX Technologies Ltd. is behind DX.Exchange, rather than an Estonian firm as listed on the exchange's website.

Furthermore, the petition claims that employee salaries for September and October were not paid. Some suppliers are also said to have sued the company in the last six months for failing to pay bills.

### Concerning company connections

The petition says that CX Technologies is actually the company that was created after Israel-based binary options firm SpotOption was raided by the FBI in January 2018.

Israel banned binary options trading in October 2017 (effective from January 2018). The country's government deemed that binary options were tantamount to gambling and not a form of investment.

SpotOption has continued to deny the allegations.

However, the petition claims that most of CX Technologies' employees used to work for SpotOption. These employees were hired in the same month SpotOption was raided. Both companies were also located in the same office. DX.Exchange previously denied any connection to SpotOption.

Despite these concerning connections, DX.Exchange has been covered by a number of news outlets.

CNBC said the exchange's product "could be the next big thing in crypto." Crypto news outlet The Block reported that the platform was "making waves by listing security tokens for secondary trading."

DX.Exchange was even a lead sponsor of an Bloomberg event held at its EMEA headquarters, where the exchange's CEO gave a keynote address.

As The Times of Israel also points out, financial website The Street referred to DX.Exchange as a Nasdaq partner. The exact details of this "partnership" remain unclearremain unclear, aside from the firm claims to have built its exchange using Nasdaq's market matching technology.

According to a blog post on DX.Exchange's website posted earlier this month, the company said that it would "temporarily close" to find a merger or sell the company.

It said the business' running costs were not economically feasible. However, given the revelations from the employee petition, there's likely more to its closure than the firm is letting on.

**Matthew Beedham**
November 25, 2019 — 15:11 UTC





THE HEART OF TECH™

More TNW

News
Events
Enterprise
Intelligence
Answers
Spaces

About TNW

About
Team
Advertise
Jobs
Contact

Stay tuned

WEEKLY          DAILY          BREAKING

✉ Email                                                          OK

Copyright © 2006—2019. All rights reserved. Made with ♥ in Amsterdam.