# Exhibit "D"



# Bitmain Chooses Rockdale, Texas, for Newest Blockchain Data Center

*Company Anticipates New Facility Will Initiate Operations in Early 2019 and Be Fully Operational in about 2 Years, Bringing 400 New Jobs*

August 06, 2018 09:00 AM Eastern Daylight Time

ROCKDALE, Texas--(BUSINESS WIRE)--Bitmain Technologies Ltd.—a world leader in blockchain hardware, software, and services—today announced the launch of its new blockchain data center in the city of Rockdale, Milam County, Texas. This represents an investment of more than US $500 million by Bitmain over an initial period of seven years into the local, county, and statewide economies. The Milam County blockchain data center and cryptocurrency mining facility represents a key component of Bitmain's strategic investment and expansion plans within North America.

The new facility will be located within a section of the former Alcoa Rockdale Operations site. Construction and set-up is underway, and Bitmain estimates this phase will finish early in the fourth quarter of 2018, with the data center initiation in early 2019. The company anticipates that the new facility will bring in 400 local jobs to the local economy over the first two years. Bitmain also plans to partner with the local schools and educational institutions to provide professional and technical training programs that would prepare members of the community for careers with the data center.

The company is currently recruiting for multiple positions, ranging from senior management, sales and finance to research associates, engineers, technicians and other roles. For an updated list of job openings at the new Rockdale, Texas facility, please visit https://www.bitmain.com/jobs.

"Bitmain is truly honored to announce this news and is excited to work with local partners, government and stakeholders in realizing this vision, throughout the initial set-up phase, operations and beyond," said Jeff Stearns, executive vice president and director of operations for Bitmain, North America.

About Bitmain

Bitmain, founded in 2013, is a global blockchain and semiconductor company dedicated to the design and manufacture of high-performance hardware, software, and services for the customers and communities it serves worldwide. With industry-defining technologies Bitmain is a leader supporting new financial technologies which enable a decentralized, global network to connect, grow and benefit everyone who participates. The company is headquartered in Beijing with offices, product and research centers globally, including Silicon Valley, Tel Aviv, Amsterdam, Hong Kong, Singapore and Zug.

## Contacts

Bitmain
Libby Freeman, 415-486-3207
libby.freeman@edelman.com

Tweets by @BITMAINtech

BITMAIN [Not giving away ETH] Retweeted

 **Antminer_main**
@Antminer_main

@BITMAINtech is now offering the #ATA Ant Training Academy in Atlanta, USA! Offering special training for foundation welding and maintenance for the #AntminerS17. Join now for $1,500 USD only. Learn more here bit.ly/2KMSYgb (Limited slots only)



9h

---

BITMAIN [Not giving away ETH] Retweeted

 **Antminer_main**
@Antminer_main

Did you miss out on the WDMS 2019? Here are 5 highlights from the world's largest digital mining event. bit.ly/2OrIkwk Join us next year for #WDMS2020



Nov 21, 2019

---

BITMAIN [Not giving away ETH] Retweeted

Antminer
@Antminer_main

#Bitmain completes construction of 50MW mining facility in #Rockdale #Texas. (bit.ly/2oPuN9r) The project is set to create jobs in the area and plans to work with the local district to provide education and training on blockchain technology and data center operations.

