# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-KMW

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC.
d/b/a KRAKEN, JESSE POWELL,
AMAURY SECHET, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

## SUPPLEMENTAL DECLARATION OF LUYAO LIU

I, Luyao Liu, declare:

    1.    I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I would testify competently to the facts stated herein. I am the Chief Financial Officer of Defendant Bitmain Technologies, Ltd. ("Bitmain HK").

    2.    In UAC's Response in Opposition to Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss, UAC states that "Bitmain [HK] is reported to have leased office space in San Jose, California." Bitmain, Inc. is the entity that leases office space in San Jose, California. Bitmain HK does not have any offices or property in the United States.

    3.    UAC also states that "Bitmain [HK] is also reported to have made a $500 million investment in a Rockdale, Texas blockchain data center." Bitmain, Inc. is the entity that made that investment in the Rockdale facility. Bitmain HK does not do business in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3th__ day of December 2019, in _____Beijing, China_____.

By: _____
Luyao Liu