UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICAN CORP.,

    Plaintiff,

vs.

BITMAIN, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report and recommendation on Defendant Bitmain Technologies Holding Company's motion to set aside clerk's default (DE 119). The parties did not file objections to the Report. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 119) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion to set aside Clerk's default (DE 96) is **GRANTED**.

3. The Clerk's default entered on October 7, 2019 (DE 95) is **VACATED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of January, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE