UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., *et al*,

    Defendants.

_____/

## REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAINT BITTS LLC AND AMAURY SECHET

On January 21, 2020, I denied Plaintiff United American Corp.'s Motion for 90-Day Extension of Time to Serve Certain Foreign Defendants. (ECF No. 127). The nonmovants requested in their opposition that the Court "dismiss from the case any Defendant not served by October 8." (ECF No. 100 at 5). To this date, Plaintiff has not served two foreign defendants: Saint Bitts LLC and Amaury Sechet.

Where a plaintiff fails to serve foreign defendants with due diligence, the Court may dismiss the foreign defendants. *Harris v. Orange S.A.*, 636 F. App'x 476, 485 (11th Cir. 2015). Having found that Plaintiff's efforts to serve foreign defendants Saint Bitts LLC and Amaury Sechet did not display due diligence, I respectfully recommend that the Court dismiss without prejudice Defendants Saint Bitts LLC and Amaury Sechet.[1]

---

[1] Defendants Bitmain Technologies Ltd. and Jihan Wu have filed a motion that asks for their dismissal because, among other reasons, service was untimely. (ECF No. 116 at 11). I will address

**Objections**

**No later than 14 days from the date of this Report and Recommendation** the parties may file any written objections to this Report and Recommendation with The Honorable Kathleen M. Williams, who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at Miami, Florida, this 21st day of January 2020.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
   All counsel of record

---

that argument in a separate report.