IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-EGT

United American Corp.,

    *Plaintiff*,

v.

Bitmain, Inc., Saint Bitts LLC d/b/a Bitcoin.com, Roger Ver, Bitmain Technologies Ltd., Bitmain Technologies Holding Company, Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Amaury Sechet, Shammah Chancellor, and Jason Cox,

    *Defendants.*

**JOINT MOTION TO ADOPT PROPOSED HEARING AGENDA**

On January 6, 2020, the Court set oral argument for 10:00 am on January 28, 2020, on the motions to dismiss for failure to state a claim and for lack of personal jurisdiction and motions for leave to seek jurisdictional discovery [ECF Nos. 41-43, 56, 98-99, 114, 116, 121] (the "Hearing"). ECF No. 125. In an effort to promote judicial efficiency and ensure the smooth flow of the hearing, Plaintiff United American Corp. and Defendants Bitmain, Inc., Bitmain Technologies Holding Company, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, Jason Cox, and Roger Ver conferred about the most efficient manner to proceed with oral argument at the Hearing. The parties have agreed and jointly request that the Court adopt the parties' proposed Hearing agenda set forth below:

The parties believe the argument can best be broken down into three categories. Proposed Category 1 entails the consolidated argument of case-dispositive common substantive antitrust and state law claims; counsel for one Defendant would argue this Category. Proposed Category 2 entails any succinct supplemental arguments asserted by any of the individual Defendants with respect to Category 1 (which would not be duplicative of any argument made in Category 1). Proposed Category 3 entails arguments concerning personal jurisdiction and Plaintiff's attendant motions for jurisdictional discovery; these motions are specific to, and would be argued by, counsel for Defendants Bitmain, Inc., Bitmain Technologies Holding Company, Bitmain Technologies Ltd., and Jihan Wu.

While the parties are happy to proceed as the Court wishes, the parties propose the following argument order for the Hearing:

1. Defendants' opening arguments regarding issues in Categories 1, 2, and 3.

2. Plaintiff's answering arguments regarding issues in Categories 1, 2, and 3.

3. Defendants' rebuttal to Plaintiffs' arguments regarding issues in Categories 1, 2, and 3.

WHEREFORE, the parties jointly request that the Court adopt the parties' proposed agenda in connection with the upcoming January 28, 2020, Hearing.[1]

---

[1] The undersigned parties consented to the filing of this Joint Motion to Adopt Proposed Hearing Agenda on their behalf.

Dated: January 21, 2020

Respectfully submitted,

*/s/ Melissa C. Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver*

*/s/ Christopher R.J. Pace*
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (*pro hac vice*)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (*pro hac vice*)
mrasmussen@jonesday.com
THOMAS D. YORK (*pro hac vice*)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Attorneys for Defendants Bitmain, Inc., Bitmain Technologies Ltd., BitmainTechnologies Holding Company, and Jihan Wu*

*/s/ Andrew C. Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. and Jesse Powell d/b/a Kraken*

*/s/ Brian P. Miller*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez Esq.
