## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:18-cv-25106-KMW-CMM

United American Corp.,

*Plaintiff*,

v.

Bitmain, Inc., Saint Bitts LLC d/b/a
Bitcoin.com, Roger Ver, Bitmain
Technologies Ltd., Bitmain
Technologies Holding Company,
Jihan Wu, Payward Ventures, Inc.
d/b/a Kraken, Jesse Powell,
Amaury Sechet, Shammah
Chancellor, and Jason Cox,

*Defendants*.

## JOINT CONSENT TO RULINGS OF A MAGISTRATE JUDGE
## WITH RESPECT TO ECF NOS. 41-43, 56, 98-99, 114, 116, 121

In accordance with the provisions of 28 U.S.C.§ 636(c), the parties to the above-captioned civil matter (the "Action") hereby jointly and voluntarily waive their right to proceed before a United States District Judge of this Court with respect to certain Defendants' motions to dismiss for failure to state a claim and for lack of personal jurisdiction and Plaintiff's motions for leave to seek jurisdictional discovery [ECF Nos. 41-43, 56, 98-99, 114, 116, 121] (the "Motions"). The parties

consent to the rulings of United States Magistrate Judge Chris M. McAliley, the Magistrate Judge currently assigned to the Action, on the Motions.[1]

---

[1] The undersigned parties consented to the filing of this Joint Consent to Rulings of a Magistrate Judge on their behalf.

MIAMI 6720021.1 84143/87769
1/30/2020

Dated:  January 30, 2020

Respectfully submitted,

*/s/ Melissa Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver*

*/s/ Mark Rasmussen*
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (*pro hac vice*)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (*pro hac vice*)
mrasmussen@jonesday.com
THOMAS D. YORK (*pro hac vice*)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Tel.: (214) 220-3939
Fax: (214) 969-5100

*Attorneys for Defendants Bitmain, Inc.,*
*Bitmain Technologies Ltd., Bitmain*
*Technologies Holding Company, and*
*Jihan Wu*

*/s/ Andrew Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. and Jesse Powell d/b/a Kraken*

*/s/ Brian Miller*
BRIAN P. MILLER
Florida Bar No. 0980633
brian.miller@akerman.com
LORAYNE PEREZ
Florida Bar No. 085265
Lorayne.perez@akerman.com
JOANNE GELFAND
Florida Bar No. 515965
Joanne.gelfand@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Plaintiff United American Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<u>*/s/ Melissa Pallett-Vasquez*</u>
Melissa Pallett-Vasquez Esq.