UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

      Plaintiff,

v.

BITMAIN, INC., *et al*,

      Defendants.
_____/

### ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND GRANTING LEAVE TO AMEND

Before the Court are the motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Shammah Chancellor, Bitmain, Inc., Payward Ventures, Inc., Jason Cox, Jesse Powell, and Roger Ver; the motions to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) by Defendants Bitmain Technologies Holding Company, Bitmain Technologies Ltd., and Jihan Wu; and the motions for leave to conduct jurisdictional discovery filed by Plaintiff United American Corporation. (ECF Nos. 41–43, 56, 98–99, 114, 116, 121). The Honorable Kathleen M. Williams has referred all pretrial matters to me. (ECF No. 46).

On January 28, 2020, I heard oral argument on those motions. At that time, I advised the parties that I believe the Court should grant Defendants' motions to dismiss with leave for Plaintiff to amend the complaint, and that the Court should deny Plaintiff's motion for jurisdictional discovery, without prejudice. The parties thereafter filed their consent to my

being the presiding judge over the motions, (ECF No. 133), and the Court referred the motions to me for final resolution. (ECF No. 134).

Thus, with the agreement of the parties, and for the reasons stated in open court on January 28, 2020, I **grant** the motions to dismiss, (ECF Nos. 41–43, 56, 98–99, 116); **deny without prejudice** the motions for leave to conduct jurisdictional discovery (ECF Nos. 114, 121); **dismiss without prejudice** the complaint (ECF No. 1). Further, I **grant** Plaintiff leave to amend the complaint, which Plaintiff shall file **no later than February 28, 2020**.

**DONE AND ORDERED** in chambers at Miami, Florida, this 3rd day of February 2020.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Kathleen M. Williams
      All counsel of record