```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                       CASE NO. 1:18-cv-25106-KMW
 3


 4    UNITED AMERICAN CORP.,

 5            Plaintiff,                      January 28, 2020
                                             10:04 a.m.
 6            vs.

 7    BITMAIN, INC., ET AL,

 8            Defendant.                      Pages 1 THROUGH 157
      _____

 9
                      TRANSCRIPT OF MOTION HEARING
10            BEFORE THE HONORABLE CHRIS M. MCALILEY
                   UNITED STATES MAGISTRATE JUDGE
11

12    Appearances:

13    FOR THE PLAINTIFF:   AKERMAN LLP
                           BRIAN P. MILLER, ESQ.
14                         Three Brickell City Centre
                           98 Southeast 7th Street
15                         Miami, Florida 33131

16                         AKERMAN LLP
                           LORAYNE PEREZ, ESQ.
17                         One Southeast 3rd Avenue, 25th Floor
                           Miami, Florida 33131

18

19    FOR DEFENDANTS       O'MELVENY & MYERS LLP
      CHANCELLOR, COX,     IAN SIMMONS, ESQ.
20    & VER:               BRIAN P. QUINN, ESQ.
                           1625 Eye Street, NW
21                         Washington, DC 20006-4001

22                         BILZIN SUMBERG BAENA PRICE & AXELROD
                           MELISSA CADE PALLETT-VASQUEZ, ESQ.
23                         1450 Brickell Avenue, Suite 2300
                           Miami, Florida 33131-2298

24

25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR DEFENDANTS        KOBRE & KIM LLP
      PAYWARD VENTURES      ANDREW C. LOURIE, ESQ.
 3    d/b/a KRAKEN,         201 South Biscayne Boulevard, Suite 1900
      & POWELL:             Miami, Florida 33131

 4

 5    FOR THE BITMAIN       JONES DAY
      DEFENDANTS:           CHRISTOPHER R.J. PACE, ESQ.
 6                          600 Brickell Avenue, Suite 3300
                            Miami, Florida 33131

 7

 8    COURT REPORTER:       Yvette Hernandez
                            U.S. District Court
 9                          400 North Miami Avenue, Room 10-2
                            Miami, Florida 33128
10                          yvette_hernandez@flsd.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Call to order of the Court, 10:04 a.m.)

 2            MR. SIMMONS:

 3            THE COURT:  So this is United American Corporation v.

 4    Bitmain, et al, Case Number 18-25106.

 5            Counsel, give me your appearances, starting with the

 6    Plaintiff, please.

 7            MR. MILLER:  Good morning, Your Honor.  Brian Miller

 8    and Lorayne Perez, from Akerman, on behalf of the Plaintiff.

 9            THE COURT:  Okay.  Hold on.  I'm going to write this

10    down.

11        (Pause in proceedings.)

12            THE COURT:  I'm looking for something.

13            Yeah.  Okay.  And who is next?

14            MR. SIMMONS:  Good morning, Your Honor.  Ian Simmons,

15    O'Melveny & Myers, on behalf of Defendants Chancelor, Cox, and

16    Ver.

17            THE COURT:  Okay.

18            MR. QUINN:  Good morning, Your Honor.

19            THE COURT:  Just wait one second.

20            MR. QUINN:  Sure.

21        (Pause in proceedings.)

22            THE COURT:  Okay.

23            MR. QUINN:  Brian Quinn of O'Melveny & Myers, on

24    behalf of those same Defendants.

25            THE COURT:  Okay.
```

```
1              MS. PALLETT-VASQUEZ:  Good morning, Your Honor.

2              THE COURT:  Hold on one second.

3         (Pause in proceedings.)

4              THE COURT:  Okay.

5              MS. PALLETT-VASQUEZ:  Melissa Pallett, from Bilzin

6    Sumberg, on behalf of also Mr. Chancelor, Mr. Cox, and Mr. Ver.

7              THE COURT:  Melissa Palace, did you say?

8              MS. PALLETT-VASQUEZ:  Pallett.  P-A-L-L-E-T-T.

9         (Pause in proceedings.)

10             THE COURT:  Okey-dokey.

11             MR. LOURIE:  Good morning, Your Honor.  Andrew

12   Lourie --

13             THE COURT:  You'll want to speak right into the

14   microphone.

15             MR. LOURIE:  Andrew Lourie, spelled L-O-U-R-I-E, from

16   Kobre & Kim, on behalf of Payward Ventures, doing business as

17   Kraken, and Jesse Powell.

18             THE COURT:  Okay.  And you, sir?

19             MR. PACE:  Good morning, Your Honor.  Chris Pace of

20   Jones Day.  I'm here on behalf of four Defendants, the four

21   that are remaining.

22             THE COURT:  The Bitmain Defendants.

23             MR. PACE:  Bitmain, Inc., Bitmain Technologies Holding

24   Company, Bitmain Technologies, Limited, and Mr. Jihan Wu,

25   J-I-H-A-N.
```

1          THE COURT:  You're a smart guy.  You'll make friends

2     with our court reporter.  I want you-all to keep that in mind.

3          And if you-all would -- and I'll prompt you at times,

4     at least at the beginning -- well, there may not be a lot of

5     getting up and down here.  But I was going to say, repeat your

6     name for our court reporter and help her out.  And pretty

7     quickly, she'll probably know all of you.

8          Okay.  So we're here for oral argument on the various

9     motions to dismiss and a related motion for jurisdictional

10    discovery.  So for our record, I have Defendant Chancelor's

11    Motion to Dismiss at Docket Entry 41; at Docket Entry 42,

12    Defendant Bitmain, Inc.'s Motion to Dismiss; Docket Entry 43,

13    Payward Ventures and Jesse Powell's motion; Docket Entry 56,

14    Jason Cox adopting and joining in Mr. Chancelor's motion;

15    Docket Entry 98, Roger Ver's Motion to Dismiss.  Those all

16    raise the 12(b)(6) issues.

17         Then at Docket Entry 99, I have Defendant Bitmain

18    Technologies Holding, who I am calling Bitmain Holding -- that

19    gives me a visual.  That's their motion to dismiss for lack of

20    personal jurisdiction and adopting the 12(b)(6) arguments.

21         Docket Entry 116 is Bitmain Technologies Limited, and

22    Jihan Wu's, again, motion challenging personal jurisdiction,

23    also challenging timeliness of service and adopting, I think,

24    the 12(b)(6) arguments.

25         And then at Docket Entries 114 and 121, the Plaintiff

1    moves for jurisdictional discovery.

2              So I think that's the landscape of the motions here

3    that we're here to talk about.

4              So I really did appreciate you-all taking the

5    initiative to talk to each other and propose a way of working

6    through this.  And as you saw, I thought it would be helpful

7    for me to start with the 12(b)(6) issues in part because that's

8    going to get us into a discussion of the subject matter of the

9    lawsuit, Bitcoin, cryptocurrency, et cetera, which -- this

10   should not come as a shock to you, I am still -- my learning

11   curve is, you know, vertical still -- more vertical than

12   horizontal.

13             So part of this will be an opportunity for me to, with

14   questions to you-all, test my understanding of the market that

15   you're talking about.  And I don't expect I'll fully grasp it

16   today, but this is the beginning of working with you-all.  I

17   think I have sufficient grasp to work through the issues that

18   we have.

19             So I thought we'd start there and then we'd go to the

20   personal jurisdiction issues, which, of course, don't involve

21   all Defendants.  So for those of you who don't have that

22   motion, if you wanted to leave and not participate in the

23   enjoyment of talking about personal jurisdiction, you could do

24   that.

25             I want us to be efficient.  And yet, I'm prepared to

```
1    take the time it takes for me to understand this.  So I didn't
2    set a time limit.  I hope nobody has like a flight at 1:00
3    p.m., because we might spend the morning talking about the
4    12(b)(6) issues, have lunch, and then go to the personal
5    jurisdiction issues.  If we go faster, that's great, but -- so
6    I just want to mention that in terms of scheduling.
7            I thought there was one other little beginning thing I
8    was going to ask, but I'll think of it later perhaps.
9            Any comments just about procedure or anything else you
10   need to make me aware of before we start on the 12(b)(6)
11   arguments?
12           No?
13           Okay.  So who's going to be the lead lawyer for
14   Defendants to argue that?
15           MR. SIMMONS:  Good morning, Your Honor.  Ian Simmons
16   from O'Melveny.
17           THE COURT:  Okay.
18           MR. SIMMONS:  And I will be arguing -- presenting on
19   the substantive federal antitrust claims, why they fail to
20   state a claim --
21           THE COURT:  Right.
22           MR. SIMMONS:  -- and they dispose of the entire
23   lawsuit.
24           My colleague, Mr. Quinn, will be speaking to the state
25   law, will be arguing the state law claims.
```

```
 1              THE COURT:  Okay.

 2              MR. SIMMONS:  And then I think we had a second bucket

 3    where once we're done with common issues, if there's any

 4    variance, individual Defendants may have something to add.

 5              THE COURT:  Okay.  Okay.  Good.  I'm glad you're

 6    breaking it down that way.  And I do -- my impression is that

 7    getting some mastery over the subject matter of the Sherman

 8    antitrust claims, the allegations that have been made, it

 9    really flows into the state law claims.  It's a groundwork.

10    And I think resolving some of those initial issues in the

11    Sherman Act I think seem to lead to conclusions regarding the

12    state law claims.

13              So for what that's worth ...

14              MR. SIMMONS:  We completely agree, Your Honor.

15              And let me just say, speaking for I think both sides

16    because we did meet and confer, we thank the Court for helping

17    us give this some structure and organization.  We all think

18    it's important to be efficient, but we want to be as expansive

19    as you feel we should be to help you understand.

20              THE COURT:  Right.

21              MR. SIMMONS:  Speaking for myself, Your Honor, I'm

22    going to try to weave a tutorial on the industry, but really I

23    want to zero in on the law.  Because when we read the

24    complaint -- I don't pretend I'm a cryptocurrency expert.

25              THE COURT:  Right.
```

```
1            MR. SIMMONS:  When we read the complaint, it's no

2    question that the industry's complicated, it's a little obtuse.

3    But I'm going to suggest to the Court and argue to the Court

4    that the legal principles are not complex.  They are very

5    clear.  And it's our position that the complaint fails as a

6    matter of law.

7            Let me -- before I launch in, Your Honor, if I may

8    approach the Court.  I've got a little bit of a slide deck that

9    I'd like to hand up, if I may.

10           THE COURT:  Okay.  Sure.

11           You've already shared that with Plaintiff's counsel?

12           MR. MILLER:  We've not seen it yet, Your Honor.

13           MR. SIMMONS:  I have not yet shared ...

14           THE COURT:  Okay.  I don't want to brag or anything,

15   but just saying ...

16           MR. SIMMONS:  Your Honor, could I take a look at

17   yours?  We'll share.  Let's have an exchange.

18           THE COURT:  Yeah.  The genius is sitting here next to

19   me.  So ...

20        (Pause in proceedings.)

21           THE COURT:  Do you have two copies of this?

22           MR. SIMMONS:  Oh, yes.  It's on its way.

23           Now, Your Honor, while it's making its way to you --

24           THE COURT:  This is for you, Nancy.

25           MR. SIMMONS:  -- I'm a little bit of a dinosaur.  I
```

1   think -- I was taught that argument means talking to the Court

2   and presenting and once did a case where we had a big slide

3   deck at closing and the lead arbitrator, he said:  "Are you

4   waiving oral argument?  Why do I need to listen?  I'll just

5   read your slides."  So I'm going to come back to the slides in

6   a bit.  It's just sort of my style.

7            THE COURT:  Okay.

8            MR. SIMMONS:  But I did want to go first to the first

9   picture because I think it kind of sets the stage on:  Well,

10  what is this case about?  What are the basic factual

11  allegations?  And as I said, I want to take the Court through

12  the complaint.  It's a complicated industry, but the legal

13  principles are very, very clear.

14           Essentially, the complaint involves Bitcoin Cash

15  blockchain, which, as you know, with all due respect to

16  opposing counsel, I think the complaint does a good job

17  tutoring us on what is this industry about.

18           Blockchain is, as the complaint points out -- is a

19  decentralized ledger of recording and creating value.  So the

20  security -- the whole essence of the security of blockchain is

21  its decentralized nature.  As I say, I'm not a cryptocurrency

22  expert.  I've been doing antitrust for 29 years.  So I'm

23  probably not that far ahead of the curve than anyone else.

24           THE COURT:  You are.  You are.

25           MR. SIMMONS:  We typically think, Your Honor -- we

1      typically think of security being like Fort Knox.  You know,

2      it's centralized and there's the 182nd Airborne Division.  The

3      security of blockchain technology is that it's decentralized.

4      And as the chain progresses, for any one element of the chain

5      to be corrupted, you would have to simultaneously do that

6      corruption ubiquitously, and hence that's where the security

7      comes from.

8              What is this case about?  This case is about, Your

9      Honor -- and I'm going to take you through some slides.  The

10     complaint, in our view, provides its own refutation on why this

11     case cannot proceed, whether or not we know anything about

12     federal antitrust law.  What is this case about?  This case is

13     about -- that the original Bitcoin Cash blockchain, which I'm

14     depicting on the left-hand side of this first slide -- that in

15     November 15th, 2018 -- and this is from Paragraph 41, Your

16     Honor -- a network upgrade was scheduled.  It was either going

17     to be the SV, the green fork, or the ABC.

18             So the complaint tells us in Paragraph 41, before any

19     allegations of conspiracy or anything like that, that there was

20     going to be an upgrade, that the market was going to have a

21     choice:  Do you upgrade with the SV technology or do you

22     upgrade on ABC?

23             What's the case about?  The case -- the Plaintiffs say

24     that the various Defendants here -- they use words like

25     "hijacked," "manipulated," we brought in mercenaries.  What the

1   case is about is that alleged computing power.  The way -- the

2   way value is created or upgrades happen is that -- massive

3   computers, a lot of computing power, called "hashing."  The

4   complaint uses that word, "hashing."  Which I just -- my simple

5   reading of it is computing power.  Computing power is brought

6   to bear on a network to determine which way we'll go, SV or

7   ABC.

8           Computing power -- and this is all in the complaint,

9   and it does a good job just being very clear about how the

10  technology works.  Computing power is brought to bear to solve

11  the really complicated mathematical problems to create the

12  Bitcoin to begin with.  So you have to solve these huge,

13  massively complex problems.

14          THE COURT:  Are those problems literally doing kind of

15  the math of these chain of transactions?  Is that where the

16  math problems are, in essence?

17          MR. SIMMONS:  Well, I think so, Your Honor.  They

18  are -- the recording of the past value is recorded in the old

19  links in the chain.  But they are trying to solve mathematical

20  problems to create new coin to create new value.  That's the

21  way I understand it.

22          So in other words, Your Honor, this is a sort of a --

23  stepping back a minute, this is a little bit of a paradoxical

24  industry.  Because, as I said Fort Knox a minute ago, we

25  typically think of security of value, you know, Fort Knox or

1    some vault in a jeweler.  We also think of value, for example,

2    the United States' currency, that is controlled by the Federal

3    Reserve.  They can print or not print money.  They can pump

4    money into the system.  But it's a centralized authority doing

5    that.

6         Here, how is scarcity created such that -- you know,

7    Ian doesn't create one Bitcoin every minute in the hour, right,

8    so I'm enriching myself.  You have to solve these really

9    complicated mathematical problems.  So I think the way I

10   describe it -- and I'm a layperson in this -- it's the

11   mathematical impenetrable problems are what's creating the

12   scarcity.  And massive computing power has to be brought to

13   bear to solve those.  So this is all in the complaint.  That's

14   just way of background, Your Honor.

15        Back to the:  "Okay, Mr. Simmons.  What's the beef

16   here?  What's the case about?"  The case is about that the

17   upgrade that the complaint admits had to happen -- that is

18   Paragraph 41 -- that the upgrade went to the ABC upgrade and

19   not the SV, and a vote happened of these computing powers.  You

20   know, like it's saying:  "Hey, which way do you want to go,

21   left or right" -- you know, I was in a bookstore the other day

22   reading David McCullough's new book about the pioneers.  I

23   didn't buy it, but I was just like reading it.  And I've been

24   struggling for a metaphor here to help us understand.

25        If you pictured the pioneers -- a hundred pioneers,

1    carving -- chopping down the trees, carving their road, and

2    they came to a mountain, you know, and the hundred pioneers

3    said:  "Well, 20 of us want to try to dig through the

4    mountain."  The other 80 said:  "We're going to go, like,

5    around the mountain."  That's -- hence the term "fork."  It was

6    a simple you voted with your feet, just like the pioneers did.

7    These computers, some -- the majority of the computers voted

8    for ABC.

9         Let me pause there for a minute.  I'm going to start

10   moving now to federal antitrust law.  The law of competition is

11   about choice.  It's about the market making its choices known.

12   What they are attacking -- I'll build out in a minute -- is the

13   fact that the choice that they wanted -- they wanted the

14   overall network to be SV.  It didn't happen.  But it gets even

15   worse than that, Your Honor, from a federal antitrust

16   standpoint.  And I'm going to build this out for the Court in a

17   minute when I go to the cases.

18        Not only are they attacking choice and the exercise of

19   choice, but they're also attacking -- and this is all in our

20   papers, Your Honor -- thirdly, they are attacking the fact

21   that, on this picture I've got for you, the green and the

22   yellow forks still exist.  Nothing went away.  The green and

23   the yellow forks have value and are competing.  So

24   paradoxically, they're attacking an enriched marketplace, which

25   antitrust supports.  I'll come to that in the law, Your Honor.

1          Let me -- what I first want to do, Your Honor -- and

2     you know, if you have more technology questions, please just

3     feel free to interrupt.  What I want to do first, Your Honor,

4     is go straight to antitrust substance.  Because as I said,

5     while this is kind of a murky industry, hashing and Bitcoin and

6     the Nakamoto Paper -- and I'm going to talk about the Nakamoto

7     Paper -- all of these things, because they're trying to make us

8     in a fog, the legal principles, when we apply the lens of

9     well-established law, really, really clarifying.

10          I want to first talk about the per se rule in

11     antitrust because the complaint purports to plead what we all

12     "per se."  That's P-E-R S-E, two words.  And then I'm going to

13     talk about rule of reason.  And then I'm going to go to the

14     issue of whether they pled an agreement, and then injury.

15          So I want to assume -- for my first little two

16     discussions with the Court, I want to just set aside the issue

17     of agreement.  Let's assume the complaint arguendo pleads an

18     agreement.  Have they pled a per se violation of the law?  Now,

19     as the Court knows, a per se violation of the law is something

20     that, if you see it, it is condemned outright.  I don't listen

21     to reasons why you did it.  Price fixing.  General Motors and

22     Ford reaching an agreement or understanding to increase the

23     prices of their cars or to have a price floor, per se illegal.

24     I mean, in fact, it can be a criminal felony.

25          What's another example of a per se violation?  Another

1    example is a market allocation.  General Motors says:  "I'll

2    take east of the Mississippi.  Ford, you take west of the

3    Mississippi."  Stop the videotape.  Per se violation.  In fact,

4    it can be criminal.

5        What's another example of a per se violation?  Bid

6    rigging.  If Melissa and I want to, you know, go to some Miami

7    art gallery or something, and bid on a -- "Hey, Melissa, don't

8    bid more than $10," where we agree we don't go any higher.  Bid

9    rigging is just price fixing, but from the buy side, whereas

10   price fixing is from the sell side.

11       Amazingly, none of these allegations are pled in the

12   complaint, Your Honor.  So you will search in vain for any

13   facts that would make out price fixing, territorial allocation,

14   bid rigging.

15       Really interesting, Your Honor -- and we point this

16   out in our Chancelor reply -- the opposition brief that United

17   makes says -- they are in search of a theory here -- "Oh, this

18   voting was actually bid rigging."  You will not find that

19   phrase in the complaint if you do like a search.  "Bid

20   rigging."  It's not there.

21       You can't amend a complaint through a brief.  But even

22   if you could, if we take what they say, this voting,

23   paradoxically, the exercise of voice in a marketplace, which is

24   what competition's about, bid rigging, as we say in our

25   brief -- this is from the Department of Justice, quote:  Almost

1   all forms of bid rigging schemes have one thing in common, an

2   agreement among some or all bidders which predetermines the

3   winning bidder and limits or eliminates competition among the

4   conspiring vendors.  So there's no winning bidder here, Your

5   Honor.  There's two chains that are competing.  That's the

6   first point.

7          Second point is bidding is purchasing.  For example,

8   when the government, when the GSA puts out bids -- I want to

9   build a new federal courthouse, say, in Atlanta -- they put out

10  to construction companies.  So those are people that are

11  bidding on it.  And if they coordinate and conspire their

12  attempts to win the contract, that's a violation.  There was

13  nothing here out for bid.

14         So what is -- so when the Court -- when you go back in

15  chambers and you -- we got to make sure, Your Honor, that it's

16  not the fog of war that leads to a result here.  What is the

17  thing -- what's the language they use that symbolizes the

18  violation?  They use phrases like "hijacking," that because

19  they lost a vote -- which they themselves plead the Nakamoto

20  Paper says can happen, that the Nakamoto Paper says computers

21  can vote:  "Which way do you want to go?  Do you want to go

22  through the mountain or do you want to go through the left of

23  it?  Place your vote."  Vote with your feet, pioneers.

24         They use "hijack."  Hijacking is not a -- it's not a

25  antitrust -- "manipulation."  Manipulation as to what?  That's

```
 1   not an antitrust term, Your Honor.  You'll search in vain in
 2   the controlling cases for that.  I'm going to build into this a
 3   little bit.  I'm kind do going in layers here.
 4        They say:  "Mercenaries," computers were brought on
 5   and these were mercenaries.  Well, what does that mean?  You
 6   know, Your Honor -- and I'll point this out in a slide in a
 7   minute.  This original Bitcoin Cash blockchain, the complaint
 8   itself alleges, emerged from a fork.  So markets are always
 9   evolving.  But I didn't like how this fork turned out, even
10   though, Your Honor -- really importantly, even though nothing
11   was taken away.  Even if it was binary, you got to do one or
12   zero, right?  This was one plus one.  We now have more
13   blockchains, more diversity in the marketplace than we had
14   before.
15        THE COURT:  Am I right that Bitcoin Cash, the currency
16   that preceded the fork, is -- survives as a currency?
17        MR. SIMMONS:  That's correct, Your Honor.
18        THE COURT:  And I don't think I saw an allegation that
19   the value of Bitcoin Cash fell.  Am I right?
20        MR. SIMMONS:  That's -- if you turn to -- you're
21   correct, Your Honor.  If you turn to the second slide -- I kind
22   of wanted to walk at the slides at the end, Your Honor.  But if
23   you'll look at that -- let me see.  It's the -- one, two,
24   three -- it's the fourth bullet down, Your Honor, referencing
25   complaint 60.
```

1    The complaint itself admits that both values exist.

2    They both have the similar amounts of computer power, hashing.

3    So there's computers playing or working to solve problems on

4    both chains.  And they've similar values.

5    Take a look at 77, Your Honor, the second -- the last

6    bullet on that second page.  ABC and SV are competing for users

7    and they compete as tradeable instruments on cryptocurrency

8    exchange.  There is now a choice, Your Honor.  I want to -- you

9    know, I --

10    THE COURT:  So just -- and I think it's a small point.

11    So Bitcoin Cash, Bitcoin ABC, and Bitcoin SV are all -- are

12    three separate currencies.

13    MR. SIMMONS:  Well, I think it's now --

14    THE COURT:  ABC succeeds --

15    MR. SIMMONS:  I think it's just two, Your Honor.  You

16    see, there's been a fork.  So if we look -- go back to the

17    first slide, the one became two, but the two -- we've now gone

18    from one to two.

19    THE COURT:  Okay.  So Bitcoin Cash then transformed

20    into Bitcoin ABC after the fork?

21    MR. SIMMONS:  Correct.  That's right, Your Honor.  And

22    what I didn't want you thinking -- what I think's important,

23    Your Honor, is Paragraph 60 and 77.  Because the first time I

24    was reading the complaint, I was like:  "Is this additive or is

25    this binary, if I add one, one goes away?"  It's not -- it's

1    not the latter.  We now have to echo systems out there

2    competing for users and computing power.  That's called

3    competition.  Great questions, Your Honor.

4          So per se, they do not have -- they simply do not --

5    if I assume arguendo agreement -- I'm going to come to that --

6    they have failed to plead any recognized theory of a per se

7    violation.

8          THE COURT:  I have a question for you.  Had I had more

9    time, we would have researched this ourselves.  But maybe

10   counsel on either side knows.  Has a court higher than me

11   recognized conduct as a per se violation, such as bid rigging,

12   out of whole cloth, meaning, the case of first impression, a

13   court -- ultimately a Court of Appeals, Supreme Court said:

14   "Yep, that's a per se violation," or have courts looked at a

15   series of litigation that has preceded, where these issues have

16   been fleshed out in prior cases, and there becomes a body of

17   law and the Court gets to appoint where they say:  "It is now

18   clear.  There is enough of a body of law that this particular

19   conduct," bid rigging, for example, "is a per se violation"?

20         MR. SIMMONS:  Fantastic question, Your Honor.  And you

21   anticipated the very next point I had meant to get to earlier.

22         It's the latter.  You're absolutely right.  The

23   Supreme Court, in two cases at least, the Topco case from

24   1970 -- this is from the words of the Supreme Court, Your

25   Honor, exactly what you just said; the latter.  Quote:  It is

1    only after considerable experience with certain business

2    relationships that courts classify them as per se violations of

3    the Sherman Act.  That's 405 US at 607 to 08.

4         What did the Supreme Court say in 1997, State Oil v.

5    Khan, a very famous opinion written by Justice O'Connor?  The

6    Supreme Court said -- in that case, it expressed, quote:

7    Reluctance to adopt per se rules where the economic impact of

8    certain practices is not immediately obvious.

9         So Your Honor, you're absolute -- and the Eleventh

10   Circuit, in the Jacobs case, which we cite, Judge Tjoflat

11   recognizes this.  You're absolutely right.  It is only after a

12   lot of temporal experience with a practice -- I don't need to

13   know a lot more about price fixing to know that it's

14   pernicious.

15        And remarkably, Your Honor, again, I think it's the

16   pleadings and the writings of the other side.  What did the

17   other side say in its opposition -- and these are quotes from

18   Page 10 of their opposition, Your Honor -- quote:  This is a

19   case of first impression.  It is, Your Honor.  It is.  It's the

20   first antitrust case involving cryptocurrencies.  That's a

21   reason we shouldn't be even thinking about per se,

22   notwithstanding the fact that they can't articulate any

23   recognized per se.

24        What else do they say on Page 10?  Quote:  The first

25   antitrust action brought in the United States involving the

1    dynamic and constantly evolving cryptocurrency industry, close

2    quote.

3         What else do they say?  Quote:  No court has yet

4    decided whether the hijacking of a single cryptocurrency

5    network is a per se automatic violation of the federal

6    antitrust laws, close quote, all from Page 10 of their

7    opposition.  I think the per se -- as a matter of law, Your

8    Honor, that needs to go and should go.

9         I will move -- unless you have further questions on

10   per se, Your Honor --

11        THE COURT:  No.

12        MR. SIMMONS:  -- let me move to the second theory of

13   antitrust that they attempt to plead.

14        And that is what we call the rule of reason, Your

15   Honor.  The rule of reason is kind of a fancy-sounding phrase I

16   learned in law school.  The very first rule of reason case was

17   1918 by Justice Brandeis, who himself had been a very, very

18   famous antitrust lawyer up in Boston before President Wilson

19   put him on the Supreme Court.  He was actually a plaintiff's

20   antitrust lawyer.  And in a case called the Chicago Board of

21   Trade case, Justice Brandeis created a body of law in this

22   first opinion for restraints of trade, combinations between,

23   economic actors, independent -- which are not per se, but maybe

24   they violate, nevertheless, the Sherman Act.

25        And what do we look at?  What are the material

1    elements of a rule of reason violation?  These are the material

2    elements:  Number one, there must be a relevant market pled.

3    There must be facts pleaded in support of a relevant market.

4    The Jacobs case is an Eleventh Circuit case affirming the

5    dismissal of a rule of reason case for failure to plead facts

6    on relevant market.

7            What is a relevant market?  A relevant market is kind

8    of a -- and look, I'm a bit of an antitrust nerd, so we get

9    kind of animated about these issues.  A relevant market is what

10   we call things that constitute reasonable substitutes.  So

11   automobiles.

12           The next question would be:  "Well, Mr. Simmons, is a

13   horse and buggy a reasonable substitute for an automobile?"

14   Let's say you want to drive from Miami to New York.  Would you

15   take a horse and buggy or would you take a car?  It's where the

16   law says -- the relevant market is things that we consider to

17   be competing -- competing products or services.

18           All right.  A rule of reason claim needs a relevant

19   product market, a product or service market, and it needs a

20   geographic market.  None of those elements are pleaded in the

21   complaint, much less with facts.

22           THE COURT:  I would have to agree with you.  How would

23   you define the market?  I understand you're not the one

24   pleading, but I wonder if you have a view that's clear about

25   that.

1            MR. SIMMONS:  Well, you know, Your Honor, I do.  You

2      don't hold me to this, I hope.  So I'll shoot from the hip

3      here.

4            I think it's probably financial instruments or

5      instruments that have value; a mutual fund, a cryptocurrency.

6      I'm kind of a conservative.  You know, I just hope not to lose

7      money.  You know, I put it -- whatever little money you have.

8      So I think it's anything that holds value, you could say.

9            Because if somebody has a thousand dollars, do they

10     want to put it in a piece of Bitcoin?  Do you want to put it in

11     a Fidelity mutual account?  Do you want to buy out some shares

12     of General Motors or Amazon?  I think it's an instrument that

13     holds value.  If you -- great question.  And that's how I would

14     answer it in these 10 seconds, Your Honor.

15           THE COURT:  Okay.  Surprisingly, you chose a

16     super-broad market.

17           MR. SIMMONS:  Well, Your Honor, you must have been

18     reading up on antitrust.

19           THE COURT:  I'm sure Mr. Miller or Ms. Perez will have

20     a narrower one.

21           MR. SIMMONS:  Well, Your Honor, I'm on a old horse

22     with a few safe harbors.  But yes, that's the way I would

23     define it in these 10 seconds.

24           So relevant market is product and geographic.  You

25     then need to ask yourself:  Where is -- does a firm have what

```
 1    we call market power?  That's an element that Justice Brandeis
 2    kind of looked at.  So --
 3            THE COURT:  Right.  Now, how does market power play
 4    into this?
 5            MR. SIMMONS:  Market power, Your Honor, is -- I'll
 6    first define it and then suggest how I think about it.  And
 7    then I'll say:  "Well, where is it in the complaint?"
 8            THE COURT:  And market power is a concept that comes
 9    within the notion of the relevant market.
10            MR. SIMMONS:  Exactly right, Your Honor.  So --
11    exactly right, Your Honor.
12            So if we go back to:  Is a horse and buggy, you know,
13    that the Amish and the Mennonites use -- I'm from Canada and we
14    have Mennonites.  Is a horse and buggy, which takes you from
15    point A to point B, a reasonable substitute for an automobile,
16    say, an Audi or something, which also takes you?  Right?  They
17    do the same thing.  But I think economists would say they're
18    not reasonable substitutes.
19            Once you define that relevant market, we then look at
20    power.  We look at concentration.  And what market power is --
21    it's a fancy term used by economists, but it's in the law, as
22    the Court knows.  It means whether a firm, a company, a
23    provider in the relevant market has power over price or output.
24    So could I -- could I -- I'm producing so many cars, and I have
25    the most -- the highest market share, there's high barriers to
```

1    entry.  I have power over price.  I can evaluate my price to

2    the Court and you have to pay that price.  You have to be a

3    price-taker.  That's market power.  The seller has power over

4    the buyer.

5            THE COURT:  So you're saying that part of a pleading

6    of a rule of reason claim under the Sherman Act -- are you

7    saying it requires a pleading of what the market power is of

8    the particular Defendants?  Is that essential?

9            MR. SIMMONS:  Yes, Your Honor, it is.

10           You have to --

11           THE COURT:  Are there cases that -- binding cases that

12   say it's essential?

13           MR. SIMMONS:  I think Chicago Board of Trade, Your

14   Honor.  The State Oil v. Khan, that O'Connor case I talked

15   about a few minutes ago.

16           By the way, if I may digress on the State Oil v. Khan

17   case, because I think it's very illustrative.  State Oil v.

18   Khan overturned a case from the 1960s called Schwinn.  I

19   believe Justice Douglas wrote that case.  And the Schwinn case

20   had said that the what we call vertical price fixing -- so

21   General Motors telling its dealer:  "You can't charge more than

22   $15,000 for a car" -- so it was maximum -- you can't go any

23   higher than that.  The Supreme Court in the 1960s condemned

24   that.  They said that's per se illegal.

25           Justice O'Connor, in the Khan case -- so after 35

```
 1    years or so -- I think it's a '62 case, Schwinn.  The Supreme
 2    Court -- and you know, I think it's unanimous.  I think it was
 3    a 9-0 decision, Khan.  Don't hold -- I think it was.
 4              THE COURT:  This is State Oil?
 5              MR. SIMMONS:  State Oil v. Khan, 1997.
 6              Justice O'Connor said:  "Wait a minute.  That's crazy,
 7    Ian.  Why would we have a rule that says" -- I mean, you can't
 8    charge -- "We're going to let the marketplace decide what the
 9    price should be."  And the Supreme Court subjected that
10    restraint to the rule of reason, which turns on market power.
11    We care about restraints in a relevant market, Your Honor, in
12    the setting of the rule of reason, when a firm has power.  So
13    it's very, very important.  It's an essential element.
14              And let me zero in on the complaint.  None of this is
15    pled, Your Honor.  You will search -- so what is the relevant
16    market?  What is the relevant geographic market?  Who has power
17    in the market?  We just saw voting.  We saw the essence of the
18    pioneer spirit, people voting with their feet.  What's the
19    power?  Go left or go right.  Make your choice.
20              So all of these elements -- these are material
21    elements -- are gone.  They are not in the complaint.  They
22    bear the burden and it ought to be dismissed.
23              You know, I don't want to get overly -- as I said, I'm
24    a bit of a nerd in this area.  I mean, it's an interesting
25    area.  The Supreme Court, just a few -- in what, 2017, in the
```

1    American Express case, handed down a big rule of reason case,

2    talking about what we call two-sided markets, really putting

3    the emphasis on power issues.  So it's an essential element of

4    a rule of reason.  They don't plead it at all, much less facts.

5         So the rule of reason is kind of a -- you know, while

6    per se is kind of slick and surgical, the rule of reason is you

7    get your hands in the mud.  You're looking at a relevant

8    market, product, or service, geographic market, market power,

9    and then you look at justifications.  What's the reason for the

10   restraint?  None of that is in the complaint.  Nothing.

11        Let me go now, Your Honor -- I've been holding --

12        THE COURT:  Is that something that has to be pled, the

13   justification?

14        MR. SIMMONS:  Yes -- well, they have to plead -- and

15   Judge Tjoflat makes this clear in the Jacobs case, Your Honor,

16   which is affirming the dismissal of a rule of reason case.

17   They have to plead -- their pleading has to go like this, Your

18   Honor:  General Motors produces cars.  Cars are a relevant

19   market for the following reasons.  Bunch of facts.  You know,

20   airplanes -- they have to plead facts showing that automobiles

21   are a relevant market.  The relevant geographic market is the

22   Southeastern United States, defined as follows, pleading a

23   bunch of facts.  General Motors engaged in the following

24   restraint of trade, because it's the restraint we're analyzing

25   under the rule of reason.  And then they have to plead facts on

 1    the restraint.

 2          That restraint -- this is the way a complaint should

 3    be written.  That restraint is not justified under theory 1, or

 4    theory 2, or theory 3 because the anticompetitive effects of

 5    that restatement outweigh any -- they have to plead -- plead

 6    down any purported justifications.  So General Motors on its

 7    website says that it ties the hands of its dealers for the

 8    following reasons.  This is not -- they have to plead that,

 9    Your Honor.

10          A rule of reason is kind of like -- you know, my

11    brother just saw the movie "1917."  It's kind of like a World

12    War I -- it's a gruesome kind of -- it's a big undertaking to

13    get down and look at a marketplace before you condemn it.

14          And one other point, Your Honor.  I mentioned Jacobs.

15    This is really important -- and I think our brief has cases on

16    this.  It's very important that we not get confused because we

17    can read cases saying:  "Oh, relevant market is kind of a

18    fact-intensive thing."  And then we might think:  "Well, I

19    can't be dealing with something on a dismissal if it's fact --

20    the law is the exact opposite, Your Honor.  We've got them in

21    our briefs, and you will see cases are -- there are a manifold

22    number of cases getting affirmed dismissing rule of reason

23    claims for failure to plead the facts.  So the courts are not

24    kind of circumspect about wading into this area.  They need to

25    plead facts that you then accept as true, the Court, under Rule

```
 1    8.

 2             All right.  So that's rule of reason.

 3             Again, Jacobs, Your Honor, 626 F.3d at 1336, the

 4    Eleventh Circuit is affirming.  It says:  "Failure to plead

 5    relevant market facts is fatal."  Here's a quote from Jacobs,

 6    Your Honor -- and I think it's Judge Tjoflat -- Antitrust

 7    plaintiffs still must present enough information in their

 8    complaint to plausibly suggest the contours of the relevant

 9    geographic and product markets, close quote.  626 F.3d at 1336.

10             Let me move, if I may, Your Honor -- and by the way,

11    before I move off of rule of reason, relevant market, right,

12    restraint, diminution of competition, let's just go back.  I

13    think the complaint is kind of almost all that anyone needs

14    here.  They've alleged greater diversity in competition.

15    They've alleged more voice, rather than less voice.  There's

16    not a diminution with the fork.

17             Let me move now -- I've been holding -- let me move to

18    the third issue that -- I believe all of these are fatal.  Let

19    me move to the issue that we probably should have dealt with

20    first.  Because you don't deal with per se or rule of reason

21    unless you first have an agreement, right?  Because per se and

22    rule of reason are under Sherman Act Section 1.  Sherman Act

23    Section 1, Your Honor, is the statute that tells us when, under

24    our competition laws, connections between firms are or are not

25    all right, they are or are not acceptable.  We have
```

```
1   horizontal -- and Sherman Act, Section 2 is the big monopoly,
2   is the single-firm conduct statute.
3           We don't really care about the per se or the rule of
4   reason paradigms unless we have an agreement to analyze, you
5   know, that people came together and agreed to do something.
6   Okay.  Then you ask:  Is it per se or is it rule of reason?  I
7   wanted to go first to the substance.
8           On the agreement element, Your Honor, this complaint
9   fails on its face to allege the who, what, where, who agreed
10  with what to do whom -- who agreed with whom, when, to do what.
11  The complaint is woefully deficient.  The Court I'm sure is
12  well aware from reviewing the pleadings with the 2007 Twombly
13  opinion by the Supreme Court, a landmark -- a very, very
14  important opinion that got rid of the Conley v. Gibson
15  standard.  Under any conceivable set of facts, Twombly said no.
16  Twombly said no.  Under Rule 8, you need enough factual
17  pleadings to plausibly suggest a conspiracy.
18          Importantly, Justice Souter in that case made really
19  clear, really clear, that you can't plead by label.  So Ian and
20  Melissa conspired.  Question:  Mr. Simmons, is that a -- no.
21  That's a legal conclusion.  You need facts.  Ian and Melissa
22  met at Starbucks and we did -- you need facts that you take the
23  facts as true and then that is the standard.
24          Really importantly, in the Twombly case, Your Honor --
25  I want to just lay this out a little bit here.  The Twombly
```

1   case was parallel pricing, a parallel pricing case where firms

2   are acting similarly and under what circumstances can the case

3   proceed such that there's a reasonable inference the firms

4   acted in parallel pursuant to agreement, rather than just

5   through normal market conduct.

6        We all know the gas stations -- so you got a Shell

7   station here and an Exxon.  And you look at the gas prices and

8   maybe they're off by some fraction.  But they can see each

9   other, right?  I can copy you in the marketplace.  That's not a

10  violation.  Sherman Act, Section 1, Your Honor, condemns

11  agreements and understandings between competitors.  And Twombly

12  said that just because firms act in parallel, that's an

13  equipoise because that's normal -- what we call oligopoly or

14  copying each other.  That's not a violation of the law.

15       And Your Honor, I want to just really pause on this

16  for a minute.  This complaint, when we go through it, we are

17  not even at the starting gate that Twombly was at, and Twombly

18  was at a starting gate and it failed.  In other words, you will

19  search in vain for allegations of even parallel conduct.  It's

20  not in there.

21       You will search in vain, Your Honor, for

22  allegations -- and the individual counsel will be up in a

23  moment perhaps to amplify this -- who agreed with what to whom.

24  I've already talked about that.  Even if you assume what they

25  agreed, that that's not a violation of either substantive law,

1    rule of reason, or per se.  But there's no facts pleading an

2    agreement.

3         We cite in our brief, Your Honor, a very well-known --

4    the Blomkest case from the Eighth Circuit, which has a great

5    phrase and wonderful way of thinking about this.  The Court of

6    appeals had said you can't assume an agreement and then try to

7    explain everything.  No.  You need to have enough factual

8    matter pled.

9         And the Supreme Court in the Quality Auto case -- I'm

10   going to move to the slides in a minute.  And I'm almost done,

11   Your Honor.  So I'll sit down in just a minute here.  The

12   Supreme Court -- or I should the en banc Eleventh Circuit case

13   in Quality Auto from 2019 made clear that you must allege facts

14   plausibly suggesting a conspiracy.  It went on -- and this is

15   from the Eleventh Circuit citing Twombly, and this is a really

16   important concept.

17        So not only do we not have facts saying Ian met with

18   Melissa, who, what, where, when -- we don't have that.  Not

19   only do we not have parallel phenomena, an indicia of parallel

20   behavior -- we don't have that.  We -- fatally, we don't have

21   this third factor, which says the pleading has to include facts

22   that tend to exclude the possibility of independent conduct.

23   I'm going to go through that.  I mean, the Quality Auto

24   Painting case, Your Honor, is very important, on point, and it

25   just confirms that this complaint should not proceed.

```
1              Let me -- I want to talk briefly about antitrust

2     injury, Your Honor, very quickly walk the Court through the

3     slides.  And then, absent questions, I'll sit down.

4              The fourth big basket, Your Honor, of -- in all of

5     these reasons, or any one of these are reasons why we don't get

6     past go, is what we call antitrust injury.  And antitrust

7     injury -- Your Honor, the law of antitrust originated from the

8     law of torts.  It's a violation of the substantive antitrust

9     laws, and that injured the Plaintiff in its business or

10    property.  This is from Clayton Act, Section 4, the statute

11    giving rise to the private right of action.  There's no --

12    because they have not identified a per se or rule of reason

13    violation, and they don't have facts, there's no causal chain

14    flowing from it.  That's the first kind of point.

15             Next point -- and this is in our brief, Your Honor --

16    the Supreme Court in the Atlantic Richfield case, 1990, one of

17    Justice Brennan's last cases, very famous, often-quoted

18    language by the Supreme Court said:  The injury has to flow

19    from -- and this is a direct quote -- the competition-reducing,

20    close quote, aspects of the Defendant's conduct.  "The

21    competition-reducing."

22             Back to slide one.  Well, so the complaint says there

23    was going to be a decision that had to be made.  That's

24    Paragraph 41 and 43.  And the complaint also says it's okay --

25    computing powers brought to bear on voting.  That's what the
```

1    Nakamoto Paper says.  Okay.  So that's all -- what's the

2    problem there?  Voting happens.  And we now have two chains

3    that are competing rather than one.

4           So that's not competition-reducing.  So on injury,

5    sort of these are different lenses that you apply to the

6    problem.  If we're like a doctor, I'm using different

7    instruments to see whether this case should progress.  They

8    fail to plead facts showing any competition reducing.

9           Indeed, Your Honor -- and we cite this in our brief --

10   there's a 1978 -- I believe it is the Brunswick case from the

11   Supreme Court, which says it's not antitrust injury if you're

12   complaining about more competition rather than less.  That's --

13   no.  We actually want more diversity, not less.  So antitrust

14   injury, Your Honor, we have two chains, not one.  They have

15   failed to plead.

16          Let me just briefly, before I walk the Court through

17   the slides -- and then I'll sit down.  The Jacobs case, again,

18   is very good on this.  626 F.3d at 1340.  The plaintiff must

19   plead facts, quote, as to how harm to competition results from

20   agreement, how it harmed the competition.  That's back to that

21   relevant market thing.  How did Ian's restraint hurt that and

22   it can't be justified.  They don't have it.

23          Briefly on the slides, Your Honor.  And then if the

24   Court doesn't have questions, I will sit down.  The second

25   slide is really what is the complaint -- I almost think you

1     could stop at the second slide, Your Honor.  What admissions

2     does the complaint make?  That, as the Quality Auto court, it

3     uses the phrase "a nail in the coffin."  The en banc court in

4     Quality Auto paid particular keen attention to what admissions

5     did the complaint itself make, and it used the phrase "nail in

6     the coffin."

7          Well, Paragraph 57 admits -- this is the second bullet

8     on the page -- that the original chain emerged from a fork.  So

9     forks can't be -- right?  They can't be illegal.

10         Paragraph 64.  Voting for one's preferred software

11    implementation is an expression of competition, and nodes leave

12    and rejoin cryptocurrency as they wish.  The complaint is

13    saying this.  But then -- but because their vote didn't go the

14    way they wanted, somehow our people are mercenaries.  And so

15    what's the line, Your Honor, between a mercenary and a

16    non-mercenary?  And then is mercenary even a concept of

17    antitrust?

18         THE COURT:  The Plaintiff obviously referenced --

19    relies on the Nakamoto Paper and norms that the Plaintiff says

20    are accepted.  And does that paper lay out that only in this

21    instance the Bitcoin Cash miners could vote on that upgrade?

22    Is this something in that paper -- and that doesn't -- my

23    question doesn't presume that the paper -- whatever the paper

24    said is enforceable.  That's a separate question.

25         But just understanding the concept, does Plaintiff's

1    complaint that bringing in the Bitmain kind of rented servers

2    at the time of this voting, this fork, that that's somehow

3    outside what was contemplated by the paper?

4            MR. SIMMONS:  Mr. Miller will have to answer that

5    question himself, Your Honor.  But I'll tell you the complaint

6    does not plead that.

7            The complaint cites to the Nakamoto Paper, and the

8    Nakamoto Paper says computing power can come and go and you can

9    vote with your feet.  That's the way I read the Nakamoto Paper,

10   and it's attached as Exhibit A to the complaint.

11           They then say:  "Well, but there was some sort of

12   hijacking and the result that I'm complaining about that led to

13   diminution in value, that's sort of not consistent with the

14   Nakamoto Paper."  They don't show us why.  They -- Your Honor,

15   if you'll look at Paragraphs 41 through 42.  Let me just pause

16   on this for a minute -- and by the way, this is why I'm not

17   very good with slides, Your Honor, because I probably should

18   have included 41 through 46 on that slide.  These are really

19   important paragraphs to read of their complaint.

20           Paragraph 41 -- I've already touched on that -- says

21   the network upgrade was scheduled to happen.  I know:  Okay.

22   So there's going to be an upgrade.  That's what they plead.

23   Right?  Something's going to happen.  And there's a bunch of

24   choices there, they say at the top of Page 9.

25           42 says it was going to be scheduled.  It was going to

```
1    be for an automatic -- so this decision was going to happen.

2    No allegations that this decision resulted from an agreement

3    Your Honor, right?  This is really important.

4              THE COURT:  Is it clear to you -- and maybe Mr. Miller

5    or Ms. Perez will deal with this when they come there.  But who

6    decided that?  Who decides that, that there's going to be an

7    upgrade?

8              MR. SIMMONS:  The complaint doesn't tell us.

9              THE COURT:  That's okay.

10             MR. SIMMONS:  I don't want to say something to the

11   Court that I don't know, Your Honor.

12             THE COURT:  Okay.  That's fine.

13             So Plaintiff's counsel will know that's a factual

14   question I have.

15             MR. SIMMONS:  Right.

16             THE COURT:  Okay.

17             MR. SIMMONS:  But I think the -- but then let's read

18   43 together, Your Honor.  "Because two of the software

19   implementations, ABC and Bitcoin SV, decided to proceed with

20   upgrades that would no longer respect the same rules, a dispute

21   arose over which of the two rule sets being applied by the two

22   software implementations would be the rule set that the Bitcoin

23   Cash blockchain was going to follow moving forward."

24             Now, here you go, Your Honor.  This is Nakamoto,

25   Paragraph 44:  "Consistent with Nakamoto's Whitepaper, the
```

1   determination over which rule set would be applied by software

2   implementations on the network going forward would be based on

3   the vote of the various nodes" -- nodes are conglomerations of

4   computing power -- "mining the network."  Mining means they're

5   working hard to solve the -- it's kind of like the miner

6   underground working to find that gold -- "which node

7   implementations exercised more computing hashing power to its

8   attached mining rigs while working on the chain."  Look at what

9   it says then -- and remember, this is outside the context of

10  any violation.  So they're laying the groundworks of this.  So

11  you say:  "What's the problem?"

12          45:  "Whichever rule set received the most votes in

13  the aforementioned hash war" -- and this is all stuff they

14  ground in Nakamoto's Paper -- "was going to continue the

15  Bitcoin Cash blockchain going forward.  The losing set of rules

16  would be forced to create a new and distinct chain."  Well,

17  that's exactly what -- I mean, what's the problem?

18          So Your Honor, I -- these paragraphs I think are

19  absolutely fatal.

20          Let me just run you down Paragraph 64:  The complaint

21  itself admits -- because this second slide is:  What does the

22  complaint give us, in addition to those paragraphs in the

23  40s -- that nodes can join and leave the network as they wish.

24  The complaint alleges that.

25          Paragraph 60:  "The cryptocurrencies that emerged" --

```
 1    the two of them -- "enjoyed comparable amounts of hashing

 2    power.  And enjoying a higher hashing rate than ABC at the

 3    multiple points after the hard fork."  So that sounds like

 4    competition.

 5              77:  "They compete for users and compete as tradeable

 6    instruments on cryptocurrency exchanges."  There is now choice.

 7    These are grounded in the -- these -- using the nomenclature,

 8    Your Honor, of the Eleventh Circuit, who called it -- these are

 9    nails in the coffin that they have pled and they can't disown

10    and they can't mask through labels like "mercenary," "hijack,"

11    or -- that just -- that doesn't do it.

12              Final slide, Your Honor.  And you'll see at the back,

13    by the way, Page 4, which I won't cover, Your Honor, has a

14    little bit of glossary on it.  So we did our best with the

15    glossary.

16              Page 3, which I'll cover and then sit down, absent

17    questions from the Court.  Page 3 are -- if Page 2 was

18    admissions that are fatal, what omissions are fatal?  Well,

19    we've already covered the second bullet there.  We don't -- we

20    don't have any -- there's no per se violation, much less facts

21    alleged.  No allegations of bid rigging.  No allegations of a

22    meeting of the minds.  That's agreement.  You see the -- no

23    allegations on the rule of reason.  So I've covered that.  No

24    dispute that an American corporation has not been injured by an

25    antitrust violation, much less by a reduction in competition.
```

```
 1              And the final bullet I'll just cover, no dispute that
 2      the Nakamoto Paper is -- it's not a rule of law.  It's a
 3      non-binding thought experiment.  And by the way, the very terms
 4      of that paper support the phenomena that complaint alleges.
 5              You know, Your Honor, one of my co-counsel gave me a
 6      phrase yesterday that if this complaint were to proceed,
 7      they're basically asking the Court to become a nodes regulator;
 8      what kind of voting in this industry is okay and what isn't.
 9      And that's just simply not the role of an antitrust judge.
10              So Your Honor, absent questions, I will sit down.
11      Thank you for allowing us to get organized this way.  I'd be
12      happy to take questions.  I may save some -- come back after
13      Mr. Miller, if the Court will permit me, on rebuttal.  But we
14      would respectfully ask that the complaint be dismissed with
15      prejudice.  Or at a minimum, if the Court is inclined to give
16      leave to amend, that the Plaintiff be put to their proof on:
17      What, Mr. Miller, exactly would you allege?
18              This case has been pending now for a year -- these
19      motions.  These companies have been through a lot, a lot of
20      expense.  It's time for the case to end.  Thank you for your
21      indulgence.
22              THE COURT:  So now we're going to hear the other
23      arguments that are unique to particular defendants, is that
24      right, on the Sherman Act?
25              MR. SIMMONS:  Yes.  Unless the Court would like --
```

```
1              MR. QUINN:  State law.
2              MR. SIMMONS:  Actually, I think state law, if the
3    Court would like state law argument.
4              THE COURT:  I'm wondering if it makes sense to just
5    have a conversation about the Sherman Act on both sides of the
6    aisle and then go to state law.
7              MR. SIMMONS:  Okay.  Then we'll make the individual
8    arguments.
9              THE COURT:  Okay.  So are there any other individual
10   arguments on the Sherman Act that some Defendants made but not
11   others?
12             MR. QUINN:  I think so, Your Honor.
13             THE COURT:  Okay.  All right.
14             And so this is Mr. Quinn.
15             MR. QUINN:  This is Mr. Quinn.
16             THE COURT:  Right.
17             MR. QUINN:  And again --
18             THE COURT:  You want to get in front of that
19   microphone when you speak.
20             MR. QUINN:  Sorry.
21             Again, I'm on behalf of Defendants Cox, Chancelor, and
22   Ver.
23             THE COURT:  Okay.
24             MR. QUINN:  I'm not going to take too much time to
25   expand on what Mr. Simmons said with respect to the agreement
```

1    element already.  But I do just want to point out some unique

2    aspects to Mr. Chancelor and Mr. Cox on one hand, as software

3    developers, and Mr. Ver as the owner and founder of Bitcoin.com

4    on the other hand.

5         So with respect to Messrs. Chancelor and Cox, the

6    single substantive allegation against them in this case is that

7    they implemented a checkpoint on the ABC chain in the wake of

8    the software fork.  And Your Honor, if it would be helpful for

9    me to explain somewhat of what my understanding of a checkpoint

10   is, I'm happy to do that.

11        THE COURT:  Sure.  Okay.

12        MR. QUINN:  So our understanding is that a checkpoint

13   is a software patch that protects against so-called deep re-org

14   attacks.  What that essentially means is that the software

15   patch protects against someone going back in time to previous

16   blocks of transactions that were blocked up and bundled into

17   blocks in the blockchain and scrambling those in a way that

18   would enable double spending of currency.  And so it's a

19   security device that prevents someone from essentially

20   rewriting the chain and rehashing the chain.

21        The part of -- you know, part of the security of the

22   blockchain system is that it's an inextricable chain and that

23   there are so many connecting blocks that no one could go back

24   in time and do this.  And so this software patch, this

25   checkpoint, is an effort to protect against those types of

1    attacks that would go back and do that.  So that's the

2    allegation with respect to Messrs. Chancelor and Cox.

3         In terms of United's burden -- substantive burden on

4    conspiracy allegations, what they have to plead is that

5    Mr. Chancelor and Mr. Cox joined the conspiracy and played some

6    role in it.  That's their obligation here.  They need

7    evidentiary facts suggesting that Mr. Chancelor and Mr. Cox

8    joined the conspiracy and played some role in it.

9         If the Court -- it was in our papers.  The Duty Free

10   case in this district made exactly that point.  The Court there

11   did an extended analysis of a defendant-by-defendant look at

12   facts pertaining to the existence of a conspiracy.  And the

13   Court said, when you have scenarios like this, you can't just

14   allege that defendants colluded or defendants conspired.  You

15   need to go defendant by defendant and -- to allege specific

16   facts as to why this person conspired.

17        So with respect to Chancelor and Cox, what's not

18   there?  That's no collusive communications between those two or

19   between them and anyone else in this entire complaint.  It's

20   just not there.  If you look at the Duty Free opinion, the

21   Court mentioned the lack of collusive communications in the

22   complaint as an indicator that there wasn't a conspiracy.

23        You also don't see any parallel conduct on behalf of

24   Mr. Cox and Mr. Chancelor.  And so the gravamen of any

25   circumstantial case under the Sherman Act is parallel conduct

```
 1    and then plus factors, facts that make -- give rise to a

 2    reasonable and plausible inference that there was an agreement.

 3    And here there's just no parallel conduct with respect to

 4    Chancelor and Cox whatsoever.

 5           THE COURT:  One thing that I've been thinking about

 6    is:  How do you have parallel conduct when the roles are not

 7    all the same, when you have miners, developers, the exchange?

 8    So that's a question I have.

 9           And I also don't want to forget this question:  I'm

10    not sure I really understand what it means for Cox and

11    Chancelor to be developers.  What are they developing?

12           MR. QUINN:  Sure.

13           THE COURT:  What is their role in this?  I have a

14    better sense of what miners do and what an exchange is.  What's

15    a developer?

16           MR. QUINN:  Can I take the second question first, if

17    Your Honor doesn't mind?

18           THE COURT:  Sure.

19           MR. QUINN:  So what Chancelor and Cox do are

20    essentially they write software.  They write the Bitcoin ABC

21    software implementation.  And so the particular vision of

22    Bitcoin that ABC represents, and the characteristics of that

23    currency, are all determined by a set of software rules.  And

24    so these guys are developers who write that software.

25           THE COURT:  Okay.  And they're the developers of ABC
```

```
 1    in particular?

 2              MR. QUINN:  That's right.

 3              THE COURT:  Okay.  And then who is the decider that

 4    there's going to be this voting on two different set of rules?

 5    Who has the power in this arrangement to determine that?

 6              MR. QUINN:  To determine that a fork is going to

 7    happen?

 8              THE COURT:  Yes.

 9              MR. QUINN:  So my understanding -- and Your Honor, I

10    want to cabin this with the fact that I'm also a layperson --

11              THE COURT:  Come on.  You're younger than me.  You

12    should be able to do this.

13              MR. QUINN:  My understanding is that it's the

14    algorithm itself underpinning the blockchain.  And so the

15    algorithm provides for periodic software updates.  And so every

16    certain number of months there's an opportunity for a software

17    update.  And what you can --

18              THE COURT:  The algorithm decides that in this

19    instance it's the ABC and the SV?

20              MR. QUINN:  So beforehand, it was just the unitary

21    chain.  It was BCH.  The Bitcoin Cash chain provided for

22    periodic software updates.  And so this -- you know, every six

23    months you have an update.  That's an opportunity for us -- for

24    all the stakeholders in the chain to get together and to decide

25    on making any changes to the software underpinning the code.
```

1    It's also an opportunity for a hard fork to happen, like it did

2    in this case.

3         Sometimes there are soft forks where, you know, you'll

4    have all the different implementations that are mining on a

5    particular chain that agree to a set of consensus rules.  And

6    then you won't have a hard fork and the unitary chain will stay

7    unitary.  But there's also, as we saw in this case, Bitcoin

8    Cash itself emerged from a hard fork earlier on the Bitcoin

9    Core, the first digital currency network.  So you constantly

10   have kind of stemming off of digital currencies.

11        THE COURT:  You're doing pretty well.

12        So -- but you say it's the algorithm that decides if

13   there's going to be periodic software updates.  Isn't there

14   somebody doing that programming who decides that there's --

15   this software update now is a choice between those two sets of

16   rules, the ABC and the SV?

17        MR. QUINN:  I think that's right.  And so I think back

18   when -- the developers who originally wrote the Bitcoin Cash

19   code, the code for the unitary blockchain that existed before

20   the fork, they likely provided for periodic software updates.

21        THE COURT:  But then is there some Defendant, somebody

22   on your side of the aisle, who had the choice, had the capacity

23   to decide:  "Okay.  On this date, the choice is between these

24   two sets of rules"?  Two sets of rules being two kinds of

25   software patches.  Is that an okay way of saying it?

1           MR. QUINN:  That is an okay way of saying it.

2           And the answer is that the market decides.  And so if

3    people have good ideas with respect to software

4    implementations, then they're all entitled to try and make that

5    implementation in the new chain.

6           THE COURT:  Okay.  But behind somebody's having a good

7    idea -- I'm still looking for a human in this.  You have an

8    algorithm that generates these two different -- is that what it

9    is, an algorithm that just generates these two different sets

10   of rules?

11          MR. QUINN:  No.  They're human.  So they're

12   developers.  They're software developers who write these

13   repeating competing rule sets to govern the chain going

14   forward.

15          THE COURT:  Okay.  That's making sense to me.  So

16   that's what I thought, is that -- then is it Cox and Chancelor

17   who are the ones that developed the software and had the

18   capacity to then impose that on this date, November 15th, 2018,

19   the miners would have to choose between these two particular

20   new software changes?

21          MR. QUINN:  So they do have the capacity to write

22   code.  They do not have the capacity to require that there will

23   only be two sets of potential rule changes that can go forward.

24   All they can do is write their code.  A lot of these folks have

25   kind of followings, is my understanding.  And so miners will

1    follow a particular software implementation and say:  "Hey, I'm

2    a Bitcoin ABC guy," "Hey, I'm a Bitcoin SV guy."  And so it's

3    kind of a -- it's a marketplace of ideas, is my understanding

4    of it.

5              THE COURT:  Are you saying that at some point leading

6    up to -- over a period of time leading up to the date of the

7    hard fork that those servers that are mining Bitcoin Cash were

8    essentially voting and they were setting it up that the choice

9    was going to be between ABC and SV?

10             MR. QUINN:  So there's -- that's right, Your Honor.

11   There were -- on the network as it existed before the fork,

12   most of the nodes mining the network were running SV or were

13   running the ABC software implementation.

14             THE COURT:  Okay.  This is very helpful.  So I want to

15   go back to -- let me see if I can find this paragraph in the

16   complaint.  And it might be around 41.

17             MR. QUINN:  And to be clear, Your Honor, none of this

18   is in the complaint.  And so we're just kind of talking --

19             THE COURT:  Right.  Right.

20             Well, actually it is 41 that alleges that:  "Prior to

21   the notebook upgrade that was scheduled on that date in

22   November of 2018, Bitcoin Cash network was mined by several

23   different nodes applying various computer software

24   implementations.  That is, Bitcoin Unlimited, Bitcoin ABC,

25   Bitcoin SV, Bitcoin XT, et cetera."

1        MR. QUINN:  That's right.  So those are all different

2   software implementations.

3        THE COURT:  So am I to understand that leading up to

4   the date of the hard fork, there were such a volume of servers

5   mining the ABC and the SV software that it, somehow in the way

6   this system works, brought this to a point of decision

7   whether -- which one of those would be dominant as a software

8   that would be rules that everyone would follow going forward?

9        MR. QUINN:  I don't think it would be -- it's not a

10  dominance choice.  It's just a -- so my understanding is that

11  the variety of different software implementations were mining

12  beforehand.  And then kind of a consensus on the chain emerged

13  where some people -- the network as a whole decided some

14  stakeholders go with the Bitcoin ABC vision, some stakeholders

15  go with the SV vision.

16        So it was kind of coalesced -- the debate coalesced

17  around those two potential visions of what the currency would

18  be going forward.  And then, during the fork, everybody who was

19  a stakeholder of either vision went and split off into their

20  own unique currency.

21        THE COURT:  I'm reading in Paragraph 43:  "Because two

22  of the software implementations, that is, ABC and SV, decided

23  to proceed with upgrades that would no longer respect the same

24  rule set, a dispute arose over which of the two rule sets being

25  applied by the two software implementations would be the rule

```
1    set that Bitcoin Cash blockchain was going to follow moving

2    forward."

3            Right?  So that, it's, I gather, so many -- there was

4    such a volume of miners using those two different sets of

5    software, and they needed to do an upgrade and that

6    modification of their rule set.  But it just kind of forced the

7    need for choice among the miners as to which software upgrade

8    they were going to adopt.

9            MR. QUINN:  Follow.  I think that's a fair reading of

10   that, Your Honor.  I think that's right.

11           THE COURT:  Okay.

12           MR. QUINN:  And so, just to go back to where I was

13   with respect to Mr. Chancelor and Cox -- I won't belabor this

14   point.  There's just no facts whatsoever indicating that these

15   two individuals met with anybody else, spoke to anyone else,

16   were in agreement with anyone else, any of the facts that the

17   Supreme Court mentioned in Twombly as giving rise to a

18   plausible inference of conspiracy.  Those just aren't in the

19   complaint.

20           And again, the sole substantive allegation is that

21   they implemented this checkpoint.  That's entirely consistent

22   with unilateral conduct.  This is what these guys do.  They are

23   software developers.  They write code for a living.  They put

24   up patches on the chain.  This is their job.  So that's them.

25           We have touched on the parallel conduct a bit.  I
```

1    think you had a question about:  How do I look for parallel

2    conduct when the capacity of so many people in this conspiracy,

3    alleged conspiracy, is different?  I think the first answer is

4    that partly speaks to the implausibility of the allegation

5    that, you know, if we don't have a bunch of people acting in

6    parallel, we've got a bunch of people doing disparate different

7    things.  And so the idea that they conspired towards a unitary

8    goal is itself implausible.

9         And the second -- you know, the second point that I

10   would make is it's their burden to show that these people were

11   all pulling towards a unitary goal.  And I at least haven't

12   seen that in the complaint.  I haven't seen what the Supreme

13   Court said in the case; conscious commitment to an unlawful

14   objective.  That's the core of a conspiracy, and that's

15   supposed to be the thread that runs through antitrust

16   complaints.  And you look for facts as to each defendant on

17   that question, and that's just totally absent with respect to

18   Messrs. Chancelor and Cox.

19        So unless the Court has any remaining questions on

20   their -- the allegations specified as to them, I would pivot to

21   Mr. Ver.

22             THE COURT:  Well, hold on just one minute here.

23             MR. QUINN:  Sure.

24        (Pause in proceedings.)

25             THE COURT:  In the paragraphs that they were in,

1    Chancelor and Cox, that's -- do you remember -- do you know

2    where that is?

3         MR. QUINN:  I think it's on -- Paragraph 69, Your

4    Honor, is where the couple of mentions are.

5         THE COURT:  So the complaint, I thought, pled that

6    this checkpoint prevented an upgrade absent 10 blocks being

7    mined at a time, which the complaint claims is impossible and

8    that effectively shuts out -- it effectively -- it's an

9    impossibility.  What about that?

10        MR. QUINN:  Your Honor, candidly, I'm not sure what to

11   make of that allegation.  It's somewhat conclusory and I don't

12   entirely understand it.  The ABC checkpoint was supposed to be

13   a security feature that prevented against these attacks that

14   would reorganize the chain.  But I do believe, based upon the

15   Nakamoto Whitepaper and my understanding of how this industry

16   is structured, is that in successive forks or software

17   upgrades, if anybody had a plurality of votes or a consensus of

18   votes, they could vote for what changes to the relevant network

19   that they want to make.  There's nothing particular about this

20   software upgrade that prevents future alterations of the ABC

21   chain or even forks in the ABC chain into different

22   cryptocurrencies.

23        THE COURT:  I think I understood this checkpoint

24   notion is that it somehow prevented voting by miners further

25   down the chain.  And the claim is that this centralized the

1    market.  Although that term is conclusory.  I don't quite

2    specifically know what that means, other than the notion that

3    there wasn't an ability for miners to vote on changes to the

4    software going forward, that somehow it stopped, I guess,

5    voting, I guess supposes a kind of competition, right?  So do

6    you want to --

7              MR. QUINN:  Address that?

8              THE COURT:  Right.

9              MR. QUINN:  Yeah.

10             I think -- I mean, the complaint itself pleads that

11   people are still hashing the -- applying computer power to the

12   ABC chain.  And I think there's kind of a temporal problem even

13   if that's true and no changes can be made to the ABC chain in

14   perpetuity going forward --

15             THE COURT:  Changes to the software, changes in sets

16   of rules.

17             MR. QUINN:  Right.  To the ABC chain in perpetuity

18   going forward, which is what I think they're suggesting.  I

19   think their complaint in this case is about the result of the

20   fork itself and the split between SV and ABC.  So the fact that

21   ABC is locked down going forward, which I don't think they have

22   adequately pleaded, I don't think touches on the injury that

23   they're claiming.  They're claiming injury from the loss here,

24   the fork itself.  They're saying that:  "My cryptocurrency that

25   I now hold on both the ABC and SV networks is worth less as a

```
1    result of the fork."

2              So the fact that the ABC chain has changed doesn't

3    really speak to that, the alleged agreement and the injury from

4    that alleged agreement.

5              THE COURT:  I thought that this checkpoint idea was to

6    prevent a future upgrade of the software.  And in fact, the

7    claim is it's impossible to do that.

8              MR. QUINN:  Maybe that's the claim.  My understanding

9    of the technology is that there are still routine software

10   upgrades on this chain.  Of course, that's not in the

11   complaint.  But my understanding is that there's still -- like

12   the Bitcoin Cash unitary network before it, that there are

13   routine opportunities for software upgrades.

14             THE COURT:  Okay.  All right.  Thank you.

15             MR. QUINN:  Absolutely.  And if I could briefly touch

16   on Mr. Ver and the allegations --

17             THE COURT:  Okay.

18             MR. QUINN:  -- as to him.  And I won't take too much

19   more of the Court's time.

20             The allegations with respect to Mr. Ver fall flat for

21   many of the same reasons.  United appears to concede that it

22   doesn't have any direct evidence of conspiracy.  There's no

23   statement.  There's no guilty plea.  There's nothing that

24   evinces a smoking gun, "We had an agreement and this is what we

25   did," in this complaint.
```

```
1              The other avenue for them would be circumstantial

2     evidence of conspiracy.  And as we talked about before, that

3     would be parallel conduct and plus factors.  And what they have

4     done here is that they've, in a very conclusory fashion,

5     alleged that Mr. Ver colluded with Jihan Wu and Bitmain.  They

6     don't identify which Bitmain entity he purportedly colluded

7     with.  There are four.  But it proceeds to use that conclusory

8     statement as a jumping-off point to arrange all the other facts

9     and suggest the existence of an agreement.

10             But specifically with respect to Mr. Ver and the

11    evidentiary facts that United pleads against him, they plead

12    that he tweeted during the fork to say:  "Hooray.  There's a

13    lot of hashing power on the network right now," the ABC

14    network.  And they plead that he's a high school friend and a

15    partial owner of the Kraken Cryptocurrency Exchange.  Those are

16    really the two evidentiary facts that they plead in this case.

17             THE COURT:  He's a high school friend of whom?

18             MR. QUINN:  He's a high school friend of Mr. Powell,

19    is what they suggest.  And that he was a supporter and investor

20    in the Kraken Cryptocurrency Exchange.  But they don't explain

21    why either of those facts suggest the existence of a conspiracy

22    in this case.  And that type of guilt by association pleading

23    is routinely rejected in federal courts.

24             And as to the former Mr. Ver's tweet, United, I think,

25    characterizes that tweet as Ver bragging about bringing on
```

1    hashing power during the fork.  But Ver doesn't deny that he

2    was a supporter of the ABC chain.  It's entirely consistent

3    with unilateral conduct that he would be happy about ABC

4    enjoying a lot of hashing power and going to be its own

5    cryptocurrency going forward.  Nothing about that tweet

6    suggests that he conspired to bring about that result.  He

7    would vote for ABC anyways because he supported it.  And so

8    there's nothing about that fact that suggests that he got

9    together with Mr. Wu and any of the Bitmain entities, we don't

10   know which, to conspire.

11              THE COURT:  Okay.

12              MR. QUINN:  If the Court doesn't have any more

13   questions, I'll have a seat.

14              THE COURT:  Okay.  So that does cover the Defense

15   arguments on the Sherman Antitrust?

16              MR. QUINN:  I think co-counsel may want to make some

17   individual arguments.

18              THE COURT:  Okay.

19              MR. LOURIE:  Good morning, Your Honor.  Andrew Lourie

20   on behalf of Payward Ventures, doing business as Kraken, and

21   Jesse Powell, the CEO of Kraken.

22              THE COURT:  Okay.

23              MR. LOURIE:  I want to talk just for a few minutes

24   essentially to distinguish Kraken, which is the exchange, and

25   Mr. Powell, who is the chief executive officer of that company.

 1            But if I could take a minute, I wanted to go back to a

 2     question you asked Mr. Simmons about the Whitepaper because I

 3     think I could potentially shed a little bit more light on your

 4     question.  You had asked him about the Whitepaper and whether

 5     the Whitepaper authorized this sort of node voting that's at

 6     issue here.  And essentially, the way I would describe this

 7     entire complaint is as a ballot-stuffing allegation.

 8     Everything flows from their argument that:  "You stuffed the

 9     ballots and somehow that's not allowed.  And here are these

10     several causes of action that we think it violated."

11            So if we look at -- I think the best place to look is

12     in the Plaintiff's consolidated response to the motions to

13     dismiss at Page 11.  In the middle paragraph, they sum up

14     exactly what they're really asking the Court to do.  And they

15     say the following:  "Here, UAC, the Plaintiff, alleges that the

16     Nakamoto Whitepaper makes express that nodes in the system vote

17     with their CPU power, expressing their acceptance of valid

18     blocks by working on extending them."

19            And this next sentence is important.  The Plaintiff

20     says:  "While nodes" -- and they quote the Whitepaper -- "can

21     leave and rejoin the network," close quote -- "it has always

22     been understood that it is the nodes that are mining the

23     blockchain that are able to vote with their CPU power."

24            So essentially, here's what they're essentially

25     saying:  First, the federal courts should adopt the Whitepaper

1    as either a law or a binding contract, even though they don't

2    actually allege it's a contract, and enforce it against

3    everybody in this industry, no matter what they're doing in

4    this industry.

5          And then they're saying:  The courts not only have to

6    do that.  Then you have to ignore the express language of the

7    Whitepaper, which says:  Nodes, quote, can leave and rejoin the

8    network, close quote.  They're asking you to ignore that --

9    after you accept the Whitepaper as the law, ignore that phrase,

10   to be replaced by what they say, which is:  "It has always been

11   understood" -- something different than what the express

12   language is.

13         So they would have the Court step into this sort of

14   burgeoning industry and decide that there's a law that's -- you

15   know, hasn't been passed by Congress or any other legislature,

16   and it's called the Whitepaper.  It was created in 2008 or so.

17   And we're going to start interpreting what that eight- or

18   nine-page document means and we're going to create this whole

19   new body of law based on what this Whitepaper says, even though

20   there's no evidence that anybody agreed to follow it.  And then

21   where we think the express language should be superseded by

22   practice or what other people say, we're going to do that too.

23   And that's essentially what they're asking the Court to step

24   into here.

25         As you can see, it would create virtual impossibility

1    for the Court to apply any standards, let alone not the

2    standards set forth in the actual express language of the

3    Whitepaper.

4           Going back to my clients, Payward Ventures and Jesse

5    Powell, none of the allegations of, you know, essentially

6    what -- what the Plaintiffs call bad conduct -- and they have

7    different names for it, as Mr. Simmons was saying; hijacking,

8    mercenaries, hostile takeover, manipulation.  All those things

9    have really no meaning.  And I would suggest to the Court or

10   submit to the Court that they really should be ignored as far

11   as the Court's trying to determine whether there's a real cause

12   of action here.

13          What they're essentially saying:  "You guys stuffed

14   the ballots.  You weren't supposed to have this many votes.

15   You brought more votes in than you should have had and we lost.

16   You know, the network upgrade didn't go the way we wanted it

17   to.

18          THE COURT:  The Plaintiff is not claiming that your

19   clients did that, right?

20          MR. LOURIE:  Excuse me?

21          THE COURT:  The Plaintiff is claiming your clients did

22   something else.

23          MR. LOURIE:  They're not claiming our clients had

24   anything to do with that.  In fact --

25          THE COURT:  Right.  Right.  It's their operation of

```
 1    the exchange in excluding or endorsing one currency over the

 2    other.

 3         MR. LOURIE:  Right.  So essentially, what they're

 4    essentially saying is:  If we were the New York Stock Exchange,

 5    and Exxon split into two different companies, that we gave each

 6    one a ticker.  But we gave one of them the original Exxon

 7    ticker, which is -- Exxon's ticker, for example, is XOM.  So if

 8    Exxon split into two different companies, there would have to

 9    be two different tickers or else you couldn't trade.  And one

10    of them keeps XOM and the other one gets a new one.  And the

11    exchange's job is actually to list the various -- in the case

12    of the New York Stock Exchange, stocks on its exchange so

13    people can trade them.

14         Here, it's currencies.  So both are listed.  One

15    was -- and their complaint -- one of two complaints against us

16    is that:  You gave the original ticker, which was BCH, to the

17    ABC chain.  And they don't say this in the complaint, but it's

18    implied, the SV chain, which also was listed and traded on the

19    exchange, got its own ticker.  That's it.

20         The one other allegation they make, and they don't

21    explain, is that Kraken -- not Powell, but Kraken -- indicated

22    to users that the SV chain was a high-risk environment.  They

23    don't say anywhere that that's not true.  They don't say

24    anywhere how that violated some duty.  They don't say anywhere

25    how that has anything to do with this conspiracy that they
```

1    allege took place all prior to any of this ever getting listed

2    on the exchange.

3              THE COURT:  Does Kraken trade SV?

4              MR. LOURIE:  It did.  After this, it did.  And before

5    the lawsuit was filed, it did.  Some time later, SV was

6    delisted for really unrelated reasons.  And it's really not

7    part of this lawsuit.

8              THE COURT:  Okay.

9              MR. LOURIE:  But at the time this lawsuit was even

10   filed, SV had still been listed.  So you had the fork, and then

11   you had two competing digital currencies.  And it was -- they

12   were both listed.  And they may be listed on any other

13   exchange.

14             Kraken is not alleged in here to be involved in

15   mining, in software development, in the implementation of

16   checkpoints in software, or to have anything whatsoever to do

17   with that.  So as far as the Sherman Act goes, they're not

18   alleged to be in any relevant market or even really a related

19   market.  They're something completely different.  It would be

20   like saying the New York Stock Exchange is in the same business

21   as Exxon or Coca-Cola, something else.  Kraken exists to create

22   an electronic platform for people to trade and its customers

23   trade.

24             And UAC does not claim that they are a customer, or

25   that some special duty was owed to them, or that Kraken even

knows who United American is or ever knew who they were.  The

only two allegations are that they gave the BCH ticker to the

ABC chain and they told their own customers that SV was risky

or high-risk.

All digital currency is high risk.  There's no

allegation there that they had a duty not to tell their

customers what they thought about things or that they -- or

that people who had signed up to trade on their exchange should

have information kept from them that might be important to them

in making their decisions.  They don't claim how either one of

these two allegations hurt them in either way.  They literally

say nothing other than those two things, no explanation

afterwards; how it hurt them, how it caused them to lose money,

what they should have done differently, whether they had an

obligation to something differently, literally nothing.  All

they say are those two things.

So with respect to Sherman Act, they also don't plead

that it would make any economic sense, even if Kraken could

join this alleged conspiracy to stuff the ballot box, why they

would.  Exchanges make money from transactions, exchanges

compete with each other to list -- whether it be equities or

futures or in this case digital currency, to list those items

so that they can have more transactions in them.  The way that

an exchange makes money is through volume and the amount of the

transactions.  They make a percentage.  So the more things they

1    can list, the better for them.  It makes no economic sense

2    under the Sherman Act for an exchange to be involved in trying

3    to reduce the amount of competition or reduce the amount of

4    digital currencies listed.  Their profit depends on more, not

5    less.

6          I was prepared to talk about the allegations as they

7    went to negligent misrepresentation and negligence, but I think

8    you said you wanted to come back to that later.

9          THE COURT:  Let's wrap up the Sherman Act.

10         MR. LOURIE:  And so I've covered I think the two most

11   important points with respect to the Sherman Act, which is the

12   relevant market.  We are not alleged to be miners, software

13   developers, or have anything whatsoever to do with the

14   blockchain.

15         THE COURT:  Well, you're a participant in the market

16   by being an exchange, right?  You have a role in the market.

17         MR. LOURIE:  I think that's like -- I think that's

18   like -- we have a role in the market.  I would agree with that.

19   But I think, again, it's like saying that the New York Stock

20   Exchange, because it lists Exxon, is in the energy business.

21   It just isn't.

22         So here, yes, because we are an exchange and we list

23   digital currencies, we have a role in the marketplace.  But we

24   are not alleged to have -- to be able to vote, to have

25   influence on voting, to create checkpoints, to do anything with

1    software -- checkpoints are installed allegedly in the

2    software -- to be involved in the development of software.  But

3    rather just to recognize -- what they accuse us of is

4    recognizing the winner of the vote and therefore listing the

5    currency and giving it a ticker.  That's our job, is to list

6    currencies.  And it was the winner of the vote.  That much is

7    not in dispute.

8         They don't connect them to this conspiracy in any way

9    to say that -- they don't even say there was a conversation in

10   which Kraken or Powell spoke to somebody and said:  "Hey, if

11   you guys stuff the ballot box and, you know, take this -- you

12   know, take this chain, we'll give it the ticker."  Even if they

13   had done that, it wouldn't violate anything.

14        THE COURT:  Is there some added value for the ticker

15   to stay with ABC?

16        MR. LOURIE:  I think one could argue that there's an

17   intangible value to the recognition.  But again, that would --

18   even that would be, I think, a stretched argument.  A

19   sophisticated investor in anything really knows what they're

20   investing in.  So if the ticker changes, the investor knows.

21        I mean, I think that -- again, if we just use my

22   example -- if you were interested in investing in Exxon, and

23   Exxon had split into two different companies, as a

24   sophisticated investor, you would know which one you wanted to

25   invest in, whether it was the refinery part or the oil

1    exploration part.

2              THE COURT:  Right.

3              MR. LOURIE:  You would find out which ticker was

4    which, and you would go with that ticker.

5              But there can be, I think, an argument made that the

6    original ticker was a little better known because it had

7    existed a little longer.  But it's not an argument, I think,

8    that would have any really legal power or be able to -- you

9    would be able to calculate damages off it in any way.

10             THE COURT:  You were saying to me, I thought,

11   something like that Kraken and exchanges like Kraken benefit

12   profit from trading more currencies.  Right?

13             MR. LOURIE:  Right.

14             THE COURT:  So to the allegation in Paragraph 76 that

15   Kraken indicated to users that SV chain was a high-risk

16   environment, that would seem to be discouraging trading.  It's

17   an allegation.  Whether it's true or not, I don't know.  But

18   assuming that to be true, that would discourage trading in

19   Bitcoin SV and presumably reduce, you know, the trading and any

20   fees to the exchange.

21             If that's so, wouldn't that be against Kraken's own

22   economic interest in making that statement?

23             MR. LOURIE:  Well, it could be in that vacuum.  The

24   problem with that hypothetical is that Kraken also has a duty

25   to provide relevant information to its customers.  If it

1    doesn't do that, it won't have any customers.

2          So if it's trading --

3          THE COURT:  You're just saying it has kind of a

4    fiduciary duty or just a -- what kind of duty does it have?

5          MR. LOURIE:  A duty of disclosure of relevant

6    material.  Or even if it didn't have a legal duty, certainly

7    from a business perspective, if you want people to be attracted

8    to your exchange, you don't want the people who trade on your

9    exchange to have sorts of surprises where SV, for example --

10   any time there's a fork, you have the potential for

11   instability.  So if any exchange tells its customers:  "Look,

12   there's been a fork.  There could be instability or there could

13   be higher risk," which there almost always is, they're making

14   at the very least a smart business decision.

15         If you want to keep customers --

16         THE COURT:  The risk that the value of the currency

17   may fall?

18         MR. LOURIE:  A risk that the value of the currency may

19   fall, a risk that it could be delisted and become less liquid.

20   Liquidity in every area -- you know, in every exchange, futures

21   exchanges, stock exchanges, liquidity is a huge thing.

22         If somebody buys something, and then they're not able

23   to sell it, no matter what its value is, it's not worth much if

24   they actually can't sell it.

25         So liquidity -- liquidity, and the dangers that come

1    with liquidity, and instability as a phrase that's used in the

2    digital currency sector, is important.  And if you are -- if

3    you are not giving relevant information to your customers,

4    number one, you could be sued for withholding it.  But number

5    two, it's bad business.  And this is a burgeoning industry,

6    where there are a number of different exchanges and they're all

7    competing for essentially the same customers; people who are

8    interested in investing in digital currency, trading digital

9    currency.  If one of them is deemed to be withholding important

10   information, that could be the end of the business.  Reputation

11   is everything.

12         THE COURT:  I thought you said earlier that all these

13   currencies are high risk.  What do you mean by that?

14         MR. LOURIE:  If you were to tell me that you were

15   interested in doing futures trading, I would tell you all

16   futures trading is high risk.  It's highly leveraged.  It's

17   risky.  Some worse than others.

18         Digital currency, if you just look merely at the

19   swings in values over the last few years in Bitcoin and then

20   some of these other newer digital currencies, you could

21   virtually take judicial notice of the fact that it's risky.

22         Coca-Cola, you know, stays within a bandwith and it's

23   one of the least risky types of investments.  Facebook is

24   completely different and various start-up technology stocks

25   even yet so.  So there's risk in literally everything,

```
1    including having money in the bank, because the bank can go out

2    of business, but different levels of risk.  But certainly

3    digital currency is at the higher level.

4            THE COURT:  Okay.  All right.

5            Thank you.

6            MR. LOURIE:  Thank you.

7            THE COURT:  Okay.  So does that cover the Defense

8    arguments on the Sherman Antitrust Act?

9            MR. PACE:  Your Honor, may I say -- can I do it from

10   here.  This is --

11           THE COURT:  This is Mr. Pace.

12           MR. PACE:  Yes.  Chris Pace, just for Bitmain.  And I

13   want to be very brief.

14           This really applies to everything, but I just want to

15   make the one point of as we've talked about the complexities

16   here of what would need to be pled and the challenges of

17   identifying markets, et cetera, it goes also to a point that we

18   make of they've conflated defendants.  That's particularly a

19   dangerous form of cheating in the context.  Right?  Where when

20   you have to specify -- when the Supreme Court has said you have

21   to demonstrate the plausibility of a conspiracy existing, the

22   fact that you conflate, for example, on my clients --

23           THE COURT:  I have to tell you, Mr. Pace, I'm with you

24   on this.

25           MR. PACE:  Then I'll stop.
```

```
1          THE COURT:  Bitmain is several different entities, and
2     I can't tell from the complaint what the allegations are for,
3     you know, conduct on the various BitMains.  I mean, I think
4     there's one -- there might be one allegation that's particular
5     to one, if I'm remembering it right.  But this is definitely
6     something Plaintiff has to address.
7          MR. PACE:  Your Honor, I think even that one is
8     generic, but I know the one you're talking about operating the
9     pools.  But -- then I'll sit down.
10         Thank you, Your Honor.
11         THE COURT:  Yeah.
12         Okay.  Let's take a 10-minute break and then I'll hear
13    from Plaintiff's counsel.
14       (Recess from 11:42 a.m. to 11:54 a.m.)
15         MR. MILLER:  All right.  Sorry about that brief
16    interruption with the water, Your Honor.
17         Brian Miller from Akerman, once again, on behalf of
18    the Plaintiff, United American.
19         I want to start -- because I kind of appreciate
20    Mr. Simmons' analogy that he raised at the beginning of this,
21    after he was spending some time perusing books in the bookstore
22    this weekend about the pioneers traveling.  I think it is kind
23    of an apt analogy for the Court to consider what's going on
24    here.  And it's like a Wild West.  I think the Defendants are
25    sort of a Wild West environment in what they've been doing with
```

```
 1   Bitcoin.  So I think it's appropriate.

 2               And I agree with Mr. Simmons' analogy or story.

 3   You've got the hundred pioneers -- or let's call them the

 4   miners -- traveling across the country and trying to decide

 5   where to go to get to the gold mine or the Pacific Ocean,

 6   whatever it is they're trying to reach at the end of it.  And

 7   along the way they have to make various decisions about which

 8   way to go, where to camp for the night, what to eat, and

 9   they're all getting along in making those decisions.

10   Occasionally, a few of them will go out and go hunt buffalo for

11   awhile and then come back a few days later.  So they leave and

12   rejoin the group.

13               And then these hundred people reach this mountain

14   standing in their way.  And per Mr. Simmons' analogy, you've

15   got one group, the ABC people, who want to plow right through

16   the mountain, saying it's the most direct route.  And you've

17   got another portion of the hundred miners, the SV people, who

18   want to go around the mountain.

19               Well, that's where I think the analogy kind of departs

20   from the story that Mr. Simmons was saying.  Because what

21   happened in this case is once those hundred miners reached that

22   mountain, the ABC people suddenly brought in a thousand Chinese

23   laborers from the railroad to help them plow through and

24   dynamite through the mountain and go there straight, while the

25   SV people try to go around --
```

```
1          THE COURT:  If there's no law against that, what's

2    wrong with it?

3          MR. MILLER:  Well, the conspiracy and the

4    anticompetitive nature of it comes at the end once the other

5    miners go around the edge of the mountain and they find the

6    three software engineers there who have put up a roadblock, a

7    checkpoint.  To them that tells them their route can no longer

8    be followed and the only route was the ABC people going through

9    the mountaintop.  Those hundred people, who are all the Bitcoin

10   Cash, the BCH -- that's the one thing going through -- after

11   they go through the mountain, the competition is reduced

12   because now the Bitcoin Cash is just the ABC people at the

13   other end of the mountain because they have put up the

14   roadblock and checkpoint to prevent the SV people from

15   continuing their path of the Bitcoin.

16          It's not that there were two different versions of

17   Bitcoin competing with each other.  What we're talking about

18   here, Your Honor, in this market, is the Bitcoin Cash.  That's

19   what it was going from the beginning of time.  And then after

20   this fork, as they call it, the Bitcoin Cash became ABC.  It's

21   not that ABC and SV were created as two new things.  It's

22   rather that the Bitcoin Cash changed its name to ABC and

23   prevented the SV people from participating in that market by

24   virtue of the collusion between the miners who wanted to pursue

25   the ABC, who is Mr. Ver and his people; the Chinese laborers
```

```
 1    who came in and added their power, who were never part of this
 2    effort to begin with, to force their way; and then the coup de
 3    grace, the checkpoint imposed by the developers at the end of
 4    it to prevent the SV people from continuing to compete.  That's
 5    what the case is about.
 6              THE COURT:  Okay.  So you're saying there's two forms
 7    of unfair competition; bringing in the Chinese laborers, in
 8    your analogy, and then setting up the roadblock.
 9              MR. MILLER:  Yes, Your Honor.  Those are the two --
10    correct.
11              THE COURT:  Right.
12              Okay.  Why couldn't you, the Plaintiff, when knowing
13    that this hard fork was coming up, and being wise investors and
14    businesspeople, said:  "You know what?  I really want to invest
15    in" -- you pick it, SV or ABC -- "I'm going to go buy a bunch
16    of servers, or rent a bunch of servers, and I'm going to vote
17    hard for the one I want"?  What's wrong about that?
18              MR. MILLER:  That would have been anticompetitive and
19    that would violate the protocol in the Whitepaper we've talked
20    about from Mr. Nakamoto, the person who created the Bitcoin
21    software in the first place.
22              THE COURT:  Okay.  Let's break down your two answers.
23    It's going to violate the Whitepaper.  I thought the Whitepaper
24    said miners could come in and out.  I didn't see in the
25    Whitepaper, as best as I could wrap my mind around it, some
```

```
1    prohibition on new groups of miners coming in.
2             MR. MILLER:  The Whitepaper says, and the language
3    that's at issue here -- is that people -- nodes can leave and
4    reenter the system.
5             THE COURT:  Right.
6             MR. MILLER:  If they're leaving the system, it implied
7    they were there in the first place.  So by the idea of the
8    Whitepaper, it's not envisioning that you're going to suddenly
9    bring in massive amounts of computing power from another place
10   to try to dominate the discussion and the upgrade that's taking
11   place in the software.
12            If I could, Your Honor --
13            THE COURT:  Can I -- before I lose this.
14            MR. MILLER:  Sure.
15            THE COURT:  Okay.  So now that I have been so
16   well-educated by all of you on Bitcoin cryptocurrency, couldn't
17   I, when I retire in a few years, go and get my CPUs and start
18   mining Bitcoin Cash ABC or SV or some other cryptocurrency?
19   Couldn't I, a brand-new kid on the block, come in and say:  "I
20   want in on this"?
21            MR. MILLER:  Yes, Your Honor, you could.  But you
22   wouldn't be more than 51 percent or controlling that market or
23   dominating the market instantly --
24            THE COURT:  Well, what if I win the lottery?
25            MR. MILLER:   -- which is what they did here.
```

```
 1          THE COURT:  Why not?  What if I win the lottery and I

 2    can do that?  I'm so sure of myself, and I can have that level

 3    of mining power, that I just dive in, and I have more than 51

 4    percent of the mining power.  Doesn't the Whitepaper say I can

 5    have in on this too if I want?

 6          MR. MILLER:  In that scenario, Your Honor would jump

 7    in with your 51 percent, and you would propose some software

 8    changes that everyone would vote on.  You would control the

 9    vote because you have more than 51 percent.  But then if Your

10    Honor didn't implement the checkpoint, which is the final part

11    of this that allowed that new system to be locked down and

12    prevent the other people from coming in, I would agree with

13    Your Honor's analogy.  Then competition would just continue and

14    you would be somebody who was a dormant market player, but the

15    other people would still be allowed to participate.

16          THE COURT:  Okay.  So we're breaking down two

17    different things, the miners and the checkpoint.  We're still

18    on the miners.  And you said the problem with your analogy, the

19    rented laborers, was that it would violate the Whitepaper and

20    it would be anticompetitive, right?

21          So now this begs the question how the Court should

22    enforce this Whitepaper.  But how does it violate the

23    Whitepaper?  How does it do that?

24          MR. MILLER:  The Whitepaper, Your Honor, if I could

25    kind of back up, and I'll take my stab at explaining the
```

```
1    technology, not being a Bitcoin expert by any stretch of the

2    imagination or even overly technological by nature.

3          The Whitepaper was created and written by this person

4    who called himself, or herself, Satoshi Nakamoto.  There's a

5    lot of debate about who that person is, whether it's one

6    person, et cetera.  That doesn't matter.  Whoever it was that

7    created this idea in the first place created the idea and set

8    up the software to have Bitcoin, a cryptocurrency.  The idea

9    being it's not going to be controlled by the bank, but it's

10   going to be secure because it's in a decentralized fashion,

11   where Lorayne Perez has access to it and can verify that the

12   code is correct before she accepts a Bitcoin.  Ian Simmons has

13   the same access to the code and can verify that the code is

14   correct before he accepts a Bitcoin as value.  That was the

15   idea that was created by the founder of the Bitcoin.

16         And Your Honor was asking before where the upgrades,

17   et cetera, came from.  That all came from the original

18   formation of this Bitcoin code and idea.  It's what we call

19   "open-source software."  Your Honor may be familiar with that

20   term.  That is, instead of a company, like Microsoft,

21   developing the software and licensing it to you, and you

22   download it from the Internet or you download the app, and they

23   have full control over the software, open-source software is

24   that someone like this Nakamoto person, or persons, creates the

25   software, puts the code out there for everyone to look at and
```

```
 1    to improve over time.

 2            And that's where the six-month software upgrades came

 3    into existence, Your Honor.  That was designed --

 4            THE COURT:  So -- and the everyone improving it are

 5    miners mining it, using it?

 6            MR. MILLER:  Correct.  The miners mining it have the

 7    ability to improve the software.  They --

 8            THE COURT:  Not the exchange, not the developer.  The

 9    miners.

10            MR. MILLER:  Well, the developers are the people who

11    code in the software.  So I guess as a technical matter it

12    would be a developer who actually can make the change to the

13    software.  The miners could have a developer that proposes that

14    there could be other developers that proposed the ideas.  It's

15    all open source.  So it's available for people to provide their

16    input into what the software should look like and how to

17    improve it.

18            THE COURT:  Who has the control to be able to go in

19    and modify the software?

20            MR. MILLER:  That's where the vote, if you will, comes

21    in place.  Everyone -- and as we alleged in Paragraph 41 of the

22    complaint, which Your Honor pointed out, prior to November

23    2018, there were various software implementations that were all

24    getting along with each other.  There's a key sentence in

25    Paragraph 41 that Defense counsel didn't mention, which was all
```

```
1    of these software implementations were compatible with each

2    other and were all responding to the same rule set.

3          So before November, you had these different software

4    ideas out there and the upgrade is taking place.  At which

5    point, people -- the software boom becomes open for the code to

6    be revised, the master software, if you will, is my

7    understanding.  The code is open for revision on November 15th

8    of 2018.  All of these various people have their ideas for the

9    improvements they think --

10         THE COURT:  They're all miners?  These are the various

11   people who have their ideas?

12         MR. MILLER:  Miners and developers working with miners

13   have their ideas about how the software can be improved in

14   various respects.  They put those ideas out there.  And the

15   idea, and what had always happened before, was that everyone

16   votes with their computing power among that group in that

17   marketplace of Bitcoin Cash to decide:  "Yes.  I like

18   Ms. Perez's software improvement idea.  She has a better idea."

19         THE COURT:  They vote by implementing that software

20   and using it.

21         MR. MILLER:  Correct.  Correct.

22         So that's -- and I think Your Honor was asking during

23   the Defense presentation about where the upgrade came in, and

24   who put it in place, and that whole idea in the first place.

25   So I wanted to answer that for Your Honor.
```

```
 1              THE COURT:  Okay.

 2              MR. MILLER:  So if we could sort of talk about the

 3    Sherman Act law that we have been addressing.

 4              THE COURT:  The Whitepaper, though, does it set some

 5    limit on the number of nodes that can mine Bitcoin?

 6              MR. MILLER:  I am actually not sure about that

 7    question, Your Honor.  I don't know.

 8              THE COURT:  Because I'm still trying to understand the

 9    concept of, one, why it violates accepted norms for rented

10    servers or miners to come in and -- at a point of voting.  Your

11    position is that there was kind of like a gentleman's agreement

12    almost -- may be a better word for it -- that this couldn't

13    happen, this derives from the Whitepaper.

14              MR. MILLER:  That's the way the market was operating.

15    That's the competition in the market prior to November 15th,

16    2018.  That's where it comes from, kind of the competitive

17    rules in that marketplace for the Bitcoin Cash.  That's how

18    people were operating.  Call it a gentleman's agreement.  Call

19    it what you will.

20              THE COURT:  And why is it inherently anticompetitive?

21    I think you were saying that, right?  I realize it was a lot, a

22    lot of servers, right, that came in.  And they were dominant in

23    this voting.  I understand that.  But we're in the world of the

24    Sherman Antitrust Act.  Why is that necessarily

25    anticompetitive?
```

```
1          MR. MILLER:  The entire conduct was anticompetitive.
2    That portion of it, the rented servers and power coming from
3    Bitmain in China, was one aspect of the anticompetitive nature
4    because the Bitcoin computers in China were previously mining
5    something completely different.  They were in a completely
6    different market.  They weren't in Bitcoin Cash to begin with.
7          As we allege in the complaint, Roger Ver and
8    Bitcoin.com conspired with Bitmain, the Chinese, to add their
9    servers to support his version of the software upgrade, the
10   ABC, in conjunction with the developers, then locking it down
11   with a checkpoint, and the exchange immediately saying:
12   "That's the one that's going to take place."
13          THE COURT:  I think I might have just had a bit of an
14   ah-ha moment.
15          Your theory of a conspiracy to violate the act is
16   dependent upon both the renting -- the renting servers coming
17   in and, as you call, the poison pill.  The rented servers alone
18   wouldn't be a basis for your claim.  And this checkpoint,
19   poison pill, alone wouldn't be enough.  But your theory is that
20   because all these different actors were acting together,
21   colluding, that together these acts amounted to an agreement to
22   do an unlawful purpose.
23          MR. MILLER:  That is exactly what our allegations are
24   and our theories.
25          Now, just to be clear, I wouldn't concede necessarily
```

1    that one element alone may or may not be enough to violate the

2    Sherman Act.  That's not our case.  So we don't need to worry

3    about that or decide that today.  Our case, our complaint, is

4    the combination of all of these acts together.

5             THE COURT:  Okay.

6             MR. MILLER:  So then, under the antitrust laws, Your

7    Honor, we have to plead a plausible theory of this agreement in

8    restraint of trade.  That's what the Supreme Court said in

9    Twombly and that's what we have to do.

10            THE COURT:  But more than a theory, you need facts

11   that support that each Defendant entered into the agreement.

12   Right?

13            What about this Bitmain term being used for four

14   different entities -- three entities?  How do I even sort

15   out ...

16            MR. MILLER:  Your Honor, I don't want to bleed too

17   much into the personal jurisdiction issues.  But I think the

18   affidavits that were filed by the different Bitmain entities

19   don't really establish separateness of them.  They meld this

20   all together as one giant Bitmain business.  So I think the

21   allegations of all of these different companies acting as one

22   unit, rather than separate corporate entities, is enough in

23   this particular case.

24            We also don't know, because we don't have access yet

25   to their internal documents, of whether it's Bitmain in China,

1  Bitmain Hong Kong, Bitmain in California, which one of these

2  people actually spoke with Mr. Ver to do this.  We've alleged

3  that it was Jihan Wu, the CEO, who was behind this.  And he's

4  in charge of all of these different entities.

5        Now, could we plead more specifically the different

6  entities with the benefit of additional information we've

7  gotten from the affidavits that they have produced now and

8  other information?  We could.  But I think that what we have in

9  here is sufficient with respect to Bitmain.

10        Now, with respect to your broader question about

11  pleading facts, yes, we have to plead facts to create a

12  plausible -- a plausible agreement among these people to act in

13  concert rather than in parallel fashion.  And we have pled

14  those facts, Your Honor.  We have pled that Bitcoin.com, who is

15  run by Mr. Ver, worked with Bitmain to bring in the rented

16  server power.  I think that Mr. Ver's tweet that we have in the

17  complaint confirms that, that he sent, interestingly, at 9:30

18  in the morning on the very day of the upgrade --

19        THE COURT:  If Bitcoin.com is dismissed, as I've

20  recommended, for lack of service, where does that leave you?

21        MR. MILLER:  That still leaves us with Mr. Ver, who is

22  running it.

23        THE COURT:  So Mr. Ver ...

24        MR. MILLER:  And Mr. Ver also, we believe, trades

25  Bitcoin for his own use too.  It's not all just Bitcoin.com.

1     It's not like that's a corporate entity that he just happens to

2     be running as a normal corporate governance matter, as the

3     board of directors or CEO of the company.  That's not what that

4     is.  We've pled in the complaint that Mr. Ver is essentially a

5     fugitive from justice who renounced his US citizenship and is

6     running this Bitcoin operation for himself in Japan or at

7     various times in the Caribbean Islands.

8              So we've alleged enough against Mr. Ver, even though

9     we haven't been able to serve Bitcoin.com.

10             THE COURT:  Okay.

11             MR. MILLER:  So if I could kind of return to the

12    agreement and what it is we have to allege in a plausible

13    nature.  We don't have to allege that it's probable.  We have

14    to allege that it's plausible.  The arguments raised by the

15    Defendants here are that this was parallel action, because

16    that's what the case law discusses.  And I agree that is what

17    the cases say.  They distinguish between parallel action, like

18    in the Quality Auto case, compared to concerted action, like in

19    the Delta-AirTran case, that were cited in the papers.

20             And if I could, Your Honor, let me quote from the Duty

21    Free Americas case from 2013 that we've cited.  And that --

22    there's two quotes in there.  First, on Page 1329, the Court

23    said:  "The crucial question is whether the challenged

24    anticompetitive conduct stems from independent decision or from

25    an agreement, tacit or express."

```
 1              And then the Court said, in that particular case --
 2     this was -- Duty Free Americas was claiming that Estee Lauder
 3     had engaged in anticompetitive action by sending out a one-page
 4     letter about the contract coming up for the duty-free shops at
 5     the Newark airport.  That's what that case was about.  And the
 6     Court dismissed those allegations because they found that Duty
 7     Free Americas could not state an antitrust claim by merely
 8     showing parallel conduct and from a divine that an agreement
 9     must be the source from which the parallel conduct arose.  More
10     is required.  The Court said:  "Such allegations must be placed
11     in a context that raises a suggestion of a preceding
12     agreement."  So that is what we have alleged here, a suggestion
13     of a preceding agreement.
14              The China -- the servers in China are not in their
15     market.  They are not in the Bitcoin Cash.  Suddenly, on the
16     day of the upgrade, November 15th, they come into that market
17     in collusion with Mr. Ver and Bitcoin.com.  That's obviously
18     the result of prior action.  These were not simultaneous market
19     participants in the same market doing something --
20              THE COURT:  Why is that obvious?  Why is that obvious?
21              MR. MILLER:  Because the Chinese servers were not
22     mining Bitcoin Cash previously.  So they don't suddenly come
23     in --
24              THE COURT:  But could they?  Well, say they saw a
25     great opportunity.  Couldn't they?
```

```
1          MR. MILLER:  They wouldn't know about the great
2     opportunity until it happens.  The fact that all this happened
3     so quickly, Your Honor, is a key factor in why we have stated a
4     plausible theory of an agreement.  Because these things don't
5     just happen coincidently --
6          THE COURT:  Well, don't people in this world of
7     cryptocurrency talk to each other a lot about different
8     currencies that are being mined and where the opportunities are
9     and et cetera?
10         MR. MILLER:  They may do that.  I don't know.  What
11    we've alleged in the complaint was that Ver and Bitcoin.com
12    worked with Bitmain in advance to rent that hashing power or
13    rent those servers, and we demonstrated in the complaint how
14    that was an unusual action.  That is not just an allegation of
15    parallel conduct, but that is a context that raises a
16    suggestion of a preceding agreement.
17         THE COURT:  But that's a conclusion.  Where are the
18    facts that support the plausibility that that's true?
19         MR. MILLER:  As I mentioned, we alleged in the
20    complaint that the Chinese servers were not in Bitcoin Cash to
21    begin with.  They came in from outside of that marketplace into
22    this marketplace in order to do it.
23         THE COURT:  I'm sorry.  I have a fact question here.
24         MR. MILLER:  Yes?
25         THE COURT:  They are not in the business of marketing
```

```
 1    Bitcoin Cash, but couldn't they?  I mean, is there anything --
 2    this kind of goes back to a question I have -- and I'm sorry to
 3    digress a bit.  But your block dome that you -- your company
 4    created and invested in, these are -- these domes in Canada,
 5    right, with lots of servers in them, that are mining Bitcoin --
 6    and you know, there's the cool technology about the heat
 7    powering a greenhouse to make that efficient, economically
 8    efficient -- couldn't -- is there something unique about your
 9    servers that makes -- it's software on your servers that is
10    used to mine Bitcoin Cash, right?  Why can't some computers in
11    China use that software and do the same thing?
12         MR. MILLER:  Well, they do because the servers all
13    come from Bitmain in China.  They're the ones that created the
14    software for these mining servers that are being used by
15    everybody.
16         So the Bitcoin -- I'm sorry -- Bitmain in China has
17    the dominant share control over the market for the actual
18    servers and the chips that are used in these servers to do the
19    mining activity.  That's their involvement in this as well.
20    They're really a -- they should be -- and but for the conduct
21    we've alleged here, they would be -- just a supplier of the
22    hardware to people in this industry.  They have no business
23    then renting out their servers to be used in conjunction with
24    the other participants in the conspiracy.
25         THE COURT:  So wait.  Bitmain Technologies, Limited,
```

1    right, is the company that Mr. Wu founded that's in the

2    business of manufacturing these servers, right, that were used

3    to mine Bitcoin?

4              MR. MILLER:  Correct, Your Honor.

5              And they sell those servers to people all over the

6    world, including to our clients, to -- our client, rather, to

7    mine Bitcoin.

8              THE COURT:  So Mr. Wu or -- we have a couple Bitmain

9    entities here.  We have this San Jose, California entity, which

10   I'm not clear what their job is, other than they're in the US.

11             MR. MILLER:  I think that's their only role.

12             THE COURT:  We have the holding company that -- I've

13   seen the declaration -- is simply a holding company, not

14   engaged in business.  I'll assume that's true for the purpose

15   of our discussion.

16             So Bitmain Technologies manufactures these computers,

17   these servers, and sells them?  It doesn't mine?  Bitmain

18   Technologies doesn't also choose to use some of its computers

19   to mine?

20             MR. MILLER:  They do also choose to use some of their

21   servers to mine.  That is I'm pretty sure what we have alleged

22   in the claimant.  But their primary business is selling the

23   service to other people to mine.

24             THE COURT:  So are you saying that the servers that

25   were kind of the showroom, so to speak, that weren't being used

1    for mining at the time, are these 90 -- I think -- was it

2    90,000 servers that were rented and came in?  They weren't --

3    they were waiting to be sold to customers.  They weren't being

4    used for mining?

5         MR. MILLER:  They were not being used for mining

6    Bitcoin Cash.  That's correct.

7         THE COURT:  Could they be used to mine some other --

8         MR. MILLER:  I am not sure, Your Honor, as I stand

9    here right now.  But they absolutely were not, as we have

10   alleged in the complaint, being used to mine the Bitcoin Cash

11   we're talking about here.

12        So getting back to the agreement and the plausible

13   facts that we have alleged.  We've alleged based on the prior

14   course of conduct, and the fact that you have an immediate

15   increase in this rented hashing power working with Ver on

16   November 15th, 2018, that's not consistent -- at the

17   plausibility stage, that's not consistent with the idea that

18   they just happened to be randomly acting in parallel fashion.

19        It's also inconsistent with the notion of parallel

20   conduct to suggest that the software developers just happened

21   to put together the checkpoint that would be immediately

22   imposed on that same day in order to lock down this new version

23   of the Bitcoin Cash.

24        This is complicated software and complicated

25   technology we're talking about, Your Honor.  It's not plausible

1    that these developers suddenly got the idea, in the morning of

2    November 15th, to come with a checkpoint that does nothing for

3    them, but helps the Bitcoin Cash ABC people -- that they

4    suddenly came up with this idea and developed the software

5    instantaneously.  No.  They were working on that and had to

6    have been working on it in advance.  That's also a plausible

7    fact we have alleged to support the conspiracy.

8          And then the final plausible fact -- well, there's two

9    more.  First, there is the fact that that same day, or the very

10   next day, Kraken comes out and lends its weight behind the ABC

11   version, which was run by its high school -- its founder's high

12   school friend, Mr. Ver, and then badmouths the SV version.  And

13   I think, as Your Honor pointed out during questioning of

14   Defense counsel, that would be inconsistent with their idea

15   that they're just some independent exchange who is agnostic and

16   wants more and more trading activity.  So that is a fact that

17   supports a plausible theory of an agreement among these parties

18   to restrain trade.

19         And the final fact that we're alleged, Your Honor, is

20   the video, and we provided a link.  I'm sure the Court has

21   watched the YouTube video from the programmer who said, quote:

22   This has been planned for a long time.  That is not parallel

23   conduct, Your Honor.  That is, quote, a context that raises a

24   suggestion of a preceding agreement, because the developer

25   admitted that they had been working on it.

```
1          THE COURT:  But this person on the video, though,

2     exactly who is he?  He wasn't speaking for Kraken, right?  He

3     didn't work for Kraken at that point?

4          MR. MILLER:  We allege that he did work for Kraken at

5     that point, Your Honor.  That's our allegation in the

6     complaint.

7          THE COURT:  Oh.

8          MR. MILLER:  I understand the Defense, in their

9     motion, claimed otherwise.  But we're dealing with the four

10    corners of our complaint here.

11         THE COURT:  Right.  Okay.

12         MR. MILLER:  So yes.  We allege that he worked with

13    Kraken.

14         And then we also laid out as Page 5 of our -- well, I

15    think it was in difference places.  Right now, I'm looking at

16    our response in opposition to Mr. Ver's motion to dismiss.

17    Docket Entry 103, at Page 5, we quoted what this engineer said.

18    And his quote is very telling, so I just want to read these

19    five or six lines for the Court to remind the Court what he

20    said.

21         Quote:  This has been planned for so long.  We knew we

22    were going to win and we knew we were going to checkpoint.  And

23    we knew we are not going to do a deep re-orgs.  So we have just

24    been drinking beers all day because we knew we won.  And he

25    also said:  "Another step you do is you talk to all the
```

1  exchanges.  Then you have them apply a patch which adds a

2  checkpoint that anchored to block mine by Bitcoin ABC, which

3  prevents all future re-orgs."  And then he gave an audible

4  whistle.  Proud of himself.  These are facts we've alleged.

5       THE COURT:  All future re-orgs being a change in the

6  rules.

7       MR. MILLER:  Correct, Your Honor.  That's what the

8  checkpoint did.  The checkpoint stopped the ability for people

9  to suggest or change the Bitcoin Cash, now ABC, going forward.

10      THE COURT:  Which in your Paragraph 41 was the status

11 quo before, that these various miners were using various

12 software implementations.  And by doing that, they're able to

13 propose -- that process proposes a potential rule change?

14      MR. MILLER:  Yes, Your Honor.  That's right.

15      THE COURT:  Is -- and this is maybe a little left

16 field, but oh well.  Does Plaintiff still mine Bitcoin ABC and

17 Bitcoin SV post-fork?

18      MR. MILLER:  I don't know.  I understand that the SV

19 was at some point delisted and I haven't asked our client that

20 question.  So I don't know the answer to that question.

21      THE COURT:  Delisted from Kraken --

22      MR. MILLER:  From Kraken.  Correct.

23      THE COURT:  -- not necessarily delisted from all

24 exchanges.  Am I right?

25      MR. MILLER:  I don't know if it was on any other

1   exchanges.  But I would agree it didn't necessarily disappear.

2   THE COURT:  Okay.  But after the fork, was your client

3   foreclosed from mining ABC?

4   MR. MILLER:  Our client was foreclosed from mining ABC

5   in the fashion it was done before because of the checkpoint,

6   which was only possible because of the rented hashing and all

7   of the other conduct put together.  That's what our client was

8   foreclosed from doing going forward, which was the reduction in

9   competition as a result of these actions.

10   THE COURT:  But it could still mine ABC, right?

11   MR. MILLER:  It could still mine ABC, but it couldn't

12   mine it in the way that it was intended to be mined or the way

13   that it was before, and it couldn't propose software changes to

14   try to make improvements to it anymore.  So the competition

15   within that system for how this currency is going to operate

16   going forward was reduced.

17   Now, Your Honor, I've been talking for a while.  I do

18   want to just briefly address the market issue here.  We --

19   well, first let me back up.  We have argued in our papers, and

20   I think our complaint does allege a per se violation in terms

21   of bid rigging.  There's nothing in the law that requires our

22   complaint to use magic terminology from the case law.  What we

23   are required to do is allege the facts that fit within the case

24   law.  So we have alleged facts that support bid rigging.

25   One additional per se violation that was --

```
1          THE COURT:  Bid rigging.  Bid rigging.  How is this
2   bid rigging?
3          MR. MILLER:  It was bid rigging by bringing in the
4   rented hashing power to prevent the vote from taking place in
5   an unaffected fashion.
6          If you think about what bid rigging is, you have bids.
7   People are submitting what they propose to do.  And then, in a
8   rigged system, it doesn't go to the best choice or the highest
9   choice.  It goes to the people who have colluded together to
10  make sure that their bid gets through.  That's exactly what
11  happened here with respect to the Bitcoin ABC.
12         The Defendants, in one of the replies, also raised a
13  group boycott issue.  We didn't allege that in the complaint,
14  but I think we could allege as well that this action was a
15  group boycott by the Defendants conspiring together to make the
16  ABC dominant and boycott the SV people.
17         We didn't allege that in our complaint, but we could
18  allege that and that also would be a per se violation.  I raise
19  that because the Defendants mentioned it in one of their reply
20  briefs, Your Honor.
21         With respect to the market, if Your Honor gets to
22  that, this is a currency.  The currency is Bitcoin Cash.  It's
23  just like US dollars, British pounds, South African rand,
24  Japanese yen, any currency.  Each currency is its own market.
25  If you look at the yen, for example, traders trade in the yen.
```

```
 1    That's the market for it.  Traders trade in the dollar.  People

 2    use dollars back and forth.  So the definition of a market

 3    within a currency is that particular currency.

 4              THE COURT:  So are you saying it's the Bitcoin market

 5    with its various iterations?

 6              MR. MILLER:  Bitcoin Cash market, Your Honor.

 7              THE COURT:  There are a number of Bitcoin Cash, which

 8    is now Bitcoin ABC?

 9              MR. MILLER:  No, Your Honor.  There's only one.

10    There's only one Bitcoin Cash, which is now the ABC version of

11    it.

12              There are other cryptocurrencies out there.  That is

13    true.  But each one stands on its own as its own market.  They

14    are not interchangeable.  You can't use a -- I don't know

15    really know the names of some of these other ones.  But let's

16    call it a XYZ cryptocurrency.  You can't exchange that with

17    somebody for Bitcoin Cash because they are not the same

18    currency.

19              THE COURT:  Why can't I?  Why can't I give somebody

20    some of my Bitcoin and I get their Ethereum -- is that what

21    it's called?

22              MR. MILLER:  Ethereum is one of them.

23              THE COURT:  Why isn't that interchangeable?  I

24    understand they're different -- why aren't these submarkets?

25    Why isn't Bitcoin a submarket of cryptocurrency and why isn't
```

```
 1    there some interchangeability in different cryptocurrencies?

 2    Don't people trade in different cryptocurrencies?

 3         MR. MILLER:  They trade within each because they all

 4    have their own separate software and blockchain technology, the

 5    whole technology that's been described here to verify that when

 6    you get a Bitcoin it is what it's supposed to be.  They all

 7    trade within those, just like the dollars all trade within

 8    dollars, yen all trades within yen.  You could exchange yen or

 9    dollars, but that doesn't mean that the market for yen is the

10    same as the market or dollars.

11         THE COURT:  Okay.

12         MR. MILLER:  So unless Your Honor has any additional

13    questions, I'll stop now.

14         THE COURT:  Okay.  I might, but I'm not sure right

15    now.

16         MR. MILLER:  I'm not going anywhere.

17         THE COURT:  Yeah.  Well, good.

18         So the choice I have to make right now is whether we

19    take a lunch break and maybe I coalesce my questions.  I think

20    I'm talking myself into this.  There can be some reply from the

21    Defendants on the Plaintiff's argument, but I might -- why

22    don't we do that.  Why don't we take a lunch break.  And then

23    we might start the lunch break with my having a few more

24    questions for you, Mr. Miller.  And we would finish off any

25    replies on the Sherman Antitrust Act.  And the state law claims
```

```
 1    I think can really be a brief discussion.  And then there's
 2    personal jurisdiction.
 3              Is there any problem with that approach?
 4              MR. MILLER:  No, Your Honor.
 5              THE COURT:  I think we're in for the day here.
 6              Let me say something else to you, in terms of just
 7    planning ahead.  I have a bit of a vision about -- that I think
 8    I'm going to propose to all of you about how to go forward with
 9    both the 12(b)(6) and the 12(b)(2) issues.  And so -- but it's
10    probably best discussed at the end of the personal jurisdiction
11    argument, which makes me want to retract my suggestion that
12    some of you might want to run out the door, those of you who
13    have argued 12(b)(6).  Because I think we need a collective
14    discussion that I want you to think about both of these.
15              I think you're going to have to replead your
16    complaint.  I think there's a dismissal without prejudice, and
17    reasons why I'm going to share.  And so kind of some choices
18    about how that might go forward.  And so -- so anyway -- so you
19    can let that marinate a little bit and it might be good to have
20    everybody here for the afternoon.  Okay?
21              MR. MILLER:  What time should we return, Your Honor?
22              THE COURT:  Why don't we say -- because I think it's a
23    little tough -- if you have an hour, I think it's a real race.
24    So make it an hour and 15 minutes.  I think that makes it
25    doable.
```

1          How does that sound?  That's 1:45.  Okay?

2          MR. MILLER:  Thank you, Your Honor.

3          MR. SIMMONS:  Thank you, Your Honor.

4       (Recess from 12:33 p.m. to 1:47 p.m.)

5          THE COURT:  Just a couple questions.

6          I'm restraining myself, no pun intended, from all the

7     questions I can conjure up, because it would be -- it would

8     take a super long time.

9          Mr. Miller, the dome that Plaintiff created, is that

10    simply the structure or the dome includes servers or CPUs that

11    are inside of it?

12         MR. MILLER:  The dome has the CPUs inside of it.

13         THE COURT:  That's what I thought.

14         MR. MILLER:  And it's connected with a greenhouse, as

15    Your Honor mentioned, that they use the cool air from the

16    ground in Canada.  The servers are hot as they're running

17    trying to solve problems and they pump that to the greenhouse.

18         THE COURT:  Okay.  I have that.  Thank you.

19         And here, when we're talking about servers and CPUs,

20    is that term being used interchangeably?

21         MR. MILLER:  Yes, Your Honor.

22         THE COURT:  The complaint says that the developer

23    Defendants applied the patch, which is the checkpoint.  And

24    Mr. Brecken, in the video, said that the exchange applied a

25    patch that prevented a deep reorganization.  Is that the same

1    patch?

2          MR. MILLER:  It's the same patch, Your Honor.  I think

3    that evidences the plausibility of your agreement arguments.

4          THE COURT:  Okay.  Those are my questions.

5          MR. MILLER:  Your Honor, could I make one correction

6    which Ms. Perez, always trying to keep me honest, pointed out?

7          THE COURT:  Yeah.

8          MR. MILLER:  Your Honor had asked me at one point

9    whether Bitmain, the Chinese company, were also in the Bitcoin

10   Cash.  And I believe I misspoke.  We allege in Paragraph 53

11   that they did have -- well, in Paragraph 53, as well as the pie

12   charts in Paragraphs 67, before November 15th, and 68, after

13   November 16th, it does refer to BTC.com and AntPool, which are

14   owned by Bitmain, the China company.

15          So I think I misspoke earlier.  I don't want to leave

16   the Court with any impression that I was trying to get anything

17   wrong before Your Honor, and Ms. Perez corrected me at lunch.

18          THE COURT:  So Bitmain Technologies, Limited -- and

19   P.S., Yvette, our fabulous court reporter, told me that she

20   considers you-all speaking a little fast.  So you know --

21          MR. MILLER:  I apologize.

22          THE COURT:  -- you want to look good on your

23   transcript.  So consider that.

24          MR. MILLER:  We'll try to slow it down, Your Honor.  I

25   try to do that, but sometimes I fail.

```
 1          THE COURT:  Yeah.  Well -- right -- well, and there
 2    are some terms here that have become pretty familiar to all of
 3    us, but are brand new to her.
 4          Bitmain Technologies, Limited, you're telling me, has
 5    also mined Bitcoin Cash.  That was the point you were just
 6    making?
 7          MR. MILLER:  Yes, Your Honor.  I believe I said to the
 8    contrary earlier, and I wanted to correct that because I
 9    obviously don't want to say anything wrong before the Court.
10          THE COURT:  Okay.  I guess I'm going to go for one
11    more question.  The theory of the loss to you, you the
12    Plaintiff, could you, in a sentence or two, briefly tell me
13    what that is?
14          MR. MILLER:  It is the diminution in value of the
15    Bitcoin Cash, particularly the SV software implementation that
16    our client was focused on, as a result of the Defendant's
17    conduct to rig the market toward the ABC version of Bitcoin
18    Cash.
19          THE COURT:  Okay.  And because of the diminution in
20    value, your block num. and your block dome aren't profitable
21    now?  Is that the point?
22          MR. MILLER:  They lost profitability.  That's correct,
23    Your Honor.
24          THE COURT:  Okay.  Okay.  Okay.  That really is all my
25    questions now.
```

```
 1              MR. MILLER:  Thank you.
 2              THE COURT:  Why don't I just very briefly hear
 3    response argument to that.  But I'm thinking just a few minutes
 4    each.  So ...
 5              MR. MILLER:  Thank you, Your Honor.
 6              MR. SIMMONS:  Thank you, Your Honor.  I don't know
 7    whether any of the Defendants -- but I will go very quickly
 8    and --
 9              THE COURT:  Well, you're not going to speak real fast.
10    You're just going to be concise in the content.  Okay?  And
11    this is Mr. Simmons.
12              MR. SIMMONS:  Mr. Simmons.
13              Thank you.  So ordered, Your Honor.
14              First of all, it's incredible when we hear what
15    Mr. Miller said.  What he's asking the Court to write -- to say
16    what the correct outcome in this marketplace should have been,
17    this free vote, was basically a labor market division.
18              Back to his metaphor with the pioneers, where, you
19    know, you take a bridge too far.  He's saying the Chinese
20    laborers that were brought in to plow through the mountain
21    shouldn't have been brought in at all.  You know, from my
22    world, Your Honor, that's competition.  That's precisely why --
23    a perfect illustration on why he's operating on a premise
24    that's 180 degrees opposite from what the law requires.  That's
25    the first point.
```

```
 1          The second point, Your Honor, there's a lot of
 2   confusion here, you know, on -- well, confusion -- I think
 3   there's an effort to confuse.  It's indisputable you now have
 4   two chains that were operating, not one.  It's indisputable
 5   both those chains compete for mining and they compete as
 6   holders of value.  That's undisputable.  It's also undisputable
 7   that this checkpoint on ABC, which was designed to prevent the
 8   undoing of the prior blocks, has nothing to do with SV.  This
 9   Plaintiff has been locked out of nothing.
10          What this Plaintiff is complaining about, you just
11   asked him:  "In a sentence or two, can you summarize your
12   injury?  What are you complaining about?"
13          "The diminution in value of Bitcoin SV."
14          The Brunswick case, the United States Supreme Court,
15   they are complaining about that we now have two options rather
16   than one.  That's the reason this complaint must be dismissed,
17   Your Honor.
18          Very quickly as well, the Delta-AirTran case and Duty
19   Free.  Duty Free is a case that gets -- it grants a motion to
20   dismiss for lack of Twombly allegations on a conspiracy.
21   AirTran denies a motion to dismiss.  AirTran, which is from
22   Georgia, is one of the best examples of why the Court should be
23   granting the motion, as the Court indicated it was inclined to
24   do.  There are competitor communications, competitor meetings.
25   There was competitor signaling out loud.  So I say to Melissa:
```

102

```
1    "Hey, I'll raise O'Melveny rates.  Maybe you'll think about
2    raising Bilzin rates."  They were communicating.  And Your
3    Honor, you do have parallel conduct.  You have none of that
4    here.  AirTran, you have what Twombly says is who, what, where,
5    when.  You have parallel conduct --
6            THE COURT:  Slow down.
7            MR. SIMMONS:  -- and the who, what, where, when
8    allegations, Your Honor --
9            THE COURT:  Slow down --
10           MR. MILLER:  Sorry, Your Honor.  Trying to be
11   succinct.
12           THE COURT:  -- for Yvette.
13           MR. MILLER:  The who, what, where, allegations are
14   what Justice Souter says, the additional indicia that pushes
15   the claim over the line of plausibility.
16           Let me briefly just again draw your attention to the
17   allegations in Paragraph 41 and 43, where -- particularly 41,
18   where the complaint itself acknowledges there's going to be
19   this choice, SV or ABC.  And then a vote happens.  You pressed
20   Mr. Miller on the Nakamoto Paper.  The Nakamoto Paper has
21   nothing to do with what the law allows or doesn't allow.  But
22   the Nakamoto Paper, on its face, says hashing power can come
23   and go as it pleases, as we would expect in a market.  Those
24   Chinese laborers, if they want to come to the United States to
25   help plow through that mountain, that's called a free market,
```

```
 1   Your Honor.

 2           Finally, I will end with this, Your Honor:  It has

 3   been said that the rule of law is a law of rules.  We have

 4   clear paradigms and parameters around what is and is not per se

 5   conduct.  This complaint comes nowhere near pleading any

 6   plausible per se theory, including bid rigging.  What was

 7   the -- what was the purchase that was rigged?  The bid?

 8   Nothing.  This was voting -- unabashed voting by computers.

 9   That's a free market.

10           The rule of reason.  None of the elements are pled,

11   much less with facts, Your Honor.  It's for those reasons we

12   respectfully request that the Court grant the motion to

13   dismiss.  And if you're inclined to grant leave to amend, Your

14   Honor, we think they there ought to be some specificity --

15   before we're put to this exercise again, re-briefing, which has

16   cost the Defendants money, they ought to be -- there should

17   be -- pardon my vernacular -- a bill of particulars on whether

18   they need to cure, so that we know --

19           THE COURT:  Oh, I have some thoughts.

20           MR. SIMMONS:  Yeah.

21           Thank you, Your Honor.

22           THE COURT:  Yeah.

23           And when you-all are done, the cases that you have

24   cited, please give the spelling of them to Yvette, or -- she's

25   probably figured out the Nakamoto Paper, but things like that.
```

```
 1              Okay.  Anything else that I need to hear on the
 2     Sherman Antitrust Act?  Because I'm really inclined to move on
 3     to the state law claims.  I think we're -- about gone as deep
 4     as we need to go today.
 5              MR. QUINN:  Nothing else from Defendants for Cox and
 6     Chancelor, Your Honor.
 7              THE COURT:  Okay.
 8              MR. LOURIE:  Nothing from Kraken or Powell, Your
 9     Honor.
10              MR. MILLER:  Nothing from the Defense side, Your
11     Honor.
12              THE COURT:  Okay.  So the state law claims.  I think
13     there are pleading problems with the state law claims, and I
14     think you're going to have to -- and I'm going to give you
15     leave to amend.  Well, the question will be whether I do it or
16     Judge Williams, which is part of what I want to talk about with
17     you-all.
18              But -- so just really briefly, let's talk about -- one
19     of you is going to argue that, right?
20              MR. QUINN:  I'm going to be arguing that, Your Honor.
21              THE COURT:  All right.  So Mr. Quinn.
22              So we'll start with negligent misrepresentation.
23     Maybe I can jump ahead here.  You argue that Rule 9 applies.
24     It's fraud.  I think that's right.  And you argue that the
25     pleading is inadequate with the particularities of who, what
```

```
1    when, and where kind of pleading.
2              MR. QUINN:  That's right, Your Honor.
3              THE COURT:  Is there something more that --
4              MR. QUINN:  I don't think there's anything more we
5    need to say.  I think that Judge Williams said in Celebrity
6    Cruises that they need to plead the exact time, place, and
7    manner in which a statement was made.  And just on the face of
8    this complaint, there's nothing that goes to that element.  And
9    so I think that's pretty dispositive of the negligent
10   misrepresentation claim.
11             THE COURT:  Okay.
12             All right.  Should we move on to negligence?
13             MR. QUINN:  I think that's right.
14             Your Honor, on that front, there's four elements to
15   negligence.  Of course, there's duty, there's breach,
16   causation, and damages.
17             THE COURT:  And duty is the issue.
18             MR. QUINN:  Duty is the key issue, Your Honor.  And
19   the simple fact there is that no entity has a legal duty under
20   tort laws of the State of Florida to protect the solely
21   economic interests of other people.
22             I think they clarified for us that their injury in
23   this case is intrinsically economic.  They said it's the
24   diminution in value, the loss from the cryptocurrency that
25   resulted from the fork.  And so what they're asking the Court
```

1     to do is essentially stretch negligence law to accommodate an

2     injury that it was never intended to accommodate.

3           Negligence is about bodily injury and property loss.

4     And this is an antitrust theory.  And so what we would argue,

5     on behalf of all the Defendants, is that none of those

6     Defendants, especially those Defendants who compete with the

7     mining rigs operated by Plaintiff, have an obligation to

8     safeguard their economic interests.

9           THE COURT:  Okay.

10          Equitable estoppel.  I think, Plaintiff, you concede

11    that that's not an independent cause of action.  Am I right?

12          MR. MILLER:  Correct, Your Honor.

13          THE COURT:  Okay.  So that's easy.

14          MR. QUINN:  I think the same is true of injunctive

15    relief as well, Your Honor.

16          THE COURT:  Yes.  Yes.

17          MR. MILLER:  That is correct, Your Honor.

18          THE COURT:  Right.  Right.  I'm clear on that.

19          So we move to unjust enrichment?

20          MR. QUINN:  That's correct, Your Honor.

21          So an element of unjust enrichment is that the

22    Plaintiff confer a benefit on the Defendant, that the Defendant

23    knows that the Plaintiff conferred a benefit upon the

24    Defendant, and that the Defendant voluntarily accepted the

25    benefit and retained it when it would be inequitable for it to

1    do so.

2            THE COURT:  Right.

3            MR. QUINN:  And the arguments that you have seen in

4    our papers are that Plaintiffs in this case have not confirmed

5    any tangible benefit on any of the Defendants in this case.

6            In their briefing, I believe that Plaintiffs raise the

7    inchoate benefit of participating in a cryptocurrency network

8    and that perhaps was the relevant benefit that they conferred

9    on Defendants.  But courts have looked to that and decided

10   that, when you're talking about an unjust enrichment claim, it

11   can't be a vague concept of:  "I participated in a network and

12   you derived a benefit from that participation."  It has to be a

13   direct benefit.  A plaintiff has to confer -- directly confer a

14   benefit on a defendant.  And they haven't.  They haven't

15   pleaded a direct -- that they directly conferred a benefit on

16   any of the Defendants.

17           In fact, that allegation, that count, is entirely

18   derivative of their antitrust claims.  Essentially, they do

19   what the Eleventh Circuit Justice Week said is was improper,

20   and they plead that:  "Oh, yeah, for our state law claims, all

21   of the substantive allegations that we make to our conspiracy

22   claims apply to these state law claims, too," the so-called

23   shotgun pleading.

24           THE COURT:  Okay.

25           And then conversion.

1          MR. QUINN:  Conversion is the final one.  The elements

2     there are ownership of a subject property, the wrongful

3     assertion of dominion over that property, and the intent to

4     deprive.

5          There's no allegation in the complaint that any of the

6     Defendants wrongfully asserted dominion over any of United's

7     property.  There's no allegation the Defendants stole Bitcoins

8     from United American Corporation.  There's no allegation that

9     they stole their technology, their Bitcoin dome technology.

10         What the Plaintiff said, as I understand it, is that

11    they owned a possessory right in the right of access to the

12    Bitcoin Cash network.  That's what I understand the relevant

13    benefit to be in this scenario.  But again, that's an inchoate

14    benefit that they haven't pleaded that the Defendants in any

15    way abridged.  And so, again, a wholesale pleading failure on

16    that front, Your Honor.  No specific allegations that go to

17    that element.

18         THE COURT:  Okay.  I understand.

19         MR. QUINN:  That's all I have for Your Honor,

20    unless --

21         THE COURT:  That makes sense.

22         Okay.  So Mr. Miller or Ms. Perez, starting with

23    negligent misrepresentation, I mean, I think you need to plead

24    it better.  Any argument on that?

25         MR. MILLER:  We'll stand on what we have in our brief,

```
 1    Your Honor.  And we look forward to whatever guidance you have.

 2    We can try to plead that better, if the Court feels it should

 3    be.

 4              THE COURT:  Right.

 5              MR. MILLER:  With respect to the negligence argument,

 6    there, I really want to focus on the duty issue because I do

 7    think that is the issue.

 8              THE COURT:  Right.

 9              MR. MILLER:  And we allege in Paragraph 94 that the

10    Defendants owed a duty of care in this market, in this

11    industry, to act in accordance with the Whitepaper and its

12    accepted standards and protocols.  And I direct Your Honor's

13    attention to two specific points in the Whitepaper that I'd

14    like to draw the Court's attention to.

15              One is in the abstract and the other can be found in

16    the conclusion.  And I need to get my reading glasses.  Someone

17    made the font very small on this.

18              In the abstract, the Whitepaper said, quote:  As long

19    as a majority of CPU power is controlled by nodes that are not

20    cooperating to attack the network, they will generate the

21    longest chain and outpace attackers.

22              But that's what happened here, is that the nodes

23    controlled by the Defendants were cooperating to attack the

24    network, in violation of the Whitepaper.  And the point I'd

25    like to make in the conclusion of the Whitepaper is that it
```

1  refers to the voting and leaving and coming back, when it's

2  discussing that issue.  The Whitepaper refers to if honest

3  nodes control a majority of CPU power.  And we've alleged in

4  our complaint that these nodes and the attack -- I'm sorry --

5  not the attack -- the concerted effort to increase the hashing

6  power, as reflected in Paragraph 68 of our complaint showing

7  after November 15th what happened, was in violation of that

8  duty to act as an honest node.

9          THE COURT:  Does the Whitepaper define what an honest

10  node is?

11          MR. MILLER:  It does not define it per se, but I think

12  it's pretty self-explanatory.  It's somebody who is not trying

13  to conspire with other people to squeeze out members of the

14  market.

15          The concept of the Whitepaper was that everyone is

16  cooperating and working together as a peer-to-peer network,

17  where they're all working collaboratively, not working against

18  each other.

19          THE COURT:  But I guess I have this thought that

20  honest -- honesty here could mean miners who are legitimately,

21  bona fidely trying to confirm the accuracy of the data in the

22  block, that the ledger is accurate, that there hasn't been

23  double spending of the currency.  And if that's so -- right,

24  that's a premise, right, of this -- a premise, at least of this

25  cryptocurrency, is that there's a reliability that a unit --

1    that a coin has only been spent once; it's not been duplicated

2    in a fraudulent way.

3          So there's no claim that these rented servers were

4    doing anything but trying to solve the mathematical problems

5    that foster the integrity of that system.  Did I say that --

6          MR. MILLER:  I agree with the Court that that is an

7    aspect of the Whitepaper, the honesty in terms of creating the

8    history of the block chain.  But I think it goes beyond that

9    when it's referring to a majority of the computing power being

10   applied honestly.  That's when you get into the voting aspect.

11   So I think the Whitepaper is talking about both.

12         THE COURT:  Okay.  So my reading of Florida law was

13   that a duty arises from a foreseeable zone of risk and you have

14   to plead what that foreseeable zone of risk is and plead facts

15   that plausibly support that from that zone of risk there rises

16   a duty, and that, in particular, when the loss is an economic

17   loss, you have to plead how the relationship between the

18   Plaintiff and Defendants gives rise to a particular duty by the

19   Defendant to protect the Plaintiff from economic loss.  I

20   didn't feel like I saw any of that in your complaint.

21         MR. MILLER:  We can certainly do a better job of that

22   on amendment, Your Honor.

23         THE COURT:  Yeah.  Right.  I think that's what the law

24   is, roughly.

25         Okay.  So going to unjust enrichment, what benefit did

1    you confer on the Defendant, and P.S., who is the Defendant?

2    Because you refer to Bitmain, Bitcoin.com, and Ver.  Then you

3    refer to "Defendants" capitalized, which had been defined at

4    the beginning of the complaint as "every defendant."  So I had

5    a problem there also knowing what Defendants you're -- whether

6    this is all Defendants -- are you suing for unjust enrichment

7    or just three?

8           MR. MILLER:  I'm looking at Count 5 as you're

9    speaking.  The allegations are against the three.

10          THE COURT:  Okay.  When you say --

11          MR. MILLER:  Bitmain, Bitcoin.com, and Ver.

12          Now, Bitmain, of course, we had defined as all four of

13   the Bitmain Defendants.  So this is really against six.

14          THE COURT:  Okay.  And I don't think you alleged what

15   benefit you, the Plaintiff, conferred on the Defendants.

16          In your response to the motion to dismiss, you wrote:

17   "For years, individuals and entities, such as UAC, mined the

18   Bitcoin network, which continued as Bitcoin Cash as of 2017.

19   The collective efforts of these parties, and their significant

20   investment in this cryptocurrency network, created significant

21   value."  I went back.  I didn't see that in the complaint.

22          And then, beyond that, it wasn't self-evident to me

23   that that was a sufficient pleading of the Plaintiff conferring

24   a benefit on the Defendant.  I don't know if there's anything

25   in particular you want to say.

1          I mean, you know you're heading towards amending.  So

2     part of this is I'm giving you my thoughts for you to consider

3     them in your amending, really.  So you don't have to answer.

4          MR. MILLER:  Fair enough, Your Honor.  We understand

5     and we appreciate the guidance the Court is providing on your

6     thoughts.

7          THE COURT:  Yeah.

8          Okay.  Conversion.  It's there is an active dominion

9     by the Defendants over your property, you, the Plaintiff.

10    Where do you allege facts that show a possessory right?

11         MR. MILLER:  We alleged in our complaint that United

12    American, the Plaintiff, was mining the Bitcoin Cash, and owns

13    Bitcoin Cash, and also owns the Bitcoin SV branch of it.  So I

14    think that was alleged in the complaint.

15         THE COURT:  Okay.  Any other comments on the state law

16    claims?

17         MR. MILLER:  Nothing else, Your Honor.  Let's -- I

18    know we've been here a long time.  And I don't want to belabor

19    our points.

20         THE COURT:  Yeah, yeah, yeah.  Okay.  Good.

21         Well, let me tell you now my preview because I think

22    this will apply to the motion to dismiss for personal

23    jurisdiction.

24         So I think that the complaint -- the Plaintiffs -- I

25    don't think that the arguments that the Defendants have

1    raised -- and we'll get into personal jurisdiction in a moment.

2    But I don't think the Defendants have raised arguments that

3    support a dismissal with prejudice.  We're not there.

4         So -- and I do think there are pleading problems in

5    the complaint.  Whether the complaint, if beautifully pled,

6    could give rise to causes of action, I'm not going to try to

7    decide that at the moment.  And let me say this:  I still -- I

8    don't feel like I have the command that I think I'll have next

9    round about the subject matter.  But I think I understand

10   enough to identify some what I'd call low-hanging fruit of

11   obvious problems with the complaint.  And this is not an

12   inclusive list.

13        One, your lumping together of the Defendants is very

14   problematic.  I don't think -- you said in argument that there

15   is some allegation that they're all the same.  I don't see that

16   allegation.  I mean, you define Bitmain as these various

17   entities.  But what makes them the same?  There have to be

18   facts.  And I don't think you've alleged that.  So that's

19   just -- and I don't -- at the moment, I'm going to try to

20   nuance these points, but I'm kind of giving them to you in a

21   broad way.

22        Secondly, I don't know how you can rely upon the per

23   se provision of the Sherman Act.  This is going to be a rule of

24   reason case, if anything.  I really don't see this Court being

25   the first to jump out there and to say:  This conduct -- this

```
 1    industry and this conduct is so well understood that it is a

 2    priori, if that's the right term, a per se violation of the

 3    act.  And so you pled it in the alternative in your complaint,

 4    and you can do that again.  But I don't see how you

 5    successfully plead that here.

 6           Your conspiracy alleges parallel conduct without

 7    pleading facts that plausibly support that this parallel

 8    conduct -- that the Defendants are acting against their own

 9    self-interest or that there is sufficient other plus factors,

10    which I think you have to do at least one of those.  I

11    understand the YouTube video could be a plus factor, but in

12    my -- my assessment at this point is it's not enough to carry

13    the day in terms of pleading.

14           Also, it should be plain to you that I have yet to

15    comprehend why renting servers is an anticompetitive act or

16    an -- because you said standing alone the bringing in of these

17    rented servers right before the hard fork is per se

18    unreasonable conduct under the act.  You said:  "I don't even

19    need the checkpoint.  Just standing alone, a conspiracy to do

20    that would be a violation of the act."

21           Now, maybe in your pleading, in your explaining this

22    market, you could explain it in a way that would make that more

23    obvious to me.  I think generally the way -- while I thought

24    Mr. Simmons was fair in saying that a lot of what you explained

25    was very good -- but I don't think you went far enough.  And
```

1    you know you're dealing with generalists on a court, and

2    there's going to be more than me, and I have a funny feeling

3    this won't end with this Court.  It will be courts beyond us.

4    So it's on you to explain this in a way that it really can be

5    understood.  And I don't see that yet, but my mind is not

6    closed on the subject.  I'm just making the point to you.

7           For rule of reason, that being your theory of a

8    violation of the act, you haven't alleged a product market or

9    geographic market.  And in your response to the motion to

10   dismiss, I think you tried to reform the complaint to state it.

11   And you said:  "It's clearly in there."  And I went back, and I

12   don't think it's there at all.  So -- and I don't think you've

13   sufficiently alleged harm to competition.  I don't think you

14   have facts that plausibly establish harm to competition.  There

15   may be -- that's my reaction to this at this point.

16          On the state law claims, I think probably it's already

17   clear what my thoughts are there.  I think that under the

18   negligent misrepresentation pleading, you're subject to Rule 9

19   and you need more particularity.

20          We already discussed what I think is a failure in

21   pleading on the duty element of negligence.

22          Unjust enrichment.  I think you could certainly clean

23   up, be very clear which Defendants you're suing on that count

24   and to more clearly plead what benefit the Plaintiff conferred

25   on the Defendant.

1          On conversion, I don't think the complaint alleges

2    facts that show -- support Plaintiff's claim of a possessory

3    right, and I have a lot of trouble with the Whitepaper.  It

4    says nothing about a possessory right.  It seems to suggest the

5    opposite, that this is this open market where

6    people/servers/nodes/miners can enter and leave.  And of

7    course, this goes to the heart of your complaint.  I'm having

8    trouble with the notion that to the extent that Whitepaper sets

9    forth an expectation that this is enforceable by a court, we

10   look to contracts and agreements between parties.  We look to

11   statutes or the constitution.  I'm trying to come up with a

12   good analogy.  There's probably one out there of kind of norms

13   that then a court enforces.

14         I have a lot of trouble with wrapping my mind around

15   it, but I'm not trying to answer that question today.  Because

16   I think you can serve this up to the Court much more clearly,

17   and what your theory is, in a revised complaint.  And I think

18   you need the chance to do that.

19         So that's the best I can do today.  So here's the

20   thing:  I am going to -- I'm going to ask you-all to consider

21   agreeing that I deny without prejudice the Defendant's motion

22   to dismiss, with leave for Plaintiff to amend.  We get a

23   complaint in two weeks, an amended complaint, and the

24   Defendants can respond.  I think certainly I've benefited from

25   this.  This is money in the bank for me, so to speak.  That's

1    the way to move this along.

2          The other route is I will spend a lot of time writing

3    a report and recommendation for Judge Williams, where I will

4    have to drill down with more specificity than I've done here

5    today.  You'll write fabulous, long, detailed, deep objections.

6    Then this will get in line, and I'm going to just say human

7    nature -- I can't speak for Judge Williams, but I have an idea

8    of what her workload is.  When things are short and easy, we

9    can do them fast.  This is not in that category.

10         So the Defendants say that this is really a dark cloud

11   over their shoulder, and it's really in the Defendants'

12   interest to move this along.  Hmm.  I kind of wonder.

13         The Plaintiff, I'm sure, even though your troubles

14   with service and a lot of delay, which I had a few questions

15   about, I believe you want to move it along.

16         To me, I would suggest for you that this is kind of a

17   opportunity to work through the issues, to refine them a lot

18   better, to get an amended complaint, in which I fully expect

19   there will be motions to dismiss.  Because I'm guessing the

20   Plaintiff is going to reduce, maybe, some of your pleading.  It

21   looks like you're going to drop some of the state court claims

22   certainly.  Perhaps you're going to otherwise reform some of

23   what you allege, having had the benefit of very good lawyers

24   testing it and picking away at your theories, right, in a

25   complex area.  And I think that's the complaint in which we

1  send this up to Judge Williams, with more clarity, and we make

2  it happen faster.

3          So nobody needs to answer that right now, because I'm

4  going to move on to the motion to dismiss for lack of personal

5  jurisdiction, unless everybody wants to jump up and say:

6  "Great idea."  You can do that --

7          MR. PACE:  Your Honor, actually, can I ask:  Can the

8  Defense literally have two minutes?  Because I think that is a

9  pretty good idea.

10          THE COURT:  Uh-huh.

11          MR. PACE:  In fact, I'm going to jump.  I'm jumping up

12  and down.

13          THE COURT:  Okay.

14          MR. PACE:  Can we just have just one minute?

15          THE COURT:  Okay.  Sure.  And I'll stand for a minute

16  because it feels good.

17      (Pause in proceedings.)

18          THE COURT:  Oh, wait.  I have to go get from my desk

19  the personal jurisdiction.  It's there.  So we'll take a

20  couple-minute break.  Really, just a few minutes.  Unless our

21  court reporter needs to go out into the hallway.

22      (Recess from 2:20 p.m to 2:23 p.m.)

23          MR. PACE:  Your Honor, Chris Pace.

24          Having spoken with Plaintiff's counsel, and with all

25  Defense counsel, we are willing to agree to the following:  A

1    dismissal with prejudice -- or without prejudice.  Dismissal

2    without prejudice, four weeks leave to amend.

3          So that -- and the reason for that is only, Judge, so

4    that this counts as a first strike.  In other words, this

5    complaint -- as Your Honor knows, you can't really -- very hard

6    to dismiss something with prejudice after one try.  We want

7    this to count as this is try number one.  Doesn't mean you

8    can --

9          THE COURT:  Well, this is try number one.

10         MR. PACE:  Right.  Well, to be clear, you actually

11   should have a dismissal with prejudice -- or without prejudice

12   and leave to amend.  They asked for four weeks.  We're fine

13   with four weeks.  And then we can go back into the briefing

14   process.

15         I -- and both sides would waive the right to seek

16   review of that before Judge Williams.

17         THE COURT:  So I think what you need to do, then --

18   this is the way to make it -- to do it right.  You need to

19   consent to me presiding over the motions to dismiss.  It's

20   limited to that.  We can take this piecemeal.

21         And we'll get to the personal jurisdiction.  Before

22   anybody has to think about consenting to me, let me tell you my

23   thoughts on that.  But it would be the same outcome.  I think

24   that there is an amendment before there's a discussion of any

25   possible jurisdictional discovery.  And I'll give you my

```
 1    reasons why.  So -- because really, I don't have the authority
 2    to dismiss a dispositive motion.
 3          Look, if I write it up that all parties agreed, I
 4    could do it and you don't file the consent.  I don't think
 5    anybody's going to complain.  But the right thing to do is you
 6    just file a notice of consent, we consent to me presiding over
 7    motions, docket entry, and you be specific.
 8          MR. PACE:  Right.  The ones you identified at the
 9    beginning of this, Your Honor.
10          THE COURT:  Yeah.  Then she'll do a notice of referral
11    to me on that.  And then I, by order, dismiss it.
12          And listen, you can consent to me for the whole thing.
13    But there's no -- there's not a need to solve this problem
14    right now.  Then there's new motions to dismiss.  And then we
15    could cross that bridge then, should you choose to consent or
16    not, if it goes up.  But that's how we get to this next step
17    right now.  Does that make sense?
18          MR. PACE:  Yes, Your Honor.  It does.
19          And I agree that technically in order for you to -- I
20    mean, I guess also Judge Williams could literally just enter
21    the -- Judge Williams can enter the agreed order of dismissal
22    without prejudice and four weeks to amend, right?  I mean --
23          THE COURT:  Based on --
24          MR. PACE:  Well, if it was -- if the parties -- I
25    mean, I know this is kind of funny.  So let me just slow myself
```

```
1    down.

2         But if the parties agree to this, the parties can

3    agree -- the parties can agree to maybe even call it a

4    stipulated -- right -- a stipulated dismissal without prejudice

5    with four weeks to amend.  Your Honor, I'm trying to -- I

6    understand what you're saying.  I'm trying to make this more

7    efficient for everybody.  So I realize we're doing this on the

8    fly, but I just kind of struck a deal with everyone here and I

9    think we can make it work.  Because I agree with the efficiency

10   point.

11        If we did a stipulation, a stipulated dismissal

12   without prejudice, with leave to amend in four weeks, at least

13   we could say that counts as -- again, under this doctrine that

14   somebody's got to be given multiple options or multiple tries,

15   this counts as at least the first try, right?

16        THE COURT:  Well, it's definitely going to count as

17   the first try.  And I suppose you could do that.  Then we just

18   have somebody else who has to do something.  And it's not that

19   it's hard.  I'm just saying I don't account for Judge Williams'

20   time.

21        My thought was that I would have an order that would

22   say:  "I've held oral argument today.  I've had a -- you know,

23   an in-depth exchange with the parties about the issues raised

24   in the current motion to dismiss.  The parties" -- perhaps

25   something like:  "After discussion with counsel, it was agreed
```

```
 1    that -- that that discussion -- I've offered my feedback on a

 2    number of issues, informs an amendment of the complaint.  And

 3    by agreement of the parties, I'm denying the motions to dismiss

 4    without leave to renew -- with leave to renew, upon amendment,

 5    and the Plaintiff" -- but, you know, not on the merits and that

 6    the Plaintiff has leave to amend.  And -- so that, you could

 7    do.

 8             The other thing you could do is withdraw your motions.

 9             MR. PACE:  Your Honor, I think, again, maybe we're

10    not -- this may be my problem with communicating.  We need a

11    dismissal.  There should be a dismissal because that's what

12    makes it count as one.  I know what Your Honor is saying as the

13    way you view it.  But from an appellate record standpoint, I

14    think what we're entitled to is a dismissal with leave to amend

15    so that the record is clear that this counts as strike one.

16             THE COURT:  I would order that.

17             MR. PACE:  Okay.  Well, you were talking about

18    withdrawing motions.

19             THE COURT:  Well, that's another way.  If you don't

20    want to consent, you can always withdraw your motion.  But if

21    you don't want to do that, I can order a dismissal without

22    prejudice to replead and make some reference to the fact that

23    we've had an in-depth discussion and argument on the merits of

24    the claims, which I believe will inform the Plaintiff's ability

25    to replead the complaint.
```

```
1              So I mean, that's just kind of in a -- something that
2     you can find on the docket expressing the notion that this
3     was -- this is the first crack for the Plaintiff.  And I
4     think -- I'd like to think the Plaintiff will benefit
5     tremendously from all of this and be informed in the amendment,
6     which is round two.
7              MR. PACE:  Right.
8              THE COURT:  You know what?  Let's finish the personal
9     jurisdiction and then let's come back to this.
10             MR. PACE:  Okay.
11             THE COURT:  Okay.  Because I want to make sure that
12    nobody feels differently about the personal jurisdiction.
13             Okay.  So I'm going to -- what I'm going to do is I
14    want to kind of walk us through this.  Because -- I'll explain
15    myself in a minute.
16             First of all, I find service timely on Bitmain Hong
17    Kong and Jihan Wu.  That's a threshold argument for those two
18    Defendants.  It was -- or I excuse the delay of a few days.  So
19    one argument those two Defendants made is that service is
20    untimely and therefore the complaint should be dismissed
21    against them.  And the service deadline I had given was
22    October 8th of last year.  Service was made on October 14th.
23    And the Eleventh Circuit, in the Horenkamp decision, that I
24    think somebody cited -- I think.  I think you-all are familiar
25    with it.  It's a 2005 decision.  H-O-R-E-N-K-A-M-P.  The
```

1    Eleventh Circuit said that Rule 4(m) gives this Court

2    discretion to extend the time for service, even when there is

3    an absence of good cause.  I don't think there's an absence of

4    good cause here for the delay.  And the Eleventh Circuit said

5    the Court should consider a number of factors.

6         In this case, I think that there had to have been

7    actual notice.  Same counsel has been representing the Bitmain

8    entities.  The fact that they were -- Bitmain Hong Kong and

9    Mr. Wu were named in this lawsuit, I doubt came as a surprise

10   on October 14th of last year when they were served.  The

11   service was just a few days late and I don't see any prejudice

12   that's been caused by those few days.  So that was an initial

13   argument that those Defendants met that I've resolved and I

14   think takes me to the merits.

15        So the next place I wanted to go is just kind of

16   noting the framework that everybody agrees on for a motion to

17   dismiss for lack of personal jurisdiction.  The Plaintiff has

18   to plead enough allegations for each Defendant that plausibly

19   establish a prima facie case of personal jurisdiction over

20   them.

21        If the Plaintiff does that, then the burden shifts to

22   the Defendants to challenge this with affidavits.  And the

23   Defendants who have moved to dismiss based on lack of personal

24   jurisdiction -- which I should add includes Bitmain holding --

25   have filed affidavits where they controvert what's in the

1    complaint.  And if those affidavits contradict Plaintiff's

2    allegations, then the burden shifts back to the Plaintiff to

3    produce evidence that supports jurisdiction.

4          I think the Plaintiff has not pled a prima facie case

5    of personal jurisdiction.  And I could end there, but I'm not.

6    Because I worked through all these other issues, and they're

7    going to come up again, and I think it's worth a conversation

8    about them.  And so with this approach that I'm having, I'm

9    telling you my reaction to arguments, but none of these

10   opinions will be binding on any of you until the complaint is

11   repled, you want to move to dismiss again, you do so, and

12   either you consent to me and I write an order or you don't and

13   I write a report and recommendation.  And if I write a report

14   and recommendation, it will take me a lot longer, because I

15   will have to articulate with a lot of specificity my analysis

16   on all these issues.

17         But I would rather you have the benefit of my, in some

18   regards, pretty strong reactions to some of the issues, what I

19   think the answers are, in your repleading, in your rearguing.

20   Maybe I'll persuade some of you that some of the arguments

21   aren't worth repeating and that you focus your arguments or

22   not.  So that was my thought in going through here.

23         So we could come back to this, but I don't see it --

24   and Mr. Miller, I guess, let me stop for a moment.  I want to

25   work through some of these arguments.  A significant one is:

```
1    What is the forum?  Is it nationwide or the State of Florida?
2    I did a lot of work on that and I have some thoughts on it.
3    You can debate with me whether you've pled a prima facie case,
4    but I think you have to amend and be given a chance to plead it
5    much better.  And I don't think you get jurisdictional yet.
6    Because if you haven't pled a prima facie case, we haven't
7    gotten to the step of whether the Defendants' affidavits frame
8    a dispute about personal jurisdiction.  And I think you need
9    that dispute to be framed for you then to potentially be
10   successful to get jurisdictional discovery.
11          I think you if you can plead your prima facie case,
12   and maybe even some of these affidavits get a little bit more
13   specific, I think you're probably -- I think I can foresee
14   personal jurisdiction discovery.  I can foresee that.  I really
15   need to see the complaint and the affidavits.  But I just don't
16   think I can go there now with the way your complaint is pled.
17          So let me stop there for a moment.  Are you okay?  Are
18   you comfortable with not trying to talk me down from the prima
19   facie argument decision I made at this point?
20          MR. MILLER:  Your Honor -- it's Mr. Miller again.  We
21   can stand on our briefing arguments on those points, in the
22   interest of time.
23          THE COURT:  Okay.
24          MR. MILLER:  Obviously, we think we did plead it.  But
25   we can stand on what we already argued.
```

```
1            THE COURT:  Okay.

2            MR. MILLER:  I think the most important question going

3     forward is probably what Your Honor is going to get to first,

4     which is nationwide versus Florida.

5            THE COURT:  Right.  So why don't we talk about that

6     some.  And the thing I keep thinking about is this is a little

7     dicey for me because I can't give an advisory ruling.  On the

8     other hand, we could have a discussion about the law that I'm

9     reading.  You can address some of my questions, maybe tell

10    me -- steer me another way.  Maybe I persuade -- I think

11    nationwide.  The forum is nationwide.  For a number of reasons,

12    you get there.  And I think the Plaintiff's argument that the

13    forum is Florida is not the prevailing argument.  And that

14    takes a conversation.

15           Let me just stop for a minute.  Let me check with the

16    Defendants.

17           MR. PACE:  Well, certainly, Your Honor, we would

18    disagree.  I mean, General Cigar I think is clear in its

19    conclusion, and the structure of the Clayton Act supports that.

20    Right?  Because remember, it's one provision that says you can

21    get venue.  And then if you have venue under that provision,

22    you get service nationwide.

23           So that very provision, you have to use that

24    provision.  Not only did they not invoke it here, they couldn't

25    have invoked it here.  In other words, there's no -- what you
```

1       have to show is that somebody, for example, is already here or

2       already actively involved here in Florida.  They've never pled

3       that.  Right?

4               I mean -- so you have to be in the district, right?

5       So the statute says -- the Clayton Act says for those who

6       inhabit or regularly doing business in the district, you can

7       then serve them anywhere you can find them.

8               THE COURT:  You're talking about the venue provision

9       in the first clause.

10              MR. PACE:  The first clause, yes.  It's the venue and

11      personal jurisdiction combined.  Right?  It's one --

12              THE COURT:  You would have the integrated approach in

13      how you would read that provision.

14              MR. PACE:  I would because it's one provision.  I

15      mean, I think normally when you have one sentence --

16              THE COURT:  And there are circuit courts that disagree

17      with you and say it's an independent reading.  So there's

18      ambiguity there.  There's two ways to read it.

19              MR. PACE:  I agree.  I would note that there's at

20      least one circuit that -- well, yes.  Yes.  The Courts that

21      have actually looked at the statutory language and addressed

22      the statutory structure argument have actually -- I believe

23      have all come out the same way.  But you're right that there's

24      courts that have said -- without analyzing the statutory

25      structure, have just kind of said, I will admit, that you get

130

```
1    nationwide service under that section without tying it to

2    venue.  I'm not sure any of the Courts of Appeals have rejected

3    when they've actually looked at the two arguments together, if

4    makes sense.

5             THE COURT:  Yeah.  I think that --

6             MR. PACE:  And it might be the Third Circuit, if they

7    did.

8             THE COURT:  Hold on.  Hold on.  I just have to root

9    around in my notes here.  I have it here.

10            KM Enterprises, the Seventh Circuit, supports your

11   integrated reading of the Section 12 venue and service

12   provisions of the Clayton Act.  And Go-Video -- Go-Video, the

13   Ninth Circuit, and Auto Refinishing, the Third Circuit, support

14   an independent reading of the two provisions.  So I think

15   there's a split.

16            MR. PACE:  Your Honor, I agree there's a split.  My --

17   I think I was probably drawing semantics.  So I'm not going to

18   go further.  Because at least I think the Third Circuit does

19   look at the statute.  I think Seventh Circuit is the one that

20   most closely analyzes the actual language and says:  "Wait a

21   second.  How can it not be read in a certain manner?"  But let

22   me just put that to the side for a second.

23            Our argument -- I just want to be clear from our

24   standpoint that our argument is both.  They would have had to

25   have invoked the provision, which they didn't invoke and they
```

1   would have had to have served under the provision.  That's one.

2          THE COURT:  Okay.  Let me stop you for a minute.

3          MR. PACE:  Okay.

4          THE COURT:  The Clayton Act allows for nationwide and

5   worldwide service.  This gets to the Cigar holding, which I

6   don't agree with.  Okay?  In the -- excuse me.  I have to flip

7   around -- General Cigar case, which was a case decided by

8   another division of this court, the Court concluded that the

9   foreign defendant sued there, which I think was Cuban entities,

10  was not served pursuant to the worldwide service provision of

11  the Clayton Act because service was effected pursuant to the

12  Hague Convention.

13         How does service of a foreign Defendant pursuant to

14  the Hague Convention therefore -- which is the word used in

15  General Cigar.  "Therefore," to me, was like an enormous leap.

16  Therefore, how does service by the -- pursuant to the Hague

17  Convention therefore mean that the Plaintiff did not rely upon

18  the worldwide service provisions of the Clayton Act?

19         MR. PACE:  It's not entirely clear to me from Cigar

20  holding whether we don't have a situation like we have here,

21  where you would say:  "Because the service is however it's said

22  to be."  In other words, under the Hague Convention, what

23  you're doing is what you say you're doing.

24         So if you say you're serving under a particular

25  statute, and then the Hague Convention allows you to serve

1    pursuant to that mechanism, you're limited to what you served.

2    You can't come up -- it's this idea that through the Hague

3    Convention -- because, as Your Honor knows, a lot of

4    jurisdictions outside the US are much more formal than we are.

5    In fact, most of them outside of England, New Zealand, and

6    potentially Australia.  Right?  They're more structured.  They

7    say:  "Oh, you have to follow certain rules in order to get

8    things done."

9            So the general sentiment is if you come to me and you

10   say:  "I'm suing you for reason X, or based on reason Y,"

11   that's what you're limited to.

12           THE COURT:  Right.  That's in the complaint, the

13   Clayton Act and the Sherman Act.

14           MR. PACE:  Well, but there's a -- but they don't use

15   that as the basis for jurisdiction.  They don't plead that as

16   the basis for jurisdiction in their complaint.

17           THE COURT:  They say it's federal question and

18   diversity jurisdiction.

19           MR. PACE:  Well, now you're talking about subject

20   matter, Your Honor.

21           THE COURT:  Right.

22           MR. PACE:  We're talking about personal jurisdiction.

23   I mean, it would have to be personal jurisdiction.  Right?

24   They don't claim:  "We're asserting nationwide service of

25   process under the Clayton Act."  They reference -- for venue,

```
1    they reference, I think, 1391.

2              THE COURT:  Right.

3              MR. PACE:  And for personal jurisdiction, they talk

4    about the context with the State of Florida.  So they pick

5    their poison, so to speak.

6              And I'm trying to explain to Your Honor how I

7    understand Cigar holding -- or General Cigar.

8              THE COURT:  So you're saying that because the

9    complaint asserts Florida long-arm jurisdiction, because of

10   that allegation, that service under the Hague Convention -- I'm

11   trying to -- because you're endorsing General Cigar --

12             MR. PACE:  Yes.

13             THE COURT:  -- that service under the Hague Convention

14   therefore --

15             MR. PACE:  Is limited to what you are proposing, what

16   you're asking for as the Plaintiff.

17             I will bring Your Honor back to a hearing we had

18   telephonically a few months ago where Your Honor said at the

19   time:  "I want to wait for the service to occur.  Because if

20   you end up serving somebody, but then I dismiss the complaint,

21   do you have to start the Hague process all over again?"  That

22   was one of the things Your Honor was talking about.

23             Why?  Because of this very issue.  That there is a

24   formality to the Hague process.  You are committing to what you

25   have done.  You are saying:  "I'm asserting jurisdiction on
```

1    this ground.  I'm asserting these claims."  You can't go

2    changing that in the Hague process.  You can't suddenly get a

3    complaint served on me and then when I show up in the court,

4    say: "Ah-ha.  Now I got you.  I'm going to do something

5    different."

6          The whole idea of the Hague Convention would be,

7    well -- why you have to go particularly through the centralized

8    authority, why most states -- most countries have rejected mail

9    service.  Right?  Most recently Japan -- is to say:  "You

10   can't -- we're not going to make this too easy.  We're going to

11   make this formalized so that you are clear on what you are

12   saying, on what you're asserting, on the basis that you're

13   coming to try to get somebody.  And you can't then change

14   afterwards.

15         So if somebody comes in and says:  "I'm asserting

16   jurisdiction on ground A," and they make that decision, they

17   could have -- let's also all be honest.  They could have pled,

18   if they wanted to.  They chose not to.  Now, either consciously

19   or just a mistake, I don't know.  But somebody did not plead

20   the service of process provision under the Clayton Act.

21   Somebody did not plead venue under the Clayton Act.  Somebody

22   consciously said:  "Here's the basis that I'm going to serve

23   for personal jurisdiction and here's the basis I'm going to

24   serve for venue."

25         That complaint goes over to somebody -- goes through

1    this whole process.  Right?  They translate it into Chinese.

2    Your Honor remembers that.  It's gets translated into

3    Chinese -- had to get translated into Chinese in order to be

4    served in China.  Goes to the central authority.  Central

5    authority then ends up serving it.  Now, all of a sudden, they

6    can't just kind of willy-nilly say:  "Oh, now, I'm going to

7    change it."

8           So I think what the -- I think what the -- remember,

9    we're talking about the ability to get somebody before you in

10   the first instance.  I think what General Cigar is saying is if

11   you make a claim -- if you base your assertion for jurisdiction

12   on one theory, and you submit that to the Hague process, and

13   the government of another country goes all the way through

14   serving that for you, you've committed to that process and you

15   can't change your mind later on:  "Oh, whoops.  I made a

16   mistake."  No.  It's a little more formal than that.

17          THE COURT:  So what would you have had the Plaintiff

18   plead for, in your view, Plaintiff to have relied upon the

19   Clayton Act's worldwide service provision?

20          MR. PACE:  They would have had to have pled venue

21   under the Clayton Act.  Plus, they would have had to have pled

22   that they were basing personal jurisdiction on nationwide

23   contacts.  So they would have had to have done both.  They did

24   neither.

25          So you would say -- and by the way, Your Honor, they

1     also can't do it.  I don't want to not get to that point

2     because it's an important one.  Because even nationwide

3     contacts doesn't work.  But the fact of the matter is there's a

4     system.  So you would say: "Here's venue.  Here's the basis

5     for venue."  They don't plead Clayton Act venue because they

6     can't satisfy Clayton Act venue.  And then -- because Clayton

7     Act venue would have required the Defendants to have some

8     involvement in this district, and they can't do that.

9          Instead, they want to plead venue under 1391 to say a

10    substantial part of the events occurred here because they're

11    really talking the alleged impact on them.  They're not talking

12    about any -- they don't allege any Defendant had any conduct in

13    this district.  And I'm not just talking about my clients.  I

14    literally can walk down the list and no one.  So they made that

15    decision.  That was their conscious decision: "This is the

16    only way we can get venue."  And then -- and they couldn't have

17    gotten Clayton Act venue.

18         And so if you conclude -- put aside -- putting aside

19    even General Cigar.  So General Cigar is the Hague Act issue,

20    which, as I explained, I think it's saying essentially:

21    "Whatever you have submitted to the Hague process you're

22    committed to and you can't change it later on.  I can't

23    suddenly invent a new basis for jurisdiction.  You should have

24    gotten it right the first instance."

25         Even if you go past that, the next issue is --

```
 1              THE COURT:  Can you speak a little more slowly.

 2              MR. PACE:  I'm sorry.  I'm killing you, aren't I?

 3              THE COURT:  You're kind of running your words

 4    together.

 5              MR. PACE:  I am.  And it's also almost 3:00.  I

 6    apologize.  Let me slow down.

 7              THE COURT:  So your argument, though, is premised,

 8    then, on reading the venue in personal jurisdiction provisions

 9    of the Clayton Act in a unified way.

10              MR. PACE:  One of them.  One argument is a bit

11    premised on that.  That's correct.  So then we can get,

12    obviously, to the additional arguments, if I can.  And even --

13    you know, again, I certainly agree with Your Honor that, given

14    what they've pled, their current complaint's not going to --

15    doesn't even come close to establishing personal jurisdiction.

16              But -- so let me say this anyways --

17              THE COURT:  Not establishing, but pleading a prima

18    facie case --

19              MR. PACE:  Yes, Your Honor.

20              THE COURT:  -- sufficient to survive a motion for

21    directed verdict.  That's the standard.

22              MR. PACE:  Right.

23              THE COURT:  Okay.  I think we're -- I feel like we're

24    kind of going around a bush here a little bit.

25              MR. PACE:  Can I take this to one next level, just
```

1    so that I'm -- I would like to be clear on two things, if I

2    can.

3              THE COURT:  Okay.

4              MR. PACE:  And I'm going to get away from General

5    Cigar now.

6              The two things are, one -- and this is something

7    you've already said not only when you combined Defendants:  Is

8    that an issue for the merits?  It's certainly an issue for

9    personal jurisdiction so that, as to each Defendant, you have

10   to identify them separately.

11             THE COURT:  Yes.

12             MR. PACE:  Second thing I will say is something that's

13   incredibly clear.  One -- well, actually, I should go back on

14   one Clayton Act.  Clayton Act, Your Honor certainly

15   understands, doesn't apply to an individual.  So it wouldn't

16   apply to Mr. Wu.  The provision that we're referring to in the

17   Clayton Act refers to a company.  Right?  So it clearly

18   wouldn't refer to Mr. Wu.

19             THE COURT:  Speak a little more slowly.

20             MR. PACE:  I will.

21             But another issue is we know what the test would be.

22   Even if we were talking nationwide contacts, what do we then

23   know?  If we talk general jurisdiction, we know that there's

24   going to be no jurisdiction because none of the -- they don't

25   even plead -- as to Bitmain Technology, Limited, they

```
 1     acknowledge that it's neither its principal place of business,

 2     nor its state of incorporation -- or country of incorporation

 3     is the United States.  So no general jurisdiction.

 4          As to Bitmain Holding, as Your Honor had phrased it,

 5     Bitmain Technology Holding -- I'll call it Bitmain Holding.

 6     It, too, is not incorporated in the United States and does not

 7     have a principal place of business in the United States.  We

 8     can disregard general jurisdiction on that alone.

 9          Then you get to specific jurisdiction.  Point to make

10     with specific jurisdiction, particularly in light of Walden v.

11     Fiore, is they can't simply say:  "It hurt us and we're in

12     Florida."  Right?  Walden v. Fiore is the individual in Nevada

13     who they take his -- the couple -- they take money from the

14     couple in Georgia, but the couple says:  "But we live in

15     Nevada.  It hurt us in Nevada.  We had less money to spend in

16     Nevada."  And the Supreme Court says that doesn't create

17     subject matter jurisdiction in Nevada because the Georgia

18     police officers didn't do anything in Nevada.  They took --

19          THE COURT:  You mean personal jurisdiction?

20          MR. PACE:  I'm sorry.  Personal jurisdiction.  I

21     apologize.

22          It doesn't establish personal jurisdiction because the

23     police officers acted solely in Georgia.

24          I use that comparison here to say what -- they can't

25     establish personal jurisdiction, specific jurisdiction, simply
```

1    by saying:  "We're here in Florida and it hurt us in Florida."

2    Right?  That doesn't connect the Defendant.

3              THE COURT:  Right.

4              MR. PACE:  Okay.  So that's all I want -- because what

5    I'd rather have happen is, now is the time also for the

6    Plaintiffs to make a decision about whether there's -- for the

7    Plaintiffs to make a decision about whether there's Defendants

8    that they want to drop or not.  So I wanted to be clear on this

9    record that our argument is not just about General Cigar, but

10   it has layers beyond that.

11             THE COURT:  Okay.  Let me say this:  You, in my

12   view -- and maybe it's all in writing and shame on me for

13   missing it.  But the argument you just made sounds new to me.

14   It wasn't laid out in that level of detail in your briefing, as

15   I understood it.  It was kind of -- and let me oversimplify

16   this -- but:  "General Cigar says.  I rely on General Cigar.

17   I'm right."  And it wasn't that simple.

18             You're laying out the alternative way in which you

19   have to plead venue.  The venue provision and the service

20   provision in the complaint I don't recall seeing in your

21   argument.  So I am focused on that.

22             So to be clear, when we're back here again -- we're

23   back here again and you could, in my view, I think, do a better

24   job of explaining your argument, something you didn't address

25   is that in General Cigar there was a footnote that the national

1    long-arm statute did not apply, that being Rule 4(k)(2).

2    Because in that case, the district judge who wrote General

3    Cigar found that there would be -- that the Defendant would be

4    subject to Florida's long-arm jurisdiction.  And so therefore,

5    the national long-arm statute did not apply in General Cigar.

6          Now, I need Plaintiff to get clear about:  Is

7    Plaintiff claiming Florida contacts?  I don't see it.  I don't

8    see anything pled to show that there are sufficient contacts in

9    Florida to give rise to personal jurisdiction.

10         If the Plaintiff's real theory is that it's nationwide

11   contacts, okay.  Then I would certainly -- I think we would all

12   be there that the Defendants are not subject to the Florida

13   Long-Arm Statute, in which case I think would send us, I think,

14   to the nationwide long-arm statute set out in Rule 4(k)(2),

15   which requires a federal claim.  We have that.  The Defendant

16   is not subject to the state's long-arm jurisdiction.  We'll see

17   what the Plaintiff says in the amended complaint.  And three,

18   the Defendant's collective nationwide contacts satisfy the

19   minimum contacts required by the due process clause, which is

20   where I think the argument will be.

21         And the Eleventh Circuit, in the Consolidated

22   Development Case, set out the types of contacts that are needed

23   under Rule 4(k)(2) where the forum is nationwide.  And the

24   Eleventh Circuit said it depends on whether the jurisdiction is

25   specific or general.  If it's general, then there's a more

1   stringent standard for finding minimum contacts.  There must be

2   continuous and systematic general business contacts between the

3   defendant that we're talking about and the forum, which, in

4   that case, would be the whole country, and they must be

5   substantial.

6        I do think it's very wise for the Plaintiff to figure

7   out what your theory is.  I think off -- you know, I understand

8   that often we want to plead in the alternative because we don't

9   want to give anything up.  But, to me, it creates a far more

10  confusing platform upon which to sort through these issues.

11  And if the Plaintiff, it seems to me, claims that the state

12  long-arm jurisdiction applies, it really undermines and

13  complicates your argument for nationwide contacts, at least

14  under 4(k)(2).

15       So -- hold on a second because there's something else.

16  So something else that I think I understand that I want to put

17  out there and you can set me straight, or we'll talk about it

18  in the next round, is that the Eleventh Circuit, in the

19  Carrillo decision, which I know you-all have cited, said:  "We

20  hold that the applicable forum for minimum contacts purposes is

21  the United States in cases where, as here, the Court's personal

22  jurisdiction is invoked based on a federal statute authorizing

23  nationwide or worldwide service of process."

24       And the Court read the federal statute there, which I

25  think was a Securities Act --

1          MR. PACE:  Securities.  Yeah.  It's SEC v. Carrillo.

2     Right.  And it's a Securities Act.

3          THE COURT:  Right.  It read it saying that by

4     authorizing nationwide or worldwide contacts, the statute has

5     broadened the personal jurisdiction of the Court to anywhere in

6     the nation.

7          And then it went through this constitutional rationale

8     for that, that in federal question we're relying on the Fifth

9     Amendment, not the Fourteenth Amendment.  And the Court said:

10    "Rule 4(k)(2) provides an additional support for nationwide

11    contacts," but it seemed to be a separate stand-alone analysis.

12    It seemed to be another way to get there.

13         So something I was curious about is how to reconcile

14    that Carrillo analysis versus a 4(k)(2) statute that gives --

15    is national long-arm jurisdiction.  That gets us into the weeds

16    a little bit.  And I understand that you, Defendant, are

17    maintaining an argument that because the Court must read the

18    section -- the Clayton Act venue and personal jurisdiction

19    provisions in an integrated manner, and because of the way the

20    Plaintiff pled the reliance upon their source of venue and

21    service, therefore, the forum has to be the State of Florida.

22         I think we see what the Plaintiff pleads the next

23    time.  And depending on their choice, we then work through

24    these issues again.  I'm just kind of sharing.

25         MR. PACE:  Yeah.  No.  No.  No.  I'm just -- so I'm

```
1    going to say something without knowing whether this is

2    accurate.  So I'll just -- because they didn't argue 4(k)(2).

3    So I don't know.

4           One reason you may not see 4(k)(2) used very much is,

5    as for example here, I'm not so sure that what occurs through

6    the Hague isn't something separate and independent from serving

7    a summons or filing a waiver of service.  Your Honor raises a

8    good question.  It wasn't briefed.  It wasn't an argument they

9    raised.  It wasn't an argument that we responded to.  So I feel

10   like, for some reason, there's a limit on 4(k)(2) that I can't

11   come up with, but there's a reason -- I need to slow down.

12   There is a reason it's not always used, and instead, for

13   example, RICO has a service of process provision.  The

14   Securities Act has a service of process provision.  The

15   antitrust laws have a service of process provision --

16          THE COURT:  Well, let's stop.

17          MR. PACE:  -- that people extend to invoke more often.

18   That's all I'm saying.

19          THE COURT:  Let's stop.

20          Speaking for the antitrust act, it authorizes

21   worldwide service.  It doesn't give the mechanism for how it's

22   done and Rule 4(f) does.

23          MR. PACE:  Right.

24          THE COURT:  Right.  4(f) says if you're going to serve

25   an individual in a foreign country -- which I take to include a
```

1    corporation, being an individual, right -- they can be served

2    in a foreign country, one, by any internationally agreed means

3    of service, such as a Hague Convention.  Check.  That's what

4    happened here.  Or if there's no internationally agreed means,

5    by a method that is reasonably calculated to give notice.  And

6    then it gives certain other methods.  Or three, by other means

7    not prohibited by international agreement, as the Court orders.

8            So my understanding is that the Clayton Act, by

9    authorizing nationwide and worldwide service of process, is

10   expanding the Court's personal jurisdiction.  And then it

11   leaves it to a Plaintiff to effect service consistent with what

12   is in Rule 4(f).  And the fact that the Plaintiff chose the

13   Hague Convention, which has been recognized I think even by

14   this circuit, as a case I read, as the leading method for

15   service abroad -- I just really had a hard time understanding

16   the Defendant's argument that because the Hague Convention was

17   used, therefore, personal jurisdiction can only be measured by

18   Florida contacts.

19           So anyway, we're going to have this discussion again.

20           MR. PACE:  Right.

21           THE COURT:  And this is my current state of

22   understanding, which at least hopefully it benefits you,

23   however correct or incorrect I am.  But you know you have to

24   address it.

25           MR. PACE:  Right.  No.  I agree, Your Honor.  And I

```
1    think that we'll find -- first of all, I assume in their next

2    version of the complaint they'll address personal jurisdiction

3    differently.  And I'm sure in our motions we'll address them

4    with a more refined point to them.

5         If I can go back just to where we started this

6    afternoon, because I am just trying to understand the mechanism

7    so that we can -- I do think -- I understand Your Honor has a

8    certain amount of skepticism towards it, but I do think the

9    Defendants want to see this case moving forward because we want

10   to move it forward towards dismissal.  That's why we seized on

11   your opportunity.

12        THE COURT:  Right.

13        MR. PACE:  Right?  So I mean, I think we're

14   demonstrating it, but actions speak louder than words.

15        THE COURT:  Right.

16        MR. PACE:  But I want to understand the mechanism.  It

17   sounds to me like what would be -- what Your Honor believes may

18   be the fastest mechanism -- and that's what we would want -- is

19   if we the Defendants and the Plaintiff -- I guess everyone

20   would have to -- consent to the currently existing set of

21   motions to dismiss to be decided by you, you could then -- and

22   Judge Williams enters that order, which perhaps would occur

23   promptly.

24        THE COURT:  I think so.

25        MR. PACE:  Because it would be joint.  Right?  And so
```

1    we get a -- maybe even a paperless order.

2            THE COURT:  That's a very easy one to rule on.

3            MR. PACE:  Yes.  We get that.

4            Then Your Honor would dismiss the current complaint

5    without prejudice and with four weeks' leave to amend.  And

6    they would -- and then could enter that order.  And then they

7    would obviously amend their complaint within to four weeks and

8    then we would go back -- we would essentially have our next

9    round of motion to dismiss briefing that --

10           THE COURT:  And to be clear, I guess, I would be

11   granting the Defendant's motions to dismiss, right, with leave

12   to amend?

13           MR. PACE:  Yes.

14           THE COURT:  Because I agree this needs to be dismissed

15   at this point, but with leave to amend.

16           And -- right -- why do you need four weeks?

17           MR. MILLER:  Your Honor, I have some travel coming up.

18   And when we were discussing this, the Plaintiffs offered more

19   time, and I said that would be good because of our schedule,

20   and offered -- I'm sorry -- the Defendants offered more time.

21   And I in turn said:  "If the Defendants need more time on

22   briefing their motion to dismiss, of course, we would

23   reciprocate and give it to them."

24           MR. PACE:  In all honesty, Your Honor, with the time

25   that's passed, I think two weeks versus four weeks -- we would

```
 1      not want Plaintiffs to have to be in a position -- or Plaintiff

 2      to have to be in a position where they felt rushed.

 3                  THE COURT:  Okay.

 4                  MR. PACE:  They get a chance to refine it.  So there's

 5      no need -- I don't think there's a need to press it faster.

 6                  Also, it may take us a few days to try to get an order

 7      out of Judge Williams.

 8                  THE COURT:  That one, I think will -- I'm guessing

 9      would --

10                  MR. PACE:  I meant more for us to draft something.

11                  THE COURT:  It usually rises to the very top of the

12      in-box for a law clerk.

13                  So at any rate --

14                  MR. PACE:  Why is somebody next to you smirking?

15                  THE COURT:  He's just smiling.

16                  Okay.  So in my order I'm going to say:  "With the

17      agreement of the parties, I am granting the motions to dismiss

18      with leave to amend."  Right?  Is everybody comfortable with

19      that?

20                  MR. MILLER:  Your Honor, Mr. Miller, again, on behalf

21      of the Plaintiff.

22                  The Plaintiff is comfortable consenting to referral of

23      these existing motions to dismiss to Your Honor, as you have

24      proposed.  They will be identified by the docket entries we

25      have been discussing today and that were briefed.  We consent
```

149

1    to referral of those motions to Your Honor.

2         The Plaintiff also would consent to Your Honor

3    entering an order dismissing --

4         THE COURT:  Granting the motions?

5         MR. MILLER:  Granting the motion to dismiss with leave

6    to amend in four weeks.

7         I do want to be clear.  The Plaintiff is not conceding

8    that -- upon the next round of briefing, if there's another

9    motion to dismiss, the Plaintiff is not conceding that another

10   dismissal would necessarily be with prejudice.  I just want to

11   be clear we're not conceding that point.

12        THE COURT:  You don't need to concede that.  And part

13   of why I think it's useful for me to be able to say:  "Upon the

14   agreement of the parties, I'm granting the motions to dismiss,"

15   is because, to me, it's a better record that leaves you-all

16   free to argue the issues you want to argue upon an amended

17   complaint.

18        So I've given you some opinions.  Right?  I mean, I am

19   pretty far along in my certainty on some opinions and less far

20   along with others.  And I don't want -- I can't think of

21   anything -- and I'm going to turn to my lawyer here to let me

22   know if you have a different idea, George.  But the point here

23   is I don't think there's a law of the case yet by which any

24   party is bound.

25        Now, I'm pretty far downstream on figuring out some

```
1    issues, and you know where I'm going for many of them.  And it

2    may be that nobody can convince me otherwise if we have another

3    round of briefing and oral argument, or maybe that on some of

4    them you do turn me around.  I don't know.  So that's all I'm

5    trying to accomplish by saying upon agreement to the parties

6    that's the reason why, in the end, I'm granting motions to

7    dismiss.  And it leaves everybody free to consider what we've

8    talked about today, reframe the complaint, reframe any

9    arguments to dismiss and responses thereto.

10           And I suspect that somebody's ordering this transcript

11   and somebody may give it back to me, right, as an attachment to

12   a briefing down the road, saying:  "Hey, you agreed with me

13   before.  Look at what you said before," which I will have

14   forgotten, unless you give me the transcript.  And that's fair

15   enough.  That's fair enough, if I talked about it.  But I'm

16   just being very clear that I'm not foreclosing -- I'm not

17   foreclosing any of your claims, your theory on how you're going

18   to plead them, or the arguments of the Defendants to seek

19   dismissal.

20           Is that -- does that feel consistent for everybody on

21   the record that we have today?  It's been a long day.  I'm just

22   checking in with you.

23           MR. MILLER:  That's fine with Plaintiff, Your Honor.

24           THE COURT:  You okay with that, Defendants?

25           MR. PACE:  We are, Your Honor.
```

1          THE COURT:  Oh, Mr. Simmons didn't like that.

2          MR. SIMMONS:  Well, I'll just put some cards on the

3      table, Your Honor.  And I'll be brief.  I know it's been a

4      long --

5          THE COURT:  Can you get to the microphone?

6          MR. SIMMONS:  Yeah.

7          Mr. Simmons speaking.  First of all, thank you for

8      your time and your indulgence, and the court reporter for us

9      all speaking too quickly.  I'm fine with all of this and maybe

10     we submit something to the Court.  My one trepidation, Your

11     Honor, is -- and I understand the Court doesn't want to have to

12     go off and write a report and recommendation, based on your --

13     I mean, forcing you to crystalize your thinking and memorialize

14     that, it's taken up, and then they get another shot no matter

15     what.  So I'm sensitive to all that.

16         I would -- I mean, we'll talk.  We just don't want you

17     losing the thread, so to speak, that if you were forced to

18     memorialize these in an R & R, and then went up and got

19     affirmed, then we are getting law of the case and this is kind

20     of being written in stone.  And then they get a chance to fix

21     that.  We're kind of foreclosing that because it's kind of

22     fluid.  We're doing it -- so what I would ask is that -- we've

23     agreed, but you enter:  "For the reasons set forth today with

24     the deficiencies I've identified."  That's my only point, is

25     that we're losing some of that concreteness that were you to go

1    back and we do round one in formal report and rec, we're kind

2    of losing that.  That's my only --

3         THE COURT:  Well, here's what I think you do -- I'm

4    sure somebody is ordering this transcript, right?

5         MR. PACE:  We would not make her work so hard

6    otherwise.

7         THE COURT:  Right.  Right.

8         And my vision is, with all this effort and energy that

9    everybody here has put into this, that the Plaintiff is very,

10   very well-informed about the issues to take your best stab at

11   your complaint.  And that if there's a dismissal after that for

12   failure to state a claim, I think you're very fairly open to

13   dismissal with prejudice.  There could be some argument that

14   comes up that I haven't foreseen otherwise.  But typically, we

15   allow dismissal without prejudice because we give the Plaintiff

16   a crack at considering the issues that have been raised and

17   refining it.  But we don't do this endlessly, and obviously

18   this isn't a simple complaint.  There's a lot invested in it.

19        So to the extent that we -- say the Plaintiff comes

20   back and says: "You know what?  I've thought about this and

21   this is a per se violation.  Forget the rule of reason.  This

22   is clearly a per se violation."  You-all can say to me:  "Hey,

23   look in this transcript today.  You already considered this.

24   Here are the reasons you gave before.  They are the same

25   reasons again.  Plaintiff had a chance to consider the

153

```
 1    Defendant's concerns and the Court's concerns" -- and maybe I'm
 2    not picking the best example -- "They've had a round at this."
 3           And I could say: "Okay. I'm back to the same
 4    conclusion" or "I'm not." And it's a record upon which, all
 5    things being equal, should be the complaint that either
 6    survives or it doesn't.
 7           So I think that's what you-all are getting at is
 8    you're just -- the Defendants are making sure that this effort
 9    is recognized as the Plaintiff's first crack and the next one
10    is the second crack.
11           MR. PACE: That's right. And that Your Honor has
12    provided sufficient -- Your Honor has provided the reasons on
13    the record that justify the dismissal. So in other words, it's
14    not that the Plaintiff -- the Plaintiffs have come in and said,
15    you know: "You started off the day by saying: 'Guys, don't
16    make me get into this. I'm going to dismiss it anyways. Take
17    your second shot.'"
18           Instead, not only by agreement of the parties but for
19    the reasons the Court has stated on the record that the
20    complaint is being dismissed. That way, it's clear that the
21    Plaintiffs not just are taking their second chance, but have
22    been informed by the Court, not necessarily -- I'm not saying
23    it's the law of the case, but simply have been informed by the
24    Court of deficiencies. So for example, if they come back with
25    a complaint that doesn't address some things you said today,
```

1 | we're going to say:  "Your Honor, you told them on January
2 | 28th" -- I'm sorry.  Is it the 28th or 29th?
3 | THE COURT:  The 28th.
4 | MR. PACE:  Maybe I won't be saying this.
5 | But:  "On January 28th, you clearly told them ABC.
6 | They didn't address it."  So that that's -- I'm --
7 | THE COURT:  Certainly to the point of the Plaintiff
8 | claiming surprise, "It never occurred to me before," no, there
9 | couldn't be any surprise.  And I'm sure they wouldn't say that.
10 | I guess the only thing I want to be clear about is if
11 | I took a fine-tooth comb over this and wrote the magnum opus R
12 | & R that I would have to write on all the issues you've raised,
13 | I might articulate some different additional reasons for
14 | dismissal without prejudice.  I took what I called my
15 | low-hanging fruit of what seemed like obvious problems to me
16 | that I think could be corrected with an amended complaint, and
17 | that's, I guess, what I'm focusing on at the moment.  So -- but
18 | I -- obviously, I did state some reasons why I think the
19 | complaint should be amended, that it should be dismissed but
20 | with leave to amend.
21 | Okay.  So I think we've nuanced that.  So you-all are
22 | going to file a consent to my presiding over the motions --
23 | MR. PACE:  Yes.
24 | THE COURT:  -- that I listed at the beginning of the
25 | hearing that are all the motions to dismiss and for

```
 1    jurisdictional discovery.  Not that I would need consent on
 2    that because -- but do it.  It makes it simpler because that
 3    would be by order.  I'm going to deny that without prejudice to
 4    renew upon the repleting of the complaint and any possible
 5    motions to dismiss.
 6                MR. PACE:  Yes.  And we'll --
 7                THE COURT:  Right.  So that's denied without
 8    prejudice.
 9                MR. PACE:  I was going to say we can have that on file
10    with Judge Williams before the end of the week.
11                THE COURT:  You can probably do it from your phones
12    right now.  It's a form.  So yeah, file it because I'm going to
13    hold off on issuing my order on this.
14                MR. PACE:  Oh, it is a form.  I didn't know that.
15                THE COURT:  It's a form.
16                MR. PACE:  As soon as you said that, I suddenly
17    realized that's right.  It's right there on the website.
18                THE COURT:  You can do it this afternoon.  It's not
19    hard.
20                And so just file it.  She'll refer it to me.  And once
21    she refers it -- and actually, I'll have my lawyer here just
22    bring it to the attention of her law clerks.  It's just a --
23    really, I don't want to -- maybe Judge Williams really wants to
24    be presiding on this particular motion, but I have a feeling
25    she's happy with our agreement here and happy to let us tee it
```

1     up for the next round.

2               MR. PACE:  She's a huge cryptocurrency fan.  Huge.

3               MS. PALLETT-VASQUEZ:  Your Honor, would it be helpful

4     if we submitted a proposed order to you?

5               THE COURT:  No.  Just file -- oh, a proposed order?

6               MR. MILLER:  I don't think that's necessary, Your

7     Honor.

8               THE COURT:  I don't think so, either.

9               Thank you.  This is easy.  So -- but you can offer to

10    help other times.

11              Okay.  I think that's it.

12              MR. PACE:  Thank you, Your Honor.

13              THE COURT:  All right.  Thank you.

14         (Proceedings concluded at 3:17 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1    UNITED STATES OF AMERICA       )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                    C E R T I F I C A T E

5           I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 28th

9    day of January, 2020, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.

12          I further certify that this transcript contains pages

13   1 - 157.

14          IN WITNESS WHEREOF, I have hereunto set my hand at

15   Miami, Florida this 4th day of February, 2020.

16

17                        /s/Yvette Hernandez
                          Yvette Hernandez, CSR, RPR, CLR
18                        Certified Shorthand Reporter
                          400 North Miami Avenue, 10-2
19                        Miami, Florida 33128
                          (305) 523-5698
20                        yvette_hernandez@flsd.uscourts.gov

21

22

23

24

25

**$**

**$10 [1]**   16/8
**$15,000 [1]**   26/22

**'**

**'62 [1]**   27/1
**'Guys [1]**   153/15

**/**

**/s/Yvette [1]**   157/17

**0**

**08 [1]**   21/3

**1**

**10 [6]**   21/18 21/24 22/6 24/14
24/23 53/6
**10-2 [2]**   2/9 157/18
**10-minute [1]**   70/12
**103 [1]**   90/17
**10:04 [2]**   1/5 3/1
**11 [1]**   58/13
**114 [1]**   5/25
**116 [1]**   5/21
**11:42 [1]**   70/14
**11:54 [1]**   70/14
**12 [10]**   5/16 5/20 5/24 6/7
7/4 7/10 96/9 96/9 96/13
130/11
**121 [1]**   5/25
**12:33 [1]**   97/4
**1329 [1]**   83/22
**1336 [2]**   30/3 30/9
**1340 [1]**   35/18
**1391 [2]**   133/1 136/9
**1450 [1]**   1/23
**14th [2]**   124/22 125/10
**15 [1]**   96/24
**157 [2]**   1/8 157/13
**15th [9]**   11/15 48/18 78/7
79/15 84/16 88/16 89/2 98/12
110/7
**1625 [1]**   1/20
**16th [1]**   98/13
**18-25106 [1]**   3/4
**180 [1]**   100/24
**182nd [1]**   11/2
**1900 [1]**   2/3
**1917 [1]**   29/11
**1918 [1]**   22/17
**1960s [2]**   26/18 26/23
**1970 [1]**   20/24
**1978 [1]**   35/10
**1990 [1]**   34/16
**1997 [2]**   21/4 27/5
**1:00 [1]**   7/2
**1:18-cv-25106-KMW [1]**   1/2
**1:45 [1]**   97/1
**1:47 [1]**   97/4

**2**

**20 [1]**   14/3
**20006-4001 [1]**   1/21
**2005 [1]**   124/25
**2007 [1]**   31/12
**2008 [1]**   59/16
**201 [1]**   2/3
**2013 [1]**   83/21
**2017 [2]**   27/25 112/18
**2018 [7]**   11/15 48/18 49/22
77/23 78/8 79/16 88/16
**2019 [1]**   33/13
**2020 [3]**   1/5 157/9 157/15

**2298 [1]**   1/23
**2300 [1]**   1/6
**25106 [1]**   3/4
**25th [1]**   1/17
**28 [1]**   1/5
**28th [5]**   154/2 154/2 154/3
154/5 157/8
**29 [1]**   10/22
**29th [1]**   154/2
**2:20 [1]**   119/22
**2:23 [1]**   119/22

**3**

**305 [1]**   157/19
**3300 [1]**   2/6
**33128 [2]**   2/9 157/19
**33131 [4]**   1/15 1/17 2/3 2/6
**33131-2298 [1]**   1/23
**35 [1]**   26/25
**3:00 [1]**   137/5
**3:17 [1]**   156/14
**3rd [1]**   1/17

**4**

**400 [2]**   2/9 157/18
**4001 [1]**   1/21
**405 [1]**   21/3
**40s [1]**   39/23
**41 [15]**   5/11 11/15 11/18
13/18 34/24 37/15 37/18 37/20
49/16 49/20 77/21 77/25 91/10
102/17 102/17
**42 [3]**   5/11 37/15 37/25
**43 [5]**   5/12 34/24 38/18 50/21
102/17
**44 [1]**   38/25
**45 [1]**   39/12
**46 [1]**   37/18
**4th [1]**   157/15

**5**

**51 [4]**   74/22 75/3 75/7 75/9
**523-5698 [1]**   157/19
**53 [2]**   98/10 98/11
**56 [1]**   5/13
**5698 [1]**   157/19
**57 [1]**   36/7

**6**

**60 [3]**   18/25 19/23 39/25
**600 [1]**   2/6
**607 [1]**   21/3
**626 [3]**   30/3 30/9 35/18
**64 [2]**   36/10 39/20
**67 [1]**   98/12
**68 [2]**   98/12 110/6
**69 [1]**   53/3

**7**

**76 [1]**   66/14
**77 [3]**   19/5 19/23 40/5
**7th [1]**   1/14

**8**

**80 [1]**   14/4
**8th [1]**   124/22

**9**

**9-0 [1]**   27/3
**90 [1]**   88/1
**90,000 [1]**   88/2
**94 [1]**   109/9
**98 [2]**   1/14 5/15
**99 [1]**   5/17

**9:30 [1]**   82/17

**X**

**a.m [4]**   1/5 3/1 70/14 70/14
**ABC [69]**   11/17 11/22 12/7
13/18 14/8 19/6 19/11 19/14
19/20 38/19 40/2 43/7 45/20
45/22 45/25 46/19 47/16 49/2
49/9 49/13 49/24 50/5 50/14
50/22 53/12 53/20 53/21 54/12
54/13 54/17 54/20 54/21 54/25
55/2 56/13 57/2 57/3 57/7
61/17 63/3 65/15 71/15 71/22
72/8 72/12 72/20 72/21 72/22
72/25 73/15 74/18 80/10 89/3
89/10 91/2 91/9 91/16 92/3
92/4 92/10 92/11 93/11 93/16
94/8 94/10 99/17 101/7 102/19
154/5
**ABC succeeds [1]**   19/14
**ability [5]**   54/3 77/7 91/8
123/24 135/9
**able [10]**   46/12 58/23 64/24
66/8 66/9 67/22 77/18 83/9
91/12 149/13
**about [128]**   6/3 6/15 6/23 7/3
7/9 10/10 10/17 11/8 11/8
11/11 11/12 11/13 11/23 12/1
12/9 13/16 13/16 13/22 14/11
14/11 15/6 15/10 15/13 16/24
21/13 21/21 23/9 23/24 25/6
26/15 27/11 28/2 29/24 31/3
32/24 33/5 34/1 35/12 37/12
42/5 45/5 52/1 53/9 53/19
54/19 56/2 56/25 57/3 57/5
57/6 57/8 58/2 58/4 63/7 64/6
69/15 70/8 70/15 70/22 71/7
72/17 73/5 73/17 73/20 76/5
78/13 78/23 79/2 79/6 81/3
81/13 82/10 84/4 84/5 85/1
85/7 86/6 86/8 88/11 88/25
93/6 96/7 96/8 96/14 96/18
97/19 101/10 101/12 101/15
102/1 104/3 104/16 104/18
106/3 107/10 111/11 114/9
117/4 118/15 120/22 122/23
123/17 124/12 126/8 127/8
128/5 128/6 128/8 129/8
132/19 132/22 133/4 133/22
135/9 136/12 136/13 140/6
140/7 140/9 141/6 142/3
142/17 143/13 150/8 150/15
152/10 152/20 154/10
**above [1]**   157/9
**above-mentioned [1]**   157/9
**abridged [1]**   108/15
**abroad [1]**   145/15
**absence [2]**   125/3 125/3
**absent [5]**   34/3 40/16 41/10
52/17 53/6
**absolute [1]**   21/9
**absolutely [5]**   20/22 21/11
39/19 55/15 88/9
**abstract [2]**   109/15 109/18
**accept [2]**   29/25 59/9
**acceptable [1]**   30/25
**acceptance [1]**   58/17
**accepted [4]**   36/20 79/9
106/24 109/12
**accepts [2]**   76/12 76/14
**access [4]**   76/11 76/13 81/24
108/11
**accommodate [2]**   106/1 106/2

# A

**accomplish [1]** 150/5
**accordance [1]** 109/11
**account [2]** 24/11 122/19
**accuracy [1]** 110/21
**accurate [2]** 110/22 144/2
**accuse [1]** 65/3
**acknowledge [1]** 139/1
**acknowledges [1]** 102/18
**across [1]** 71/4
**act [62]** 8/11 21/3 22/24 26/6
30/22 30/22 31/1 32/10 32/12
34/10 41/24 42/5 42/10 44/25
62/17 63/17 64/2 64/9 64/11
69/8 79/3 79/24 80/15 81/2
82/12 95/25 104/2 109/11
110/8 114/23 115/3 115/15
115/18 115/20 116/8 128/19
129/5 130/12 131/4 131/11
131/18 132/13 132/13 132/25
134/20 134/21 135/21 136/5
136/6 136/7 136/17 136/19
137/9 138/14 138/14 138/17
142/25 143/2 143/18 144/14
144/20 145/8
**Act's [1]** 135/19
**acted [2]** 32/4 139/23
**acting [6]** 32/2 52/5 80/20
81/21 88/18 115/8
**action [13]** 21/25 34/11 58/10
60/12 83/15 83/17 83/18 84/3
84/18 85/14 93/14 106/11
114/6
**actions [2]** 92/9 146/14
**active [1]** 113/8
**actively [1]** 129/2
**activity [2]** 86/19 89/16
**actors [2]** 22/23 80/20
**acts [2]** 80/21 81/4
**actual [4]** 60/2 86/17 125/7
130/20
**actually [18]** 16/18 22/19
35/13 42/2 49/20 59/2 61/11
67/24 77/12 79/6 82/2 119/7
120/10 129/21 129/22 130/3
138/13 155/21
**add [4]** 8/4 19/25 80/8 125/24
**added [2]** 65/14 73/1
**addition [1]** 39/22
**additional [7]** 82/6 92/25
95/12 102/14 137/12 143/10
154/13
**additive [1]** 19/24
**address [10]** 54/7 70/6 92/18
128/9 140/24 145/24 146/2
146/3 153/25 154/6
**addressed [1]** 129/21
**addressing [1]** 79/3
**adds [1]** 91/1
**adequately [1]** 54/22
**admissions [3]** 36/1 36/4 40/18
**admit [1]** 129/25
**admits [4]** 13/17 19/1 36/7
39/21
**admitted [1]** 89/25
**adopt [3]** 21/7 51/8 58/25
**adopting [3]** 5/14 5/20 5/23
**advance [2]** 85/12 89/6
**advisory [1]** 128/7
**affidavits [8]** 81/18 82/7
125/22 125/25 126/1 127/7
127/12 127/15

**affirmed [2]** 29/22 151/19
**affirming [1]** 130/1
**aforementioned [1]** 39/13
**African [1]** 93/23
**after [17]** 19/20 21/1 21/11
26/25 40/3 41/12 59/9 62/4
70/21 72/10 72/19 92/2 98/12
110/7 120/6 122/25 152/11
**afternoon [3]** 96/20 146/6
155/18
**afterwards [2]** 63/13 134/14
**again [29]** 5/22 21/15 30/3
35/17 42/17 42/21 51/20 64/19
65/17 65/21 70/17 102/16
103/15 108/13 108/15 115/4
122/13 123/9 126/7 126/11
127/20 133/21 137/13 140/22
140/23 143/24 145/19 148/20
152/25
**against [16]** 43/6 43/13 43/15
43/25 53/13 56/11 59/2 61/15
66/21 72/1 83/8 110/17 112/9
112/13 115/8 124/21
**agnostic [1]** 89/15
**ago [3]** 12/24 26/15 133/18
**agree [22]** 8/14 16/8 23/22
47/5 64/18 71/2 75/12 83/16
92/1 111/6 119/25 121/19
122/2 122/3 122/3 122/9
129/19 130/16 131/6 137/13
145/25 147/14
**agreed [13]** 31/5 31/9 31/10
32/23 32/25 59/20 121/3
121/21 122/25 145/2 145/4
150/12 151/23
**agreeing [1]** 117/21
**agreement [46]** 15/14 15/17
15/18 15/22 17/2 20/5 30/21
31/4 31/8 32/4 33/2 33/6
35/20 38/2 40/22 42/25 45/2
51/16 55/3 55/4 55/24 56/9
79/11 79/18 80/21 81/7 81/11
82/12 83/12 83/25 84/8 84/12
84/13 85/4 85/16 88/12 89/17
89/24 98/3 123/3 145/7 148/17
149/14 150/5 153/18 155/25
**agreements [2]** 32/11 117/10
**agrees [1]** 125/16
**ah [2]** 80/14 134/4
**ah-ha [2]** 80/14 134/4
**ahead [3]** 10/23 96/7 104/23
**air [1]** 97/15
**Airborne [1]** 11/2
**airplanes [1]** 28/20
**airport [1]** 84/5
**AirTran [5]** 83/19 101/18
101/21 101/21 102/4
**aisle [2]** 42/6 47/22
**AKERMAN [4]** 1/13 1/16 3/8
70/17
**al [2]** 1/7 3/4
**algorithm [6]** 46/14 46/15
46/18 47/12 48/8 48/9
**all [132]** 5/2 5/3 5/7 5/15
6/4 6/14 6/16 6/21 8/17 10/15
12/8 13/13 14/19 15/7 15/11
17/1 17/2 19/11 22/6 23/18
27/20 28/4 30/2 30/13 30/18
30/25 32/6 34/4 35/1 39/13
42/13 45/7 45/23 46/24 47/4
48/4 48/24 50/1 52/11 55/14
56/8 60/8 62/1 63/5 63/15
68/6 68/12 68/15 69/4 70/15

71/9 72/9 74/16 76/17 77/15
80/20 81/4 81/20 81/21 82/4
82/25 85/2 86/12 87/5 90/24
90/25 91/3 91/5 91/23 92/6
95/3 95/6 95/7 95/8 96/8 97/6
98/20 99/2 99/24 100/14
100/21 103/23 104/17 104/21
105/12 106/5 107/20 108/19
110/17 112/6 112/12 114/15
116/12 117/20 119/24 121/3
124/5 124/16 124/24 126/6
126/16 129/23 133/21 134/17
135/5 135/13 140/4 140/12
141/11 142/19 144/18 146/1
147/24 149/15 150/4 151/7
151/9 151/9 151/15 152/8
152/22 153/4 153/7 154/12
154/21 154/25 156/13
**allegation [21]** 18/18 43/6
44/2 51/20 52/4 53/11 58/7
61/20 63/6 66/14 66/17 70/4
85/14 90/5 107/17 108/5 108/7
108/8 114/15 114/16 133/10
**allegations [32]** 8/8 10/11
11/19 16/11 32/19 32/22 38/2
40/21 40/21 40/23 44/4 52/20
55/16 55/20 60/5 63/2 63/11
64/6 70/2 80/23 81/21 84/6
84/10 101/20 102/8 102/13
102/17 107/21 108/16 112/9
125/18 126/2
**allege [24]** 31/9 33/13 41/17
44/14 44/15 59/2 62/1 80/7
83/12 83/13 83/14 90/4 90/12
92/20 92/23 93/13 93/14 93/17
93/18 98/10 109/9 113/10
118/23 136/12
**alleged [36]** 12/1 30/14 30/15
40/21 52/3 55/3 55/4 56/5
62/14 62/18 63/19 64/12 64/24
77/21 82/2 83/8 84/12 85/11
85/19 86/21 87/21 88/10 88/13
88/13 89/7 89/19 91/4 92/24
110/3 112/14 113/11 113/14
114/18 116/8 116/13 136/11
**allegedly [1]** 65/1
**alleges [7]** 18/8 39/24 41/4
49/20 58/15 115/6 117/1
**allocation [2]** 16/1 16/13
**allow [2]** 102/21 152/15
**allowed [3]** 58/9 75/11 75/15
**allowing [1]** 41/11
**allows [3]** 102/21 131/4
131/25
**almost [7]** 16/25 30/13 33/10
35/25 67/13 79/12 137/5
**alone [8]** 60/1 80/17 80/19
81/1 115/16 115/19 139/8
143/11
**along [8]** 71/7 71/9 77/24
118/1 118/12 118/15 149/19
149/20
**already [12]** 9/11 32/24 37/20
40/19 43/1 116/16 116/20
127/25 129/1 129/2 138/7
152/23
**also [38]** 4/6 5/23 13/1 14/19
25/16 34/24 44/23 45/9 46/10
47/1 47/7 61/18 63/17 66/24
69/17 81/24 82/24 87/18 87/20
88/19 89/6 90/14 90/25 93/12
93/18 98/9 99/5 101/6 112/5

**A**

**also...** [9]   113/13 115/14 121/20 134/17 136/1 137/5 140/5 148/6 149/2
**alterations** [1]   53/20
**alternative** [3]   115/3 140/18 142/8
**Although** [1]   54/1
**always** [8]   18/8 58/21 59/10 67/13 78/15 98/6 123/20 144/12
**am** [16]   5/18 6/10 18/15 18/19 50/3 79/6 88/8 91/24 106/11 117/20 137/5 140/21 145/23 146/6 148/17 149/18
**Amazingly** [1]   16/11
**Amazon** [1]   24/12
**ambiguity** [1]   129/18
**amend** [20]   16/21 41/16 103/13 104/15 117/22 120/2 120/12 121/22 122/5 122/12 123/6 123/14 127/4 147/5 147/7 147/12 147/15 148/18 149/6 154/20
**amended** [6]   117/23 118/18 141/17 149/16 154/16 154/19
**amending** [2]   113/1 113/3
**amendment** [7]   111/22 120/24 123/2 123/4 124/5 143/9 143/9
**AMERICA** [1]   157/1
**AMERICAN** [8]   1/4 3/3 28/1 40/24 63/1 70/18 108/8 113/12
**Americas** [3]   83/21 84/2 84/7
**Amish** [1]   25/13
**among** [6]   17/2 17/3 51/7 78/16 82/12 89/17
**amount** [4]   63/24 64/3 64/3 146/8
**amounted** [1]   80/21
**amounts** [3]   19/2 40/1 74/9
**amplify** [1]   32/23
**analogy** [9]   70/20 70/23 71/2 71/14 71/19 73/8 75/13 75/18 117/12
**analysis** [4]   44/11 126/15 143/11 143/14
**analyze** [1]   31/4
**analyzes** [1]   130/20
**analyzing** [2]   28/24 129/24
**anchored** [1]   91/2
**ANDREW** [4]   2/2 4/11 4/15 57/19
**animated** [1]   23/9
**another** [16]   15/25 15/25 16/5 71/17 74/9 90/25 123/19 128/10 131/8 135/13 138/21 143/12 149/8 149/9 150/2 151/14
**answer** [9]   24/14 37/4 48/2 52/3 78/25 91/20 113/3 117/15 119/3
**answers** [2]   73/22 126/19
**anticipated** [1]   20/21
**anticompetitive** [11]   29/4 72/4 73/18 75/20 79/20 79/25 80/1 80/3 83/24 84/3 115/15
**antitrust** [42]   7/19 8/8 10/22 11/12 14/10 14/15 14/25 15/4 15/11 17/25 18/1 21/20 21/25 22/6 22/13 22/18 22/20 23/8 24/18 30/6 34/1 34/6 34/6 34/7 34/8 35/11 35/13 36/17

**A**

40/25 41/9 52/15 57/15 69/8 105/7 106/3 106/20 106/24 106/4 107/1 144/15 144/20
**AntPool** [1]   98/13
**any** [70]   7/9 8/3 11/4 11/18 16/8 16/12 20/6 21/22 26/22 29/5 29/6 31/15 34/5 35/8 39/10 40/20 42/9 44/23 44/24 46/25 51/16 52/19 55/22 57/9 57/12 59/15 60/1 62/1 62/12 62/18 63/18 65/8 66/8 66/9 66/19 67/1 67/10 67/11 76/1 91/25 93/24 95/12 95/24 96/3 98/16 100/7 103/5 107/5 107/5 107/16 108/5 108/6 108/14 108/24 111/20 113/15 120/24 125/11 126/10 130/2 136/12 136/12 136/12 145/2 148/13 149/23 150/8 150/17 154/9 155/4
**anybody** [4]   51/15 53/17 59/20 120/22
**anybody's** [1]   121/5
**anymore** [1]   92/14
**anyone** [5]   10/23 30/13 44/19 51/15 51/16
**anything** [24]   7/9 9/14 11/11 11/19 24/8 60/24 61/25 62/16 64/13 64/25 65/13 65/19 86/1 98/16 99/9 104/1 105/4 111/4 112/24 114/24 139/18 141/8 142/9 149/21
**anyway** [2]   96/18 145/19
**anyways** [3]   57/7 137/16 153/16
**anywhere** [6]   61/23 61/24 61/24 95/16 129/7 143/5
**apologize** [3]   98/21 137/6 139/21
**app** [1]   76/22
**appeals** [3]   20/13 33/6 130/2
**appearances** [3]   1/12 2/1 3/5
**appears** [1]   55/21
**appellate** [1]   123/13
**applicable** [1]   142/20
**applied** [6]   38/21 39/1 50/25 97/23 97/24 111/10
**applies** [3]   69/14 104/23 142/12
**apply** [10]   15/8 35/5 60/1 91/1 107/22 113/22 138/15 138/16 141/1 141/5
**applying** [2]   49/23 54/11
**appoint** [1]   20/17
**appreciate** [3]   6/4 70/19 113/5
**approach** [4]   9/8 96/3 126/8 129/12
**appropriate** [1]   71/1
**apt** [1]   70/23
**arbitrator** [1]   10/3
**are** [179]
**area** [5]   27/24 27/25 29/24 67/20 118/25
**aren't** [5]   51/18 94/24 99/20 126/21 137/2
**argue** [10]   7/14 9/3 65/16 104/19 104/23 104/24 106/4 144/2 149/16 149/16
**argued** [3]   92/19 96/13 127/25
**arguendo** [2]   15/17 20/5
**arguing** [3]   7/18 7/25 104/20
**argument** [39]   5/8 10/1 10/4 42/3 58/8 65/18 66/5 66/7

95/21 96/11 100/3 108/24 124/17 124/19 125/13 127/19 128/12 128/13 129/22 130/23 130/24 137/7 137/10 140/9 140/13 140/21 140/24 141/20 142/13 143/17 144/8 144/9 145/16 150/3 152/13
**arguments** [23]   5/20 5/24 7/11 41/23 42/8 42/10 57/15 57/17 69/8 83/14 98/3 107/3 113/25 114/2 126/9 126/20 126/21 126/25 127/21 130/3 137/12 150/9 150/18
**arises** [1]   111/13
**arm** [9]   133/9 141/1 141/4 141/5 141/13 141/14 141/16 142/12 143/15
**arose** [3]   38/21 50/24 84/9
**around** [13]   14/5 49/16 50/17 71/18 71/25 72/5 73/25 103/4 117/14 130/9 131/7 137/24 150/4
**arrange** [1]   56/8
**arrangement** [1]   46/5
**art** [1]   16/7
**articulate** [3]   21/22 126/15 154/13
**as** [147]   4/16 6/6 6/10 8/18 8/19 9/5 10/11 10/15 10/18 10/21 11/4 12/24 15/4 15/19 16/24 17/25 18/16 19/7 20/11 20/11 21/2 22/7 25/21 27/23 28/22 29/5 31/23 35/19 36/2 36/12 37/10 39/23 40/5 43/2 43/3 44/16 44/22 47/7 49/11 50/7 50/13 51/7 51/17 52/16 52/20 54/25 55/18 56/2 56/8 56/24 56/25 57/20 58/7 59/1 59/9 59/25 60/7 60/10 60/11 62/17 62/17 62/21 64/6 65/23 68/1 69/15 72/20 72/21 73/25 73/25 76/14 77/11 77/21 80/7 80/17 81/20 81/21 82/19 83/2 83/2 85/19 86/19 88/8 88/9 89/13 90/14 92/9 93/14 94/13 95/10 97/14 97/16 98/11 98/11 99/16 101/5 101/18 101/23 102/23 102/23 104/3 104/4 106/15 108/10 109/18 109/19 110/6 110/8 110/16 112/4 112/8 112/12 112/17 112/18 112/18 114/16 120/4 120/5 120/7 122/13 122/15 122/16 123/12 123/12 123/15 125/9 132/3 132/15 132/15 133/16 136/20 138/9 138/25 139/4 139/4 140/14 142/21 144/5 145/3 145/7 145/14 145/14 148/23 150/11 153/9 155/16
**aside** [3]   15/16 136/18 136/18
**ask** [7]   7/8 24/25 31/6 41/14 117/20 119/7 151/22
**asked** [6]   58/2 58/4 91/19 98/8 101/11 120/12
**asking** [9]   41/7 58/14 59/8 59/23 76/16 78/22 100/15 105/25 133/16
**aspect** [3]   80/3 111/7 111/10
**aspects** [2]   34/20 43/2
**asserted** [1]   108/6
**asserting** [5]   132/24 133/25

## A

**asserting... [3]** 134/1 134/12 134/15
**assertion [2]** 108/3 135/11
**asserts [1]** 133/9
**assessment [1]** 115/12
**association [1]** 56/22
**assume [7]** 15/15 15/17 20/5 32/24 33/6 87/14 146/1
**assuming [1]** 66/18
**Atlanta [1]** 17/9
**Atlantic [1]** 34/16
**attached [2]** 37/10 39/8
**attachment [1]** 150/11
**attack [4]** 109/20 109/23 110/4 110/5
**attackers [1]** 109/21
**attacking [5]** 14/12 14/18 14/19 14/20 14/24
**attacks [3]** 43/14 44/1 53/13
**attempt [1]** 22/13
**attempts [1]** 17/12
**attention [5]** 36/4 102/16 109/13 109/14 155/22
**attracted [1]** 67/7
**Audi [1]** 25/16
**audible [1]** 91/3
**Australia [1]** 132/6
**authority [5]** 13/4 121/1 134/8 135/4 135/5
**authorized [1]** 58/5
**authorizes [1]** 144/20
**authorizing [3]** 142/22 143/4 145/9
**Auto [7]** 33/9 33/13 33/23 36/2 36/4 83/18 130/13
**automatic [2]** 22/5 38/1
**automobile [2]** 23/13 25/15
**automobiles [2]** 23/11 28/20
**available [1]** 77/15
**avenue [6]** 1/17 1/23 2/6 2/9 56/1 157/18
**aware [2]** 7/10 31/12
**away [5]** 14/22 18/11 19/25 118/24 138/4
**awhile [1]** 71/11
**AXELROD [1]** 1/22

## B

**back [45]** 10/5 12/23 13/15 17/14 19/16 25/12 30/12 34/22 35/20 40/12 41/12 43/15 43/23 44/1 47/17 49/15 51/12 58/1 60/4 64/8 71/11 75/25 86/2 88/12 92/19 94/2 100/18 110/1 112/21 116/11 120/13 124/9 126/2 126/23 133/17 138/13 140/22 140/23 146/5 147/8 150/11 152/1 152/20 153/3 153/24
**background [1]** 13/14
**bad [2]** 60/6 68/5
**badmouths [1]** 89/12
**BAENA [1]** 1/22
**ballot [3]** 58/7 63/19 65/11
**ballot-stuffing [1]** 58/7
**ballots [2]** 58/9 60/14
**banc [2]** 33/12 36/3
**bandwith [1]** 68/22
**bank [4]** 69/1 69/1 76/9 117/25
**barriers [1]** 25/25

**base [1]** 135/11
**based [13]** 34/9 37/18 88/13 121/20 125/23 132/10 142/22 151/12
**basic [1]** 10/10
**basically [2]** 41/7 100/17
**basing [1]** 135/22
**basis [8]** 80/18 132/15 132/16 134/12 134/22 134/23 136/4 136/23
**basket [1]** 34/4
**BCH [4]** 46/21 61/16 63/2 72/10
**be [229]**
**bear [5]** 12/6 12/10 13/13 27/22 34/25
**beautifully [1]** 114/5
**became [2]** 19/17 72/20
**because [66]** 6/7 7/3 8/16 8/23 10/9 12/24 15/4 15/7 15/11 17/18 19/23 24/9 26/17 28/24 29/4 29/16 30/20 30/21 32/12 32/13 34/12 36/13 37/17 38/18 39/21 50/21 57/7 58/2 64/20 64/22 66/6 69/1 70/19 71/20 72/12 72/13 75/9 76/10 79/8 80/4 80/20 81/24 83/15 84/6 84/21 85/4 86/12 89/24 90/24 92/5 92/6 93/19 94/17 95/3 96/13 96/22 97/7 99/8 99/19 104/2 109/6 112/2 113/21 115/16 117/15 118/19 119/3 119/8 119/16 121/1 122/9 123/11 124/11 124/14 126/6 126/14 127/6 128/7 128/20 129/14 130/18 131/11 131/21 132/3 133/8 133/9 133/11 133/19 133/23 136/2 136/2 136/5 136/6 136/10 138/24 139/17 139/22 140/4 141/2 142/8 142/15 143/17 143/19 144/2 145/16 146/6 146/9 146/25 147/14 147/19 149/15 151/21 152/15 155/2 155/12
**become [3]** 41/7 67/19 99/2
**becomes [2]** 20/16 78/5
**beef [1]** 13/15
**been [49]** 8/8 10/22 13/23 19/16 20/16 22/17 24/17 28/11 30/17 40/24 41/18 41/19 45/5 58/22 59/10 59/15 62/10 67/12 70/25 73/18 74/15 79/3 83/9 89/6 89/22 89/25 90/21 90/24 92/17 95/5 100/16 100/21 101/9 103/3 110/22 111/1 111/1 112/3 113/18 125/6 125/7 125/12 145/13 148/25 150/21 151/3 152/16 153/22 153/23
**beers [1]** 90/24
**before [37]** 1/10 7/10 9/7 11/18 18/14 22/18 29/13 30/11 35/16 47/19 49/11 55/12 56/2 62/4 74/13 76/12 76/14 76/16 78/3 78/15 91/11 92/5 92/13 98/12 98/17 99/9 103/15 115/17 120/16 120/21 120/24 135/9 150/13 150/13 152/24 154/8 155/10
**beforehand [2]** 46/20 50/12
**begin [4]** 12/12 73/2 80/6 85/21

**beginning [8]** 5/4 6/16 7/7 94/20 141/21 153/22 154/2 154/24
**begs [1]** 75/21
**behalf [12]** 3/8 3/15 3/24 4/6 4/16 4/20 42/21 44/23 57/20 70/17 106/5 148/20
**behavior [1]** 33/20
**behind [3]** 48/6 82/3 89/10
**behind somebody's [1]** 48/6
**being [28]** 11/1 12/9 38/21 47/24 50/24 53/6 64/16 73/13 76/1 76/9 81/13 85/8 86/14 87/25 88/3 88/5 88/10 91/5 97/20 111/9 114/24 116/7 141/1 145/1 150/16 151/20 153/5 153/20
**belabor [2]** 51/13 113/18
**believe [11]** 26/19 30/18 35/10 53/14 82/24 98/10 99/7 107/6 118/15 123/24 129/22
**believes [1]** 146/17
**benefit [21]** 66/11 82/6 106/22 106/23 106/25 107/5 107/7 107/8 107/12 107/13 107/14 107/15 108/10 108/14 111/25 112/15 112/24 116/24 118/23 124/4 126/17
**benefited [1]** 117/24
**benefits [1]** 145/22
**best [9]** 40/14 58/11 73/25 93/8 96/10 101/22 117/19 152/10 153/2
**better [12]** 45/14 64/1 66/6 78/18 79/12 108/24 109/2 111/21 118/18 127/5 140/23 149/15
**between [16]** 22/22 30/24 32/11 36/15 44/18 44/19 47/15 47/23 48/19 49/9 54/20 72/24 83/17 111/17 117/10 142/2
**beyond [4]** 111/8 112/22 116/3 140/10
**bid [23]** 16/5 16/7 16/8 16/8 16/14 16/18 16/19 16/24 17/1 17/13 20/11 20/19 40/21 92/21 92/24 93/1 93/1 93/2 93/3 93/6 93/10 103/6 103/7
**bidder [2]** 17/3 17/4
**bidders [1]** 17/2
**bidding [2]** 17/7 17/11
**bids [2]** 17/8 93/6
**big [5]** 10/2 28/1 29/12 31/1 34/4
**bill [1]** 103/17
**BILZIN [3]** 1/22 4/5 102/2
**binary [2]** 18/11 19/25
**binding [4]** 26/11 41/3 59/1 126/10
**Biscayne [1]** 2/3
**bit [19]** 9/8 9/25 10/6 12/23 18/3 23/8 27/24 31/25 40/14 51/25 58/3 80/13 86/3 96/7 96/19 127/12 137/10 137/24 143/16
**Bitcoin [102]** 6/9 10/14 11/13 12/12 13/7 15/5 18/7 18/15 18/19 19/11 19/11 19/11 19/19 19/20 24/10 36/21 38/19 38/22 39/15 45/20 45/22 46/21 47/7 47/8 47/18 49/2 49/2 49/7 49/22 49/24 49/24 49/25 49/25 50/14 51/1 55/12 66/19 68/19

**B**

**Bitcoin... [64]**   71/1 72/9
72/12 72/15 72/17 72/18 72/20
72/22 73/20 74/16 74/18 76/1
76/8 76/12 76/14 76/15 76/18
78/17 79/5 79/17 80/4 80/6
82/25 83/6 84/15 84/22 85/20
86/1 86/5 86/10 86/16 87/3
87/7 88/6 88/10 88/23 89/3
91/2 91/9 91/16 91/17 93/11
93/22 94/4 94/6 94/7 94/8
94/10 94/17 94/20 94/25 95/6
98/9 99/5 99/15 99/17 101/13
108/9 108/12 112/18 112/18
113/12 113/13 113/13

**Bitcoin.com [10]**   43/3 80/8
82/14 82/19 82/25 83/9 84/17
85/11 112/2 112/11

**Bitcoins [1]**   108/7

**BITMAIN [51]**   1/7 2/5 3/4 4/22
4/23 4/23 4/24 5/12 5/17 5/18
5/21 37/1 56/5 56/6 57/9
69/12 70/1 80/3 80/8 81/13
81/18 81/20 81/25 82/1 82/1
82/9 82/15 85/12 86/13 86/16
86/25 87/8 87/16 87/17 98/9
98/14 98/18 99/4 112/2 112/11
112/12 112/13 114/16 124/16
125/7 125/8 125/24 138/25
139/4 139/5 139/5

**BitMains [1]**   70/3

**bleed [1]**   81/16

**block [7]**   74/19 86/3 91/2
99/20 99/20 110/22 111/8

**blockchain [16]**   10/15 10/18
10/20 11/3 11/13 18/7 38/23
39/15 43/17 43/22 46/14 47/19
51/1 58/23 64/14 95/4

**blockchains [1]**   18/13

**blocked [1]**   43/16

**blocks [6]**   43/16 43/17 43/23
53/6 58/18 101/8

**Blomkest [1]**   33/4

**board [3]**   22/20 26/13 83/3

**bodily [1]**   106/3

**body [4]**   20/16 20/18 22/21
59/19

**bona [1]**   110/21

**book [1]**   13/22

**books [1]**   70/21

**bookstore [2]**   13/21 70/21

**boom [1]**   78/5

**Boston [1]**   22/18

**both [16]**   8/15 19/1 19/2 19/4
42/5 54/25 61/14 62/12 80/16
96/9 96/14 101/5 111/11
120/15 130/24 135/23

**Boulevard [1]**   2/3

**bound [1]**   149/24

**box [3]**   63/19 65/11 148/12

**boycott [3]**   93/13 93/15 93/16

**brag [1]**   9/14

**bragging [1]**   56/25

**branch [1]**   113/13

**brand [2]**   74/19 99/3

**brand-new [1]**   74/19

**Brandeis [3]**   22/17 22/21 25/1

**breach [1]**   105/15

**break [6]**   70/12 73/22 95/19
95/22 95/23 119/20

**breaking [2]**   8/6 75/16

**Brecken [1]**   97/24

**Brennan's [1]**   34/17

**BRIAN [3]**   1/14 1/23 2/6
70/17

**Brickell [3]**   1/14 1/23 2/6

**bridge [2]**   100/19 121/15

**brief [12]**   16/16 16/21 16/25
29/15 33/3 34/15 35/9 69/13
70/15 96/1 108/25 151/3

**briefed [2]**   144/8 148/25

**briefing [10]**   103/15 107/6
120/13 127/21 140/14 147/9
147/22 149/8 150/3 150/12

**briefly [9]**   34/1 35/16 35/23
55/15 92/18 99/12 100/2
102/16 104/18

**briefs [2]**   29/21 93/20

**bring [5]**   57/6 74/9 82/15
133/17 155/22

**bringing [5]**   37/1 56/25 73/7
93/3 115/16

**British [1]**   93/23

**broad [2]**   24/16 114/21

**broadened [1]**   143/5

**broader [1]**   82/10

**brother [1]**   29/11

**brought [12]**   11/25 12/5 12/10
13/12 18/4 21/25 34/25 50/6
62/15 71/22 100/20 100/21

**Brunswick [1]**   35/10 101/14

**BTC.com [1]**   98/13

**bucket [1]**   8/2

**buffalo [1]**   71/10

**buggy [4]**   23/13 23/15 25/12
25/14

**build [4]**   14/12 14/16 17/9
18/2

**bullet [5]**   18/24 19/6 36/7
40/19 41/1

**bunch [7]**   28/19 28/23 37/23
52/5 52/6 73/15 73/16

**bundled [1]**   43/16

**burden [4]**   27/22 44/3 44/3
52/10 125/21 126/2

**burgeoning [2]**   59/14 68/5

**bush [1]**   137/24

**business [21]**   4/16 21/1 34/9
57/20 62/20 64/20 67/7 67/14
68/5 68/10 69/2 81/20 85/25
86/22 87/2 87/14 87/22 129/6
139/1 139/7 142/2

**businesspeople [1]**   73/14

**buy [4]**   13/23 16/9 24/11
73/15

**buyer [1]**   26/4

**buys [1]**   67/22

**C**

**cabin [1]**   46/10

**CADE [1]**   1/22

**calculate [1]**   66/9

**calculated [1]**   145/5

**California [2]**   82/1 87/9

**call [19]**   3/1 22/14 23/10
25/1 26/20 28/2 32/13 34/6
60/6 71/3 72/20 76/18 79/18
79/18 80/17 94/16 114/10
122/3 139/5

**called [12]**   12/3 20/2 22/20
26/18 40/8 43/13 59/16 76/4
94/21 102/25 107/22 154/14

**calling [1]**   5/18

**came [12]**   14/2 31/5 73/1
76/17 76/17 77/2 78/23 79/22

85/21 88/2 89/4 125/9

**can [105]**   13/3 13/3 15/24
16/4 17/20 17/21 26/1 29/17
32/2 32/8 32/9 37/8 37/8
39/23 45/16 46/17 48/23 48/24
49/15 54/13 58/20 59/7 59/25
61/13 63/23 64/1 66/5 69/1
69/9 72/7 74/3 74/13 75/2
75/2 75/4 76/11 76/13 77/12
78/13 79/5 95/20 96/1 96/19
97/7 101/11 102/22 104/23
109/2 109/15 111/21 114/22
115/4 116/4 117/6 117/16
117/19 117/24 118/9 119/6
119/7 119/7 119/14 120/8
120/13 120/20 121/12 121/21
122/2 122/3 122/9 123/20
123/21 124/2 127/3 127/11
127/13 127/14 127/16 127/21
127/25 128/9 128/20 129/6
129/7 130/21 136/14 136/16
137/1 137/11 137/12 137/25
138/2 139/8 142/17 145/1
145/17 146/5 146/7 150/2
151/5 152/22 155/9 155/11
155/18 156/9

**can't [41]**   16/21 21/22 26/21
26/22 27/7 29/19 31/19 33/6
35/22 36/9 36/9 40/9 40/10
44/13 67/24 70/2 86/10 94/14
94/16 94/19 94/19 107/11
118/7 120/5 128/7 132/2 134/1
134/2 134/10 134/13 135/6
135/15 136/1 136/6 136/8
136/22 136/22 139/11 139/24
144/10 149/20

**Canada [3]**   25/13 86/4 97/16

**candidly [1]**   53/10

**cannot [1]**   11/11

**capacity [5]**   47/22 48/18
48/21 48/22 52/2

**capitalized [1]**   112/3

**car [2]**   23/15 26/22

**cards [1]**   151/2

**care [3]**   27/11 31/3 109/10

**Caribbean [1]**   83/7

**Carrillo [3]**   142/19 143/1
143/14

**carry [1]**   115/12

**cars [4]**   15/23 25/24 28/18
28/18

**carving [2]**   14/1 14/1

**case [101]**   1/2 3/4 10/2 10/10
11/8 11/8 11/11 11/12 11/12
11/23 11/23 12/1 13/16 13/16
20/12 20/23 21/6 21/10 21/19
21/20 22/16 22/20 22/21 23/4
23/4 23/5 26/14 26/17 26/18
26/19 26/19 26/25 27/1 28/1
28/1 28/15 28/16 31/18 31/24
32/1 32/1 32/2 33/4 33/9
33/12 33/24 34/16 35/7 35/10
35/17 41/18 41/20 43/6 44/10
44/25 47/2 47/7 52/13 54/19
56/16 56/22 61/11 63/22 71/21
73/5 81/2 81/3 81/23 83/16
83/18 83/19 83/21 84/1 84/5
92/22 92/23 101/14 101/18
101/19 105/23 107/4 107/5
114/24 125/6 125/19 126/4
127/3 127/6 127/11 131/7
131/7 137/18 141/2 141/13

**C**

**case... [7]** 141/22 142/4 145/14 146/9 149/23 151/19 153/23

**cases [14]** 14/17 18/2 20/16 20/23 26/11 26/11 29/15 29/17 29/21 29/22 34/17 83/17 103/23 142/21

**Cash [49]** 10/14 11/13 18/7 18/15 18/19 19/11 19/19 36/21 38/23 39/15 46/21 47/8 47/18 49/7 49/22 51/1 55/12 72/10 72/12 72/18 72/20 72/22 74/18 78/17 79/17 80/6 84/15 84/22 85/20 86/1 86/10 88/6 88/10 88/23 89/3 91/9 93/22 94/6 94/7 94/10 94/17 98/10 99/5 99/15 99/18 108/12 112/18 113/12 113/13

**category [1]** 118/9

**causal [1]** 34/13

**causation [1]** 105/16

**cause [4]** 60/11 106/11 125/3 125/4

**caused [2]** 63/13 125/12

**causes [2]** 58/10 114/6

**Celebrity [1]** 105/5

**central [2]** 135/4 135/4

**centralized [4]** 11/2 13/4 53/25 134/7

**Centre [1]** 1/14

**CEO [3]** 57/21 82/3 83/3

**certain [7]** 21/1 21/8 46/16 130/21 132/7 145/6 146/8

**certainly [12]** 67/6 69/2 111/21 116/22 117/24 118/22 128/17 137/13 138/8 138/14 141/11 154/7

**certainty [1]** 149/19

**Certified [2]** 157/5 157/18

**certify [2]** 157/7 157/12

**cetera [6]** 6/9 49/25 69/17 76/6 76/17 85/9

**chain [39]** 11/4 11/4 12/15 12/19 34/13 36/8 39/8 39/16 43/7 43/20 43/20 43/22 46/21 46/21 46/24 47/5 47/6 48/5 48/13 50/12 51/24 53/14 53/21 53/21 53/25 54/12 54/13 54/17 55/2 55/10 57/2 61/17 61/18 61/22 63/3 65/12 66/15 109/21 111/8

**chains [6]** 17/5 19/4 35/2 35/14 101/4 101/5

**challenge [1]** 125/22

**challenged [1]** 83/23

**challenges [1]** 69/16

**challenging [2]** 5/22 5/23

**chambers [1]** 17/15

**chance [6]** 117/18 127/4 148/4 151/20 152/25 153/21

**CHANCELLOR [1]** 1/19

**Chancelor [19]** 3/15 4/6 16/16 42/21 43/2 43/5 44/2 44/5 44/7 44/17 44/24 45/4 45/11 45/19 48/16 51/13 52/18 53/1 104/6

**Chancelor's [2]** 5/10 5/14

**change [8]** 77/12 91/5 91/9 91/13 134/13 135/7 135/15 136/22

**changed [2]** 55/2 72/22

**changes [11]** 46/25 48/20 53/23 54/13 54/15 54/15 54/15 65/20 86/8 92/13

**changing [1]** 134/2

**characteristics [1]** 45/22

**characterizes [1]** 56/25

**charge [3]** 26/21 27/8 82/4

**charts [1]** 98/12

**cheating [1]** 69/19

**check [2]** 128/15 145/3

**checking [1]** 150/22

**checkpoint [26]** 43/7 43/9 43/12 43/25 51/21 53/6 53/12 53/23 55/5 72/7 72/14 73/3 75/10 75/17 80/11 80/18 88/21 89/2 90/22 91/2 91/8 91/8 92/5 97/23 101/7 115/19

**checkpoints [3]** 62/16 64/25 65/1

**Chicago [2]** 22/20 26/13

**chief [1]** 57/25

**China [10]** 80/3 80/4 81/25 84/14 84/14 86/11 86/13 86/16 98/14 135/4

**Chinese [12]** 71/22 72/25 73/7 80/8 84/21 85/20 98/9 100/19 102/24 135/1 135/3 135/3

**chips [1]** 86/18

**choice [19]** 11/21 14/11 14/13 14/18 14/19 19/8 27/19 40/6 47/15 47/22 47/23 49/8 50/10 51/7 93/8 93/9 95/18 102/19 143/23

**choices [3]** 14/11 37/24 96/17

**choose [4]** 48/19 87/18 87/20 121/15

**chopping [1]** 14/1

**chose [3]** 24/15 134/18 145/12

**CHRIS [4]** 1/10 4/19 69/12 119/23

**CHRISTOPHER [1]** 2/5

**Cigar [18]** 128/18 131/5 131/7 131/15 131/19 133/7 133/7 133/11 135/10 136/19 136/19 138/5 140/9 140/16 140/16 140/25 141/3 141/5

**circuit [23]** 21/10 23/4 30/4 33/4 33/12 33/15 40/8 107/19 124/23 125/1 125/4 129/16 129/20 130/6 130/10 130/13 130/13 130/18 130/19 141/21 141/24 142/18 145/14

**circumspect [1]** 29/24

**circumstances [1]** 32/2

**circumstantial [2]** 44/25 56/1

**cite [3]** 21/10 33/3 35/9

**cited [5]** 83/19 83/21 103/24 124/24 142/19

**cites [1]** 37/7

**citing [1]** 33/15

**citizenship [1]** 83/5

**City [1]** 1/14

**claim [19]** 7/20 23/18 26/6 53/25 55/7 55/8 62/24 63/10 80/18 84/7 102/15 105/10 107/10 111/3 117/2 132/24 135/11 141/15 152/12

**claimant [1]** 87/22

**claimed [1]** 90/9

**claiming [8]** 54/23 54/23 60/18 60/21 60/23 84/2 141/7 154/8

**claims [22]** 7/19 7/25 8/8 8/9 8/12 29/23 53/7 95/25 104/3 107/22 107/22 113/16 116/16 118/21 123/24 134/1 142/11 150/17

**clarified [1]** 105/22

**clarifying [1]** 15/9

**clarity [1]** 119/1

**classify [1]** 21/2

**clause [3]** 129/9 129/10 141/19

**Clayton [23]** 34/10 128/19 129/5 130/12 131/4 131/11 131/18 132/13 132/25 134/20 134/21 135/19 135/21 136/5 136/6 136/6 136/17 137/9 138/14 138/14 138/17 143/18 145/8

**clean [1]** 116/22

**clear [34]** 9/5 10/13 12/9 20/18 23/24 28/15 31/19 31/19 33/13 38/4 49/17 80/25 87/10 103/4 106/18 116/17 116/23 120/10 123/15 128/18 130/23 131/19 134/11 138/1 138/13 140/8 140/22 141/6 147/10 149/7 149/11 150/16 153/20 154/10

**clearly [6]** 116/11 116/24 117/16 138/17 152/22 154/5

**clerk [1]** 148/12

**clerks [1]** 155/22

**client [6]** 87/6 91/19 92/2 92/4 92/7 99/16

**clients [7]** 60/4 60/19 60/21 60/23 69/22 87/6 136/13

**close [7]** 22/1 22/6 30/9 34/20 58/21 59/8 137/15

**closed [1]** 116/6

**closely [1]** 130/20

**closing [1]** 10/3

**cloth [1]** 20/12

**cloud [1]** 118/10

**CLR [1]** 157/17

**co [2]** 41/5 57/16

**co-counsel [2]** 41/5 57/16

**coalesce [1]** 95/19

**coalesced [2]** 50/16 50/16

**Coca [2]** 62/21 68/22

**Coca-Cola [2]** 62/21 68/22

**code [14]** 46/25 47/19 47/19 48/22 48/24 51/23 76/12 76/13 76/13 76/18 76/25 77/11 78/5 78/7

**coffin [3]** 36/3 36/6 40/9

**coin [2]** 12/20 111/1

**coincidently [1]** 85/5

**Cola [2]** 62/21 68/22

**collaboratively [1]** 110/17

**colleague [1]** 7/24

**collective [3]** 96/13 112/19 141/18

**colluded [4]** 44/14 56/5 56/6 93/9

**colluding [1]** 80/21

**collusion [2]** 72/24 84/17

**collusive [2]** 44/18 44/21

**comb [1]** 154/11

**combination [1]** 81/4

**combinations [1]** 22/22

**combined [2]** 129/11 138/7

**come [31]** 6/10 10/5 14/25 20/5 37/8 38/5 41/12 46/11

**C**

**come... [23]**   64/8 67/25 71/11
73/24 74/19 79/10 84/16 84/22
86/13 89/2 102/22 102/24
117/11 124/9 126/7 126/23
129/23 132/2 132/9 137/15
144/11 153/14 153/24
**comes [10]**   11/7 25/8 72/4
77/20 79/16 89/10 103/5
134/15 152/14 152/19
**comfortable [3]**   127/18 148/18
148/22
**coming [9]**   73/13 74/1 75/12
80/2 80/16 84/4 110/1 134/13
147/17
**command [1]**   114/8
**comments [2]**   7/9 113/15
**commitment [1]**   52/13
**committed [2]**   135/14 136/22
**committing [1]**   133/24
**common [2]**   8/3 17/1
**communicating [2]**   102/2 123/10
**communications [3]**   44/18 44/21
101/24
**companies [6]**   17/10 41/19
61/5 61/8 65/23 81/21
**company [12]**   4/24 25/22 57/25
76/20 83/3 86/3 87/1 87/12
87/13 98/9 98/14 138/17
**comparable [1]**   40/1
**compared [1]**   83/18
**comparison [1]**   139/24
**compatible [1]**   78/1
**compete [8]**   19/7 40/5 40/5
63/21 73/4 101/5 101/5 106/6
**competing [11]**   14/23 17/5 19/6
20/2 23/17 23/17 35/3 48/13
62/11 68/7 72/17
**competition [27]**   14/10 17/3
20/3 30/12 30/14 30/24 34/19
34/21 35/4 35/8 35/12 35/19
35/20 36/11 40/4 40/25 54/5
64/3 72/11 73/7 75/13 79/15
92/9 92/14 100/22 116/13
116/14
**competition's [1]**   16/24
**competition-reducing [3]**   34/19
34/21 35/4
**competitive [1]**   79/16
**competitor [3]**   12/24 101/24
101/25
**competitors [1]**   32/11
**complain [1]**   121/5
**complaining [5]**   35/12 37/12
101/10 101/12 101/15
**complaint [139]**   8/24 9/1 9/5
10/12 10/14 10/16 10/18 11/10
11/18 12/4 12/8 13/13 13/17
15/11 15/17 16/12 16/19 16/21
18/7 18/25 19/1 19/24 23/21
25/7 27/14 27/21 28/10 29/2
30/8 30/13 31/8 31/11 32/16
33/25 34/22 34/24 35/25 36/2
36/5 36/12 37/1 37/5 37/7
37/10 37/19 38/8 39/20 39/22
39/24 41/4 41/6 41/14 44/19
44/22 49/16 49/18 51/19 52/12
53/5 53/7 54/10 54/19 55/11
55/25 58/7 61/15 61/17 70/2
77/22 80/7 81/3 82/17 83/4
85/11 85/13 85/20 88/10 90/6
90/10 92/20 92/22 93/13 93/17
96/16 97/22 101/16 102/18
111/20 112/24 112/21 113/11
113/14 113/24 114/5 114/5
114/11 115/3 116/10 117/1
117/7 117/17 117/23 117/23
118/18 118/25 120/5 123/2
123/25 124/20 126/1 126/10
127/15 127/16 132/12 132/16
133/9 133/20 134/3 134/25
140/20 141/17 146/2 147/4
147/7 149/17 150/8 152/11
152/18 153/5 153/20 153/25
154/16 154/19 155/4
**complaint's [1]**   137/14
**complaints [2]**   52/16 61/15
**complete [1]**   157/10
**completely [5]**   8/14 62/19
68/24 80/5 80/5
**complex [3]**   9/4 12/13 118/25
**complexities [1]**   69/15
**complicated [6]**   9/2 10/12
12/11 13/9 88/24 88/24
**complicates [1]**   142/13
**comprehend [1]**   115/15
**computer [3]**   19/2 49/23 54/11
**computers [11]**   12/3 14/7 14/7
17/20 18/14 19/3 80/4 86/10
87/16 87/18 103/8
**computing [16]**   12/1 12/3 12/5
12/5 12/8 12/10 13/12 13/19
20/2 34/25 37/8 39/4 39/7
74/9 78/16 111/9
**concede [4]**   55/21 80/25
106/10 149/12
**conceding [3]**   149/7 149/9
149/11
**conceivable [1]**   31/15
**concentration [1]**   25/20
**concept [7]**   25/8 33/16 36/16
36/25 79/9 107/11 110/15
**concerns [2]**   153/1 153/1
**concert [1]**   82/13
**concerted [2]**   83/18 110/5
**concise [1]**   100/10
**conclude [1]**   136/18
**concluded [2]**   131/8 156/14
**conclusion [6]**   31/21 85/17
109/16 109/25 128/19 153/4
**conclusions [1]**   8/11
**conclusory [4]**   53/11 54/1 56/4
56/7
**concreteness [1]**   151/25
**condemn [1]**   29/13
**condemned [2]**   15/20 26/23
**condemns [1]**   32/10
**conduct [38]**   20/11 20/19 31/2
32/5 32/19 33/22 34/20 44/23
44/25 45/3 45/6 51/22 51/25
52/2 56/3 57/3 60/6 70/3 80/1
83/24 84/8 84/9 85/15 86/20
88/14 88/20 89/23 92/7 99/17
102/3 102/5 103/5 114/25
115/1 115/6 115/8 115/18
136/12
**confer [5]**   8/16 106/22 107/13
107/13 112/1
**conferred [5]**   106/23 107/8
107/15 112/15 116/24
**conferring [1]**   112/23
**confirm [1]**   110/21
**confirmed [1]**   107/4
**confirms [2]**   33/25 82/17
**conflate [1]**   69/22
**conflates [1]**   69/24
**confuse [1]**   101/3
**confused [1]**   29/16
**confusing [1]**   142/10
**confusion [2]**   101/2 101/2
**conglomerations [1]**   39/3
**Congress [1]**   59/15
**conjunction [2]**   80/10 86/23
**conjure [1]**   97/7
**Conley [1]**   31/14
**connect [2]**   65/8 140/2
**connected [1]**   97/14
**connecting [1]**   43/23
**connections [1]**   30/24
**conscious [2]**   52/13 136/15
**consciously [2]**   134/18 134/22
**consensus [3]**   47/5 50/12
53/17
**consent [13]**   120/19 121/4
121/6 121/6 121/12 121/15
123/20 126/12 146/20 148/25
149/2 154/22 155/1
**consenting [2]**   120/22 148/22
**conservative [1]**   24/6
**consider [8]**   23/16 70/23
98/23 113/2 117/20 125/5
150/7 152/25
**considerable [1]**   21/1
**considered [2]**   152/23
**considering [1]**   152/16
**considers [1]**   98/20
**consistent [8]**   37/13 38/25
51/21 57/2 88/16 88/17 145/11
150/20
**consolidated [2]**   58/12 141/21
**conspiracy [27]**   11/19 31/17
33/14 44/4 44/5 44/8 44/12
44/22 51/18 52/2 52/3 52/14
55/22 56/2 56/21 61/25 63/19
65/8 69/21 72/3 80/15 86/24
89/7 101/20 107/21 115/6
115/19
**conspire [3]**   17/11 57/10
110/13
**conspired [6]**   31/20 44/14
44/16 52/7 57/6 80/8
**conspiring [2]**   17/4 93/15
**constantly [2]**   22/1 47/9
**constitute [1]**   23/10
**constitution [1]**   117/11
**constitutional [1]**   143/7
**construction [1]**   17/10
**contacts [16]**   135/23 136/3
138/22 141/7 141/8 141/11
141/18 141/19 141/22 142/1
142/2 142/13 142/20 143/4
143/11 145/18
**contains [1]**   157/12
**contemplated [1]**   37/3
**content [1]**   100/10
**context [6]**   39/9 69/19 84/11
85/15 89/23 133/4
**continue [2]**   39/14 75/13
**continued [2]**   2/1 112/18
**continuing [2]**   72/15 73/4
**continuous [1]**   142/2
**contours [1]**   30/8
**contract [4]**   17/12 59/1 59/2
84/4
**contracts [1]**   117/10
**contradict [1]**   126/1
**contrary [1]**   99/8

## C

**control [5]** 75/8 76/23 77/18 86/17 110/3
**controlled [4]** 13/2 76/9 109/19 109/23
**controlling [2]** 18/2 74/22
**controvert [1]** 125/25
**Convention [12]** 131/12 131/14 131/17 131/22 131/25 132/3 133/10 133/13 134/6 145/3 145/13 145/16
**conversation [4]** 42/5 65/9 126/7 128/14
**conversion [4]** 107/25 108/1 113/8 117/1
**convince [1]** 150/2
**cool [2]** 86/6 97/15
**cooperating [3]** 109/20 109/23 110/16
**coordinate [1]** 17/11
**copies [1]** 9/21
**copy [1]** 32/9
**copying [1]** 32/14
**core [2]** 47/9 52/14
**corners [1]** 90/10
**CORP [1]** 1/4
**corporate [3]** 81/22 83/1 83/2
**corporation [4]** 3/3 40/24 108/8 145/1
**correct [22]** 18/17 18/21 19/21 73/10 76/12 76/14 77/6 78/21 78/21 87/4 88/6 91/7 91/22 99/8 99/22 100/16 106/12 106/17 106/20 137/11 145/23 157/10
**corrected [2]** 98/17 154/16
**correction [1]** 98/5
**corrupted [1]** 11/5
**corruption [1]** 11/6
**cost [1]** 103/16
**could [67]** 6/23 9/16 16/22 24/8 25/24 25/24 36/1 36/21 42/23 53/18 55/15 58/1 53/5 63/18 65/16 66/23 67/12 67/12 67/19 68/4 68/10 68/20 73/24 73/25 74/12 74/21 75/24 77/13 77/14 79/2 82/5 82/8 83/11 83/20 84/7 84/24 88/7 92/10 92/11 93/14 93/17 95/8 98/5 99/12 110/20 114/6 115/11 115/22 116/22 121/4 121/15 121/20 122/13 122/17 123/6 123/8 126/5 126/23 128/8 134/17 134/17 140/23 146/21 147/6 152/13 153/3 154/16
**couldn't [13]** 61/9 73/12 74/16 74/19 79/12 84/25 86/1 86/8 92/11 92/13 128/24 136/16 154/9
**counsel [15]** 3/5 9/11 10/16 20/10 32/22 38/13 41/5 57/16 70/13 77/25 89/14 119/24 119/25 122/25 125/7
**count [6]** 107/17 112/8 116/23 120/7 122/16 123/12
**countries [1]** 134/8
**country [6]** 71/4 135/13 139/2 142/4 144/25 145/2
**counts [4]** 120/4 122/13 122/15 123/15
**coup [1]** 73/2
**couple [7]** 53/4 87/8 97/5

119/20 139/13 139/14 139/14
**courage [1]** 169/24
**course [7]** 1/20 55/10 88/14 105/15 112/12 117/7 147/22
**court [118]** 1/1 2/8 2/8 3/1 5/2 5/6 8/16 9/3 9/3 9/8 10/1 10/11 14/16 15/16 15/19 17/14 20/10 20/13 20/13 20/13 20/17 20/23 20/24 21/4 21/6 22/3 22/19 25/22 26/2 26/23 27/2 27/9 27/25 29/25 31/11 31/13 33/5 33/9 33/12 34/2 34/16 34/18 35/11 35/16 35/24 36/2 36/3 38/11 40/17 41/7 41/13 41/15 41/25 42/3 44/9 44/10 44/13 44/21 51/17 52/13 52/19 57/12 58/14 59/13 59/23 60/1 60/9 60/10 69/20 70/23 75/21 81/8 83/22 84/1 84/6 84/10 89/20 90/19 90/19 98/16 98/19 99/9 100/15 101/14 101/22 101/23 103/12 105/25 109/2 111/6 113/5 114/24 116/1 116/3 117/9 117/13 117/16 118/21 119/21 125/1 125/5 131/8 131/8 134/3 139/16 142/24 143/5 143/9 143/17 145/7 151/8 151/10 151/11 153/19 153/22 153/24 157/6 157/9
**Court's [6]** 55/19 60/11 109/14 142/21 145/10 153/1
**courthouse [1]** 17/9
**courts [12]** 20/14 21/2 29/23 56/23 58/25 59/5 107/9 116/3 129/16 129/20 129/24 130/2
**cover [5]** 40/13 40/16 41/1 57/14 69/7
**covered [3]** 40/19 40/23 64/10
**COX [20]** 1/19 3/15 4/6 5/14 42/21 43/2 43/5 44/2 44/5 44/7 44/17 44/24 45/4 45/10 45/19 48/16 51/13 52/18 53/1 104/5
**CPU [4]** 58/17 58/23 109/19 110/3
**CPUs [4]** 74/17 97/10 97/12 97/19
**crack [4]** 124/3 152/16 153/9 153/10
**crazy [1]** 27/6
**create [11]** 12/11 12/20 12/20 13/7 39/16 59/18 59/25 62/21 64/25 82/11 139/16
**created [14]** 12/2 13/6 22/21 59/16 72/21 73/20 76/3 76/7 76/7 76/15 86/4 86/13 97/9 112/20
**creates [2]** 76/24 142/9
**creating [3]** 10/19 13/11 111/7
**criminal [2]** 15/24 16/4
**cross [1]** 121/15
**crucial [1]** 83/23
**Cruises [1]** 105/6
**cryptocurrencies [6]** 21/20 39/15 53/22 94/12 95/1 95/2
**cryptocurrency [24]** 6/9 8/24 10/21 19/7 22/1 22/4 24/5 36/12 40/6 54/24 56/15 56/20 57/5 74/16 74/18 76/8 85/7 94/16 94/25 105/24 107/7 110/25 112/20 156/2

**crystalize [1]** 151/13
**Cuban [1]** 131/9
**cure [1]** 103/18
**curious [1]** 143/13
**currencies [11]** 19/12 47/10 61/14 62/11 64/4 64/23 65/6 66/12 68/13 68/20 85/8
**currency [28]** 13/2 18/15 18/16 43/18 45/23 47/9 50/17 50/20 61/1 63/5 63/22 65/5 67/16 67/18 68/2 68/8 68/9 68/18 69/3 92/15 93/22 93/22 93/24 93/24 94/3 94/3 94/18 110/23
**current [4]** 122/24 137/14 145/21 147/4
**currently [1]** 146/20
**curve [2]** 6/11 10/23
**customer [1]** 62/24
**customers [10]** 62/22 63/3 63/7 66/25 67/1 67/11 67/15 68/3 68/7 88/3
**cv [1]** 1/2

## D

**d/b/a [1]** 2/3
**damages [2]** 66/9 105/16
**dangerous [1]** 69/19
**dangers [1]** 67/25
**dark [1]** 118/10
**data [1]** 110/21
**date [5]** 47/23 48/18 49/6 49/21 50/4
**David [1]** 13/22
**day [15]** 2/5 4/20 13/21 82/18 84/16 88/22 89/9 89/10 90/24 96/5 115/13 150/21 153/15 157/9 157/15
**days [5]** 71/11 124/18 125/11 125/12 148/6
**DC [1]** 1/21
**de [1]** 73/2
**deadline [1]** 124/21
**deal [3]** 30/20 38/5 122/8
**dealer [1]** 26/21
**dealers [1]** 29/7
**dealing [3]** 29/19 90/9 116/1
**dealt [1]** 30/19
**debate [3]** 50/16 76/5 127/3
**decentralized [4]** 10/19 10/21 11/3 76/10
**decide [8]** 27/8 46/24 47/23 59/14 71/4 78/17 81/3 114/7
**decided [8]** 22/4 38/6 38/19 50/13 50/22 107/9 131/7 146/21
**decider [1]** 46/3
**decides [5]** 38/6 46/18 47/12 47/14 48/2
**decision [16]** 27/3 34/23 38/1 38/2 50/6 67/14 83/24 124/23 124/25 127/19 134/16 136/15 136/15 140/6 140/7 142/19
**decisions [3]** 63/10 71/7 71/9
**deck [2]** 9/8 10/3
**declaration [1]** 87/13
**deemed [1]** 68/9
**deep [5]** 43/13 90/23 97/25 104/3 118/5
**defendant [32]** 1/8 5/10 5/12 5/17 44/11 44/11 44/15 44/15 47/21 52/16 81/11 106/22

**D**

**defendant... [20]** 106/22
106/24 106/24 107/14 111/19
112/1 112/1 112/4 112/24
116/25 125/18 131/9 131/13
136/12 138/9 140/2 141/3
141/15 142/3 143/16

**Defendant's [7]** 34/20 99/16
117/21 141/18 145/16 147/11
153/1

**defendant-by-defendant [1]**
44/11

**defendants [70]** 1/19 2/2 2/5
3/15 3/24 4/20 4/22 6/21 7/14
8/4 11/24 26/8 41/23 42/10
42/21 44/14 44/14 69/18 70/24
83/15 93/12 93/15 93/19 95/21
97/23 100/7 103/16 104/5
106/5 106/6 106/6 107/5 107/9
107/16 108/7 108/8 108/14
109/10 109/23 111/18 112/3
112/5 112/6 112/13 112/15
113/9 113/25 114/2 114/13
115/8 116/23 117/24 118/10
124/18 124/19 125/13 125/22
125/23 128/16 136/7 138/7
140/7 141/12 146/9 146/19
147/20 147/21 150/18 150/24
153/8

**Defendants' [2]** 118/11 127/7

**Defense [9]** 57/14 69/7 77/25
78/23 89/14 90/8 104/10 119/8
119/25

**deficiencies [2]** 151/24 153/24

**deficient [1]** 31/11

**define [7]** 23/23 24/23 25/6
25/19 110/9 110/11 114/16

**defined [3]** 28/22 112/3
112/12

**definitely [2]** 70/5 122/16

**definition [1]** 94/2

**degrees [1]** 100/24

**delay [3]** 118/14 124/18 125/4

**delisted [5]** 62/6 67/19 91/19
91/21 91/23

**Delta [2]** 83/19 101/18

**Delta-AirTran [2]** 83/19 101/18

**demonstrate [1]** 69/21

**demonstrated [1]** 85/13

**demonstrating [1]** 146/14

**denied [1]** 155/7

**denies [1]** 101/21

**deny [3]** 57/1 117/21 155/3

**denying [1]** 123/3

**Department [1]** 16/25

**departs [1]** 71/19

**dependent [1]** 80/16

**depending [1]** 143/23

**depends [2]** 64/4 141/24

**depicting [1]** 11/14

**deprive [1]** 108/4

**depth [2]** 122/23 123/23

**derivative [1]** 107/18

**derived [1]** 107/12

**derives [1]** 79/13

**describe [2]** 13/10 58/6

**described [1]** 95/5

**designed [2]** 77/3 101/7

**desk [1]** 119/18

**detail [1]** 140/14

**detailed [1]** 118/5

**determination [1]** 39/1

**determine [4]** 12/6 46/5 46/6
116/13 116/14 142/25 151/16

**determined [1]** 45/23

**developed [2]** 48/17 89/4

**developer [6]** 45/15 77/8
77/12 77/13 89/24 97/22

**developers [17]** 43/3 45/7
45/11 45/24 45/25 47/18 48/12
48/12 51/23 64/13 73/3 77/10
77/14 78/12 80/10 88/20 89/1

**developing [2]** 45/11 76/21

**development [3]** 62/15 65/2
141/22

**device [1]** 43/19

**dicey [1]** 128/7

**did [39]** 4/7 6/4 8/16 10/2
10/8 14/6 15/21 21/4 21/16
31/22 35/21 36/5 40/14 44/11
47/1 55/25 60/19 60/21 62/4
62/4 62/5 74/25 90/4 91/8
98/11 111/5 111/25 122/11
127/2 127/24 128/24 130/7
131/17 134/19 134/21 135/23
141/1 141/5 154/18

**didn't [24]** 7/1 13/23 14/14
18/9 19/22 36/13 60/16 67/6
73/24 75/10 77/25 90/3 92/1
93/13 93/17 111/20 112/21
130/25 139/18 140/24 144/2
151/1 154/6 155/14

**difference [1]** 90/15

**different [42]** 35/5 35/6 46/4
47/4 48/8 48/9 49/23 50/1
50/11 51/4 52/3 52/6 53/21
59/11 60/7 61/5 61/8 61/9
62/19 65/23 68/6 68/24 69/2
70/1 72/16 75/17 78/3 80/5
80/6 80/20 81/14 81/18 81/21
82/4 82/5 85/7 94/24 95/1
95/2 134/5 149/22 154/13

**differently [4]** 63/14 63/15
124/12 146/3

**dig [1]** 14/3

**digital [13]** 47/9 47/10 62/11
63/5 63/22 64/4 64/23 68/2
68/8 68/8 68/18 68/20 69/3

**digress [2]** 26/16 86/3

**diminution [7]** 30/12 32/16
37/13 99/14 99/19 101/13
105/24

**dinosaur [1]** 9/25

**direct [6]** 34/19 55/22 71/16
107/13 107/15 109/12

**directed [1]** 137/21

**directly [2]** 107/13 107/15

**directors [1]** 83/3

**disagree [2]** 128/18 129/16

**disappear [1]** 92/1

**disclosure [1]** 67/5

**discourage [1]** 66/18

**discouraging [1]** 66/16

**discovery [6]** 5/10 6/1 120/25
127/10 127/14 155/1

**discretion [1]** 125/2

**discussed [2]** 96/10 116/20

**discusses [1]** 83/16

**discussing [3]** 110/2 147/18
148/25

**discussion [11]** 6/8 74/10
87/15 96/1 96/14 120/24
122/25 123/1 123/23 128/8
145/19

**discussions [1]** 15/16

**dismiss [42]** 5/9 5/11 5/12
5/24 6/9 20/3 22/9 66/16
101/21 103/13 112/16 113/22
116/10 117/22 118/19 119/4
120/6 120/19 121/2 121/11
121/14 122/24 123/3 125/17
125/23 126/11 133/20 146/21
147/4 147/9 147/11 147/22
148/17 148/23 149/5 149/9
149/14 150/7 150/9 153/16
154/25 155/5

**dismissal [23]** 23/5 28/16
29/19 96/16 114/3 120/1 120/1
120/11 121/21 122/4 122/11
123/11 123/11 123/14 123/21
146/10 149/10 150/19 152/11
152/13 152/15 153/13 154/14

**dismissed [9]** 27/22 41/14
82/19 84/6 101/16 124/20
147/14 153/20 154/19

**dismissing [2]** 29/22 149/3

**disown [1]** 40/9

**disparate [1]** 52/6

**dispose [1]** 7/22

**dispositive [2]** 105/9 121/2

**dispute [7]** 38/20 40/24 41/1
50/24 65/7 127/8 127/9

**disregard [1]** 139/8

**distinct [1]** 39/16

**distinguish [2]** 57/24 83/17

**district [12]** 1/1 1/1 2/8
44/10 129/4 129/6 136/8
136/13 141/2 157/3 157/6
157/7

**dive [1]** 75/3

**diversity [4]** 18/13 30/14
35/13 132/18

**divine [1]** 84/8

**division [4]** 1/2 11/2 100/17
131/8

**do [132]** 6/23 8/6 9/21 10/4
11/5 11/21 11/21 13/20 15/1
15/3 16/19 17/21 17/21 17/22
18/3 18/11 20/4 20/4 21/24
22/3 22/25 24/1 24/9 24/10
24/11 25/17 31/5 31/10 31/10
33/17 33/19 40/11 43/1 43/10
43/24 44/1 45/6 45/14 45/19
46/12 48/21 48/22 48/24 51/5
51/22 52/1 53/1 53/1 53/14
54/5 55/7 58/14 59/6 59/22
60/24 61/25 62/16 64/13 64/25
67/1 68/13 69/19 75/2 75/23
80/22 81/9 81/14 82/2 85/10
85/22 86/11 86/12 86/18 87/20
90/23 90/25 92/17 92/23 93/7
95/22 98/25 101/8 101/24
102/3 102/21 104/15 106/1
107/1 107/18 109/6 111/21
113/10 114/4 115/4 115/10
115/19 117/18 117/19 118/9
119/6 120/17 120/18 121/4
121/5 121/10 122/17 122/18
123/7 123/8 123/24 124/13
126/11 133/21 134/4 136/1
136/8 138/22 139/18 140/23
142/6 146/7 146/8 147/16
149/7 150/4 152/1 152/3
152/17 155/2 155/11 155/18
157/7

**do whom [1]** 31/10

**doable [1]** 96/25

**docket [12]** 5/11 5/11 5/12

**D**

**docket...** **[9]** 5/13 5/15 5/17
5/21 5/25 90/17 121/7 124/2
148/24
**doctor** **[1]** 35/6
**doctrine** **[1]** 122/13
**document** **[1]** 59/18
**documents** **[1]** 81/25
**does** **[35]** 10/16 12/9 18/5
24/25 25/3 36/2 36/20 36/25
37/6 39/21 57/14 62/3 62/24
67/4 69/7 75/22 75/23 79/4
82/20 89/2 91/16 92/20 97/1
98/13 110/9 110/11 121/17
121/18 125/21 130/18 131/13
131/16 139/6 144/22 150/20
**doesn't** **[30]** 13/7 35/24 36/22
36/23 38/8 40/11 45/17 55/2
55/22 57/1 57/12 67/1 75/4
76/6 87/17 87/18 93/8 95/9
102/21 120/7 136/3 137/15
138/15 139/16 139/22 140/2
144/21 151/11 153/6 153/25
**doing** **[20]** 4/16 10/22 12/14
13/4 47/11 47/14 52/6 57/20
59/3 68/15 70/25 84/19 91/12
92/8 111/4 122/7 129/6 131/23
131/23 151/22
**dokey** **[1]** 4/10
**dollar** **[1]** 94/1
**dollars** **[7]** 24/9 93/23 94/2
95/7 95/8 95/9 95/10
**dome** **[6]** 86/3 97/9 97/10
97/12 99/20 108/9
**domes** **[1]** 86/4
**dominance** **[1]** 50/10
**dominant** **[4]** 50/7 79/22 86/17
93/16
**dominate** **[1]** 74/10
**dominating** **[1]** 74/23
**dominion** **[3]** 108/3 108/6
113/8
**don't** **[134]** 6/15 6/20 6/21
8/24 9/14 15/20 16/7 16/8
18/18 21/12 24/2 27/3 27/23
28/4 30/20 31/3 33/18 33/20
33/20 34/5 34/13 35/22 37/14
38/10 38/11 40/19 40/20 44/23
45/9 50/9 52/5 53/11 54/1
54/21 54/22 56/6 56/20 57/9
59/1 61/17 61/20 61/23 61/23
61/24 63/10 63/17 65/8 65/9
66/17 67/8 79/7 81/2 81/16
81/19 81/24 81/24 83/13 84/22
85/4 85/6 85/10 91/18 91/20
91/25 94/14 95/2 95/22 95/22
96/22 98/15 99/9 100/2 100/6
105/4 112/14 112/24 113/3
113/18 113/25 114/2 114/8
114/14 114/15 114/18 114/19
114/22 114/24 115/4 115/18
115/25 116/5 116/12 116/12
116/13 117/1 121/1 121/4
121/4 122/19 123/19 123/21
125/3 125/11 126/12 126/23
127/5 127/15 128/5 131/6
131/20 132/14 132/15 132/24
134/19 136/1 136/5 136/12
138/24 140/20 141/7 141/7
142/8 144/3 148/5 149/12
149/20 149/23 150/4 151/16
152/17 153/15 155/23 156/6

156/8
**front** **[4]** 11/20 31/15 92/10
63/14 65/14 98/5 103/23 118/4
132/8 133/25 135/23 144/22
**door** **[1]** 96/12
**dormant** **[1]** 75/14
**double** **[2]** 43/18 110/23
**doubt** **[1]** 125/9
**Douglas** **[1]** 26/19
**down** **[34]** 3/10 5/5 8/6 14/1
18/24 28/1 29/6 29/13 33/11
34/3 35/17 35/24 39/20 40/16
41/10 53/25 54/21 70/9 73/22
75/11 75/16 80/10 88/22 98/24
102/6 102/9 118/4 119/12
122/1 127/18 136/14 137/6
144/11 150/12
**download** **[2]** 76/22 76/22
**downstream** **[1]** 149/25
**draft** **[1]** 148/10
**draw** **[2]** 102/16 109/14
**drawing** **[1]** 130/17
**drill** **[1]** 118/4
**drinking** **[1]** 90/24
**drive** **[1]** 23/14
**drop** **[2]** 118/21 140/8
**due** **[2]** 10/15 141/19
**duplicated** **[1]** 111/1
**during** **[5]** 50/18 56/12 57/1
78/22 89/13
**duty** **[27]** 44/9 44/20 61/24
62/25 63/6 66/24 67/4 67/4
67/5 67/6 83/20 84/2 84/4
84/6 101/18 101/19 105/15
105/17 105/18 105/19 109/6
109/10 110/8 111/13 111/16
111/18 116/21
**duty-free** **[1]** 84/4
**dynamic** **[1]** 22/1
**dynamite** **[1]** 71/24

**E**

**each** **[18]** 6/5 32/8 32/14
52/16 61/5 63/21 72/17 77/24
78/1 81/11 85/7 93/24 94/13
95/3 100/4 110/18 125/18
138/9
**earlier** **[5]** 20/21 47/8 68/12
98/15 99/8
**east** **[1]** 16/2
**easy** **[5]** 106/13 118/8 134/10
147/2 156/9
**eat** **[1]** 71/8
**echo** **[1]** 20/1
**economic** **[10]** 21/7 22/23
63/18 64/1 66/22 105/21
105/23 106/8 111/16 111/19
**economically** **[1]** 86/7
**economists** **[2]** 25/17 25/21
**edge** **[1]** 72/5
**educated** **[1]** 74/16
**effect** **[1]** 145/11
**effected** **[1]** 131/11
**effectively** **[2]** 53/8 53/8
**effects** **[1]** 29/4
**efficiency** **[1]** 122/9
**efficient** **[5]** 6/25 8/18 86/7
86/8 122/7
**effort** **[6]** 43/25 73/2 101/3
110/5 152/8 153/8
**efforts** **[1]** 112/19
**eight** **[1]** 59/17
**Eighth** **[1]** 33/4

either **[12]** 11/16 20/10 32/25
126/12 134/18 153/5 156/8
**electronic** **[1]** 62/22
**element** **[11]** 11/4 25/1 27/13
28/3 31/8 43/1 81/1 105/8
106/21 108/17 116/21
**elements** **[8]** 23/1 23/2 23/20
27/20 27/21 103/10 105/14
108/1
**Eleventh** **[13]** 21/9 23/4 30/4
33/12 33/15 40/8 107/19
124/23 125/1 125/4 141/21
141/24 142/18
**eliminates** **[1]** 17/3
**else** **[18]** 7/9 10/23 21/24
22/3 44/19 51/15 51/15 51/16
60/22 61/9 62/21 96/6 104/1
104/5 113/17 122/18 142/15
142/16
**emerged** **[5]** 18/8 36/8 39/25
47/8 50/12
**emphasis** **[1]** 28/3
**en** **[2]** 33/12 36/3
**enable** **[1]** 43/18
**end** **[14]** 18/22 41/20 68/10
71/6 72/4 72/13 73/3 96/10
103/2 116/3 126/5 133/20
150/6 155/10
**endlessly** **[1]** 152/17
**endorsing** **[2]** 61/1 133/11
**ends** **[1]** 135/5
**energy** **[2]** 64/20 152/8
**enforce** **[2]** 59/2 75/22
**enforceable** **[2]** 36/24 117/9
**enforces** **[1]** 117/13
**engaged** **[3]** 28/23 84/3 87/14
**engineer** **[1]** 90/17
**engineers** **[1]** 72/6
**England** **[1]** 132/5
**enjoyed** **[1]** 40/1
**enjoying** **[2]** 40/2 57/4
**enjoyment** **[1]** 6/23
**enormous** **[1]** 131/15
**enough** **[15]** 20/18 30/7 31/16
33/7 80/19 81/1 81/22 83/8
113/4 114/10 115/12 115/25
125/18 150/15 150/15
**enriched** **[1]** 14/24
**enriching** **[1]** 13/8
**enrichment** **[6]** 106/19 106/21
107/10 111/25 112/6 116/22
**enter** **[5]** 117/6 121/20 121/21
147/6 151/23
**entered** **[1]** 81/11
**entering** **[1]** 149/3
**Enterprises** **[1]** 130/10
**enters** **[1]** 146/22
**entire** **[4]** 7/22 44/19 58/7
80/1
**entirely** **[5]** 51/21 53/12 57/2
107/17 131/19
**entities** **[13]** 57/9 70/1 81/14
81/14 81/18 81/22 82/4 82/6
87/9 112/17 114/17 125/8
131/9
**entitled** **[2]** 48/4 123/14
**entity** **[4]** 56/6 83/1 87/9
105/19
**entries** **[2]** 5/25 148/24
**entry** **[10]** 5/11 5/11 5/12
5/13 5/15 5/17 5/21 26/1
90/17 121/7

# E

environment [3]  61/22 66/16
 70/25
envisioning [1]  74/8
equal [1]  153/5
equipoise [1]  32/13
Equitable [1]  106/10
equities [1]  63/21
especially [1]  106/6
ESQ [7]  1/13 1/16 1/19 1/20
 1/22 2/2 2/5
essence [3]  10/20 12/16 27/17
essential [4]  26/8 26/12
 27/13 28/3
essentially [20]  10/14 43/14
 43/19 45/20 49/8 57/24 58/6
 58/24 58/24 59/23 60/5 60/13
 61/3 61/4 68/7 83/4 106/1
 107/18 136/20 147/8
establish [5]  81/19 116/14
 125/19 139/22 139/25
established [1]  15/9
establishing [2]  137/15 137/17
Estee [1]  84/2
estoppel [1]  106/10
et [8]  1/7 3/4 6/9 49/25
 69/17 76/6 76/17 85/9
Ethereum [2]  94/20 94/22
evaluate [1]  26/1
even [41]  14/14 16/21 18/9
 18/10 18/11 21/21 32/17 32/19
 32/24 36/16 53/21 54/12 59/1
 59/19 62/9 62/18 62/25 63/18
 65/9 65/12 65/18 67/6 68/25
 70/7 76/2 81/14 83/8 115/18
 118/13 122/3 125/2 127/12
 136/2 136/19 136/25 137/12
 137/15 138/22 138/25 145/13
 147/1
events [1]  136/10
ever [2]  62/1 63/1
every [6]  13/7 46/15 46/22
 67/20 67/20 112/4
everybody [11]  50/18 59/3
 86/15 96/20 119/5 122/7
 125/16 148/18 150/7 150/20
 152/9
everyone [9]  50/8 75/8 76/25
 77/4 77/21 78/15 110/15 122/8
 146/19
everything [5]  33/7 58/8 68/11
 68/25 69/14
evidence [4]  55/22 56/2 59/20
 126/3
evidences [1]  98/3
evident [1]  112/22
evidentiary [3]  44/7 56/11
 56/16
evinces [1]  55/24
evolving [2]  18/9 22/1
exact [2]  29/20 105/6
exactly [10]  20/25 25/10
 25/11 39/17 41/17 44/10 58/14
 80/23 90/2 93/10
example [16]  13/1 15/25 16/1
 16/5 17/7 20/19 61/7 65/22
 67/9 69/22 93/25 129/1 144/5
 144/13 153/2 153/24
examples [1]  101/22
exchange [33]  9/17 19/8 45/7
 45/14 56/15 56/20 57/24 61/1
 61/4 61/12 61/12 61/19 62/2

 62/13 62/20 63/8 63/24 64/2
 67/13 67/20 67/23 73/25 76/24
 67/9 67/11 76/20 77/8 80/11
 89/15 94/16 95/8 97/24 122/23
exchange's [1]  61/11
exchanges [10]  40/6 63/20
 63/20 66/11 67/21 67/21 68/6
 91/1 91/24 92/1
exclude [1]  33/22
excluding [1]  61/1
excuse [3]  60/20 124/18 131/6
executive [1]  57/25
exercise [3]  14/18 16/23
 103/15
exercised [1]  39/7
Exhibit [1]  37/10
exist [2]  14/22 19/1
existed [3]  47/19 49/11 66/7
existence [4]  44/12 56/9
 56/21 77/3
existing [3]  69/21 146/20
 148/23
exists [1]  62/21
expand [1]  42/25
expanding [1]  145/10
expansive [1]  8/18
expect [3]  6/15 102/23 118/18
expectation [1]  117/9
expense [1]  41/20
experience [2]  21/1 21/12
experiment [1]  41/3
expert [3]  8/24 10/22 76/1
explain [8]  33/7 43/9 56/20
 61/21 115/22 116/4 124/14
 133/6
explained [2]  115/24 136/20
explaining [3]  75/25 115/21
 140/24
explanation [1]  63/12
explanatory [1]  110/12
exploration [1]  66/1
express [7]  28/1 58/16 59/6
 59/11 59/21 60/2 83/25
expressed [1]  21/6
expressing [2]  58/17 124/2
expression [1]  36/11
extend [2]  125/2 144/17
extended [1]  44/11
extending [1]  58/18
extent [2]  117/8 152/19
Exxon [8]  32/7 61/5 61/6 61/8
 62/21 64/20 65/22 65/23
Exxon's [1]  61/7
Eye [1]  1/20

# F

F.3d [3]  30/3 30/9 35/18
fabulous [2]  98/19 118/5
face [3]  31/9 102/22 105/7
Facebook [1]  68/23
facie [7]  125/19 126/4 127/3
 127/6 127/11 127/19 137/18
fact [31]  14/13 14/20 15/24
 21/21 22/29 29/18 29/19 46/10
 54/20 55/2 55/6 57/8 60/24
 68/21 69/22 85/2 85/23 88/14
 89/7 89/8 89/9 89/16 89/19
 105/19 107/17 119/11 123/22
 125/8 132/5 136/3 145/12
fact-intensive [1]  29/18
factor [1]  33/21 85/3 115/11
factors [4]  45/1 56/3 115/9
 125/5

 facts [51]  16/13 23/3 23/5
 28/25 29/23 29/25 30/5 31/15
 31/21 31/22 31/23 33/1 33/13
 33/17 33/21 34/13 35/8 35/19
 40/20 44/7 44/12 44/16 45/1
 51/14 51/16 52/16 56/8 56/11
 56/16 56/21 81/10 82/11 82/11
 82/14 85/18 88/13 91/4 92/23
 92/24 103/11 111/14 113/10
 114/18 115/7 116/14 117/2
factual [4]  10/10 31/16 33/7
 38/13
fail [3]  7/19 35/8 98/25
failed [3]  20/6 32/18 35/15
fails [2]  9/5 31/9
failure [6]  23/5 29/23 30/4
 108/15 116/20 152/12
fair [5]  51/9 113/4 115/24
 150/14 150/15
fairly [1]  152/12
fall [3]  55/20 67/17 67/19
familiar [3]  76/19 99/2
 124/24
famous [3]  21/5 22/18 34/17
fan [1]  156/2
fancy [2]  22/15 25/21
fancy-sounding [1]  22/15
Fantastic [1]  20/20
far [9]  10/23 60/10 62/17
 100/19 115/25 142/9 149/19
 149/19 149/25
fashion [6]  56/4 76/10 82/13
 88/18 92/5 93/5
fast [3]  98/20 100/9 118/9
faster [3]  7/5 119/2 148/5
fastest [1]  146/18
fatal [5]  30/5 30/18 39/19
 40/18 40/18
fatally [1]  33/20
feature [1]  53/13
February [1]  157/15
federal [14]  7/19 11/12 13/2
 14/10 14/15 17/9 22/5 56/23
 58/25 132/17 141/15 142/22
 142/24 143/8
feedback [1]  123/1
feel [7]  8/19 15/3 111/20
 114/8 137/23 144/9 150/20
feeling [2]  116/2 155/24
feels [3]  109/2 119/16 124/12
fees [1]  66/20
feet [4]  14/6 17/23 27/18
 37/9
fell [1]  18/19
felony [1]  15/24
felt [1]  148/2
few [17]  24/22 26/15 27/25
 57/23 68/19 71/10 71/11 74/17
 95/23 100/3 118/14 119/20
 124/18 125/11 125/12 133/18
 148/6
Fidelity [1]  24/11
fidely [1]  110/21
fiduciary [1]  67/4
field [1]  91/16
Fifth [1]  143/8
figure [1]  142/6
figured [1]  103/25
figuring [1]  149/25
file [7]  121/4 121/6 154/22
 155/9 155/12 155/20 156/5
filed [4]  62/5 62/10 81/18

# F

filed... [1] 125/25
filing [1] 144/7
final [6] 40/12 41/1 75/10 89/8 89/19 108/1
Finally [1] 103/2
financial [1] 24/4
find [9] 16/18 39/6 49/15 66/3 72/5 124/2 124/16 129/7 146/1
finding [1] 142/1
fine [5] 38/12 120/12 150/23 151/9 154/11
fine-tooth [1] 154/11
finish [2] 95/24 124/8
Fiore [2] 139/11 139/12
firm [4] 24/25 25/22 27/12 31/2
firms [4] 30/24 32/1 32/3 32/12
first [48] 10/8 10/8 11/14 15/1 15/3 15/10 15/15 17/6 19/17 19/23 20/12 21/19 21/20 21/24 22/16 22/22 25/6 30/20 30/21 31/7 34/14 45/16 47/9 52/3 58/25 73/21 74/7 76/7 78/24 83/22 89/9 92/19 100/14 100/25 114/25 120/4 122/15 122/17 124/3 124/16 128/3 129/9 129/10 135/10 136/24 146/1 151/7 153/9
fit [1] 92/23
five [1] 90/19
fix [1] 151/20
fixing [6] 15/21 16/9 16/10 16/13 21/13 26/20
flat [1] 55/20
fleshed [1] 20/16
flight [1] 7/2
flip [1] 131/6
floor [2] 1/17 15/23
FLORIDA [27] 1/1 1/15 1/17 1/23 2/3 2/6 2/9 105/20 111/12 127/1 128/4 128/13 129/2 133/4 133/9 139/12 140/1 140/1 141/7 141/9 141/12 143/21 145/18 157/3 157/7 157/15 157/19
Florida's [1] 141/4
flow [1] 34/18
flowing [1] 34/14
flows [2] 8/9 58/8
flsd.uscourts.gov [2] 2/10 157/20
fluid [1] 151/22
fly [1] 122/8
focus [2] 109/6 126/21
focused [2] 99/16 140/21
focusing [1] 154/17
fog [2] 15/8 17/16
folks [1] 48/24
follow [7] 38/23 49/1 50/8 51/1 51/9 59/20 132/7
followed [1] 72/8
following [5] 28/19 28/23 29/8 58/15 119/25
followings [1] 48/25
follows [1] 28/22
font [1] 109/17
footnote [1] 140/25
force [1] 73/2
forced [3] 39/16 51/6 151/17

forcing [1] 151/13
Trent [36] 1:18-cv-25106-KMW
foreclosed [3] 92/3 92/4 92/8
foreclosing [3] 150/16 150/17 151/21
foregoing [1] 157/10
foreign [4] 131/9 131/13 144/25 145/2
foresee [2] 127/13 127/14
foreseeable [2] 111/13 111/14
foreseen [1] 152/14
forget [2] 45/9 152/21
forgotten [1] 150/14
fork [35] 11/17 14/5 18/8 18/9 18/16 19/16 19/20 30/16 36/8 37/2 40/3 43/8 46/6 47/1 47/6 47/8 47/20 49/7 49/11 50/4 50/18 54/20 54/24 55/1 56/12 57/1 62/10 67/10 67/12 72/20 73/13 91/17 92/2 105/25 115/17
forks [6] 14/22 14/23 36/9 47/3 53/16 53/21
form [4] 69/19 155/12 155/14 155/15
formal [3] 132/4 135/16 152/1
formality [1] 133/24
formalized [1] 134/11
formation [1] 76/18
former [1] 56/24
forms [2] 17/1 73/6
Fort [3] 11/1 12/24 12/25
forth [4] 60/2 94/2 117/9 151/23
forum [7] 127/1 128/11 128/13 141/23 142/3 142/20 143/21
forward [22] 38/23 39/2 39/15 48/14 48/23 50/8 50/18 51/2 54/4 54/14 54/18 54/21 57/5 91/9 92/8 92/16 96/8 96/18 109/1 128/3 146/9 146/10
foster [1] 111/5
found [3] 84/6 109/15 141/3
founded [1] 87/1
founder [2] 43/3 76/15
founder's [1] 89/11
four [18] 4/20 4/20 56/7 81/13 90/9 105/14 112/12 120/2 120/12 120/13 121/22 122/5 122/12 147/5 147/7 147/16 147/25 149/6
Fourteenth [1] 143/9
fourth [2] 18/24 34/4
fraction [1] 32/8
frame [1] 127/7
framed [1] 127/9
framework [1] 125/16
fraud [1] 104/24
fraudulent [1] 111/2
free [14] 15/3 44/9 44/20 83/21 84/2 84/4 84/7 100/17 101/19 101/19 102/25 103/9 149/16 150/7
friend [4] 56/14 56/17 56/18 89/12
friends [1] 5/1
front [3] 42/18 105/14 108/16
fruit [2] 114/10 154/15
fugitive [1] 83/5
full [1] 76/23
fully [2] 6/15 118/18
fund [1] 24/5
funny [2] 116/2 121/25

further [4] 22/9 53/24 130/18
future [4] 53/20 55/6 91/3 91/5
futures [4] 63/22 67/20 68/15 68/16

# G

gallery [1] 16/7
gas [2] 32/6 32/7
gate [2] 32/17 32/18
gather [1] 51/3
gave [7] 41/5 61/5 61/6 61/16 63/2 91/3 152/24
general [29] 15/21 16/1 24/12 26/21 28/18 28/23 29/6 128/18 131/7 131/15 132/9 133/7 133/11 135/10 136/19 136/19 138/4 138/23 139/3 139/8 140/9 140/16 140/16 140/25 141/2 141/5 141/25 141/25 142/2
generalists [1] 116/1
generally [1] 115/23
generate [1] 109/20
generates [2] 48/8 48/9
generic [1] 70/8
genius [1] 9/18
gentleman's [2] 79/11 79/18
geographic [7] 23/20 24/24 27/16 28/8 28/21 30/9 116/9
George [1] 149/22
Georgia [4] 101/22 139/14 139/17 139/23
get [53] 6/8 20/21 23/8 27/23 28/7 29/13 29/16 34/5 41/11 42/18 46/24 71/5 74/17 94/20 95/6 98/16 109/16 111/10 114/1 117/22 118/6 118/18 119/18 120/21 121/16 127/5 127/10 127/12 128/3 128/12 128/21 128/22 129/25 132/7 134/2 134/13 135/3 135/9 136/1 136/16 137/11 138/4 139/9 141/6 143/12 147/1 147/3 148/4 148/6 151/5 151/14 151/20 153/16
gets [9] 14/14 20/17 61/10 93/10 93/21 101/19 131/5 135/2 143/15
getting [9] 5/5 8/7 29/22 62/1 71/9 77/24 88/12 151/19 153/7
giant [1] 81/20
Gibson [1] 31/14
give [20] 3/5 8/17 39/22 41/15 45/1 65/12 94/19 103/24 104/14 114/6 120/25 128/7 141/9 142/9 144/21 145/5 147/23 150/11 150/14 152/15
given [5] 122/14 124/21 127/4 137/13 149/18
gives [5] 5/19 111/18 125/1 143/14 145/6
giving [6] 34/11 51/17 65/5 68/3 113/2 114/20
glad [1] 8/5
glasses [1] 109/16
glossary [2] 40/14 40/15
go [82] 6/19 7/4 7/5 10/8 12/6 13/20 14/4 14/17 15/4 15/13 16/6 16/8 17/14 17/21 17/21 17/22 19/16 22/8 22/8

**G**

**go... [63]**   25/12 26/22 27/19
27/19 28/11 28/17 30/12 31/7
32/16 33/23 34/6 36/13 37/8
38/24 42/6 43/23 44/1 44/15
48/23 49/15 50/14 50/15 51/12
58/1 60/16 66/4 69/1 71/5
71/8 71/10 71/10 71/18 71/24
71/25 72/5 72/11 73/15 74/17
77/18 93/8 96/8 96/18 99/10
100/7 102/23 104/4 108/16
119/18 119/21 120/13 125/15
127/16 130/12 130/12 130/18
134/1 134/7 136/25 138/13
146/5 147/8 151/12 151/25
**go now [1]**   28/11
**Go-Video [2]**   130/12 130/12
**goal [2]**   52/8 52/11
**goes [13]**   19/25 62/17 69/17
86/2 93/9 105/8 111/8 117/7
121/16 134/25 134/25 135/4
135/13
**going [132]**   3/9 5/5 6/8 7/8
7/13 8/22 9/3 10/5 11/9 11/16
11/20 11/20 14/4 14/9 14/16
15/6 15/12 15/13 18/2 18/3
20/5 27/8 33/10 33/23 34/23
37/22 37/23 37/25 37/25 38/1
38/6 38/23 39/2 39/14 39/15
41/22 42/24 43/15 46/4 46/6
47/13 48/13 49/9 50/8 50/18
51/1 51/8 54/4 54/14 54/18
54/21 57/4 57/5 59/17 59/18
59/22 60/4 70/23 72/8 72/10
72/19 73/15 73/16 73/23 74/8
76/9 76/10 80/12 90/22 90/22
90/23 91/9 92/8 92/15 92/16
95/16 96/8 96/15 96/17 99/10
100/9 100/10 102/18 104/14
104/14 104/19 104/20 111/25
114/6 114/19 114/23 116/2
117/20 117/20 118/6 118/20
118/21 118/22 119/4 119/11
121/5 122/16 124/13 124/13
126/7 126/22 128/2 128/3
130/17 134/4 134/10 134/10
134/22 134/23 135/6 137/14
137/24 138/4 138/24 144/1
144/24 145/19 148/16 149/21
150/1 150/17 153/16 154/1
154/22 155/3 155/9 155/12
**gold [2]**   39/6 71/5
**gone [3]**   19/17 27/21 104/3
**good [28]**   3/7 3/14 3/18 4/1
4/11 4/19 7/15 8/5 10/16 12/9
35/18 37/17 48/3 48/6 57/19
95/17 96/19 98/22 113/20
115/25 117/12 118/23 119/9
119/16 125/3 125/4 144/8
147/19
**got [17]**   9/8 14/21 17/15
18/11 29/20 31/14 32/6 52/6
57/8 61/19 71/3 71/15 71/17
89/1 122/14 134/4 151/18
**gotten [4]**   82/7 127/7 136/17
136/24
**govern [1]**   48/13
**governance [1]**   83/2
**government [2]**   17/8 135/13
**grace [1]**   73/3
**grant [2]**   103/12 103/13
**granting [7]**   101/23 147/11

148/17 149/4 149/5 149/14
149/19
**grants [1]**   48/9
**grasp [2]**   67/15 6/17
**gravamen [1]**   44/24
**great [7]**   7/5 20/3 24/13 33/4
84/25 85/1 119/6
**greater [1]**   30/14
**green [3]**   11/17 14/21 14/22
**greenhouse [3]**   86/7 97/14
97/17
**ground [4]**   39/14 97/16 134/1
134/16
**grounded [1]**   40/7
**groundwork [1]**   8/9
**groundworks [1]**   39/10
**group [5]**   71/12 71/15 78/16
93/13 93/15
**groups [1]**   74/1
**gruesome [1]**   29/12
**GSA [1]**   17/8
**guess [11]**   54/4 54/5 77/11
99/10 110/19 121/20 126/24
146/19 147/10 154/10 154/17
**guessing [2]**   118/19 148/8
**guidance [2]**   109/1 113/5
**guilt [1]**   56/22
**guilty [1]**   55/23
**gun [1]**   55/24
**guy [3]**   5/1 49/2 49/2
**guys [4]**   45/24 51/22 60/13
65/11

**H**

**H-O-R-E-N-N-K-A-M-P [1]**   124/25
**ha [2]**   80/14 134/4
**had [60]**   8/2 10/2 13/17 18/13
20/8 20/8 20/21 22/17 26/20
33/6 34/23 47/22 47/22 48/17
52/1 53/17 55/24 58/4 60/15
60/23 62/10 62/10 62/11 63/6
63/8 63/14 63/15 65/23 66/6
78/3 78/15 80/13 84/3 89/5
89/25 98/8 112/3 112/4 112/12
118/14 118/23 122/22 123/23
124/21 125/6 130/24 131/1
133/17 135/3 135/17 135/20
135/21 135/23 136/12 139/4
139/15 145/15 152/25 153/2
157/8
**Hague [19]**   131/12 131/14
131/16 131/22 131/25 132/2
133/10 133/13 133/21 133/24
134/2 134/6 135/12 136/19
136/21 144/6 145/3 145/13
145/16
**hallway [1]**   119/21
**hand [6]**   9/9 11/14 43/2 43/4
128/8 157/14
**handed [1]**   28/1
**hands [2]**   28/7 29/7
**hanging [2]**   114/10 154/15
**happen [13]**   12/2 13/17 14/14
17/20 37/21 37/23 38/1 46/7
47/1 79/13 85/5 119/2 140/5
**happened [10]**   13/19 71/21
78/15 85/2 88/18 88/20 93/11
109/22 110/7 145/4
**happens [4]**   35/2 83/1 85/2
102/19
**happy [5]**   41/12 43/10 57/3
155/25 155/25
**harbors [1]**   24/22

**hard [15]**   39/5 40/3 47/1 47/6
115/17 120/5 122/19 145/15
152/5 155/19
**hardware [1]**   86/22
**harm [3]**   35/19 116/13 116/14
**harmed [1]**   35/20
**has [66]**   7/2 13/12 20/10
20/15 22/3 24/9 25/23 26/3
27/12 27/16 28/12 28/17 29/15
33/4 33/21 34/18 40/13 40/24
41/18 46/5 52/19 55/2 58/21
59/10 61/25 66/24 67/3 69/20
70/6 76/11 76/12 77/18 78/18
86/16 89/20 89/22 90/21 95/12
97/12 99/4 101/8 101/9 102/20
103/2 103/15 105/19 107/12
107/13 111/1 120/22 122/18
123/6 125/7 125/17 126/4
140/10 143/4 143/21 144/13
144/14 145/13 146/7 152/9
153/11 153/12 153/19
**hash [1]**   39/13
**hashing [17]**   12/3 12/4 15/5
19/2 39/7 40/1 40/2 54/11
56/13 57/1 57/4 85/12 88/15
92/6 93/4 102/22 110/5
**hasn't [2]**   59/15 110/22
**have [308]**
**haven't [11]**   52/11 52/12 83/9
91/19 107/14 107/14 108/14
116/8 127/6 127/6 152/14
**having [7]**   48/6 69/1 95/23
117/7 118/23 119/24 126/8
**he [24]**   10/3 22/19 56/6 56/12
56/19 57/1 57/3 57/6 57/6
57/7 57/8 70/20 70/21 76/14
82/17 83/1 90/2 90/2 90/2
90/4 90/12 90/19 90/24 91/3
**he's [8]**   56/14 56/17 56/18
82/3 100/15 100/19 100/23
148/15
**heading [1]**   113/1
**hear [5]**   41/22 70/12 100/2
100/14 104/1
**hearing [3]**   1/9 133/17 154/25
**heart [1]**   117/7
**heat [1]**   86/6
**held [1]**   122/22
**help [6]**   5/6 8/19 13/24 71/23
102/25 156/10
**helpful [4]**   6/6 43/8 49/14
156/3
**helping [1]**   8/16
**helps [1]**   89/3
**hence [2]**   11/6 14/5
**her [5]**   5/6 99/3 118/8 152/5
155/22
**here [89]**   4/20 5/5 5/8 6/2
6/3 9/18 11/24 13/6 13/16
13/24 16/17 17/4 17/13 17/16
18/3 24/3 30/14 31/25 32/7
33/11 38/24 44/6 45/3 52/22
54/23 56/4 58/6 58/9 58/15
59/24 60/12 61/14 62/14 64/22
69/10 69/16 70/24 72/18 74/3
74/25 82/9 83/15 84/12 85/23
86/21 87/9 88/9 88/11 90/10
92/18 93/11 95/5 96/5 96/20
97/19 99/2 101/2 102/4 104/23
109/22 110/20 113/18 115/5
118/4 122/8 125/4 126/22
128/24 128/25 129/1 129/2

**H**

**here...** **[18]** 130/9 130/9
131/20 136/10 137/24 139/24
140/1 140/22 140/23 142/21
144/5 145/4 149/21 149/22
152/9 152/24 155/21 155/25
**here's [8]** 30/5 58/24 117/19
134/22 134/23 136/4 136/4
152/3
**hereby [1]** 157/7
**hereunto [1]** 157/14
**hernandez [6]** 2/8 2/10 157/5
157/17 157/17 157/20
**herself [1]** 76/4
**Hey [8]** 13/20 16/7 49/1 49/2
65/10 102/1 150/12 152/22
**high [12]** 25/25 56/14 56/17
56/18 61/22 63/4 63/5 66/15
68/13 68/16 89/11 89/11
**high-risk [3]** 61/22 63/4
66/15
**higher [6]** 16/8 20/10 26/23
40/2 67/13 69/3
**highest [2]** 25/25 93/8
**highly [1]** 68/16
**hijack [2]** 17/24 40/10
**hijacked [1]** 11/25
**hijacking [5]** 17/18 17/24
22/4 37/12 60/7
**him [5]** 22/19 55/18 56/11
58/4 101/11
**himself [5]** 22/17 37/5 76/4
83/6 91/4
**hip [1]** 24/2
**his [7]** 72/25 80/9 82/25 83/5
90/18 100/18 139/13
**history [1]** 111/8
**Hmm [1]** 118/12
**hold [11]** 3/9 4/2 24/2 27/3
52/22 54/25 130/8 130/8
142/15 142/20 155/13
**holders [1]** 101/6
**holding [14]** 4/23 5/18 5/18
28/11 30/17 87/12 87/13
125/24 131/5 131/20 133/7
139/4 139/5 139/5
**holds [2]** 24/8 24/13
**honest [6]** 98/6 110/2 110/8
110/9 110/20 134/17
**honestly [1]** 111/10
**honesty [3]** 110/20 111/7
147/24
**Hong [3]** 82/1 124/16 125/8
**Honor [238]**
**Honor's [2]** 75/13 109/12
**HONORABLE [1]** 1/10
**Hooray [1]** 56/12
**hope [3]** 7/2 24/2 24/6
**hopefully [1]** 145/22
**Horenkamp [1]** 124/23
**horizontal [2]** 6/12 31/1
**horse [5]** 23/13 23/15 24/21
25/12 25/14
**hostile [1]** 60/8
**hot [1]** 97/16
**hour [3]** 13/7 96/23 96/24
**how [43]** 12/9 13/6 18/9 23/22
24/13 25/3 25/6 35/19 35/20
35/21 45/6 52/1 53/15 61/24
61/25 63/10 63/13 63/13 75/21
75/22 75/23 77/16 78/13 79/17
81/14 85/13 92/15 93/1 96/8
96/18 97/1 111/17 114/22
131/13 131/19 133/6 143/13
144/21 150/17

**however [2]** 131/21 145/23
**huge [4]** 12/12 67/21 156/2
156/2
**huh [1]** 119/10
**human [3]** 48/7 48/11 118/6
**hundred [7]** 13/25 14/2 71/3
71/13 71/17 71/21 72/9
**hunt [1]** 71/10
**hurt [6]** 35/21 63/11 63/13
139/11 139/15 140/1
**hypothetical [1]** 66/24

**I**

**I'd [7]** 9/9 41/11 109/13
109/24 114/10 124/4 140/5
**I'll [35]** 5/3 6/15 7/8 10/4
14/12 14/25 16/1 18/6 24/2
25/5 25/7 33/11 34/3 35/17
37/5 40/16 41/1 57/13 69/25
70/9 70/12 75/25 87/14 95/13
102/1 114/8 119/15 120/25
124/14 126/20 139/5 144/2
151/2 151/3 155/21
**I'm [153]** 3/9 3/12 4/20 6/25
8/5 8/21 8/24 9/3 9/25 10/5
10/21 10/22 11/9 11/13 13/8
13/10 14/9 14/16 15/6 15/12
15/13 18/2 18/3 20/5 23/8
24/6 24/19 24/21 25/13 25/24
27/23 31/11 33/9 33/10 33/23
35/6 37/12 37/16 42/4 42/21
42/24 43/10 45/9 46/10 48/7
49/1 49/2 50/21 53/10 69/23
70/5 73/15 73/16 75/2 79/8
85/23 86/2 86/16 87/10 87/21
89/20 90/15 95/14 95/16 95/20
96/8 96/17 97/6 99/10 100/3
104/2 104/14 104/20 106/18
110/4 112/8 113/2 114/6
114/19 114/20 116/6 117/7
117/11 117/15 117/20 118/6
118/13 118/19 119/3 119/11
119/11 122/5 122/6 122/19
123/3 124/13 124/13 126/5
126/8 126/8 128/8 130/2
130/17 132/10 133/6 133/10
133/25 134/1 134/4 134/15
134/22 134/23 135/6 136/13
137/2 137/2 138/1 138/4
139/20 140/17 143/24 143/25
143/25 144/5 144/18 146/3
147/20 148/8 148/16 149/14
149/21 149/25 150/1 150/4
150/6 150/15 150/16 150/16
150/21 151/9 151/15 152/3
153/1 153/3 153/4 153/16
153/22 154/2 154/6 154/9
154/17 155/3 155/12
**I've [23]** 9/8 10/22 13/23
14/21 28/11 30/17 32/24 37/20
40/23 45/5 64/10 82/19 87/12
92/17 117/24 118/4 122/22
122/22 123/1 125/13 149/18
151/24 152/20
**IAN [9]** 1/19 3/14 7/15 13/7
27/7 31/19 31/21 33/17 76/12
**Ian's [1]** 35/21
**idea [23]** 48/7 52/7 55/5 74/7
76/7 76/7 76/8 76/15 76/18

78/15 78/18 78/18 78/24 88/17
119/9 132/2 134/6 149/22
**ideas [8]** 48/3 49/3 77/14
78/4 78/8 78/11 78/13 78/14
**identified [4]** 34/12 121/8
148/24 151/24
**identify [3]** 56/6 114/10
138/10
**identifying [1]** 69/17
**ignore [3]** 59/6 59/8 59/9
**ignored [1]** 60/10
**illegal [3]** 15/23 26/24 36/9
**illustration [1]** 100/23
**illustrative [1]** 26/17
**imagination [1]** 76/2
**immediate [1]** 88/14
**immediately [3]** 21/8 80/11
88/21
**impact [2]** 21/7 136/11
**impenetrable [1]** 13/11
**implausibility [1]** 52/4
**implausible [1]** 52/8
**implement [1]** 75/10
**implementation [7]** 36/11 45/21
48/5 49/1 49/13 62/15 99/15
**implementations [14]** 38/19
38/22 39/2 39/7 47/4 48/4
49/24 50/2 50/11 50/22 50/25
77/23 78/1 91/12
**implemented [2]** 43/7 51/21
**implementing [1]** 78/19
**implied [2]** 61/18 74/6
**important [17]** 8/18 19/22
27/13 29/15 29/16 31/14 33/16
33/24 37/19 38/3 58/19 63/9
64/11 68/2 68/9 128/2 136/2
**importantly [3]** 18/10 31/18
31/24
**impose [1]** 48/18
**imposed [2]** 73/3 88/22
**impossibility [2]** 53/9 59/25
**impossible [2]** 53/7 55/7
**impression [4]** 8/6 20/12 21/19
98/16
**improper [1]** 107/19
**improve [3]** 77/1 77/7 77/17
**improved [1]** 78/13
**improvement [1]** 78/18
**improvements [2]** 78/9 92/14
**improving [1]** 77/4
**in-box [1]** 148/12
**in-depth [2]** 122/23 123/23
**inadequate [1]** 104/25
**INC [2]** 1/7 4/23
**Inc.'s [1]** 5/12
**inchoate [2]** 107/7 108/13
**inclined [4]** 41/15 101/23
103/13 104/2
**include [2]** 33/21 144/25
**included [1]** 37/18
**includes [2]** 97/10 125/24
**including [3]** 69/1 87/6 103/6
**inclusive [1]** 114/12
**inconsistent [2]** 88/19 89/14
**incorporated [1]** 139/6
**incorporation [2]** 139/2 139/2
**incorrect [1]** 145/23
**increase [3]** 15/22 88/15
110/5
**incredible [1]** 100/14
**incredibly [1]** 138/10
**Indeed [1]** 35/9

**I**

**independent [8]**  22/23 33/22 83/24 89/15 106/11 129/17 130/14 144/6
**indicated [3]**  61/21 66/15 101/23
**indicating [1]**  51/14
**indicator [1]**  44/22
**indicia [2]**  33/19 102/14
**indisputable [2]**  101/3 101/4
**individual [9]**  8/4 32/22 42/7 42/9 57/17 138/15 139/12 144/25 145/1
**individuals [2]**  51/15 112/17
**indulgence [2]**  41/21 151/8
**industry [15]**  8/22 10/12 10/17 12/24 15/5 22/1 41/8 53/15 59/3 59/4 59/14 68/5 86/22 109/11 115/1
**industry's [1]**  9/2
**inequitable [1]**  106/25
**inextricable [1]**  43/22
**inference [3]**  32/3 45/2 51/18
**influence [1]**  64/25
**inform [1]**  123/24
**information [7]**  30/7 63/9 66/25 68/3 68/10 82/6 82/8
**informed [4]**  124/5 152/10 153/22 153/23
**informs [1]**  123/2
**inhabit [1]**  129/6
**inherently [1]**  79/20
**initial [2]**  8/10 125/12
**initiative [1]**  6/5
**injunctive [1]**  106/14
**injured [2]**  34/9 40/24
**injury [15]**  15/14 34/2 34/6 34/7 34/18 35/4 35/11 35/14 54/22 54/23 55/3 101/21 105/22 106/2 106/3
**input [1]**  77/16
**inside [2]**  97/11 97/12
**instability [3]**  67/11 67/12 68/1
**installed [1]**  65/1
**instance [4]**  36/21 46/19 135/10 136/24
**instantaneously [1]**  89/5
**instantly [1]**  74/23
**instead [4]**  76/20 136/9 144/12 153/18
**instrument [1]**  24/12
**instruments [5]**  19/7 24/4 24/5 35/7 40/6
**intangible [1]**  65/17
**integrated [3]**  129/12 130/11 143/19
**integrity [1]**  111/5
**intended [3]**  92/12 97/6 106/2
**intensive [1]**  29/18
**intent [1]**  108/3
**interchangeability [1]**  95/1
**interchangeable [2]**  94/14 94/23
**interchangeably [1]**  97/20
**interest [4]**  66/22 115/9 118/12 127/22
**interested [3]**  65/22 68/8 68/15
**interesting [2]**  16/15 27/24
**interestingly [1]**  82/17
**interests [2]**  105/21 106/8

**internal [1]**  81/25
**international [1]**  81/25
**internationally [2]**  145/2 145/4
**Internet [1]**  76/22
**interpreting [1]**  59/17
**interrupt [1]**  15/3
**interruption [1]**  70/16
**intrinsically [1]**  105/23
**invent [1]**  136/23
**invest [2]**  65/25 73/14
**invested [2]**  86/4 152/18
**investing [3]**  65/20 65/22 68/8
**investment [1]**  112/20
**investments [1]**  68/23
**investor [2]**  56/19 65/19 65/20 65/24
**investors [1]**  73/13
**invoke [3]**  128/24 130/25 144/17
**invoked [3]**  128/25 130/25 142/22
**involve [1]**  6/20
**involved [4]**  62/14 64/2 65/2 129/2
**involvement [2]**  86/19 136/8
**involves [1]**  10/14
**involving [2]**  21/20 21/25
**is [524]**
**Islands [1]**  83/7
**isn't [8]**  41/8 47/13 64/21 94/23 94/25 94/25 144/6 152/18
**issue [19]**  15/14 15/16 30/18 30/19 58/6 74/3 92/18 93/13 105/17 105/18 109/6 109/7 110/2 133/23 136/19 136/25 138/8 138/8 138/21
**issues [26]**  5/16 6/7 6/17 6/20 7/4 7/5 8/3 8/10 20/15 23/9 28/3 81/17 96/9 118/17 122/23 123/2 126/6 126/16 126/18 142/10 143/24 149/16 150/1 152/10 152/16 154/12
**issuing [1]**  155/13
**it [365]**
**it's [192]**
**items [1]**  63/22
**iterations [1]**  94/5
**its [33]**  9/22 9/23 10/21 11/10 14/11 21/17 26/21 29/6 29/7 31/9 34/9 39/7 57/4 61/12 61/19 62/22 66/25 67/11 67/23 72/22 87/18 89/10 89/11 89/11 93/24 94/5 94/13 94/13 102/22 109/11 128/18 139/1 139/2
**itself [11]**  18/8 19/1 36/5 39/21 46/14 47/8 52/8 54/10 54/20 54/24 102/18

**J**

**J-I-H-A-N [1]**  4/25
**Jacobs [7]**  21/10 23/4 28/15 29/14 30/3 30/5 35/17
**January [4]**  1/5 154/1 154/5 157/9
**Japan [2]**  83/6 134/9
**Japanese [1]**  93/24
**Jason [1]**  5/14
**Jesse [4]**  4/17 5/13 57/21 60/4

**jeweler [1]**  13/1
**jewelry [7]**  13/2 13/3 124/17
**job [8]**  10/16 12/9 51/24 61/11 65/5 87/10 111/21 140/24
**join [2]**  39/23 63/19
**joined [2]**  44/5 44/8
**joining [1]**  5/14
**joint [1]**  146/25
**JONES [2]**  2/5 4/20
**Jose [1]**  87/9
**judge [20]**  1/10 21/10 28/15 30/6 41/9 104/16 105/5 118/3 118/7 119/1 120/3 120/16 121/20 121/21 122/19 141/2 146/22 148/7 155/10 155/23
**judicial [1]**  68/21
**jump [5]**  75/6 104/23 114/25 119/5 119/11
**jumping [2]**  56/8 119/11
**jumping-off [1]**  56/8
**jurisdiction [63]**  5/20 5/22 6/20 6/23 7/5 81/17 96/2 96/10 113/23 114/1 119/5 119/19 120/21 124/9 124/12 125/17 125/19 125/24 126/3 126/5 127/8 127/14 129/11 132/15 132/16 132/18 132/22 132/23 133/3 133/9 133/25 134/16 134/23 135/11 135/22 136/23 137/8 137/15 138/9 138/23 138/24 139/3 139/8 139/9 139/10 139/17 139/19 139/20 139/22 139/25 139/25 141/4 141/9 141/16 141/24 142/12 142/22 143/5 143/15 143/18 145/10 145/17 146/2
**jurisdictional [6]**  5/9 6/1 120/25 127/5 127/10 155/1
**jurisdictions [1]**  132/4
**just [135]**  3/19 7/6 7/9 8/15 9/15 10/4 10/6 12/4 12/9 13/14 13/23 14/6 15/2 15/16 16/9 19/10 19/15 20/25 24/6 27/17 27/25 29/11 30/12 31/25 32/4 32/12 32/15 33/11 33/25 35/16 36/25 37/15 39/20 40/11 41/1 41/9 42/4 43/1 44/13 44/20 45/3 46/20 48/9 49/18 50/10 51/6 51/12 51/14 51/18 52/17 52/22 57/23 64/21 65/3 65/21 67/3 67/4 68/18 69/14 72/12 75/3 75/13 80/13 80/25 82/25 83/1 85/5 85/14 86/21 88/18 88/20 89/15 90/18 90/23 92/18 93/23 95/7 96/6 97/5 99/5 100/2 100/3 100/10 101/10 102/16 104/18 105/7 112/7 114/19 115/19 116/6 118/6 119/14 119/14 119/20 121/6 121/20 121/25 122/8 122/17 122/19 124/1 125/11 125/15 127/15 128/15 129/25 130/8 130/22 130/23 134/19 135/6 136/13 137/25 140/9 140/13 143/24 143/25 144/2 145/15 146/5 146/6 148/15 149/10 150/16 150/21 151/2 151/16 153/8 153/21 155/20 155/21 155/22 156/5
**justice [13]**  16/25 21/5 22/17 22/21 25/1 26/19 26/25 27/6

**J**

justice... **[5]** 31/18 34/17
83/5 102/14 107/19
**justification [1]** 28/13
**justifications [2]** 28/9 29/6
**justified [2]** 29/3 35/22
**justify [1]** 153/13

**K**

**keen [1]** 36/4
**keep [4]** 5/2 67/15 98/6 128/6
**keeps [1]** 61/10
**kept [1]** 63/9
**key [3]** 77/24 85/3 105/18
**Khan [7]** 21/5 26/14 26/16
26/18 26/25 27/3 27/5
**kid [1]** 74/19
**killing [1]** 137/2
**KIM [2]** 2/2 4/16
**kind [63]** 10/9 12/14 15/5
18/3 18/21 22/15 23/7 23/9
24/6 25/2 28/5 28/6 29/10
29/11 29/12 29/17 29/24 30/13
34/14 37/1 39/5 41/8 47/10
48/25 49/3 49/18 50/12 50/16
51/6 54/5 54/12 67/3 67/4
70/19 70/22 71/19 75/25 79/11
79/16 83/11 86/2 87/25 96/17
105/1 114/20 117/12 118/12
118/16 121/25 122/8 124/1
124/14 125/15 129/25 135/6
137/3 137/24 140/15 143/24
151/19 151/21 151/21 152/1
**kinds [1]** 47/24
**KM [1]** 130/10
**KMW [1]** 1/2
**knew [5]** 63/1 90/21 90/22
90/23 90/24
**know [94]** 5/7 6/11 10/15 11/1
11/11 12/25 13/6 13/20 13/21
14/2 15/2 16/6 18/6 19/9
21/13 21/13 24/1 24/6 24/7
25/12 27/2 27/23 28/5 28/19
29/10 31/5 32/6 37/21 38/11
38/13 41/5 43/21 46/22 47/3
52/5 52/9 53/1 54/2 57/10
59/15 60/5 60/16 65/11 65/12
65/24 66/17 66/19 67/20 68/22
70/3 70/8 73/14 79/7 81/24
85/1 85/10 86/6 91/18 91/20
91/25 94/14 94/15 98/20 100/6
100/19 100/21 101/2 103/18
112/24 113/1 113/18 114/22
116/1 121/25 122/22 123/5
123/12 124/8 134/19 137/13
138/21 138/23 138/23 142/7
142/19 144/3 145/23 149/22
150/1 150/4 151/3 152/20
153/15 155/14
**knowing [3]** 73/12 112/5 144/1
**known [3]** 14/11 33/3 66/6
**knows [9]** 15/19 20/10 25/22
63/1 65/19 65/20 106/23 120/5
132/3
**Knox [3]** 11/1 12/24 12/25
**KOBRE [2]** 2/2 4/16
**Kong [3]** 82/1 124/17 125/8
**KRAKEN [27]** 2/3 4/17 56/15
56/20 57/20 57/21 57/24 61/21
61/21 62/3 62/14 62/21 62/25
63/18 65/10 66/11 66/11 66/15
66/24 89/10 90/2 90/3 90/4

**L**

**L-O-U-R-I-E [1]** 4/15
**label [1]** 31/19
**labels [1]** 40/10
**labor [1]** 100/17
**laborers [6]** 71/23 72/25 73/7
75/19 100/20 102/24
**lack [7]** 5/19 44/21 82/20
101/20 119/4 125/17 125/23
**laid [2]** 90/14 140/14
**landmark [1]** 31/13
**landscape [1]** 6/2
**language [9]** 17/17 34/18 59/6
59/12 59/21 60/2 74/2 129/21
130/20
**last [5]** 19/5 34/17 68/19
124/22 125/10
**late [1]** 125/11
**later [6]** 7/8 62/5 64/8 71/11
135/15 136/22
**latter [3]** 20/1 20/22 20/25
**Lauder [1]** 84/2
**launch [1]** 9/7
**law [61]** 7/25 7/25 8/9 8/12
8/23 9/6 11/12 14/10 14/10
14/25 15/9 15/18 15/19 20/17
20/18 22/7 22/16 22/21 23/16
25/21 29/20 32/14 32/25 34/7
34/8 41/2 42/1 42/2 42/3 42/6
59/1 59/9 59/14 59/19 72/1
79/3 83/16 92/21 92/22 92/24
95/25 100/24 102/21 103/3
103/3 104/3 104/12 104/13
106/1 107/20 107/22 111/12
111/23 113/15 116/16 128/8
148/12 149/23 151/19 153/23
155/22
**laws [6]** 22/6 30/24 34/9 81/6
105/20 144/15
**lawsuit [6]** 6/9 7/23 62/5
62/7 62/9 125/9
**lawyer [5]** 7/13 22/18 22/20
149/21 155/21
**lawyers [1]** 118/23
**lay [2]** 31/25 36/20
**layers [2]** 18/3 140/10
**laying [2]** 39/10 140/18
**layperson [2]** 13/10 46/10
**lead [3]** 7/13 8/11 10/3
**leading [4]** 49/5 49/6 50/3
145/14
**leads [1]** 17/16
**leap [1]** 131/15
**learned [1]** 22/16
**learning [1]** 6/10
**least [13]** 5/4 20/23 52/11
67/14 68/23 110/24 115/10
122/12 122/15 129/20 130/18
142/13 145/22
**leave [27]** 6/22 36/11 39/23
41/16 58/21 59/7 71/11 74/3
82/20 98/15 103/13 104/15
117/6 117/22 120/2 120/12
122/12 123/4 123/4 123/6
123/14 147/5 147/11 147/15
148/18 149/5 154/20
**leaves [4]** 82/21 145/11
149/15 150/7
**leaving [2]** 74/6 110/1
**led [1]** 37/12
90/13 91/21 91/22 104/8
**Kraken [1]** 56/14

**ledger [2]** 10/19 110/22
27/19 91/15
**left-hand [1]** 11/14
**legal [7]** 9/4 10/12 15/8
31/21 66/8 67/6 105/19
**legislature [1]** 59/15
**legitimately [1]** 110/20
**lends [1]** 89/10
**lens [1]** 15/8
**lenses [1]** 35/5
**less [13]** 23/21 28/4 30/15
35/12 35/13 40/20 40/25 54/25
64/5 67/19 103/11 139/15
149/19
**let [40]** 8/15 9/7 14/9 15/1
18/23 22/12 27/8 27/14 28/11
30/10 30/17 30/17 30/18 34/1
35/16 37/15 39/20 49/15 60/1
83/20 92/19 96/6 96/19 102/16
113/21 114/7 120/22 121/25
126/24 127/17 128/15 128/15
130/21 131/2 137/6 137/16
140/11 140/15 149/21 155/25
**let's [17]** 9/17 15/17 23/14
30/12 38/17 64/9 70/12 71/3
73/22 94/15 104/18 113/17
124/8 124/9 134/17 144/16
144/19
**letter [1]** 84/4
**level [4]** 69/3 75/2 137/25
140/14
**levels [1]** 69/2
**leveraged [1]** 68/16
**licensing [1]** 76/21
**light [2]** 58/3 139/10
**like [58]** 7/2 9/9 11/1 11/19
11/24 13/20 13/23 14/4 14/6
16/19 17/18 18/9 19/24 28/17
29/10 29/11 35/6 39/5 40/3
40/10 41/25 42/3 44/13 47/1
55/11 62/20 64/17 64/18 64/19
66/11 66/11 70/24 76/20 76/24
77/16 78/17 79/11 83/1 83/17
83/18 93/23 95/7 103/25
109/14 109/25 111/20 114/8
118/21 122/25 124/4 131/15
131/20 137/23 138/1 144/10
146/17 151/1 154/15
**likely [1]** 47/20
**limit [3]** 7/2 79/5 144/10
**limited [10]** 4/24 5/21 86/25
98/18 99/4 120/20 132/1
132/11 133/15 138/25
**limits [1]** 17/3
**line [3]** 36/15 102/15 118/6
**lines [1]** 90/19
**link [1]** 89/20
**links [1]** 12/19
**liquid [1]** 67/19
**liquidity [5]** 67/20 67/21
67/25 67/25 68/1
**list [8]** 61/11 63/21 63/22
64/1 64/22 65/5 114/12 136/14
**listed [8]** 61/14 61/18 62/1
62/10 62/12 62/12 64/4 154/24
**listen [3]** 10/4 15/20 121/12
**listing [1]** 65/4
**lists [1]** 64/20
**literally [7]** 12/14 63/11
63/15 68/25 119/8 121/20
136/14
**litigation [1]** 20/15

**L**

**little [24]**   7/7 9/2 9/8 9/25
  12/23 15/15 18/3 24/7 31/25
  40/14 58/3 66/6 66/7 91/15
  96/19 96/23 98/20 127/12
  128/6 135/16 137/1 137/24
  138/19 143/16
**live [1]**   139/14
**living [1]**   51/23
**LLP [4]**   1/13 1/16 1/19 2/2
**lock [1]**   88/22
**locked [3]**   54/21 75/11 101/9
**locking [1]**   80/10
**long [17]**   89/22 90/21 97/8
  109/18 113/18 118/5 133/9
  141/1 141/4 141/5 141/13
  141/14 141/16 142/12 143/15
  150/21 151/4
**long-arm [9]**   133/9 141/1
  141/4 141/5 141/13 141/14
  141/16 142/12 143/15
**longer [5]**   38/20 50/23 66/7
  72/7 126/14
**longest [1]**   109/21
**look [32]**   9/16 18/23 19/5
  19/16 22/25 23/8 25/19 25/20
  28/9 29/13 32/7 37/15 39/8
  44/11 44/20 52/1 52/16 58/11
  58/11 67/11 68/18 76/25 77/16
  93/25 98/22 109/1 117/10
  117/10 121/3 130/19 150/13
  152/23
**looked [5]**   20/14 25/2 107/9
  129/21 130/3
**looking [5]**   3/12 28/7 48/7
  90/15 112/8
**looks [1]**   118/21
**LORAYNE [3]**   1/16 3/8 76/11
**lose [3]**   24/6 63/13 74/13
**losing [4]**   39/15 151/17
  151/25 152/2
**loss [7]**   54/23 99/11 105/24
  106/3 111/16 111/17 111/19
**lost [3]**   17/19 60/15 99/22
**lot [25]**   5/4 12/3 21/12 21/13
  41/19 41/19 48/24 56/13 57/4
  76/5 79/21 79/22 85/7 101/1
  115/24 117/3 117/14 118/2
  118/14 118/17 126/14 126/15
  127/2 132/3 152/18
**lots [1]**   86/5
**lottery [2]**   74/24 75/1
**loud [1]**   101/25
**louder [1]**   146/14
**LOURIE [4]**   2/2 4/12 4/15
  57/19
**low [2]**   114/10 154/15
**low-hanging [2]**   114/10 154/15
**lumping [1]**   114/13
**lunch [5]**   7/4 95/19 95/22
  95/23 98/17

**M**

**machine [1]**   157/8
**made [16]**   8/8 31/18 33/13
  34/23 42/10 44/10 54/13 66/5
  105/7 109/17 124/19 124/22
  127/19 135/15 136/14 140/13
**magic [1]**   92/22
**MAGISTRATE [1]**   1/10
**magnum [1]**   154/11
**mail [1]**   134/8

**maintaining [1]**   143/17
**major [3] [4]**   126/16 109/3
  110/3 111/9
**make [49]**   5/1 5/7 7/10 15/7 16/13
  17/15 27/19 36/2 36/5 42/7
  45/1 48/4 52/10 53/11 53/19
  57/16 61/20 63/18 63/20 63/25
  69/15 69/18 71/7 77/12 86/7
  92/14 93/10 93/15 95/18 96/24
  98/5 107/21 109/25 115/22
  119/1 120/18 121/17 122/6
  122/9 123/22 124/11 134/10
  134/11 134/16 135/11 139/9
  140/6 140/7 152/5 153/16
**makes [14]**   16/17 28/15 42/4
  58/16 63/24 64/1 86/9 96/11
  96/24 108/21 114/17 123/12
  130/4 155/2
**making [11]**   9/23 14/11 46/25
  48/15 63/10 66/22 67/13 71/9
  99/6 116/6 153/8
**manifold [1]**   29/21
**manipulated [1]**   11/25
**manipulation [3]**   17/25 17/25
  60/8
**manner [3]**   105/7 130/21
  143/19
**manufactures [1]**   87/16
**manufacturing [1]**   87/2
**many [7]**   25/24 43/23 51/3
  52/2 55/21 60/14 150/1
**marinate [1]**   96/19
**market [86]**   6/14 11/20 14/11
  16/1 23/2 23/3 23/6 23/7 23/7
  23/9 23/16 23/19 23/19 23/20
  23/23 24/16 24/24 25/1 25/3
  25/5 25/8 25/9 25/19 25/20
  25/23 25/25 26/3 26/7 27/10
  27/11 27/16 27/16 27/17 28/8
  28/8 28/8 28/19 28/21 28/21
  29/17 30/5 30/11 32/5 35/21
  48/2 54/1 62/18 62/19 64/12
  64/15 64/16 64/18 72/18 72/23
  74/22 74/23 75/14 79/14 79/15
  80/6 84/15 84/16 84/18 84/19
  86/17 92/18 93/21 93/24 94/1
  94/2 94/4 94/6 94/13 95/9
  95/10 99/17 100/17 102/23
  102/25 103/9 109/10 110/14
  115/22 116/8 116/9 117/5
**marketing [1]**   85/25
**marketplace [13]**   14/24 16/23
  18/13 27/8 29/13 32/9 49/3
  64/23 78/17 79/17 85/21 85/22
  100/16
**markets [4]**   18/8 28/2 30/9
  69/17
**mask [1]**   40/10
**massive [3]**   12/2 13/12 74/9
**massively [1]**   12/13
**master [1]**   78/6
**mastery [1]**   8/7
**material [4]**   22/25 23/1 27/20
  67/6
**math [2]**   12/15 12/16
**mathematical [5]**   12/11 12/19
  13/9 13/11 111/4
**matter [15]**   6/8 8/7 9/6 22/7
  33/8 59/3 67/23 76/6 77/11
  83/2 114/9 132/20 136/3
  139/17 151/14
**maximum [1]**   26/22
**may [24]**   5/4 8/4 9/7 9/9

  26/16 30/10 41/12 57/16 62/12
  77/8 77/9 79/7 80/9 80/15
  81/1 81/1 85/10 116/15 123/10
  144/4 146/17 148/6 150/2
  150/11
**maybe [24]**   20/9 22/23 32/8
  38/4 55/8 91/15 95/19 102/1
  104/23 115/21 118/20 122/3
  123/9 126/20 127/12 128/9
  128/10 140/12 147/1 150/3
  151/9 153/1 154/4 155/23
**MCALILEY [1]**   1/10
**McCullough's [1]**   13/22
**me [101]**   3/5 5/19 6/7 6/13
  7/1 7/10 8/15 9/7 9/19 14/9
  15/1 18/23 20/10 22/12 24/2
  27/14 28/11 30/10 30/17 30/17
  30/19 34/1 35/16 37/15 39/20
  41/5 41/13 43/9 46/11 48/15
  49/15 60/20 66/10 68/14 83/20
  92/19 96/6 96/11 98/6 98/8
  98/17 98/19 99/4 99/12 102/16
  112/22 113/21 114/7 115/23
  116/2 117/25 118/16 120/19
  120/22 120/22 121/6 121/11
  121/12 121/25 125/14 126/12
  126/14 126/24 127/3 127/17
  127/18 128/7 128/10 128/10
  128/15 128/15 130/22 131/2
  131/6 131/15 131/19 132/9
  134/3 137/6 137/16 140/11
  140/12 140/13 140/15 142/9
  142/11 142/17 146/17 149/13
  149/15 149/21 150/2 150/4
  150/11 150/12 150/14 152/22
  153/16 154/8 154/15 155/20
**mean [31]**   15/24 18/5 27/7
  27/24 33/23 39/17 54/10 65/21
  68/13 70/3 86/1 95/9 108/23
  110/20 113/1 114/16 120/7
  121/20 121/22 121/25 124/1
  128/18 129/4 129/15 131/17
  132/23 139/19 146/13 149/18
  151/13 151/16
**meaning [2]**   20/12 60/9
**means [10]**   10/1 25/22 39/4
  43/14 45/10 54/2 59/18 145/2
  145/4 145/6
**meant [2]**   20/21 148/10
**measured [1]**   145/17
**mechanism [5]**   132/1 144/21
  146/6 146/16 146/18
**meet [1]**   8/16
**meeting [1]**   40/22
**meetings [1]**   101/24
**meld [1]**   81/19
**MELISSA [9]**   1/22 4/5 4/7 16/6
  16/7 31/20 31/21 33/18 101/25
**members [1]**   110/13
**memorialize [2]**   151/13 151/18
**Mennonites [2]**   25/13 25/14
**Mennonites use [1]**   25/13
**mention [2]**   7/6 77/25
**mentioned [7]**   29/14 44/21
  51/17 85/19 93/19 97/15 157/9
**mentions [1]**   53/4
**mercenaries [5]**   11/25 18/4
  18/5 36/14 60/8
**mercenary [4]**   36/15 36/16
  36/16 40/10
**merely [2]**   68/18 84/7
**merits [4]**   123/5 123/23
  125/14 138/8

**M**

**Messrs [3]**  43/5 44/2 52/18

**met [4]**  31/22 33/17 51/15
125/13

**metaphor [2]**  13/24 100/18

**method [2]**  145/5 145/14

**methods [1]**  145/6

**MIAMI [13]**  1/2 1/15 1/17 1/23
2/3 2/6 2/9 2/9 16/6 23/14
157/15 157/18 157/19

**microphone [3]**  4/14 42/19
151/5

**Microsoft [1]**  76/20

**middle [1]**  58/13

**might [14]**  7/3 29/18 49/16
63/9 70/4 80/13 95/14 95/21
95/23 96/12 96/18 96/19 130/6
154/13

**MILLER [16]**  1/13 3/7 24/19
37/4 38/4 41/13 41/17 70/17
95/24 97/9 100/15 102/20
108/22 126/24 127/20 148/20

**mind [6]**  5/2 45/17 73/25
116/5 117/14 135/15

**minds [1]**  40/22

**mine [16]**  71/5 79/5 86/10
87/3 87/7 87/17 87/19 87/21
87/23 88/7 88/10 91/2 91/16
92/10 92/11 92/12

**mined [6]**  49/22 53/7 85/8
92/12 99/5 112/17

**miner [1]**  39/5

**miners [30]**  36/21 45/7 45/14
48/19 48/25 51/4 51/7 53/24
54/3 64/12 71/4 71/17 71/21
72/5 72/24 73/24 74/1 75/17
75/18 77/5 77/6 77/9 77/13
78/10 78/12 78/12 79/10 91/11
110/20 117/6

**minimum [4]**  41/15 141/19
142/1 142/20

**mining [28]**  39/4 39/4 39/8
47/4 49/7 49/12 50/5 50/11
58/22 62/15 74/18 75/3 75/4
77/5 77/6 80/4 84/22 86/5
86/14 86/19 88/1 88/4 88/5
92/3 92/4 101/5 106/7 113/12

**minute [21]**  12/23 12/24 13/7
14/9 14/12 14/17 18/7 27/6
32/16 33/10 33/11 37/16 52/22
58/1 70/12 119/14 119/15
119/20 124/15 128/15 131/2

**minutes [6]**  26/15 57/23 96/24
100/3 119/8 119/20

**misrepresentation [5]**  64/7
104/22 105/10 108/23 116/18

**missing [1]**  140/13

**Mississippi [2]**  16/2 16/3

**misspoke [2]**  98/10 98/15

**mistake [2]**  134/19 135/16

**modification [1]**  51/6

**modify [1]**  77/19

**moment [8]**  32/23 80/14 114/1
114/7 114/19 126/24 127/17
154/17

**money [12]**  13/3 13/4 24/7
24/7 63/13 63/20 63/24 69/1
103/16 117/25 139/13 139/15

**monopoly [1]**  31/1

**month [1]**  77/2

**months [3]**  46/16 46/23 133/18

**more [55]**  6/11 15/2 16/8
18/12 18/13 20/8 21/13 26/21
57/12 58/3 63/15 63/23 63/25
64/4 66/12 74/22 75/3 75/9
81/10 82/5 84/9 89/9 89/16
89/16 95/23 99/11 105/3 105/4
115/22 116/2 116/19 116/24
117/16 118/4 119/1 122/6
127/12 132/4 132/6 135/16
137/1 138/19 141/25 142/9
144/17 146/4 147/18 147/20
147/21 148/10

**morning [11]**  3/7 3/14 3/18
4/1 4/11 4/19 7/3 7/15 57/19
82/18 89/1

**most [11]**  25/25 39/12 49/12
64/10 71/16 128/2 130/20
132/5 134/8 134/8 134/9

**motion [31]**  1/9 5/9 5/11 5/12
5/13 5/14 5/15 5/19 5/22 6/22
90/9 90/16 101/19 101/21
101/23 103/12 112/16 113/22
116/9 117/21 119/4 121/2
122/24 123/20 125/16 137/20
147/9 147/22 149/5 149/9
155/24

**motions [23]**  5/9 6/2 41/19
58/12 118/19 120/19 121/7
121/14 123/3 123/8 123/18
146/3 146/21 147/11 148/17
148/23 149/1 149/4 149/14
150/6 154/22 154/25 155/5

**Motors [7]**  15/21 16/1 24/12
26/21 28/18 28/23 29/6

**mountain [14]**  14/2 14/4 14/5
17/22 71/13 71/16 71/18 71/22
71/24 72/5 72/11 72/13 100/20
102/25

**mountaintop [1]**  72/9

**move [17]**  22/9 22/12 30/10
30/11 30/17 30/17 30/19 33/10
104/2 105/12 106/19 118/1
118/12 118/15 119/4 126/11
146/10

**moved [1]**  125/23

**moves [1]**  6/1

**movie [1]**  29/11

**moving [4]**  14/10 38/23 51/1
146/9

**Mr [3]**  24/19 42/15 138/18

**Mr. [74]**  4/6 4/6 4/6 4/24
5/14 7/24 13/15 23/12 31/20
37/4 38/4 41/13 41/17 42/14
42/25 43/2 43/2 43/3 44/5
44/5 44/7 44/7 44/24 44/24
51/13 52/21 55/16 55/20 56/5
56/10 56/18 56/24 57/9 57/25
58/2 60/7 69/11 69/23 70/20
71/2 71/14 71/20 72/25 73/20
82/2 82/15 82/16 82/21 82/23
82/24 83/4 83/8 84/17 87/1
87/8 89/12 90/16 95/24 97/9
97/24 100/11 100/12 100/15
102/20 104/21 108/22 115/24
125/9 126/24 127/20 138/16
148/20 151/1 151/7

**Mr. Brecken [1]**  97/24

**Mr. Chancelor [6]**  4/6 43/2
44/5 44/7 44/24 51/13

**Mr. Chancelor's [1]**  5/14

**Mr. Cox [5]**  4/6 43/2 44/5
44/7 44/24

**Mr. Jihan [1]**  4/24

**Mr. Miller [12]**  37/4 38/4
41/13 70/17 95/24 100/15
102/20 108/22 126/24 127/20
148/20

**Mr. Nakamoto [1]**  73/20

**Mr. Pace [2]**  69/11 69/23

**Mr. Powell [2]**  56/18 57/25

**Mr. Quinn [3]**  7/24 42/14
104/21

**Mr. Simmons [12]**  13/15 23/12
31/20 42/25 58/2 60/7 71/20
100/11 100/12 115/24 151/1
151/7

**Mr. Simmons' [3]**  70/20 71/2
71/14

**Mr. Ver [17]**  4/6 43/3 52/21
55/16 55/20 56/5 56/10 72/25
82/2 82/15 82/21 82/23 82/24
83/4 83/8 84/17 89/12

**Mr. Ver's [3]**  56/24 82/16
90/16

**Mr. Wu [5]**  57/9 87/1 87/8
125/9 138/16

**Ms. [6]**  24/19 38/5 78/18 98/6
98/17 108/22

**Ms. Perez [5]**  24/19 38/5 98/6
98/17 108/22

**Ms. Perez's [1]**  78/18

**much [14]**  23/21 28/4 40/20
40/25 42/24 55/18 65/6 67/23
81/17 103/11 117/16 127/5
132/4 144/4

**mud [1]**  28/7

**multiple [3]**  40/3 122/14
122/14

**murky [1]**  15/5

**must [12]**  23/2 23/3 24/17
30/7 33/13 35/18 84/9 84/10
101/16 142/1 142/4 143/17

**mutual [2]**  24/5 24/11

**my [77]**  6/10 6/14 7/24 8/6
10/6 12/4 15/15 26/1 29/10
36/22 41/5 43/9 46/9 46/13
48/25 49/3 50/10 53/15 54/24
55/8 55/11 60/4 65/21 69/22
73/25 74/17 75/25 78/6 94/20
95/19 95/23 96/11 98/4 99/24
100/21 103/17 109/16 111/12
113/2 113/21 115/12 115/12
116/5 116/15 116/17 117/14
119/18 120/22 120/25 122/21
123/1 123/10 126/9 126/15
126/17 126/22 128/9 130/9
130/16 136/13 140/11 140/23
145/8 145/21 148/16 149/19
149/21 151/10 151/24 152/2
152/8 154/14 154/22 155/13
155/21 157/11 157/14

**MYERS [3]**  1/19 3/15 3/23

**myself [7]**  8/21 13/8 75/2
95/20 97/6 121/25 124/15

**N**

**nail [2]**  36/3 36/5

**nails [1]**  40/9

**Nakamoto [21]**  15/6 15/6 17/19
17/20 35/1 36/19 37/7 37/8
37/9 37/14 38/24 41/2 53/15
58/16 73/20 76/4 76/24 102/20
102/20 102/22 103/25

**Nakamoto's [2]**  38/25 39/14

**name [2]**  5/6 72/22

**named [1]**  125/9

**N**

**names [2]**   60/7 94/15
**Nancy [1]**   9/24
**narrower [1]**   24/20
**nation [1]**   143/6
**national [3]**   140/25 141/5
  143/15
**nationwide [20]**   127/1 128/4
  128/11 128/11 128/22 130/1
  131/4 132/24 135/22 136/2
  138/22 141/10 141/14 141/18
  141/23 142/13 142/23 143/4
  143/10 145/9
**nature [6]**   10/21 72/4 76/2
  80/3 83/13 118/7
**near [1]**   103/5
**necessarily [6]**   79/24 80/25
  91/23 92/1 149/10 153/22
**necessary [1]**   156/6
**need [40]**   7/10 10/4 21/12
  24/25 29/24 31/16 31/21 31/22
  33/7 44/6 44/15 51/7 69/16
  81/2 81/10 96/13 103/18 104/1
  104/4 105/5 105/6 108/23
  109/16 115/19 116/19 117/18
  120/17 120/18 121/13 123/10
  127/8 127/15 141/6 144/11
  147/16 147/21 148/5 148/5
  149/12 155/1
**needed [2]**   51/5 141/22
**needs [7]**   22/8 23/18 23/19
  30/13 119/3 119/21 147/14
**negligence [7]**   64/7 105/12
  105/15 106/1 106/3 109/5
  116/21
**negligent [5]**   64/7 104/22
  105/9 108/23 116/18
**neither [2]**   135/24 139/1
**nerd [2]**   23/8 27/24
**network [28]**   11/16 12/6 14/14
  22/5 37/21 39/2 39/4 39/23
  47/9 49/11 49/12 49/22 50/13
  53/18 55/12 56/13 56/14 58/21
  59/8 60/16 107/7 107/11
  108/12 109/20 109/24 110/16
  112/18 112/20
**networks [1]**   54/25
**Nevada [6]**   139/12 139/15
  139/15 139/16 139/17 139/18
**never [4]**   73/1 106/2 129/2
  154/8
**nevertheless [1]**   22/24
**new [24]**   12/20 12/20 13/22
  17/9 23/14 39/16 48/5 48/20
  59/19 61/4 61/10 61/12 62/20
  64/19 72/21 74/1 74/19 75/11
  88/22 99/3 121/14 132/5
  136/23 140/13
**Newark [1]**   84/5
**newer [1]**   68/20
**next [20]**   3/13 9/18 20/21
  23/12 34/15 58/19 89/10 114/8
  121/16 125/15 136/25 137/25
  142/18 143/22 146/1 147/8
  148/14 149/8 153/9 156/1
**night [1]**   71/8
**nilly [1]**   135/6
**nine [1]**   59/18
**nine-page [1]**   59/18
**Ninth [1]**   130/13
**no [66]**   1/2 7/12 9/1 17/4
  22/3 22/11 31/15 31/16 31/20

  33/1 33/7 34/11 34/13 35/13
  37/1 37/12 38/20 39/1 39/10
  40/22 40/23 40/1 43/23 44/18
  45/3 48/11 50/23 51/14 54/13
  55/22 55/23 59/3 59/20 60/9
  63/5 63/12 64/1 67/23 72/1
  72/7 86/22 89/5 94/9 96/4
  97/6 105/19 108/5 108/7 108/8
  108/16 111/3 121/13 128/25
  135/16 136/14 138/24 139/3
  143/25 143/25 143/25 145/4
  145/25 148/5 151/14 154/8
  156/5
**nobody [4]**   7/2 119/3 124/12
  150/2
**node [4]**   39/6 58/5 110/8
  110/10
**nodes [18]**   36/11 39/3 39/3
  39/23 41/7 49/12 49/23 58/16
  58/20 58/22 59/7 74/3 79/5
  109/19 109/22 110/3 110/4
  117/6
**nomenclature [1]**   40/7
**non [2]**   36/16 41/3
**non-binding [1]**   41/3
**non-mercenary [1]**   36/16
**none [11]**   16/11 23/20 27/14
  28/10 49/17 60/5 102/3 103/10
  106/5 126/9 138/24
**normal [3]**   32/5 32/13 83/2
**normally [1]**   129/15
**norms [3]**   36/19 79/9 117/12
**North [2]**   2/9 157/18
**not [199]**
**not a [1]**   17/24
**note [1]**   129/19
**notebook [1]**   49/21
**notes [2]**   130/9 157/11
**nothing [22]**   14/22 17/13
  18/10 28/10 53/19 55/23 57/5
  57/8 63/12 63/15 89/2 92/21
  101/8 101/9 102/21 103/8
  104/5 104/8 104/10 105/8
  113/17 117/4
**notice [5]**   68/21 121/6 121/10
  125/7 145/5
**noting [1]**   125/16
**notion [6]**   25/9 53/24 54/2
  88/19 117/8 124/2
**notwithstanding [1]**   21/22
**November [13]**   11/15 48/18
  49/22 77/22 78/3 78/7 79/15
  84/16 88/16 89/2 98/12 98/13
  110/7
**now [57]**   9/23 14/10 15/18
  18/12 19/8 19/13 19/17 20/1
  20/17 25/3 28/11 30/17 35/2
  38/24 40/6 41/18 41/22 47/15
  54/25 56/13 72/12 74/15 75/21
  80/25 82/5 82/7 82/10 88/9
  90/15 91/9 92/17 94/8 94/10
  95/13 95/15 95/18 99/21 99/25
  101/3 101/15 112/12 113/21
  115/21 119/3 121/14 121/17
  127/16 132/19 134/4 134/18
  135/5 135/6 138/5 140/5 141/6
  149/25 155/12
**nowhere [1]**   103/5
**nuance [1]**   114/20
**nuanced [1]**   154/21
**num [1]**   99/20
**number [14]**   3/4 23/2 29/22
  46/16 68/4 68/4 68/6 79/5

  94/7 120/7 120/9 123/2 125/5
**NW [1]**   1/20

**O**

**O'Connor [4]**   21/5 26/14 26/25
  27/6
**O'MELVENY [5]**   1/19 3/15 3/23
  7/16 102/1
**objections [1]**   118/5
**objective [1]**   52/14
**obligation [3]**   44/6 63/15
  106/7
**obtuse [1]**   9/2
**obvious [6]**   21/8 84/20 84/20
  114/11 115/23 154/15
**obviously [8]**   36/18 84/17
  99/9 127/24 137/12 147/7
  152/17 154/18
**Occasionally [1]**   71/10
**occur [2]**   133/19 146/22
**occurred [2]**   136/10 154/8
**occurs [1]**   144/5
**Ocean [1]**   71/5
**October [3]**   124/22 124/22
  125/10
**October 14th [2]**   124/22 125/10
**October 8th [1]**   124/22
**of a [2]**   23/8 28/5
**off [11]**   30/11 32/8 47/10
  50/19 56/8 66/9 95/24 142/7
  151/12 153/15 155/13
**offer [1]**   156/9
**offered [4]**   123/1 147/18
  147/20 147/20
**officer [1]**   57/25
**officers [2]**   139/18 139/23
**often [3]**   34/17 142/8 144/17
**often-quoted [1]**   34/17
**oh [14]**   9/22 16/17 29/17 90/7
  91/16 103/19 107/20 119/18
  132/7 135/6 135/15 151/1
  155/14 156/5
**oil [7]**   21/4 26/14 26/16
  26/17 27/4 27/5 65/25
**okay [112]**   3/9 3/13 3/17 3/22
  3/25 4/4 4/18 5/8 7/13 7/17
  8/1 8/5 8/5 9/10 9/14 10/7
  13/15 19/19 24/15 31/6 34/24
  35/1 37/21 38/9 38/12 38/16
  41/8 42/7 42/9 42/13 42/23
  43/11 45/25 46/3 47/23 47/25
  48/1 48/6 48/15 49/14 51/11
  55/14 55/17 57/11 57/14 57/18
  57/22 62/8 69/4 69/7 70/12
  73/6 73/12 73/22 74/15 75/16
  79/1 81/5 83/10 90/11 92/2
  95/11 95/14 96/20 97/1 97/18
  98/4 99/10 99/19 99/24 99/24
  99/24 100/10 104/1 104/7
  104/12 105/11 106/9 106/13
  107/24 108/18 108/22 111/12
  111/25 112/10 112/14 113/8
  113/15 113/20 119/13 119/15
  123/17 124/10 124/11 124/13
  127/17 127/23 128/1 131/2
  131/3 131/6 137/23 138/3
  140/4 140/11 141/11 148/3
  148/16 150/24 153/3 154/21
  156/11
**Okey [1]**   4/10
**Okey-dokey [1]**   4/10
**old [2]**   12/18 24/21

## O

**oligopoly [1]** 32/13
**omissions [1]** 40/18
**on it [1]** 17/11
**once [8]** 8/3 10/2 25/19 70/17
71/21 72/4 111/1 155/20
**one [114]** 1/17 3/19 4/2 7/7
11/4 13/7 17/1 18/11 18/12
18/12 18/23 19/17 19/18 19/25
19/25 23/2 23/23 24/20 29/14
34/5 34/16 34/22 35/3 35/14
41/5 43/2 43/23 45/5 50/7
52/22 61/1 61/6 61/6 61/9
61/10 61/10 61/14 61/15 61/20
63/10 65/16 65/24 68/4 68/9
68/23 69/15 70/4 70/4 70/5
70/7 70/8 71/15 72/10 73/17
76/5 79/9 80/3 80/12 81/1
81/20 81/21 82/1 84/3 92/25
93/12 93/19 94/9 94/10 94/13
94/22 98/5 98/8 99/10 101/4
101/16 101/22 104/18 108/1
109/15 114/13 115/10 117/12
119/14 120/6 120/7 120/9
123/12 123/15 124/19 126/25
128/20 129/11 129/14 129/15
129/20 130/19 131/1 133/22
135/12 136/2 136/14 137/10
137/10 137/25 138/6 138/13
138/14 144/4 145/2 147/2
148/8 151/10 152/1 153/9
**one's [1]** 36/10
**one-page [1]** 84/3
**ones [4]** 48/17 86/13 94/15
121/8
**only [24]** 14/18 21/1 21/11
33/17 33/19 36/20 48/23 59/5
63/2 72/8 87/11 92/6 94/9
94/10 111/1 120/3 128/24
136/16 138/7 145/17 151/24
152/2 153/18 154/10
**open [7]** 76/19 76/23 77/15
78/5 78/7 117/5 152/12
**open-source [2]** 76/19 76/23
**operate [1]** 92/15
**operated [1]** 106/7
**operating [5]** 70/8 79/14
79/18 100/23 101/4
**operation [2]** 60/25 83/6
**opinion [5]** 21/5 22/22 31/13
31/14 44/20
**opinions [3]** 126/10 149/18
149/19
**opportunities [2]** 55/13 85/8
**opportunity [8]** 6/13 46/16
46/23 47/1 84/25 85/2 118/17
146/11
**opposing [1]** 10/16
**opposite [3]** 29/20 100/24
117/5
**opposition [5]** 16/16 21/17
21/18 22/7 90/16
**options [2]** 101/15 122/14
**opus [1]** 154/11
**oral [4]** 5/8 10/4 122/22
150/3
**order [22]** 3/1 85/22 88/22
121/11 121/19 121/21 122/21
123/16 123/21 126/12 132/7
135/3 146/22 147/1 147/6
148/6 148/16 149/3 155/3
155/13 156/4 156/5

**ordered [1]** 100/13
**orderly [2]** 131/21 131/23
**orders [2]** 132/3 132/6
**org [1]** 43/13
**organization [1]** 8/17
**organized [1]** 41/11
**orgs [3]** 90/23 91/3 91/5
**original [7]** 11/13 18/7 36/8
61/6 61/16 66/6 76/17
**originally [1]** 47/18
**originated [1]** 34/7
**other [62]** 6/5 7/7 12/22
13/21 14/4 21/16 21/17 29/14
32/9 32/14 32/18 41/22 42/9
43/4 54/2 56/1 56/8 59/15
59/22 62/1 61/10 61/20 62/12
63/12 63/21 68/20 72/4 72/13
72/17 74/18 75/12 75/15 77/14
77/24 78/2 82/8 85/7 86/24
87/10 87/23 88/7 91/25 92/7
94/12 94/15 105/21 109/15
110/13 110/18 113/15 115/9
118/2 120/4 123/8 126/6 128/8
128/25 131/22 145/6 145/6
153/13 156/10
**others [3]** 42/11 68/17 149/20
**otherwise [5]** 90/9 118/22
150/2 152/6 152/14
**ought [3]** 27/22 103/14 103/16
**our [59]** 5/2 5/6 5/10 9/5
11/10 14/19 16/16 16/24 29/15
29/21 30/24 33/3 34/15 35/9
36/14 40/14 43/12 44/9 60/23
65/5 80/23 80/24 81/2 81/3
81/3 87/6 87/6 87/15 90/5
90/10 90/14 90/16 91/19 92/4
92/7 92/19 92/20 92/21 93/17
98/19 99/16 107/4 107/20
107/21 108/25 110/4 110/6
113/11 113/19 119/20 127/21
130/23 130/23 130/24 140/9
146/3 147/8 147/19 155/25
**ourselves [1]** 20/9
**out [52]** 5/6 10/18 14/12
14/16 16/13 16/16 17/8 17/9
17/13 18/6 18/9 20/1 20/12
20/16 24/11 31/25 36/20 43/1
53/8 66/3 69/1 71/10 73/24
76/25 77/22 78/4 78/14 81/15
84/3 86/23 89/10 89/13 90/14
94/12 96/12 98/6 101/9 101/25
103/25 110/13 114/25 117/12
119/21 129/23 140/14 140/18
141/14 141/22 142/7 142/17
148/7 149/25
**outcome [2]** 100/16 120/23
**outpace [1]** 109/21
**output [1]** 25/23
**outright [1]** 15/20
**outside [5]** 37/3 39/9 85/21
132/4 132/5
**outweigh [1]** 29/5
**over [26]** 8/7 25/23 26/1 26/3
38/21 39/1 49/6 50/24 61/1
68/19 76/23 77/1 86/17 87/5
102/15 108/3 108/6 113/9
118/11 120/19 121/6 125/19
133/21 134/25 154/11 154/22
**overall [1]** 14/14
**overly [2]** 27/23 76/2
**oversimplify [1]** 140/15
**overturned [1]** 26/18
**owed [2]** 62/25 109/10

**own [12]** 11/10 50/20 57/4
58/12 65/17 82/14 91/20 94/4
94/13 94/13 95/4 115/8
**owned [2]** 98/14 108/11
**owner [2]** 43/3 56/15
**ownership [1]** 108/2
**owns [2]** 113/12 113/13

## P

**P-A-L-L-E-T-T [1]** 4/8
**P-E-R [1]** 15/12
**p.m [6]** 7/3 97/4 97/4 119/22
119/22 156/14
**P.S [2]** 98/19 112/1
**PACE [6]** 2/5 4/19 69/11 69/12
69/23 119/23
**Pacific [1]** 71/5
**page [16]** 19/6 21/18 21/24
22/6 36/8 37/24 40/13 40/16
40/17 40/17 58/13 59/18 83/22
84/3 90/14 90/17
**pages [2]** 1/8 157/12
**paid [1]** 36/4
**Painting [1]** 33/24
**Palace [1]** 4/7
**PALLETT [3]** 1/22 4/5 4/8
**PALLETT-VASQUEZ [1]** 1/22
**paper [22]** 15/6 15/7 17/20
17/20 35/1 36/19 36/20 36/22
36/23 36/23 37/3 37/7 37/8
37/9 37/14 39/14 41/2 41/4
102/20 102/20 102/22 103/25
**paperless [1]** 147/1
**papers [5]** 14/20 44/9 83/19
92/19 107/4
**paradigms [2]** 31/4 103/4
**paradoxical [1]** 12/23
**paradoxically [2]** 14/24 16/23
**paragraph [24]** 11/15 11/18
13/18 19/23 34/24 36/7 36/10
37/20 38/25 39/20 39/25 49/15
50/21 53/3 58/13 66/14 77/21
77/25 91/10 98/10 98/11
102/17 109/9 110/6
**paragraphs [6]** 37/15 37/19
39/18 39/22 52/25 98/12
**parallel [28]** 32/1 32/1 32/4
32/12 32/19 33/19 33/19 44/23
44/25 45/3 45/6 51/25 52/1
52/6 56/3 82/13 83/15 83/17
84/8 84/9 85/15 88/18 88/19
89/22 102/3 102/5 115/6 115/7
**parameters [1]** 103/4
**pardon [1]** 103/17
**part [14]** 6/7 6/13 26/5 43/21
43/21 62/7 65/25 66/1 73/1
75/10 104/16 113/2 136/10
149/12
**partial [1]** 56/15
**participant [1]** 64/15
**participants [2]** 84/19 86/24
**participate [2]** 6/22 75/15
**participated [1]** 107/11
**participating [2]** 72/23 107/7
**participation [1]** 107/12
**particular [19]** 20/18 26/8
36/4 41/23 45/21 46/1 47/5
48/19 49/1 53/19 70/4 81/23
84/1 94/3 111/16 111/18
112/25 131/24 155/24
**particularities [1]** 104/25
**particularity [1]** 116/19
**particularly [5]** 69/18 99/15

**particularly... [3]** 102/17 134/7 139/10
**particulars [1]** 103/17
**parties [15]** 89/17 112/19 117/10 121/3 121/24 122/2 122/2 122/3 122/23 122/24 123/3 148/17 149/14 150/5 153/18
**partly [1]** 52/4
**party [1]** 149/24
**passed [2]** 59/15 147/25
**past [3]** 12/18 34/6 136/25
**patch [8]** 43/13 43/15 43/24 91/1 97/23 97/25 98/1 98/2
**patches [2]** 47/25 51/24
**path [1]** 72/15
**pause [10]** 3/11 3/21 4/3 4/9 9/20 14/9 32/15 37/15 52/24 119/17
**pay [1]** 26/2
**PAYWARD [5]** 2/2 4/16 5/13 57/20 60/4
**peer [2]** 110/16 110/16
**peer-to-peer [1]** 110/16
**pending [1]** 41/18
**people [56]** 17/10 27/18 31/5 36/14 48/3 50/13 52/2 52/5 52/6 52/10 54/11 59/22 61/13 62/22 63/8 67/7 67/8 68/7 71/13 71/15 71/17 71/22 71/25 72/8 72/9 72/12 72/14 72/23 72/25 73/4 74/3 75/12 75/15 77/10 77/15 78/5 78/8 78/11 79/18 82/2 82/12 85/6 86/22 87/5 87/23 89/3 91/8 93/7 93/9 93/16 94/1 95/2 105/21 110/13 117/6 144/17
**people/servers/nodes/miners [1]** 117/6
**per [42]** 15/10 15/12 15/18 15/19 15/23 15/25 16/3 16/5 20/4 20/6 20/11 20/14 20/19 21/2 21/7 21/21 21/23 22/5 22/7 22/10 22/23 26/24 28/6 30/20 30/21 31/3 31/6 33/1 34/12 40/20 71/14 92/20 92/25 93/18 103/4 103/6 110/11 114/22 115/2 115/17 152/21 152/22
**percent [4]** 74/22 75/4 75/7 75/9
**percentage [1]** 63/25
**PEREZ [8]** 1/16 3/8 24/19 38/5 76/11 98/6 98/17 108/22
**Perez's [1]** 78/18
**perfect [1]** 100/23
**perhaps [6]** 7/8 32/23 107/8 118/22 122/24 146/22
**period [1]** 49/6
**periodic [4]** 46/15 46/22 47/13 47/20
**permit [1]** 41/13
**pernicious [1]** 21/14
**perpetuity [2]** 54/14 54/17
**person [7]** 44/16 73/20 76/3 76/5 76/6 76/24 90/1
**personal [41]** 5/20 5/22 6/20 6/23 7/4 81/17 96/2 96/10 113/22 114/1 119/4 119/19 120/21 124/8 124/12 125/17 125/19 125/23 126/5 127/8

127/14 129/11 132/22 132/23 134/24 137/14 137/14 137/15 138/16 139/19 139/20 139/22 139/25 141/9 142/21 143/5 143/18 145/10 145/17 146/2
**persons [1]** 76/24
**perspective [1]** 67/7
**persuade [2]** 126/20 128/10
**pertaining [1]** 44/12
**perusing [1]** 70/21
**phenomena [2]** 33/19 41/4
**phones [1]** 155/11
**phrase [8]** 16/19 22/15 33/5 36/3 36/5 41/6 59/9 68/1
**phrased [1]** 139/4
**phrases [1]** 17/18
**pick [2]** 73/15 133/4
**picking [2]** 118/24 153/2
**picture [2]** 10/9 14/21
**pictured [1]** 13/25
**pie [1]** 98/11
**piece [1]** 24/10
**piecemeal [1]** 120/20
**pill [2]** 80/17 80/19
**pioneer [1]** 27/18
**pioneers [9]** 13/22 13/25 13/25 14/2 14/6 17/23 70/22 71/3 100/18
**pivot [1]** 52/20
**place [18]** 17/23 58/11 62/1 73/21 74/7 74/9 74/11 76/7 77/21 78/4 78/24 78/24 80/12 93/4 105/6 125/15 139/1 139/7
**placed [1]** 84/10
**places [1]** 90/15
**plain [1]** 115/14
**plaintiff [73]** 1/5 1/13 3/6 3/8 5/25 34/9 35/18 36/18 36/19 41/16 58/15 58/19 60/18 60/21 70/6 70/18 73/12 91/16 97/9 99/12 101/9 101/10 106/7 106/10 106/22 106/23 107/13 108/10 111/18 111/19 112/15 112/23 113/9 113/12 116/24 117/22 118/13 118/20 123/5 123/6 124/3 124/4 125/17 125/21 126/2 126/4 131/17 133/16 135/17 135/18 141/6 141/7 141/17 142/6 142/11 143/20 143/22 145/11 145/12 146/19 148/1 148/21 148/22 149/2 149/7 149/9 150/23 152/9 152/15 152/19 152/25 153/14 154/7
**plaintiff's [14]** 9/11 22/19 36/25 38/13 58/12 70/13 95/21 117/2 119/24 123/24 126/1 128/12 141/10 153/9
**plaintiffs [12]** 11/23 30/7 60/6 107/4 107/6 113/24 140/6 140/7 147/18 148/1 153/14 153/21
**planned [2]** 89/22 90/21
**planning [1]** 96/7
**platform [2]** 62/22 142/10
**plausibility [5]** 69/21 85/18 88/17 98/3 102/15
**plausible [14]** 45/2 51/18 81/7 82/12 82/12 83/12 83/14 85/4 88/12 88/25 89/6 89/8 89/17 103/6
**plausibly [7]** 30/8 31/17

33/14 111/15 115/7 116/14 116/18
**play [1]** 25/3
**played [2]** 44/5 44/8
**player [1]** 75/14
**playing [1]** 19/3
**plea [1]** 55/23
**plead [53]** 15/11 17/19 20/6 22/13 23/5 28/4 28/14 28/17 28/20 28/25 29/5 29/5 29/8 29/23 29/25 30/4 31/19 35/8 35/15 35/19 37/6 37/22 44/4 56/11 56/14 56/16 63/17 81/7 82/5 82/11 105/6 107/20 108/23 109/2 111/14 111/14 111/17 115/5 116/24 125/18 127/4 127/11 127/24 132/15 134/19 134/21 135/18 136/5 136/9 138/25 140/19 142/8 150/18
**pleaded [5]** 23/3 23/20 54/22 107/15 108/14
**pleading [24]** 23/24 26/5 26/7 28/17 28/22 33/1 33/21 56/22 82/11 103/5 104/13 104/25 105/1 107/23 108/15 112/23 114/4 115/7 115/13 115/21 116/18 116/21 118/20 137/17
**pleadings [3]** 21/16 31/12 31/17
**pleads [4]** 15/17 54/10 56/11 143/22
**please [3]** 3/6 15/2 103/24
**pleases [1]** 102/23
**pled [27]** 15/14 15/18 16/11 23/2 27/15 28/12 33/8 40/9 53/5 69/16 82/13 82/14 83/4 103/10 114/5 115/3 126/4 127/3 127/6 127/16 129/2 134/17 135/20 135/21 137/14 141/8 143/20
**plow [4]** 71/15 71/23 100/20 102/25
**plurality [1]** 53/17
**plus [6]** 18/12 45/1 56/3 115/9 115/11 135/21
**point [45]** 16/15 17/6 17/7 18/6 19/10 20/21 25/15 25/15 29/14 33/24 34/14 34/15 43/1 44/10 49/5 50/6 51/14 52/9 56/8 69/15 69/17 78/5 79/10 90/3 90/5 91/19 98/8 99/5 99/21 100/25 101/1 109/24 115/12 116/6 116/15 122/10 127/19 136/11 139/9 146/4 147/15 149/11 149/22 151/24 154/7
**pointed [3]** 77/22 89/13 98/6
**points [7]** 10/18 40/3 64/11 109/13 113/19 114/20 127/21
**poison [3]** 80/17 80/19 133/5
**police [2]** 139/18 139/23
**pools [1]** 70/9
**portion [2]** 71/17 80/2
**position [4]** 9/5 79/11 148/1 148/2
**possessory [4]** 108/11 113/10 117/2 117/4
**possibility [1]** 33/22
**possible [3]** 92/6 120/25 155/4
**post [1]** 91/17
**post-fork [1]** 91/17

**P**

**potential [4]** 48/23 50/17 67/10 91/13
**potentially [3]** 58/3 127/9 132/6
**pounds [1]** 93/23
**POWELL [9]** 2/3 4/17 56/18 57/21 57/25 60/5 61/21 65/10 104/8
**Powell's [1]** 5/13
**power [53]** 12/1 12/3 12/5 12/5 12/8 12/10 13/12 19/2 20/2 25/1 25/3 25/5 25/8 25/20 25/20 25/23 26/1 26/3 26/3 26/7 27/10 27/12 27/16 27/19 28/3 28/8 37/8 39/4 39/7 40/2 46/5 54/11 56/13 57/1 57/4 58/17 58/23 66/8 73/1 74/9 75/3 75/4 78/16 80/2 82/16 85/12 88/15 93/4 102/22 109/19 110/3 110/6 111/9
**powering [1]** 86/7
**powers [2]** 13/19 34/25
**practice [2]** 21/12 59/22
**practices [1]** 21/8
**preceded [2]** 18/16 20/15
**preceding [4]** 84/11 84/13 85/16 89/24
**precisely [1]** 100/22
**predetermines [1]** 17/2
**preferred [1]** 36/10
**prejudice [22]** 41/15 96/16 114/3 117/21 120/1 120/1 120/2 120/6 120/11 120/11 121/22 122/4 122/12 123/22 125/11 147/5 149/10 152/13 152/15 154/14 155/3 155/8
**premise [3]** 100/23 110/24 110/24
**premised [2]** 137/7 137/11
**prepared [2]** 6/25 64/6
**present [2]** 30/7 157/7
**presentation [1]** 78/23
**presenting [2]** 7/18 10/2
**President [1]** 22/18
**presiding [4]** 120/19 121/6 154/22 155/24
**press [1]** 148/5
**pressed [1]** 102/19
**presumably [1]** 66/19
**presume [1]** 36/23
**pretend [1]** 8/24
**pretty [10]** 5/6 47/11 87/21 99/2 105/9 110/12 119/9 126/18 149/19 149/25
**prevailing [1]** 128/13
**prevent [6]** 55/6 72/14 73/4 75/12 93/4 101/7
**prevented [5]** 53/6 53/13 53/24 72/23 97/25
**prevents [3]** 43/19 53/20 91/3
**preview [1]** 113/21
**previous [1]** 43/15
**previously [2]** 80/4 84/22
**price [14]** 1/22 15/21 15/23 16/9 16/10 16/13 21/13 25/23 26/1 26/1 26/2 26/3 26/20 27/9
**price-taker [1]** 26/3
**prices [2]** 15/23 32/7
**pricing [2]** 32/1 32/1

**prima [7]** 125/19 126/4 127/3 143/10
**primary [1]** 91/22
**principal [2]** 139/1 139/7
**principles [3]** 9/4 10/13 15/8
**print [2]** 13/3 13/3
**prior [8]** 20/16 49/20 62/1 77/22 79/15 84/18 88/13 101/8
**priori [1]** 115/2
**private [1]** 34/11
**probable [1]** 83/13
**probably [13]** 5/7 10/23 24/4 30/19 37/17 96/10 103/25 116/16 117/12 127/13 128/3 130/17 155/11
**problem [11]** 35/2 35/6 39/11 39/17 54/12 66/24 75/18 96/3 112/5 121/13 123/10
**problematic [1]** 114/14
**problems [14]** 12/11 12/13 12/14 12/16 12/20 13/9 13/11 19/3 97/17 104/13 111/4 114/4 114/11 154/15
**procedure [1]** 7/9
**proceed [6]** 11/11 32/3 33/25 38/19 41/6 50/23
**proceedings [9]** 3/11 3/21 4/3 4/9 9/20 52/24 119/17 156/14 157/8
**proceeds [1]** 56/7
**process [17]** 91/13 120/14 132/25 133/21 133/24 134/2 134/20 135/1 135/12 135/14 136/21 141/19 142/23 144/13 144/14 144/15 145/9
**produce [1]** 126/3
**produced [1]** 82/7
**produces [1]** 28/18
**producing [1]** 25/24
**product [6]** 23/19 23/19 24/24 28/8 30/9 116/8
**products [1]** 23/17
**profit [2]** 64/4 66/12
**profitability [1]** 99/22
**profitable [1]** 99/20
**programmer [1]** 89/21
**programming [1]** 47/14
**progress [1]** 35/7
**progresses [1]** 11/4
**prohibited [1]** 145/7
**prohibition [1]** 74/1
**prompt [1]** 5/3
**promptly [1]** 146/23
**proof [1]** 41/16
**property [6]** 34/10 106/3 108/2 108/3 108/7 113/9
**propose [6]** 6/5 75/7 91/13 92/13 93/7 96/8
**proposed [4]** 77/14 148/24 156/4 156/5
**proposes [2]** 77/13 91/13
**proposing [1]** 133/15
**protect [3]** 43/25 105/20 111/19
**protects [2]** 43/13 43/15
**protocol [1]** 73/19
**protocols [1]** 109/12
**Proud [1]** 91/4
**provide [2]** 66/25 77/15
**provided [5]** 46/21 47/20 89/20 153/12 153/12
**provider [1]** 25/23
**provides [3]** 11/10 46/15

**provision [19]** 114/23 128/20 128/21 128/23 128/24 129/8 129/13 129/14 130/25 131/1 131/10 134/20 135/19 138/16 140/19 140/20 144/13 144/14 144/15
**provisions [5]** 130/12 130/14 131/18 137/8 143/19
**pulling [1]** 52/11
**pump [2]** 13/3 97/17
**pun [1]** 97/6
**purchase [1]** 103/7
**purchasing [1]** 17/7
**purported [1]** 29/6
**purportedly [1]** 56/6
**purports [1]** 15/11
**purpose [2]** 80/22 87/14
**purposes [1]** 142/20
**pursuant [6]** 32/4 131/10 131/11 131/13 131/16 132/1
**pursue [1]** 72/24
**pushes [1]** 102/14
**put [19]** 17/9 22/19 24/7 24/10 24/10 41/16 51/23 72/6 72/13 78/14 78/24 88/21 92/7 103/15 130/22 136/18 142/16 151/2 152/9
**puts [2]** 17/8 76/25
**putting [2]** 28/2 136/18

**Q**

**Quality [6]** 33/9 33/13 33/23 36/2 36/4 83/18
**question [32]** 9/2 20/8 20/20 23/12 24/13 31/20 36/23 36/24 37/5 38/14 45/8 45/9 45/16 52/1 52/17 58/2 58/4 75/21 79/7 82/10 83/23 85/23 86/2 91/20 91/20 99/11 104/15 117/15 128/2 132/17 143/8 144/8
**questioning [1]** 89/13
**questions [20]** 6/14 15/2 20/3 22/9 34/3 35/24 40/17 41/10 41/12 52/19 57/13 95/13 95/9 95/24 97/5 97/7 98/4 99/25 118/14 128/9
**quickly [6]** 5/7 34/2 85/3 100/7 101/18 151/9
**QUINN [6]** 1/20 3/23 7/24 42/14 42/15 104/21
**quite [1]** 54/1
**quo [1]** 91/11
**quote [23]** 16/25 20/25 21/6 21/18 21/24 22/2 22/3 22/6 30/5 30/9 34/19 34/20 35/19 58/20 58/21 59/7 59/8 83/20 89/21 89/23 90/18 90/21 109/18
**quoted [2]** 34/17 90/17
**quotes [2]** 21/17 83/22

**R**

**R.J [1]** 2/5
**race [1]** 96/23
**railroad [1]** 71/23
**raise [4]** 5/16 93/18 102/1 107/6
**raised [9]** 70/20 83/14 93/12 114/1 114/2 122/23 144/9 152/16 154/12

**raises [4]** 84/11 85/15 89/23
144/7
**raising [1]** 102/2
**rand [1]** 93/23
**randomly [1]** 88/18
**rate [2]** 40/2 148/13
**rates [2]** 102/1 102/2
**rather [12]** 30/15 32/4 35/3
35/12 65/3 72/22 81/22 82/13
87/6 101/15 126/17 140/5
**rationale [1]** 143/7
**re [5]** 43/13 90/23 91/3 91/5
103/15
**re-briefing [1]** 103/15
**re-org [1]** 43/13
**re-orgs [3]** 90/23 91/3 91/5
**reach [2]** 71/6 71/13
**reached [1]** 71/21
**reaching [1]** 15/22
**reaction [2]** 116/15 126/9
**reactions [1]** 126/18
**read [15]** 8/23 9/1 10/5 29/17
37/9 37/19 38/17 90/18 129/13
129/18 130/21 142/24 143/3
143/17 145/14
**reading [14]** 12/5 13/22 13/23
19/24 24/18 50/21 51/9 109/16
111/12 128/9 129/17 130/11
130/14 137/8
**real [4]** 60/11 96/23 100/9
141/10
**realize [2]** 79/21 122/7
**realized [1]** 155/17
**really [56]** 6/4 8/9 8/22
12/11 13/8 15/9 15/9 16/15
18/10 28/2 29/15 31/3 31/18
31/19 31/24 32/15 33/15 35/25
37/18 38/3 45/10 55/3 56/16
58/14 60/9 60/10 62/6 62/6
62/18 65/19 66/8 69/14 73/14
81/19 86/20 94/15 96/1 99/24
104/2 104/18 109/6 112/13
113/3 114/24 116/4 118/10
118/11 119/20 120/5 121/1
127/14 136/11 142/12 145/15
155/23 155/23
**really a [1]** 86/20
**rearguing [1]** 126/19
**reason [42]** 15/13 21/21 22/14
22/15 22/16 23/1 23/5 23/18
26/6 27/10 27/12 28/1 28/4
28/5 28/6 28/9 28/16 28/25
29/10 29/22 30/2 30/11 30/20
30/22 31/4 31/6 33/1 34/12
40/23 101/16 103/10 114/24
116/7 120/3 132/10 132/10
144/4 144/10 144/11 144/12
150/6 152/21
**reasonable [6]** 23/10 23/13
25/15 25/18 32/3 45/2
**reasonably [1]** 145/5
**reasons [18]** 15/21 28/19 29/8
34/5 34/5 55/21 62/6 96/17
103/11 121/1 128/11 151/23
152/24 152/25 153/12 153/19
154/13 154/18
**rebuttal [1]** 41/13
**rec [1]** 152/1
**recall [1]** 140/20
**received [1]** 39/12
**recently [1]** 134/9

**Recess [3]** 70/14 97/4 119/22
**recitate [1]** 65/17
**recognition [1]** 65/17
**recognize [1]** 65/3
**recognized [5]** 20/6 20/11
21/23 145/13 153/9
**recognizes [1]** 21/11
**recognizing [1]** 65/4
**recommendation [4]** 118/3
126/13 126/14 151/12
**recommended [1]** 82/20
**reconcile [1]** 143/13
**record [9]** 5/10 123/13 123/15
140/9 149/15 150/21 153/4
153/13 153/19
**recorded [1]** 12/18
**recording [2]** 10/19 12/18
**reduce [4]** 64/3 64/3 66/19
118/20
**reduced [2]** 72/11 92/16
**reducing [4]** 34/19 34/21 35/4
35/8
**reduction [2]** 40/25 92/8
**reenter [1]** 74/4
**refer [5]** 98/13 112/2 112/3
138/18 155/20
**reference [3]** 123/22 132/25
133/1
**referenced [1]** 36/18
**referencing [1]** 18/24
**referral [3]** 121/10 148/22
149/1
**referring [2]** 111/9 138/16
**refers [4]** 110/1 110/2 138/17
155/21
**refine [2]** 118/17 148/4
**refined [1]** 146/4
**refinery [1]** 65/25
**refining [1]** 152/17
**Refinishing [1]** 130/13
**reflected [1]** 110/6
**reform [2]** 116/10 118/22
**reframe [2]** 150/8 150/8
**refutation [1]** 11/10
**regarding [1]** 8/11
**regards [1]** 126/18
**regularly [1]** 129/6
**regulator [1]** 41/7
**rehashing [1]** 43/20
**rejected [3]** 56/23 130/2
134/8
**rejoin [4]** 36/12 58/21 59/7
71/12
**related [2]** 5/9 62/18
**relationship [1]** 111/17
**relationships [1]** 21/2
**relevant [32]** 23/2 23/3 23/6
23/7 23/7 23/9 23/16 23/18
24/24 25/9 25/19 25/23 27/11
27/15 27/16 28/7 28/18 28/21
28/21 29/17 30/5 30/8 30/11
35/21 53/18 62/18 64/12 66/25
67/5 68/3 107/8 108/12
**reliability [1]** 110/25
**reliance [1]** 143/20
**relied [1]** 135/18
**relief [1]** 106/15
**relies [1]** 36/19
**Reluctance [1]** 21/7
**rely [3]** 114/22 131/17 140/16
**relying [1]** 143/8
**remaining [2]** 4/21 52/19
**remarkably [1]** 21/15

**remember [4]** 39/9 53/1 128/20
134/12
**remembering [1]** 70/5
**remembers [1]** 135/2
**remind [1]** 90/19
**renew [3]** 123/4 123/4 155/4
**renounced [1]** 83/5
**rent [3]** 73/16 85/12 85/13
**rented [12]** 37/1 75/19 79/9
80/2 80/17 82/15 88/2 88/15
92/6 93/4 111/3 115/17
**renting [4]** 80/16 80/16 86/23
115/15
**reorganization [1]** 97/25
**reorganize [1]** 53/14
**repeat [1]** 5/5
**repeating [2]** 48/13 126/21
**replaced [1]** 59/10
**replead [3]** 96/15 123/22
123/25
**repleading [1]** 126/19
**replied [1]** 126/11
**repleting [1]** 155/4
**replies [2]** 93/12 95/25
**reply [3]** 16/16 93/19 95/20
**report [5]** 118/3 126/13
126/13 151/12 152/1
**reported [1]** 157/8
**reporter [8]** 2/8 5/2 5/6
98/19 119/21 151/8 157/5
157/18
**representing [1]** 125/7
**represents [1]** 45/22
**Reputation [1]** 68/10
**request [1]** 103/12
**require [1]** 48/22
**required [4]** 84/10 92/23
136/7 141/19
**requires [4]** 26/7 92/21
100/24 141/15
**researched [1]** 20/9
**Reserve [1]** 13/3
**resolved [1]** 125/13
**resolving [1]** 8/10
**respect [20]** 10/15 38/20
42/25 43/5 44/2 44/17 45/3
48/3 50/23 51/13 52/17 55/20
56/10 63/17 64/11 82/9 82/10
93/11 93/21 109/5
**respectfully [2]** 41/14 103/12
**respects [1]** 78/14
**respond [1]** 117/24
**responded [1]** 144/9
**responding [1]** 78/2
**response [5]** 58/12 90/16
100/3 112/16 116/9
**responses [1]** 150/9
**restatement [1]** 29/5
**restrain [1]** 89/18
**restraining [1]** 97/6
**restraint [10]** 27/10 28/10
28/24 28/24 29/1 29/2 29/3
30/12 35/21 81/8
**restraints [2]** 22/22 27/11
**result [8]** 17/16 37/12 54/19
55/1 57/6 84/18 92/9 99/16
**resulted [2]** 38/2 105/25
**results [1]** 35/19
**retained [1]** 106/25
**retire [1]** 74/17
**retract [1]** 96/11
**return [2]** 83/11 96/21
**review [1]** 120/16

**R**

**reviewing [1]** 31/12
**revised [2]** 78/6 117/17
**revision [1]** 78/7
**rewriting [1]** 43/20
**Richfield [1]** 34/16
**RICO [1]** 144/13
**rid [1]** 31/14
**rig [1]** 99/17
**rigged [2]** 93/8 103/7
**rigging [18]** 16/6 16/9 16/14
  16/18 16/20 16/24 17/1 20/11
  20/19 40/21 92/21 92/24 93/1
  93/1 93/2 93/3 93/6 103/6
**right [157]** 4/13 7/21 8/20
  8/25 13/7 13/21 18/12 18/15
  18/19 19/21 20/22 21/11 23/18
  25/3 25/10 25/11 25/16 27/19
  30/2 30/11 30/21 30/25 32/9
  34/11 36/9 37/23 38/3 38/15
  41/24 42/13 42/16 46/2 47/17
  49/10 49/19 49/19 50/1 51/3
  51/10 54/5 54/8 54/17 55/14
  56/13 60/19 60/25 60/25 61/3
  64/16 66/2 66/12 66/13 69/4
  69/19 70/5 70/15 71/15 73/11
  74/5 75/20 79/21 79/22 81/12
  86/5 86/10 87/1 87/2 88/9
  90/2 90/11 90/15 91/14 91/24
  92/10 95/14 95/18 99/1 104/19
  104/21 104/24 105/2 105/12
  105/13 106/11 106/18 106/18
  107/2 108/11 108/11 109/4
  109/8 110/23 110/24 111/23
  113/10 115/2 115/17 117/3
  117/4 118/24 119/3 120/10
  120/15 120/18 121/5 121/8
  121/14 121/17 121/22 122/4
  122/15 124/7 128/5 128/20
  129/3 129/4 129/11 129/23
  132/6 132/12 132/21 132/23
  133/2 134/9 135/1 136/24
  137/22 138/17 139/12 140/2
  140/3 140/17 143/2 143/3
  144/23 144/24 145/1 145/20
  145/25 146/12 146/13 146/15
  146/25 147/11 147/16 148/18
  149/18 150/11 152/4 152/7
  152/7 153/11 155/7 155/12
  155/17 155/17 156/13
**rigs [2]** 39/8 106/7
**rise [6]** 34/11 45/1 51/17
  111/18 114/6 141/9
**rises [2]** 111/15 148/11
**risk [15]** 61/22 63/4 63/5
  66/15 67/13 67/16 67/18 67/19
  68/13 68/16 68/25 69/2 111/13
  111/14 111/15
**risky [4]** 63/3 68/17 68/21
  68/23
**road [2]** 14/1 150/12
**roadblock [3]** 72/6 72/14 73/8
**Roger [2]** 5/15 80/7
**role [8]** 41/9 44/6 44/8 45/13
  64/16 64/18 64/23 87/11
**roles [1]** 45/6
**Room [1]** 2/9
**root [1]** 130/8
**roughly [1]** 111/24
**round [9]** 114/9 124/6 142/18
  147/9 149/8 150/3 152/1 153/2
  156/1

**route [4]** 71/16 72/7 72/8
**routine [2]** 9/9 55/13
**routinely [1]** 56/23
**RPR [1]** 157/17
**rule [59]** 15/10 15/13 22/14
  22/15 22/16 23/1 23/5 23/18
  26/6 27/7 27/10 27/12 28/1
  28/4 28/5 28/6 28/16 28/25
  29/10 29/22 29/25 30/2 30/11
  30/20 30/22 31/3 31/6 31/16
  33/1 34/12 38/21 38/22 39/1
  39/12 40/23 41/2 48/13 48/23
  50/24 50/24 50/25 51/6 78/2
  91/13 103/3 103/10 104/23
  114/23 116/7 116/18 125/1
  141/1 141/14 141/23 143/10
  144/22 145/12 147/2 152/21
**rules [16]** 21/7 38/20 39/15
  45/23 46/4 47/5 47/16 47/24
  47/24 48/10 50/8 54/16 79/17
  91/6 103/3 132/7
**ruling [1]** 128/7
**run [4]** 39/20 82/15 89/11
  96/12
**running [7]** 49/12 49/13 82/22
  83/2 83/6 97/16 137/3
**runs [1]** 52/15
**rushed [1]** 148/2

**S**

**S-E [1]** 15/12
**safe [1]** 24/22
**safeguard [1]** 106/8
**said [67]** 10/3 10/11 12/24
  14/3 14/4 15/4 20/13 20/25
  21/6 26/20 26/24 27/6 27/23
  31/15 31/16 32/12 33/6 34/18
  36/24 42/25 44/13 52/13 64/8
  65/10 68/12 69/20 73/14 73/24
  75/18 81/8 83/23 84/1 84/10
  89/21 90/17 90/20 90/25 97/24
  99/7 100/15 103/3 105/5
  105/23 107/19 108/10 109/18
  114/14 115/16 115/18 116/11
  125/1 125/4 129/24 129/25
  131/21 133/18 134/22 138/7
  141/24 142/19 143/9 147/19
  147/21 150/13 153/14 153/25
  155/16
**same [26]** 3/24 25/17 38/20
  45/7 50/23 55/21 62/20 68/7
  76/13 78/2 84/19 86/11 88/22
  89/9 94/17 95/10 97/25 98/2
  106/14 114/15 114/17 120/23
  125/7 129/23 152/24 153/3
**San [1]** 87/9
**satisfy [2]** 136/6 141/18
**Satoshi [1]** 76/4
**save [1]** 41/12
**saw [8]** 6/6 18/18 27/17 27/17
  29/11 47/7 84/24 111/20
**say [86]** 4/7 5/5 8/15 10/21
  11/23 16/22 16/24 17/9 18/4
  20/17 21/4 21/17 21/24 22/3
  23/14 24/8 25/7 25/16 25/17
  26/12 37/11 37/24 38/10 39/11
  47/12 49/11 56/12 58/15 59/10
  59/22 61/17 61/23 61/23 61/24
  63/12 63/16 65/9 65/9 69/9
  74/19 75/4 83/17 84/24 96/6
  96/22 99/9 100/15 101/25
  105/5 111/5 112/10 112/25

  114/7 114/25 118/6 118/10
  131/21 131/23 131/24 132/7
  132/10 132/17 134/4 134/9
  135/6 135/25 136/4 136/9
  137/16 138/12 139/11 139/24
  140/11 144/1 148/16 149/13
  152/19 152/22 153/2 154/1
  154/9 155/9
**saying [45]** 9/15 13/20 26/5
  26/7 29/17 33/17 36/13 47/25
  48/1 49/5 54/24 58/25 59/5
  60/7 60/13 61/4 62/20 64/19
  66/10 67/3 71/16 71/20 73/6
  79/21 80/11 87/24 94/4 100/19
  115/24 122/6 122/19 123/12
  133/8 133/25 134/12 135/10
  136/20 140/1 143/3 144/18
  150/5 150/12 153/15 153/22
  154/4
**says [38]** 16/1 16/17 17/20
  17/20 23/16 27/7 29/7 30/4
  33/21 34/22 34/24 35/1 35/11
  36/19 37/8 37/20 37/25 39/9
  58/20 59/7 59/19 74/2 97/22
  102/4 102/14 102/22 117/4
  128/20 129/5 129/5 130/20
  134/15 139/14 139/16 140/16
  141/17 144/24 152/20
**scarcity [2]** 13/6 13/12
**scenario [2]** 75/6 108/13
**scenarios [1]** 44/13
**schedule [1]** 147/19
**scheduled [4]** 11/16 37/21
  37/25 49/21
**scheduling [1]** 7/6
**schemes [1]** 17/1
**school [6]** 22/16 56/14 56/17
  56/18 89/11 89/12
**Schwinn [3]** 26/16 26/19 27/1
**scrambling [1]** 43/17
**se [41]** 15/10 15/12 15/18
  15/19 15/23 15/25 16/3 16/5
  20/4 20/6 20/11 20/14 20/19
  21/2 21/7 21/21 21/23 22/5
  22/7 22/10 22/23 26/24 28/6
  30/20 30/21 31/3 31/6 33/1
  34/12 40/20 92/20 92/25 93/18
  103/4 103/6 110/11 114/23
  115/2 115/17 152/21 152/22
**search [7]** 16/12 16/17 16/19
  18/1 27/15 32/19 32/21
**seat [1]** 57/13
**SEC [1]** 143/1
**second [24]** 3/19 4/2 8/2 17/7
  18/21 19/5 19/6 22/12 35/24
  36/1 36/7 39/21 40/19 45/16
  52/9 52/9 101/1 130/21 130/22
  138/12 142/15 153/10 153/17
  153/21
**Secondly [1]** 114/22
**seconds [2]** 24/14 24/23
**section [8]** 30/22 30/23 31/1
  32/10 34/10 130/1 130/11
  143/18
**sector [1]** 68/2
**secure [1]** 76/10
**Securities [4]** 142/25 143/1
  143/2 144/14
**security [9]** 10/20 10/20 11/1
  11/3 11/6 12/25 43/19 43/21
  53/13
**see [26]** 15/20 18/23 19/16

**S**

see... **[23]** 29/21 32/8 35/7 40/12 40/22 44/23 49/15 59/25 73/24 112/21 114/15 114/24 115/4 116/5 125/11 126/23 127/15 141/7 141/8 141/16 143/22 144/4 146/9
seeing **[1]** 140/20
seek **[2]** 120/15 150/18
seem **[2]** 8/11 66/16
seemed **[3]** 143/11 143/12 154/15
seems **[2]** 117/4 142/11
seen **[5]** 9/12 52/12 52/12 87/13 107/3
seized **[1]** 146/10
self **[3]** 110/12 112/22 115/9
self-evident **[1]** 112/22
self-explanatory **[1]** 110/12
self-interest **[1]** 115/9
sell **[4]** 16/10 67/23 67/24 87/5
seller **[1]** 26/3
selling **[1]** 87/22
sells **[1]** 87/17
semantics **[1]** 130/17
send **[2]** 119/1 141/13
sending **[1]** 84/3
sense **[8]** 42/4 45/14 48/15 63/18 64/1 108/21 121/17 130/4
sensitive **[1]** 151/15
sent **[1]** 82/17
sentence **[5]** 58/19 77/24 99/12 101/11 129/15
sentiment **[1]** 132/9
separate **[6]** 19/12 36/24 81/22 95/4 143/11 144/6
separately **[1]** 138/10
separateness **[1]** 81/19
series **[1]** 20/15
serve **[7]** 83/9 117/16 129/7 131/25 134/22 134/24 144/24
served **[7]** 125/10 131/1 131/10 132/1 134/3 135/4 145/1
server **[1]** 82/16
servers **[36]** 37/1 49/7 50/4 73/16 73/16 79/10 79/22 80/2 80/9 80/16 80/17 84/14 84/21 85/13 85/20 86/5 86/9 86/9 86/12 86/14 86/18 86/18 86/23 87/2 87/5 87/17 87/21 87/24 88/2 97/10 97/16 97/19 111/3 115/15 115/17 117/6
service **[41]** 5/23 23/19 28/8 82/20 87/23 118/14 124/16 124/19 124/21 124/22 125/2 125/11 128/22 130/1 130/11 131/5 131/10 131/11 131/13 131/16 131/18 131/21 132/24 133/10 133/13 133/19 134/9 134/20 135/19 140/19 142/23 143/21 144/7 144/13 144/14 144/15 144/21 145/3 145/9 145/11 145/15
services **[1]** 23/17
serving **[5]** 131/24 133/20 135/5 135/14 144/6
set **[23]** 7/2 15/16 31/15 38/22 39/1 39/12 39/15 45/23 46/4 47/5 50/24 51/1 51/6

60/2 76/7 78/2 79/4 141/14 157/14
sets **[12]** 10/9 38/21 47/15 47/24 47/24 48/9 48/13 48/23 50/24 51/4 54/15 117/8
setting **[3]** 27/12 49/8 73/8
Seventh **[2]** 130/10 130/19
several **[3]** 49/22 58/10 70/1
shame **[1]** 140/12
share **[4]** 9/17 25/25 86/17 96/17
shared **[2]** 9/11 9/13
shares **[1]** 24/11
sharing **[1]** 143/24
she **[4]** 76/12 78/18 98/19 155/21
she'll **[3]** 5/7 121/10 155/20
she's **[3]** 103/24 155/25 156/2
shed **[1]** 58/3
Shell **[1]** 32/6
Sherman **[27]** 8/7 8/11 21/3 22/24 26/6 30/22 30/22 31/1 32/10 41/24 42/5 42/10 44/25 57/15 62/17 63/17 64/2 64/9 64/11 69/8 79/3 79/24 81/2 95/25 104/2 114/23 132/13
shifts **[2]** 125/21 126/2
shock **[1]** 6/10
shoot **[1]** 24/2
shops **[1]** 84/4
short **[1]** 118/8
shorthand **[3]** 157/5 157/8 157/18
shot **[1]** 151/14
shot.' **[1]** 153/17
shotgun **[1]** 107/23
should **[38]** 6/10 8/19 22/8 27/9 29/2 30/19 33/12 33/25 35/7 37/17 46/12 58/25 59/21 60/10 60/15 63/8 63/14 75/21 77/16 86/20 96/21 100/16 101/22 103/16 105/12 109/2 115/14 120/11 121/15 123/11 124/20 125/5 125/24 136/23 138/13 153/5 154/19 154/19
shoulder **[1]** 118/11
shouldn't **[2]** 21/21 100/21
show **[7]** 37/14 52/10 113/10 117/2 129/1 134/3 141/8
showing **[4]** 28/20 35/8 84/8 110/6
showroom **[1]** 87/25
shuts **[1]** 53/8
side **[9]** 11/14 16/9 16/10 20/10 21/16 21/17 47/22 104/10 130/22
sided **[1]** 28/2
sides **[3]** 8/15 42/5 120/15
signaling **[1]** 101/25
signed **[1]** 63/8
significant **[3]** 112/19 112/20 126/25
similar **[2]** 19/2 19/4
similarly **[1]** 32/2
SIMMONS **[16]** 1/19 3/14 7/15 13/15 23/12 31/20 42/25 58/2 60/7 71/20 76/12 100/11 100/12 115/24 151/1 151/7
Simmons' **[3]** 70/20 71/2 71/14
simple **[5]** 12/4 14/6 105/19 140/17 152/18
simpler **[1]** 155/2

simply **[7]** 20/4 41/9 87/13 95/13
simply do **[1]** 20/4
simultaneous **[1]** 84/18
simultaneously **[1]** 11/5
single **[3]** 22/4 31/2 43/6
single-firm **[1]** 31/2
sir **[1]** 4/18
sit **[7]** 33/11 34/3 35/17 35/24 40/16 41/10 70/9
sitting **[1]** 9/18
situation **[1]** 131/20
six **[4]** 46/22 77/2 90/19 112/13
six-month **[1]** 77/2
skepticism **[1]** 146/8
slick **[1]** 28/6
slide **[12]** 9/8 10/2 11/14 18/6 18/21 19/17 34/22 35/25 36/1 37/18 39/21 40/12
slides **[9]** 10/5 10/5 11/9 18/22 33/10 34/3 35/17 35/23 37/17
slow **[6]** 98/24 102/6 102/9 121/25 137/6 144/11
slowly **[2]** 137/1 138/19
small **[2]** 19/10 109/17
smart **[2]** 5/1 67/14
smiling **[1]** 148/15
smirking **[1]** 148/14
smoking **[1]** 55/24
so **[341]**
so that **[1]** 138/1
So there's **[1]** 49/10
so-called **[2]** 43/13 107/22
soft **[1]** 47/3
software **[85]** 36/10 38/18 38/22 39/1 43/2 43/8 43/13 43/14 43/24 45/20 45/21 45/23 45/24 46/15 46/16 46/22 46/25 47/13 47/15 47/20 47/25 48/3 48/12 48/17 48/20 49/1 49/13 49/23 50/2 50/5 50/7 50/11 50/22 50/25 51/5 51/7 51/23 53/16 53/20 54/4 54/15 55/6 55/9 55/13 62/15 62/16 64/12 65/1 65/2 65/2 72/6 73/21 74/11 75/7 76/8 76/19 76/21 76/23 76/23 76/25 77/2 77/7 77/11 77/13 77/16 77/19 77/23 78/1 78/3 78/5 78/6 78/13 78/18 78/19 80/9 86/9 86/11 86/14 88/20 88/24 89/4 91/12 92/13 95/4 99/15
sold **[1]** 88/3
sole **[1]** 51/20
solely **[2]** 105/20 139/23
solve **[10]** 12/10 12/12 12/19 13/8 13/13 19/3 39/5 97/17 111/4 121/13
some **[76]** 8/7 8/10 8/17 11/9 13/1 14/7 16/6 17/2 24/11 32/8 37/11 41/12 42/10 43/1 44/5 44/8 47/21 49/5 50/13 50/13 50/14 57/16 61/24 62/5 62/25 65/14 68/17 68/20 70/21 73/25 74/18 75/7 79/4 86/10 87/18 87/20 88/7 89/15 91/19 94/15 94/20 95/1 95/20 96/12 96/17 99/2 103/14 103/19 114/10 114/15 118/20 118/21 118/22 123/22 126/17 126/18 126/20 126/20 126/25 127/2

**S**

**some...** **[16]**  127/12 128/6 128/9 136/7 144/10 147/17 149/18 149/19 149/25 150/3 151/2 151/25 152/13 153/25 154/13 154/18
**somebody** **[23]**  24/9 47/14 47/21 65/10 67/22 75/14 94/17 94/19 110/12 122/18 124/24 129/1 133/20 134/13 134/15 134/19 134/21 134/21 134/25 135/9 148/14 150/11 152/4
**somebody's** **[3]**  48/6 122/14 150/10
**somehow** **[6]**  36/14 37/2 50/5 53/24 54/4 58/9
**someone** **[4]**  43/15 43/19 76/24 109/16
**something** **[38]**  3/12 8/4 15/19 16/7 25/16 28/12 29/19 31/5 36/22 38/10 59/11 60/22 62/19 62/21 63/15 66/11 67/22 70/6 80/5 84/19 86/8 96/6 105/3 120/6 122/18 122/25 124/1 134/4 138/6 138/12 140/24 142/15 142/16 143/13 144/1 144/6 148/10 151/10
**Something's** **[1]**  37/23
**sometimes** **[2]**  47/3 98/25
**somewhat** **[2]**  43/9 53/11
**soon** **[1]**  155/16
**sophisticated** **[2]**  65/19 65/24
**sorry** **[11]**  42/20 70/15 85/23 86/2 86/16 102/10 110/4 137/2 139/20 147/20 154/2
**sort** **[11]**  10/6 12/22 35/5 37/11 37/13 58/5 59/13 70/25 79/2 81/14 142/10
**sorts** **[1]**  67/9
**sound** **[1]**  97/1
**sounding** **[1]**  22/15
**sounds** **[3]**  40/3 140/13 146/17
**source** **[5]**  76/19 76/23 77/15 84/9 143/20
**Souter** **[2]**  31/18 102/14
**South** **[2]**  2/3 93/23
**Southeast** **[2]**  1/14 1/17
**Southeastern** **[1]**  28/22
**SOUTHERN** **[3]**  1/1 157/3 157/6
**speak** **[12]**  4/13 42/19 55/3 87/25 100/9 117/25 118/7 133/5 137/1 138/19 146/14 151/17
**speaking** **[9]**  7/24 8/15 8/21 90/2 98/20 112/9 144/20 151/7 151/9
**speaks** **[1]**  52/4
**special** **[1]**  62/25
**specific** **[9]**  44/15 108/16 109/13 121/7 127/13 139/9 139/10 139/25 141/25
**specifically** **[3]**  54/2 56/10 82/5
**specificity** **[3]**  103/14 118/4 126/15
**specified** **[1]**  52/20
**specify** **[1]**  69/20
**spelled** **[1]**  4/15
**spelling** **[1]**  103/24
**spend** **[3]**  7/3 118/2 139/15
**spending** **[3]**  43/18 70/21 110/23

**spent** **[1]**  111/1
**spin-off** **[1]**  21/13
**split** **[7]**  56/19 54/20 61/5 61/8 65/23 130/15 130/16
**spoke** **[3]**  51/15 65/10 82/2
**spoken** **[1]**  119/24
**squeeze** **[1]**  110/13
**ss** **[1]**  157/2
**stab** **[2]**  75/25 152/10
**stage** **[2]**  10/9 88/17
**stakeholder** **[1]**  50/19
**stakeholders** **[3]**  46/24 50/14 50/14
**stand** **[6]**  88/8 108/25 119/15 127/21 127/25 143/11
**stand-alone** **[1]**  143/11
**standard** **[4]**  31/15 31/23 137/21 142/1
**standards** **[3]**  60/1 60/2 109/12
**standing** **[3]**  71/14 115/16 115/19
**standpoint** **[3]**  14/16 123/13 130/24
**stands** **[1]**  94/13
**Starbucks** **[1]**  31/22
**start** **[11]**  6/7 6/19 7/10 14/9 59/17 68/24 70/19 74/17 95/23 104/22 133/21
**start-up** **[1]**  68/24
**started** **[2]**  146/5 153/15
**starting** **[4]**  3/5 32/17 32/18 108/22
**state** **[35]**  7/20 7/24 7/25 8/9 8/12 21/4 26/14 26/16 26/17 27/4 27/5 42/1 42/2 42/3 42/6 84/7 95/25 104/3 104/12 104/13 105/20 107/20 107/22 113/15 116/10 116/16 118/21 127/1 133/4 139/2 142/11 143/21 145/21 152/12 154/18
**state's** **[1]**  141/16
**stated** **[2]**  85/3 153/19
**statement** **[4]**  55/23 56/8 66/22 105/7
**states** **[13]**  1/1 1/10 21/25 28/22 101/14 102/24 134/8 139/3 139/6 139/7 142/21 157/1 157/6
**States'** **[1]**  13/2
**station** **[1]**  32/7
**stations** **[1]**  32/6
**status** **[1]**  91/10
**statute** **[14]**  30/23 31/2 34/10 129/5 130/19 131/25 141/1 141/5 141/13 141/14 142/22 142/24 143/4 143/14
**statutes** **[1]**  117/11
**statutory** **[3]**  129/21 129/22 129/24
**stay** **[2]**  47/6 65/15
**stays** **[1]**  68/22
**steer** **[1]**  128/10
**stemming** **[1]**  47/10
**stems** **[1]**  83/24
**stenographic** **[1]**  157/11
**step** **[5]**  59/13 59/23 90/25 121/16 127/7
**stepping** **[1]**  12/23
**still** **[17]**  6/10 6/11 14/22 30/7 48/7 54/11 55/9 55/11 62/10 75/15 75/17 79/8 82/21 91/16 92/10 92/11 114/7

**stipulated** **[3]**  122/4 122/4
**stipulation** **[1]**  122/11
**stock** **[5]**  61/4 61/12 62/20 64/19 67/21
**stocks** **[2]**  61/12 68/24
**stole** **[2]**  108/7 108/9
**stone** **[1]**  151/20
**stop** **[10]**  16/3 36/1 69/25 95/13 126/24 127/17 128/15 131/2 144/16 144/19
**stopped** **[2]**  54/4 91/8
**story** **[2]**  71/2 71/20
**straight** **[3]**  15/4 71/24 142/17
**Street** **[2]**  1/14 1/20
**stretch** **[2]**  76/1 106/1
**stretched** **[1]**  65/18
**strike** **[2]**  120/4 123/15
**stringent** **[1]**  142/1
**strong** **[1]**  126/18
**struck** **[1]**  122/8
**structure** **[5]**  8/17 97/10 128/19 129/22 129/25
**structured** **[2]**  53/16 132/6
**struggling** **[1]**  13/24
**stuff** **[3]**  39/13 63/19 65/11
**stuffed** **[2]**  58/8 60/13
**stuffing** **[1]**  58/7
**style** **[1]**  10/6
**subject** **[11]**  6/8 8/7 108/2 114/9 116/6 116/18 132/19 139/17 141/4 141/12 141/16
**subjected** **[1]**  27/9
**submarket** **[1]**  94/25
**submarkets** **[1]**  94/24
**submit** **[3]**  60/10 135/12 151/10
**submitted** **[2]**  136/21 156/4
**submitting** **[1]**  93/7
**substance** **[2]**  15/4 31/7
**substantial** **[2]**  136/10 142/5
**substantive** **[7]**  7/19 32/25 34/8 43/6 44/3 51/20 107/21 139/17 141/4 141/12 141/16
**substitute** **[2]**  23/13 25/15
**substitutes** **[2]**  23/10 25/18
**succeeds** **[1]**  19/14
**successful** **[1]**  127/10
**successfully** **[1]**  115/5
**successive** **[1]**  53/16
**succinct** **[1]**  102/11
**such** **[8]**  13/6 20/11 32/3 50/4 51/4 84/10 112/17 145/3
**sudden** **[1]**  135/5
**suddenly** **[9]**  71/22 74/8 84/15 84/22 89/1 89/4 134/2 136/23 155/16
**sued** **[2]**  68/4 131/9
**sufficient** **[7]**  6/17 82/9 112/23 115/9 137/20 141/8 153/12
**sufficiently** **[1]**  116/13
**suggest** **[12]**  9/3 25/6 30/8 31/17 56/9 56/19 56/21 60/9 88/20 91/9 117/4 118/16
**suggesting** **[3]**  33/14 44/7 54/18
**suggestion** **[5]**  84/11 84/12 85/16 89/24 96/11
**suggests** **[2]**  57/6 57/8
**suing** **[3]**  112/6 116/23 132/10
**Suite** **[3]**  1/23 2/3 2/6
**sum** **[1]**  58/13

**S**

**SUMBERG [2]**   1/22 4/6
**summarize [1]**   101/11
**summons [1]**   144/7
**super [2]**   24/16 97/8
**super-broad [1]**   24/16
**superseded [1]**   59/21
**supplier [1]**   86/21
**support [13]**   23/3 41/4 80/9
 81/11 85/18 89/7 92/24 111/15
 114/3 115/7 117/2 130/13
 143/10
**supported [1]**   57/7
**supporter [2]**   56/19 57/2
**supports [5]**   14/25 89/17
 126/3 128/19 130/10
**suppose [1]**   122/17
**supposed [4]**   52/15 53/12
 60/14 95/6
**supposes [1]**   54/5
**Supreme [22]**   20/13 20/23
 20/24 21/4 21/6 22/19 26/23
 27/1 27/9 27/25 31/13 33/9
 33/12 34/16 34/18 35/11 51/17
 52/12 69/20 81/8 101/14
 139/16
**sure [28]**   3/20 9/10 17/15
 24/19 31/11 43/11 45/10 45/12
 45/18 52/23 53/10 74/14 75/2
 79/6 87/21 88/8 89/20 93/10
 95/14 118/13 119/15 124/11
 130/2 144/5 146/3 152/4 153/8
 154/9
**surgical [1]**   28/6
**surprise [3]**   125/9 154/8
 154/9
**surprises [1]**   67/9
**Surprisingly [1]**   24/15
**survive [1]**   137/20
**survives [2]**   18/16 153/6
**suspect [1]**   150/10
**SV [45]**   11/17 11/21 12/6
 13/19 14/14 19/6 19/11 38/19
 46/19 47/16 49/2 49/9 49/12
 49/25 50/5 50/15 50/22 54/20
 54/25 61/18 61/22 62/3 62/5
 62/10 63/3 66/15 66/19 67/9
 71/7 71/25 72/14 72/21 72/23
 73/4 73/15 74/18 89/12 91/17
 91/18 93/16 99/15 101/8
 101/13 102/19 113/13
**swings [1]**   68/19
**symbolizes [1]**   17/17
**system [11]**   13/4 43/22 50/6
 58/16 74/4 74/6 75/11 92/15
 93/8 111/5 136/4
**systematic [1]**   142/2
**systems [1]**   20/1

**T**

**table [1]**   151/3
**tacit [1]**   83/25
**take [36]**   7/1 9/16 10/11 11/9
 16/2 16/2 16/22 19/5 23/15
 23/15 31/22 41/12 42/24 45/16
 55/18 58/1 65/11 65/12 68/21
 70/12 75/25 80/12 95/19 95/22
 97/8 100/19 119/19 120/20
 126/14 137/25 139/13 139/13
 144/25 148/6 152/10 153/16
**taken [2]**   18/11 151/14
**takeover [1]**   60/8

**taker [1]**   26/3
**takes [6]**   15/15 101/21 104/1
 125/14 128/16
**taking [5]**   6/4 74/10 78/4
 93/4 153/21
**talk [19]**   6/3 6/5 15/6 15/10
 15/13 34/1 57/23 64/6 79/2
 85/7 90/25 104/16 104/18
 127/18 128/5 133/3 138/23
 142/17 151/16
**talked [7]**   26/14 32/24 56/2
 69/15 73/19 150/8 150/15
**talking [26]**   6/15 6/23 7/3
 10/1 28/2 49/18 70/8 72/17
 88/11 88/25 92/17 95/20 97/19
 107/10 111/11 123/17 129/8
 132/19 132/22 133/22 135/9
 136/11 136/11 136/13 138/22
 142/3
**tangible [1]**   107/5
**taught [1]**   10/1
**technical [1]**   77/11
**technically [1]**   121/19
**technological [1]**   76/2
**Technologies [9]**   4/23 4/24
 5/18 5/21 86/25 87/16 87/18
 98/18 99/4
**technology [15]**   11/3 11/21
 12/10 15/2 55/9 68/24 76/1
 86/6 88/25 95/4 95/5 108/9
 108/9 138/25 139/5
**tee [1]**   155/25
**telephonically [1]**   133/18
**tell [11]**   37/5 38/8 63/6
 68/14 68/15 69/23 70/2 99/12
 113/21 120/22 128/9
**telling [4]**   26/21 90/18 99/4
 126/9
**tells [4]**   11/18 30/23 67/11
 72/7
**temporal [2]**   21/12 54/12
**tend [1]**   33/22
**term [8]**   14/5 18/1 25/21 54/1
 76/20 81/13 97/20 115/2
**terminology [1]**   92/22
**terms [8]**   7/6 41/3 44/3 92/20
 96/6 99/2 111/7 115/13
**territorial [1]**   16/13
**test [2]**   6/14 138/21
**testing [1]**   118/24
**than [32]**   6/11 10/23 14/15
 16/8 18/13 20/10 26/21 26/23
 30/15 32/4 35/3 35/12 40/2
 46/11 54/2 59/11 60/15 63/12
 68/17 74/22 75/3 75/9 81/10
 81/22 82/13 87/10 101/16
 116/2 118/4 132/4 135/16
 146/14
**thank [19]**   8/16 41/11 41/20
 55/14 69/5 69/6 70/10 97/2
 97/3 97/18 100/1 100/5 100/6
 100/13 103/21 151/7 156/9
 156/12 156/13
**that [977]**
**that a [1]**   31/20
**that's [193]**
**the parties [1]**   121/24
**their [76]**   5/19 14/1 15/23
 17/11 21/18 22/6 27/18 28/17
 30/7 36/13 37/19 41/16 44/6
 45/13 48/24 50/19 51/6 51/24
 52/10 52/20 54/19 58/8 58/17
 58/17 58/23 60/25 61/15 63/3

 63/6 63/8 63/10 64/4 71/14
 78/8 78/11 78/13 78/16 80/8
 81/25 84/14 86/19 86/23 87/10
 87/11 87/20 87/22 89/14 90/8
 93/10 93/19 94/20 95/4 105/22
 106/8 107/6 107/18 108/9
 108/9 112/19 115/8 118/11
 132/16 133/5 136/15 137/14
 143/20 143/23 146/1 147/7
 147/22 153/21
**them [56]**   21/2 29/20 40/1
 43/6 44/19 51/24 52/20 56/1
 58/18 61/6 61/10 61/13 62/25
 63/9 63/9 63/11 63/13 63/13
 63/23 64/1 65/8 68/9 71/3
 71/10 71/23 72/7 72/7 81/19
 86/5 87/17 89/3 91/1 94/22
 103/24 113/3 114/17 114/20
 118/9 118/17 124/21 125/20
 126/8 129/7 129/7 132/5
 136/11 137/10 138/10 146/3
 146/4 147/23 150/1 150/4
 150/18 154/1 154/5
**themselves [1]**   17/19
**then [114]**   5/17 5/25 6/19 7/4
 8/2 15/12 15/13 15/14 19/19
 24/25 25/6 25/7 25/19 28/9
 28/25 29/18 29/25 31/6 31/23
 33/6 34/3 35/17 35/23 36/13
 36/16 37/11 38/17 39/9 40/16
 42/6 42/7 45/1 46/3 47/6
 47/21 48/4 48/16 48/18 50/12
 50/18 59/5 59/6 59/20 62/10
 67/22 68/19 69/25 70/9 70/12
 71/11 71/13 72/19 73/2 73/8
 75/9 75/13 80/10 81/6 84/1
 86/23 89/8 89/12 90/14 91/1
 91/3 93/7 95/22 96/1 102/19
 107/25 112/2 112/22 117/13
 118/6 120/13 120/17 121/10
 121/11 121/14 121/14 121/15
 122/17 124/9 125/21 126/2
 127/9 128/21 129/7 131/25
 133/20 134/3 134/13 135/5
 136/6 136/16 137/8 137/11
 138/22 139/9 141/11 141/25
 143/7 143/23 145/6 145/10
 146/21 147/4 147/6 147/6
 147/8 151/14 151/18 151/19
 151/20
**theories [2]**   80/24 118/24
**theory [21]**   16/17 20/6 22/12
 29/3 29/4 29/4 80/15 80/19
 81/7 81/10 85/4 89/17 99/11
 103/6 106/4 116/7 117/17
 135/12 141/10 142/7 150/17
**there [122]**   5/4 6/19 7/7
 11/19 14/9 16/20 17/12 19/8
 20/1 20/16 20/18 23/2 23/3
 26/11 29/21 32/20 34/22 35/2
 37/11 37/24 38/5 40/6 40/19
 42/9 43/23 44/10 44/18 44/20
 44/22 45/2 47/3 47/13 47/21
 48/22 49/11 50/4 51/3 54/3
 55/9 55/12 56/7 61/8 63/6
 65/9 65/14 66/5 67/12 67/12
 67/13 68/6 70/4 71/24 72/6
 72/16 74/7 76/25 77/14 77/23
 78/4 78/14 79/11 83/22 86/1
 86/8 89/9 94/7 94/12 94/12
 95/1 95/20 96/3 99/1 101/24
 101/25 103/14 103/16 104/13

**there... [45]**  105/3 105/19 108/2 109/6 110/22 111/15 112/5 113/8 114/3 114/4 114/14 114/17 114/25 115/9 116/11 116/12 116/14 116/17 117/12 118/19 119/19 120/24 123/11 125/2 125/6 126/5 127/16 127/17 128/12 129/16 129/18 131/9 133/23 140/25 141/3 141/8 141/12 142/1 142/17 142/24 143/12 144/12 152/13 154/8 155/17

**there's [98]**  8/3 11/2 17/4 17/5 19/3 19/16 25/25 30/15 32/3 33/1 34/11 34/13 35/10 37/22 37/23 38/6 40/20 45/3 46/4 46/16 47/7 47/13 47/14 49/10 51/14 53/19 54/12 55/11 55/22 55/23 55/23 56/12 57/8 59/14 59/20 60/11 63/5 65/16 67/10 67/12 68/25 70/4 72/1 73/6 76/4 77/24 83/22 86/6 89/8 92/21 94/9 94/10 96/1 96/16 101/1 101/3 102/18 105/4 105/8 105/14 105/15 105/15 108/5 108/7 108/8 110/25 111/3 112/24 116/2 117/12 120/24 121/13 121/13 121/14 125/3 128/25 129/17 129/18 129/19 129/23 130/15 130/16 132/14 136/3 138/23 140/6 140/7 141/25 142/15 144/10 144/11 145/4 148/4 148/5 149/8 149/23 152/11 152/18

**therefore [10]**  65/4 124/20 131/14 131/15 131/16 131/17 133/14 141/4 143/21 145/17

**thereto [1]**  150/9

**these [90]**  12/12 12/15 13/8 13/19 14/7 15/7 16/11 18/5 20/15 21/17 23/1 23/9 24/14 24/23 27/20 27/20 30/18 34/5 34/5 35/5 37/18 39/18 40/7 40/7 40/8 41/18 41/19 45/24 47/23 48/8 48/9 48/12 48/19 48/24 51/14 51/22 52/10 53/13 58/9 63/11 68/12 68/20 71/13 78/1 78/3 78/8 78/10 80/20 80/21 81/4 81/21 82/1 82/4 82/12 84/18 85/4 86/4 86/4 86/14 86/18 87/2 87/16 87/17 88/1 89/1 89/17 90/18 91/4 91/11 92/9 94/15 94/24 96/14 107/22 110/4 113/1 112/19 114/16 114/20 115/16 126/6 126/9 126/16 126/25 127/12 134/1 142/10 143/24 148/23 151/18

**they [281]**

**they'll [1]**  146/2

**they're [50]**  14/19 14/24 15/7 25/17 32/8 39/4 39/10 41/7 45/25 48/4 48/11 48/11 48/12 54/18 54/23 54/23 54/24 58/14 58/24 59/3 59/5 59/8 59/23 60/13 60/23 61/3 62/17 62/19 65/19 67/13 67/22 68/6 71/6 71/9 74/6 78/10 86/13 86/20 87/10 89/15 91/12 94/24 97/16 105/25 110/17 114/15 126/6

132/6 136/10 136/11

**they've [10]**  19/4 30/14 30/15 56/4 69/18 70/25 129/2 130/3 137/14 153/2

**thing [17]**  7/7 17/1 17/17 25/17 29/18 35/21 45/5 67/21 72/10 86/11 117/20 121/5 121/12 123/8 128/6 138/12 154/10

**things [20]**  15/7 23/10 23/16 52/7 60/8 63/7 63/12 63/16 63/25 72/21 75/17 85/4 103/25 118/8 132/8 133/22 138/1 138/6 153/5 153/25

**think [231]**

**think was [1]**  142/25

**think will [1]**  148/8

**think's [1]**  19/22

**thinking [7]**  19/22 21/21 33/5 45/5 100/3 128/6 151/13

**third [5]**  30/18 33/21 130/6 130/13 130/18

**thirdly [1]**  14/20

**this [358]**

**those [51]**  3/24 5/15 6/21 8/10 12/14 13/13 17/10 23/20 39/22 43/17 43/25 44/18 47/15 49/7 50/1 50/7 50/17 51/4 51/18 56/15 56/21 60/8 63/12 63/16 63/22 71/9 71/21 72/9 73/9 78/14 82/14 84/6 85/13 87/5 95/7 96/12 98/4 101/5 102/23 103/11 106/5 106/6 115/10 124/17 124/19 125/12 125/13 126/1 127/21 129/5 149/1

**though [9]**  18/10 18/10 59/1 59/19 79/4 83/8 90/1 118/13 137/7

**thought [17]**  6/6 6/19 7/7 41/3 48/16 53/5 55/5 63/7 66/10 68/12 73/23 97/13 110/19 115/23 122/21 126/22 152/20

**thoughts [6]**  103/19 113/2 113/6 116/17 120/23 127/2

**thousand [2]**  24/9 71/22

**thread [2]**  52/15 151/17

**three [9]**  1/14 18/24 19/12 72/6 81/14 112/7 112/9 141/17 145/6

**threshold [1]**  124/17

**through [42]**  1/8 6/6 6/17 10/11 11/9 14/3 16/21 17/22 17/22 32/5 32/16 33/23 34/2 35/16 37/15 37/18 40/10 41/19 52/15 63/24 71/15 71/23 71/24 72/8 72/10 72/11 93/10 100/20 102/25 118/17 124/14 126/6 126/22 126/25 132/2 134/7 134/25 135/13 142/10 143/7 143/23 144/5

**ticker [13]**  61/6 61/7 61/7 61/16 61/19 63/2 65/5 65/12 65/14 65/20 66/3 66/4 66/6

**tickers [1]**  61/9

**ties [1]**  29/7

**time [37]**  7/1 7/2 19/23 20/9 37/2 41/20 42/24 43/15 43/24 49/6 53/7 55/19 62/5 62/9 67/10 70/21 72/19 77/1 88/1 89/22 96/21 97/8 105/6 113/18

118/2 122/20 125/2 127/22 147/19 147/20 147/21 147/24 151/8

**timeliness [1]**  5/23

**timely [1]**  124/16

**times [3]**  5/3 83/7 156/10

**Tjoflat [3]**  21/10 28/15 30/6

**today [13]**  6/16 81/3 104/4 117/15 117/19 118/5 122/22 148/25 150/8 150/21 151/23 152/23 153/25

**together [16]**  31/5 38/18 46/24 57/9 80/20 80/21 81/4 81/20 88/21 92/7 93/9 93/15 110/16 114/13 130/3 137/4

**told [4]**  63/3 98/19 154/1 154/5

**too [11]**  42/24 55/18 59/22 75/5 81/16 82/25 100/19 107/22 134/10 139/6 151/9

**took [4]**  62/1 139/18 154/11 154/14

**tooth [1]**  154/11

**top [2]**  37/24 148/11

**Topco [1]**  20/23

**tort [1]**  105/20

**torts [1]**  34/8

**totally [1]**  52/17

**touch [1]**  55/15

**touched [2]**  37/20 51/25

**touches [1]**  54/22

**tough [1]**  96/23

**toward [1]**  99/17

**towards [5]**  52/7 52/11 113/1 146/8 146/10

**trade [19]**  22/21 22/22 26/13 28/24 61/9 61/13 62/3 62/22 62/23 63/8 67/8 81/8 89/18 93/25 94/1 95/2 95/3 95/7 95/7

**tradeable [2]**  19/7 40/5

**traded [1]**  61/18

**traders [2]**  93/25 94/1

**trades [2]**  82/24 95/8

**trading [9]**  66/12 66/16 66/18 66/19 67/2 68/8 68/15 68/16 89/16

**transactions [5]**  12/15 43/16 63/20 63/23 63/25

**transcript [9]**  1/9 98/23 150/10 150/14 152/4 152/23 157/10 157/11 157/12

**transformed [1]**  19/19

**translate [1]**  135/1

**translated [2]**  135/2 135/3

**travel [1]**  147/17

**traveling [2]**  70/22 71/4

**trees [1]**  14/1

**tremendously [1]**  124/5

**trepidation [1]**  151/10

**tried [1]**  116/10

**tries [1]**  122/14

**trouble [3]**  117/3 117/8 117/14

**troubles [1]**  118/13

**true [11]**  29/25 31/23 54/13 61/23 66/17 66/18 85/18 87/14 94/13 106/14 157/10

**try [19]**  8/22 14/3 33/6 48/4 71/25 74/10 92/14 98/24 98/25 109/2 114/6 114/19 120/6 120/7 120/9 122/15 122/17

**T**

**try... [2]**  134/13 148/6
**trying [23]**  12/19 15/7 60/11
64/2 71/4 71/6 79/8 97/17
98/6 98/16 102/10 110/12
110/21 111/4 117/11 117/15
122/5 122/6 127/18 133/6
133/11 146/6 150/5
**turn [5]**  18/20 18/21 147/21
149/21 150/4
**turn to [1]**  18/20
**turned [1]**  18/9
**turns [1]**  27/10
**tutorial [1]**  8/22
**tutoring [1]**  10/17
**tweet [4]**  56/24 56/25 57/5
82/16
**tweeted [1]**  56/12
**two [70]**  9/21 15/12 15/15
17/5 18/23 19/15 19/17 19/17
19/18 20/23 28/2 35/2 35/14
38/18 38/21 38/21 40/1 44/18
46/4 47/15 47/24 47/24 47/24
48/8 48/9 48/19 48/23 50/17
50/21 50/24 50/25 51/4 51/15
56/16 61/5 61/8 61/9 61/15
62/11 63/2 63/11 63/12 63/16
64/10 65/23 68/5 72/16 72/21
73/6 73/9 73/22 75/16 83/22
89/8 99/12 101/4 101/11
101/15 109/13 117/23 119/8
124/6 124/17 124/19 129/18
130/3 130/14 138/1 138/6
147/25
**two different [1]**  48/8
**two-sided [1]**  28/2
**Twombly [13]**  31/12 31/15
31/16 31/24 31/25 32/11 32/17
32/17 33/15 51/17 81/9 101/20
102/4
**tying [1]**  130/1
**type [1]**  56/22
**types [3]**  43/25 68/23 141/22
**typically [4]**  10/25 11/1
12/25 152/14

**U**

**U.S [1]**  2/8
**UAC [3]**  58/15 62/24 112/17
**ubiquitously [1]**  11/6
**Uh [1]**  119/10
**Uh-huh [1]**  119/10
**ultimately [1]**  20/13
**unabashed [1]**  103/8
**unaffected [1]**  93/5
**unanimous [1]**  27/2
**under [30]**  26/6 28/25 29/3
29/25 30/22 30/23 31/15 31/16
32/2 44/25 64/2 81/6 105/19
115/18 116/17 122/13 128/21
130/1 131/1 131/22 131/24
132/25 133/10 133/13 134/20
134/21 135/21 136/9 141/23
142/14
**underground [1]**  39/6
**undermines [1]**  142/12
**underpinning [2]**  46/14 46/25
**understand [28]**  7/1 8/19 12/21
13/24 23/23 45/10 50/3 53/12
79/8 79/23 90/8 91/18 94/24
108/10 108/12 108/18 113/4
114/9 115/11 122/6 133/7

**understanding [37]**  6/14 15/22
36/25 43/9 43/12 46/9 46/13
48/25 49/3 50/10 53/15 55/8
55/11 78/7 145/8 145/15
145/22
**understandings [1]**  32/11
**understands [1]**  138/15
**understood [6]**  53/23 58/22
59/11 115/1 116/5 140/15
**undertaking [1]**  29/12
**undisputable [2]**  101/6 101/6
**undoing [1]**  101/8
**unfair [1]**  73/7
**unified [1]**  137/9
**unilateral [2]**  51/22 57/3
**unique [4]**  41/23 43/1 50/20
86/8
**unit [2]**  81/22 110/25
**unitary [7]**  46/20 47/6 47/7
47/19 52/7 52/11 55/12
**UNITED [23]**  1/1 1/4 1/10 3/3
13/2 16/16 21/25 28/22 55/21
56/11 56/24 63/1 70/18 101/14
102/24 108/8 113/11 139/3
139/6 139/7 142/21 157/1
157/6
**United's [2]**  44/3 108/6
**unjust [6]**  106/19 106/21
107/10 111/25 112/6 116/22
**unlawful [2]**  52/13 80/22
**unless [10]**  22/9 30/21 31/4
41/25 52/19 95/12 108/20
119/5 119/20 150/14
**Unlimited [1]**  49/24
**unreasonable [1]**  115/18
**unrelated [1]**  62/6
**until [2]**  85/2 126/10
**untimely [1]**  124/20
**unusual [1]**  85/14
**up [45]**  5/5 9/9 22/18 24/18
32/22 43/16 49/6 49/6 49/8
50/3 51/24 58/13 63/8 64/9
68/24 72/6 72/13 73/8 73/13
75/25 76/8 84/4 89/4 92/19
97/7 116/23 117/11 117/16
119/1 119/5 119/11 121/3
121/16 126/7 132/2 133/20
134/3 135/5 142/9 144/11
147/17 151/14 151/18 152/14
156/1
**update [3]**  46/17 46/23 47/15
**updates [4]**  46/15 46/22 47/13
47/20
**upgrade [24]**  11/16 11/20
11/21 11/22 13/17 13/18 13/18
36/21 37/21 37/22 38/7 49/21
51/5 51/7 53/6 53/20 55/6
60/16 74/10 78/4 78/23 80/9
82/18 84/16
**upgrades [8]**  12/2 38/20 50/23
53/17 55/10 55/13 76/16 77/2
**upon [15]**  53/14 80/16 106/23
114/22 123/4 131/17 135/18
142/10 143/20 149/8 149/13
149/16 150/5 153/4 155/4
**us [35]**  6/8 6/25 8/17 10/17
11/18 13/24 14/3 15/7 21/3
30/23 37/14 38/8 39/22 41/11
46/23 61/15 65/3 82/21 83/5
87/10 93/23 99/3 105/22 116/3
124/14 132/4 139/11 139/15

**use [18]**  11/24 17/17 17/18
17/24 25/13 56/7 65/21 82/25
86/11 87/18 87/20 92/22 94/2
94/14 97/15 128/23 132/14
139/24
**used [19]**  25/21 36/5 68/11
81/13 86/10 86/14 86/18 86/23
87/2 87/25 88/4 88/5 88/7
88/10 97/20 131/14 144/4
144/12 145/17
**useful [1]**  149/13
**users [5]**  19/6 20/2 40/5
61/22 66/15
**uses [2]**  12/4 36/3
**using [6]**  35/6 40/7 51/4 77/5
78/20 91/11
**usually [1]**  148/11

**V**

**vacuum [1]**  66/23
**vague [1]**  107/11
**vain [4]**  16/12 18/1 32/19
32/21
**valid [1]**  58/17
**value [24]**  10/19 12/2 12/18
12/20 12/25 13/1 14/23 18/19
24/5 24/8 24/13 37/13 65/14
65/17 67/16 67/18 67/23 76/14
99/14 99/20 101/6 101/13
105/24 112/21
**values [3]**  19/1 19/4 68/19
**variance [1]**  8/4
**variety [1]**  50/11
**various [17]**  5/8 11/24 39/3
49/23 61/11 68/24 70/3 71/7
77/23 78/8 78/10 78/14 83/7
91/11 91/11 94/5 114/16
**VASQUEZ [1]**  1/22
**vault [1]**  13/1
**vendors [1]**  17/4
**VENTURES [5]**  2/2 4/16 5/13
57/20 60/4
**venue [23]**  128/21 128/21
129/8 129/10 130/2 130/11
132/25 134/21 134/24 135/20
136/4 136/5 136/5 136/6 136/7
136/9 136/16 136/17 137/8
140/19 140/19 143/18 143/20
**VER [27]**  1/20 3/16 4/6 42/22
43/3 52/21 55/16 55/20 56/5
56/10 56/25 57/1 72/25 80/7
82/2 82/15 82/21 82/23 82/24
83/4 83/8 84/17 85/11 88/15
89/12 112/2 112/11
**Ver's [4]**  5/15 56/24 82/16
90/16
**verdict [1]**  137/21
**verify [3]**  76/11 76/13 95/5
**vernacular [1]**  103/17
**version [7]**  80/9 88/22 89/11
89/12 94/10 99/17 146/2
**versions [1]**  72/16
**versus [3]**  128/4 143/14
147/25
**vertical [3]**  6/11 6/11 26/20
**very [48]**  9/4 10/13 10/13
12/9 20/21 21/5 22/16 22/17
22/17 26/17 27/13 27/13 29/16
31/13 31/13 33/3 33/24 34/2
34/17 35/18 37/17 41/3 49/14
56/4 67/14 69/13 82/18 89/9

**V**

**very... [20]** 90/18 100/2 100/7 101/18 109/17 114/13 115/25 116/23 118/23 120/5 128/23 133/23 142/6 144/4 147/2 148/11 150/16 152/9 152/10 152/12

**video [7]** 89/20 89/21 90/1 97/24 115/11 130/12 130/12

**videotape [1]** 16/3

**view [6]** 11/10 23/24 123/13 135/18 140/12 140/23

**violate [8]** 22/24 65/13 73/19 73/23 75/19 75/22 80/15 81/1

**violated [2]** 58/10 61/24

**violates [1]** 79/9

**violation [31]** 15/18 15/19 15/25 16/3 16/5 17/12 17/18 20/7 20/11 20/14 20/19 22/5 23/1 32/10 32/14 32/25 34/8 34/13 39/10 40/20 40/25 92/20 92/25 93/18 109/24 110/7 115/2 115/20 116/8 152/21 152/22

**violations [1]** 21/2

**virtual [1]** 59/25

**virtually [1]** 68/21

**virtue [1]** 72/24

**vision [6]** 45/21 50/14 50/15 50/19 96/7 152/8

**visions [1]** 50/17

**visual [1]** 5/19

**voice [3]** 16/23 30/15 30/15

**volume [3]** 50/4 51/4 63/24

**voluntarily [1]** 106/24

**vote [25]** 13/19 17/19 17/21 17/23 17/23 36/13 36/21 37/9 39/3 53/18 54/3 57/7 58/16 58/23 64/24 65/4 65/6 73/16 75/8 75/9 77/20 78/19 93/4 100/17 102/19

**voted [2]** 14/6 14/7

**votes [6]** 39/12 53/17 53/18 60/14 60/15 78/16

**voting [21]** 16/18 16/22 27/17 27/18 34/25 35/2 36/10 37/2 41/8 46/4 49/8 53/24 54/5 58/5 64/25 79/10 79/23 103/8 103/8 110/1 111/10

**W**

**wading [1]** 29/24

**wait [6]** 3/19 27/6 86/25 119/18 130/20 133/19

**waiting [1]** 88/3

**waive [1]** 120/15

**waiver [1]** 144/7

**waiving [1]** 10/4

**wake [1]** 43/7

**Walden [2]** 139/10 139/12

**walk [5]** 18/22 34/2 35/16 124/14 136/14

**want [98]** 4/13 5/2 6/25 7/6 8/18 8/23 9/14 10/8 10/11 13/20 14/3 15/1 15/3 15/10 15/15 15/16 16/6 17/8 17/21 17/21 17/22 19/8 19/22 23/14 24/10 24/10 24/11 27/23 31/25 32/15 34/1 35/13 38/10 42/18 43/1 45/9 46/10 49/14 53/19 54/6 57/16 57/23 67/7 67/8 67/15 69/13 69/14 70/19 71/15

**weeks' [1]** 147/5

**well [68]** 5/4 10/9 12/17 14/3 15/9 18/5 19/13 23/12 24/1 24/17 24/21 25/7 28/14 29/18 31/12 33/3 34/22 36/7 37/11 39/16 40/18 47/11 49/20 52/22 64/15 66/23 71/19 72/3 74/16 74/24 77/10 84/24 85/6 86/12 86/19 89/8 90/14 91/16 92/19 93/14 95/17 98/11 98/11 99/1 99/1 100/9 101/2 101/18 104/15 106/15 113/21 115/1 120/9 120/10 121/24 122/16 123/17 123/19 128/17 129/20 132/14 132/19 134/7 138/13 144/16 151/2 152/3 152/10

**well-educated [1]** 74/16

**well-established [1]** 15/9

**well-informed [1]** 152/10

**well-known [1]** 33/3

**went [10]** 13/18 14/22 33/14 50/19 64/7 112/21 115/25 116/11 143/7 151/18

**were [68]** 18/4 18/5 41/6 43/16 49/7 49/8 49/11 49/12 49/12 50/4 50/11 51/8 51/16 52/10 52/25 61/4 62/12 63/1 65/22 66/10 68/14 68/14 72/16 72/21 73/1 74/7 77/23 77/23 78/1 78/2 79/18 79/21 79/22 80/4 80/5 80/20 81/18 83/19 84/18 84/21 85/20 87/2 87/25 88/2 88/3 88/5 88/9 89/5 90/22 90/22 91/11 98/9 99/5 100/20 101/4 102/2 109/23 111/3 123/17 125/8 125/9 125/10 135/22 138/22 147/18 148/25 151/17 151/25

**weren't [5]** 60/14 80/6 87/25 88/2 88/3

**west [3]** 16/2 70/24 70/25

**what [236]**

**what the [1]** 135/8

**what's [19]** 11/23 13/11 13/15 13/16 15/25 16/5 17/17 27/18 28/9 35/1 36/15 39/11 39/17 44/17 45/14 70/23 72/1 73/17 125/25

**whatever [5]** 24/7 36/23 71/6 109/1 136/21

**whatsoever [4]** 45/4 51/14 62/16 64/13

**when [47]** 8/23 9/1 14/17 15/8 17/8 17/8 17/14 17/14 27/12 30/23 31/10 32/16 33/18 38/5 42/19 44/13 45/6 45/7 47/18 52/2 69/19 69/20 73/12 74/17 95/5 97/19 100/14 102/5 102/7 103/23 105/1 106/25 107/10 110/1 111/9 111/10 111/16 112/10 118/8 125/2 125/10 129/15 130/3 134/3 138/7 140/22 147/18

**where [55]** 8/3 10/2 11/6 12/15 16/8 20/15 20/17 21/7 23/15 24/25 25/7 31/9 32/1 33/18 47/3 50/13 51/12 53/2 53/4 59/21 67/9 68/6 69/19 71/5 71/8 71/19 76/11 76/16 77/2 77/20 78/23 79/16 82/20 85/8 85/17 100/18 102/4 102/7 102/13 102/17 102/18 105/1

**V**

71/18 73/14 73/17 74/20 75/5 96/14 98/15 98/22 99/9 102/24 104/16 109/6 112/25 113/18 118/15 120/6 123/20 123/21 124/11 124/14 126/11 126/24 130/23 133/19 136/1 136/9 140/4 140/8 142/8 142/9 142/16 146/9 146/9 146/16 146/18 148/1 149/7 149/10 149/16 149/20 151/11 151/16 154/10 155/23

**wanted [16]** 6/22 14/13 14/13 18/22 31/7 36/14 58/1 60/16 64/8 65/24 72/24 78/25 99/8 125/15 134/18 140/8

**wants [3]** 89/16 119/5 155/23

**war [3]** 17/16 29/12 39/13

**was [167]**

**Washington [1]** 1/21

**wasn't [9]** 44/22 54/3 90/2 112/22 140/14 140/17 144/8 144/8 144/9

**watched [1]** 89/21

**water [1]** 70/16

**way [61]** 6/5 8/6 9/22 9/23 12/1 12/2 12/6 12/21 13/9 13/14 13/20 17/21 24/22 26/16 29/2 30/10 33/5 36/14 37/9 37/16 40/13 41/3 41/11 43/17 47/25 48/1 50/5 58/6 60/16 63/11 63/23 65/8 66/9 71/7 71/8 71/14 73/2 79/14 92/12 92/12 108/15 111/2 114/21 115/22 115/23 116/4 118/1 120/18 123/13 123/19 127/16 128/10 129/23 135/13 135/25 136/16 137/9 140/18 143/12 143/19 153/20

**ways [1]** 129/18

**we [270]**

**we'd [2]** 6/19 6/19

**we'll [16]** 9/17 12/6 42/7 65/12 98/24 104/22 108/25 114/1 119/19 120/21 141/16 142/17 146/1 146/3 151/16 155/6

**we're [51]** 5/8 6/3 8/3 14/4 27/8 28/24 35/6 41/22 49/18 59/17 59/18 59/22 72/17 75/16 75/17 79/23 88/11 88/25 89/19 90/9 96/5 97/19 103/15 104/3 114/3 120/12 122/7 123/9 123/14 132/22 132/24 134/10 134/10 135/9 137/23 137/23 138/16 139/11 140/1 140/22 140/22 142/3 143/8 145/19 146/13 149/11 151/21 151/22 151/25 152/1 154/1

**we've [22]** 9/12 19/17 29/20 40/19 52/6 69/15 73/19 82/2 82/6 83/4 83/8 83/21 85/11 86/21 88/13 91/4 110/3 113/18 123/23 150/7 151/22 154/21

**weave [1]** 8/22

**website [2]** 29/7 155/17

**weeds [2]** 143/15

**week [2]** 107/19 155/10

**weekend [1]** 70/22

**weeks [12]** 117/23 120/2 120/12 120/13 121/22 122/5 122/12 147/7 147/16 147/25 147/25 149/6

## W

**where... [13]** 110/17 113/10
117/5 118/3 125/25 131/21
133/18 141/20 141/23 142/21
146/5 148/2 150/1
**whereas [1]** 16/9
**WHEREOF [1]** 157/14
**whether [29]** 11/11 15/14 22/4
25/22 35/7 50/7 58/4 60/11
63/14 63/21 65/25 66/17 76/5
81/25 83/23 95/18 98/9 100/7
103/17 104/15 112/5 114/5
127/3 127/7 131/20 140/6
140/7 141/24 144/1
**which [104]** 6/9 6/20 10/15
11/13 12/4 12/6 13/20 14/24
16/23 17/2 17/19 17/21 21/10
22/23 25/14 25/16 27/10 28/16
33/4 33/21 35/11 38/21 39/1
39/6 40/13 40/16 50/7 50/24
51/7 53/7 54/18 54/21 56/6
57/10 57/24 59/7 59/10 61/7
61/16 61/18 64/11 65/10 65/24
66/3 66/4 67/13 71/7 74/25
75/10 77/22 77/25 78/4 82/1
84/9 87/9 89/11 91/1 91/2
91/10 92/6 92/8 94/7 94/10
96/11 97/23 98/6 98/13 101/7
101/21 103/15 104/16 105/7
112/3 112/18 115/10 116/23
118/14 118/18 118/25 123/24
124/6 125/24 128/4 130/25
131/5 131/7 131/9 131/14
136/20 140/18 141/13 141/15
141/19 142/3 142/10 142/19
142/24 144/25 145/13 145/22
146/22 149/23 150/13 153/4
**Whichever [1]** 39/12
**while [8]** 9/23 15/5 28/5 39/8
58/20 71/24 92/17 115/23
**whistle [1]** 91/4
**Whitepaper [39]** 38/25 53/15
58/2 58/4 58/5 58/16 58/20
58/25 59/7 59/9 59/16 59/19
60/3 73/19 73/23 73/23 73/25
74/2 74/8 75/4 75/19 75/22
75/23 75/24 76/3 79/4 79/13
109/11 109/13 109/18 109/24
109/25 110/2 110/9 110/15
111/7 111/11 117/3 117/8
**who [67]** 3/13 5/18 6/21 22/17
27/16 31/9 31/9 31/10 32/23
33/18 38/5 38/6 40/8 45/24
46/3 46/5 47/14 47/18 47/22
48/12 48/17 50/18 57/25 63/1
63/1 63/8 67/8 68/7 71/15
71/17 72/6 72/9 72/24 72/25
73/1 73/1 73/20 75/14 76/4
76/5 77/10 77/12 77/18 78/11
78/24 82/3 82/14 82/21 83/5
89/15 89/21 90/2 93/9 96/12
102/4 102/7 102/13 104/25
106/6 110/12 110/20 112/1
122/18 125/23 129/5 139/13
141/2
**who's [1]** 7/13
**Whoever [1]** 76/6
**whole [10]** 10/20 20/12 50/13
59/18 78/24 95/5 121/12 134/6
135/1 142/4
**wholesale [1]** 108/15
**whom [4]** 31/10 31/10 32/23

56/17
**whose [3]** 33/6 61/20 76/16
**why [46]** 7/16 10/4 11/10
15/21 27/7 34/5 37/14 37/16
44/16 56/21 63/19 73/12 75/1
79/9 79/20 79/24 84/20 84/20
85/3 86/10 94/19 94/19 94/23
94/24 94/25 94/25 95/21 95/22
96/17 96/22 100/2 100/22
100/23 101/22 115/15 121/1
128/5 133/23 134/7 134/8
146/10 147/16 148/14 149/13
150/6 154/18
**Wild [2]** 70/24 70/25
**will [49]** 6/13 7/18 7/24 7/25
16/12 16/18 22/9 24/19 27/15
29/21 32/18 32/21 32/22 35/24
37/4 38/5 38/13 41/10 41/13
47/6 48/22 48/25 71/10 77/20
78/6 79/19 100/7 103/2 104/15
109/20 113/22 116/3 118/2
118/3 118/6 118/19 123/24
124/4 126/10 126/14 126/15
129/25 133/17 138/12 138/20
141/20 148/8 148/24 150/13
**Williams [12]** 104/16 105/5
118/3 118/7 119/1 120/16
121/20 121/21 146/22 148/7
155/10 155/23
**Williams' [1]** 122/19
**willing [1]** 119/25
**willy [1]** 135/6
**willy-nilly [1]** 135/6
**Wilson [1]** 22/18
**win [4]** 17/12 74/24 75/1
90/22
**winner [2]** 65/4 65/6
**winning [2]** 17/3 17/4
**wise [2]** 73/13 142/6
**wish [2]** 36/12 39/23
**withdraw [2]** 123/8 123/20
**withdrawing [1]** 123/18
**withholding [2]** 68/4 68/9
**within [10]** 25/9 68/22 92/15
92/23 94/3 95/3 95/7 95/7
95/8 147/7
**without [19]** 96/16 115/6
117/21 120/1 120/2 120/11
121/22 122/4 122/12 123/4
123/21 129/24 130/1 144/1
147/5 152/15 154/14 155/3
155/7
**WITNESS [1]** 157/14
**woefully [1]** 31/11
**won [1]** 90/24
**won't [7]** 40/13 47/6 51/13
55/18 67/1 116/3 154/4
**wonder [2]** 23/24 118/12
**wonderful [1]** 33/5
**wondering [1]** 42/4
**word [3]** 12/4 79/12 131/14
**words [11]** 11/24 12/22 15/12
20/24 32/18 120/4 128/25
131/22 137/3 146/14 153/13
**work [10]** 6/17 90/3 90/4
118/17 122/9 126/25 127/2
136/3 143/23 152/5
**worked [4]** 82/15 85/12 90/12
126/6
**working [15]** 6/5 6/16 19/3
39/5 39/6 39/8 58/18 78/12
88/15 89/5 89/6 89/25 110/16
110/17 110/17

**workload [1]** 118/8
**works [3]** 80/1 125/9 127/6
**world [5]** 29/11 79/23 85/6
87/6 100/22
**worldwide [8]** 131/5 131/10
131/18 135/19 142/23 143/4
144/21 145/9
**worry [1]** 81/2
**worse [2]** 14/15 68/17
**worth [5]** 8/13 54/25 67/23
126/7 126/21
**would [143]** 5/3 6/6 11/5
16/13 20/9 23/12 23/14 23/15
23/22 23/22 24/13 24/22 25/17
27/7 38/20 38/22 39/1 39/2
39/16 41/14 41/17 41/25 42/3
43/8 43/18 44/1 48/19 50/7
50/8 50/8 50/9 50/17 50/23
50/25 52/10 52/20 53/14 56/1
56/3 57/3 57/7 58/6 59/13
59/25 60/9 61/8 62/19 63/18
63/20 64/18 65/17 65/18 65/24
66/3 66/4 66/8 66/9 66/16
66/18 68/15 69/16 73/18 73/19
75/6 75/7 75/8 75/8 75/12
75/13 75/14 75/15 75/19 75/20
77/12 86/21 88/21 89/14 92/1
93/18 95/24 97/7 97/7 102/23
106/4 106/25 115/20 115/22
118/16 120/15 120/23 122/21
122/21 123/16 126/17 128/17
129/12 129/13 129/14 129/19
130/24 131/1 131/21 132/23
134/6 135/17 135/20 135/21
135/23 135/25 136/4 136/7
138/1 138/21 141/3 141/3
141/11 141/11 141/13 142/4
146/17 146/18 146/20 146/22
146/25 147/4 147/6 147/7
147/8 147/8 147/10 147/19
147/22 147/25 148/9 149/2
149/10 151/16 151/16 151/22 152/5
154/12 155/1 155/3 156/3
**wouldn't [10]** 65/13 66/21
74/22 80/18 80/19 80/25 85/1
138/15 138/18 154/9
**wouldn't refer [1]** 138/18
**wrap [2]** 64/9 73/25
**wrapping [1]** 117/14
**write [16]** 3/9 45/20 45/20
45/24 48/12 48/21 48/24 51/23
100/15 118/5 121/3 126/12
126/13 126/13 151/12 154/12
**writing [2]** 118/2 140/12
**writings [1]** 21/16
**written [4]** 21/5 29/3 76/3
151/20
**wrong [4]** 72/2 73/17 98/17
99/9
**wrongful [1]** 108/2
**wrongfully [1]** 108/6
**wrote [5]** 26/19 47/18 112/16
141/2 154/11
**Wu [10]** 4/24 56/5 57/9 82/3
87/1 87/8 124/17 125/9 138/16
138/18
**Wu's [1]** 5/22

## X

**XOM [2]** 61/7 61/10
**XT [1]** 49/25
**XYZ [1]** 94/16

## Y

**year [3]** 41/18 124/22 125/10
**years [5]** 10/22 27/1 68/19
 74/17 112/17
**yellow [2]** 14/22 14/23
**yen [7]** 93/24 93/25 93/25
 95/8 95/8 95/8 95/9
**Yep [1]** 20/14
**yes [30]** 9/22 24/22 26/9
 28/14 41/25 46/8 64/22 69/12
 73/9 74/21 78/17 82/11 85/24
 90/12 91/14 97/21 99/7 106/16
 106/16 121/18 129/10 129/20
 129/20 133/12 137/19 138/11
 147/3 147/13 154/23 155/6
**yesterday [1]** 41/6
**yet [10]** 6/25 9/12 9/13 22/3
 68/25 81/24 115/14 116/5
 127/5 149/23
**York [5]** 23/14 61/4 61/12
 62/20 64/19
**you [522]**
**you'll [9]** 4/13 5/1 18/1
 18/23 37/15 40/12 47/3 102/1
 118/5
**you're [55]** 5/1 6/15 8/5
 18/20 20/22 21/9 21/11 23/23
 26/5 28/7 35/11 46/11 47/11
 64/15 67/3 70/8 73/6 74/8
 96/15 99/4 100/9 100/10
 103/13 104/14 107/10 112/5
 112/8 113/1 116/1 116/18
 116/23 118/21 118/22 122/6
 127/13 129/8 129/23 131/23
 131/23 131/24 132/1 132/11
 132/19 133/8 133/11 133/16
 134/12 134/12 136/21 137/3
 140/18 144/24 150/17 152/12
 153/8
**you've [10]** 9/11 71/3 71/14
 71/16 114/18 116/12 127/3
 135/14 138/7 154/12
**you-all [15]** 5/2 5/3 6/4 6/14
 6/16 98/20 103/23 104/17
 117/20 124/24 142/19 149/15
 152/22 153/7 154/21
**younger [1]** 46/11
**your [325]**
**yours [1]** 9/17
**yourself [1]** 24/25
**YouTube [2]** 89/21 115/11
**yvette [9]** 2/8 2/10 98/19
 102/12 103/24 157/5 157/17
 157/17 157/20

## Z

**Zealand [1]** 132/5
**zero [3]** 8/23 18/12 27/14
**zone [3]** 111/13 111/14 111/15