UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICAN CORP.,

    Plaintiff,

vs.

BITMAIN, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report and recommendation. (DE 128). In the Report, Judge McAlilely recommends that the Court dismiss without prejudice Defendants Saint Bitts LLC and Amaury Sechet. The parties did not file objections to the Report. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 128) is **AFFIRMED AND ADOPTED**.

2. Defendants Saint Bitts LLC and Amaury Sechet are **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of February, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE