# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**Case No. 1:18-cv-25106-KMW-CMM**

| | |
|---|---|
| United American Corp., *Plaintiff,* v. Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox, *Defendants.* | |

## JOINT MOTION TO ADOPT BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS AMENDED COMPLAINT

On February 3, 2020, this Court entered an order dismissing plaintiff United American Corporation's ("United") complaint without prejudice and granting it leave to file an amended complaint. ECF No. 135 at 2. On February 28, 2020, United filed an Amended Complaint. ECF No. 138. Mindful of the Court's observation at oral argument that it "appreciate[s] [the parties] taking the initiative to talk to each other and propose a way of working through this," ECF No. 136 at 6, the parties conferred regarding the structure and timing for the next round of motion to dismiss briefing. The parties believe that it would be in the interests of judicial economy for Defendants to file a combined omnibus brief addressing common issues, and shorter individual briefs ("standalone motions") where necessary to address Defendant-specific issues. With that in mind, the parties propose the following structure, schedule, and page limits.

– 1 –

| **Filing** | **Page Limit** | **Deadline** |
|---|---|---|
| United's Amended Complaint | n/a | February 28, 2020 |
| Defendants' omnibus motion to dismiss amended complaint | 30 pages | March 27, 2020 |
| Standalone motions to dismiss raising non-duplicative arguments applicable to particular Defendants:<br>　1. Bitmain, Inc., Bitmain Technologies Ltd., and Jihan Wu<br>　2. Payward Ventures, Inc., d/b/a Kraken and Jesse Powell | 15 pages (each) | March 27, 2020 |
| United's opposition to Defendants' omnibus motion to dismiss | 30 pages | April 24, 2020 |
| United's opposition(s) to standalone motions to dismiss, if any | 15 pages (each) | April 24, 2020 |
| Defendants' omnibus reply in support of motion to dismiss amended complaint | 15 pages | May 8, 2020 |
| Replies in support of standalone motions to dismiss, if any | 10 pages (each) | May 8, 2020 |

The approach outlined above would substantially reduce the burden on the Court. Eight Defendants are likely to file motions to dismiss, and with each Defendant presumptively entitled to file a 20-page opening brief, United presumptively entitled to file 20-page answering briefs, and each Defendant presumptively entitled to file a 10-page reply brief under the Local Rules, *see* S.D. Fla. L.R. 7.21(c)(2), the Court may receive up to 400 pages of briefing, much of it likely raising duplicative

arguments. By contrast, if the Court adopted the approach outlined above, the Court would at most receive 155 pages of briefing, with the structure operating to eliminate redundant arguments on common issues.

Moreover, the proposed timing would not unduly delay the resolution of the next round of motions to dismiss. The only departures from the timing provided for under Federal Rule of Civil Procedure 15(a)(3) and Local Rule 7.1(c)(1) are a 14-day extension of the time in which Defendants may file their motion(s) to dismiss United's amended complaint,[1] a 14-day extension of time in which Plaintiff may file its opposing brief(s), and a 7-day extension of time in which Defendants may file reply briefs.[2] These extensions are warranted in light of the breadth and complexity of the legal issues that United's amended complaint raises; the Court's agreement to grant United an extended period of time in which to cure its pleading failures, *see* ECF No. 136 at 147–48; and the parties' agreement that the proposed extension is reasonable. In all other respects, the timing remains unchanged under the Federal and Local Rules.

Accordingly, good cause exists for the Court to grant this Joint Motion. The parties respectfully request that the Court enter an order adopting the proposed briefing structure, setting the suggested briefing schedule, and endorsing the corresponding page limits.[3]

---

[1] *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

[2] *See* Local Rule 7.1(c)(1) ("[E]ach party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after filing and service of the motion…The movant may, within seven (7) days after filing and service of an opposing memorandum of law, file and serve a reply memorandum in support of the motion…").

[3] The undersigned parties consented to the filing of this Joint Motion to Adopt Briefing Schedule and Page Limits for Motions to Dismiss Amended Complaint on their behalf.

| | |
|---|---|
| Dated:  March 5, 2020 | Respectfully submitted,<br><br>*/s/ Melissa C. Pallett-Vasquez*<br>MELISSA C. PALLETT-VASQUEZ<br>Florida Bar No. 715816<br>mpallett@bilzin.com<br>LORI P. LUSTRIN<br>Florida Bar No. 59228<br>llustrin@bilzin.com<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Ave, Suite 2300<br>Miami, Florida 33131<br>Tel.: (305) 374-7580<br>Fax: (305) 374-7593<br><br>IAN SIMMONS (*pro hac vice*)<br>isimmons@omm.com<br>KATRINA ROBSON (*pro hac vice*)<br>krobson@omm.com<br>SERGEI ZASLAVSKY (*pro hac vice*)<br>szaslavsky@omm.com<br>ZHAO LIU (*pro hac vice*)<br>zliu@omm.com<br>BRIAN P. QUINN (*pro hac vice*)<br>bquinn@omm.com<br>PATRICK JONES (*pro hac vice*)<br>pjones@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver* |

<u>*/s/ Christopher R.J. Pace*</u>
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (*pro hac vice*)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (*pro hac vice*)
mrasmussen@jonesday.com
THOMAS D. YORK (*pro hac vice*)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Tel.: (214) 220-3939
Fax: (214) 969-5100

*Attorneys for Defendants Bitmain, Inc., Bitmain Technologies Ltd., Bitmain Technologies Holding Company, and Jihan Wu*

*/s/ Andrew C. Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. and Jesse Powell d/b/a Kraken*

*/s/ Brian P. Miller*
BRIAN P. MILLER
Florida Bar No. 0980633
brian.miller@akerman.com
LORAYNE PEREZ
Florida Bar No. 085265
Lorayne.perez@akerman.com
JOANNE GELFAND
Florida Bar No. 515965
Joanne.gelfand@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez Esq.