IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-CMM

United American Corp.,

    *Plaintiff*,

v.

Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox,

    *Defendants*.

## ORDER GRANTING JOINT MOTION TO ADOPT BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS AMENDED COMPLAINT

This matter is before the Court on the parties' Joint Motion to Adopt Briefing Schedule and Page Limits for Motions to Dismiss Amended Complaint, filed on March 5, 2020 (the "Motion"). ECF No. 139. Having considered the Motion, the Court finds that good cause exists to grant the Motion and order the requested relief. Therefore, the Motion is **GRANTED** and the following structure, briefing schedule, and page limits for the Defendants' forthcoming motions to dismiss and the concomitant memoranda of law, is ordered:

| Filing | Page Limit | Deadline |
| --- | --- | --- |
| United's Amended Complaint | n/a | February 28, 2020 |
| Defendants' omnibus motion to dismiss amended complaint | 30 pages | March 27, 2020 |
| Standalone motions to dismiss raising non-duplicative arguments applicable to particular Defendants:<br>1. Bitmain, Inc., Bitmain Technologies Ltd., and Jihan Wu<br>2. Payward Ventures, Inc., d/b/a Kraken and Jesse Powell | 15 pages (each) | March 27, 2020 |
| United's opposition to Defendants' omnibus motion to dismiss | 30 pages | April 24, 2020 |
| United's opposition(s) to standalone motions to dismiss, if any | 15 pages (each) | April 24, 2020 |
| Defendants' omnibus reply in support of motion to dismiss amended complaint | 15 pages | May 8, 2020 |
| Replies in support of standalone motions to dismiss, if any | 10 pages (each) | May 8, 2020 |

**DONE AND ORDERED** in chambers at Miami, Florida, this ___9th___ day of March, 2020.

_Chris McAliley_
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
All counsel of record

The Court encourages counsel to file memoranda that are to-the-point and are shorter than the page limits allowed here. Defense counsel should file reply memoranda only if Plaintiffs' Response memoranda raises issues not addressed in Defendants' motions. CMM