# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-KMW

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., ROGER VER, BITMAIN TECHNOLOGIES LTD., JIHAN WU, PAYWARD VENTURES, INC. d/b/a KRAKEN, JESSE POWELL, SHAMMAH CHANCELLOR, and JASON COX,

    Defendants.

## DECLARATION OF JIHAN WU

I, Jihan Wu, declare:

1. I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I would testify competently to the facts stated herein.

2. I have never resided or worked in Florida or in the United States.

3. I have never paid taxes to Florida or to any other State within the United States.

4. I have never had a license to do business in Florida or any other State within the United States.

5. I do not have an office or property in Florida or any other State within the United States, and I do not conduct business in Florida or any other State within the United States.

6. I have been invited on limited occasions to speak in the United States on the topic of blockchain in my capacity as an expert in the industry.

7. I do not have a bank account in Florida or in any other State in the United States.

8.  The Court's exercise of jurisdiction over me would pose a substantial burden in that I may be required to travel to Florida or the United States to defend against this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _25th_ day of March 2020, in _Beijing_.

By: _Jihan Wu_
Jihan Wu