# EXHIBIT A

19-083077

| | | |
|---|---|---|
| **Secretary of State**<br>**Statement of Information**<br>(California Stock, Agricultural Cooperative and Foreign Corporations) | **55** SI-550 | **FILED**<br>**Secretary of State**<br>**State of California**<br>**DEC 12 2019** |

**IMPORTANT** — Read instructions **before completing** this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

1. **Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

BITMAIN INC.

*This Space For Office Use Only*

2. **7-Digit Secretary of State File Number**

**C3791198**

3. **Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 300 PARK AVE STE 100 | SAN JOSE | CA | 95110 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

4. **Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| JIHAN | | | WU | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 300 PARK AVE STE 100 | | | SAN JOSE | CA | 95110 | |
| b. Secretary | First Name | Middle Name | Last Name | | | Suffix |
| JIHAN | | | WU | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 300 PARK AVE STE 100 | | | SAN JOSE | CA | 95110 | |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | | | Suffix |
| JIHAN | | | WU | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 300 PARK AVE STE 100 | | | SAN JOSE | CA | 95110 | |

5. **Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| | | | | | |
| Address | | City (no abbreviations) | State | Zip Code | |
| | | | | | |

b. Number of Vacancies on the Board of Directors, if any

6. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| YIRU | | TANG | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code | |
| 300 PARK AVE STE 100 | SAN JOSE | | CA | 95110 | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

7. **Type of Business**

Describe the type of business or services of the Corporation
Technology

8. **The Information contained herein, including in any attachments, is true and correct.**

| 12/5/2019 | Jihan Wu | | CEO | *Jihan Wu* |
|---|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

| S&DC-S/N | Statement and Designation by Foreign Corporation |
|---|---|

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form, and submit for filing along with:

- A **$100** filing fee (for a foreign stock corporation) or **$30** filing fee (for a foreign nonprofit corporation), and
- A *certificate of good standing*, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

FILED
Secretary of State
State of California

MAY 2 6 2015

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① Bitmain Inc.

**Corporate History**

② State or foreign country where this corporation was formed: Delaware

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Robert J. Stemler
       *Agent's Name*
   b. 400 Oceangate,                                          Long Beach        CA  90802
       *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State   Zip*

The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 1049 Market Street, Suite 601                            San Francisco     CA  94103
       *Street Address of Principal Executive Office - Do not list a P.O. Box*   *City (no abbreviations)*   *State   Zip*
   b. 1049 Market Street, Suite 601                            San Francisco     CA  94103
       *Street Address of Principal Office in California, if any - Do not list a P.O. Box*   *City (no abbreviations)*   *State   Zip*
   c. _____ _____ _____ _____
       *Mailing Address of Principal Executive Office, if different from 4a or 4b*   *City (no abbreviations)*   *State   Zip*

Read and sign below: This form must be signed by an **officer** of the foreign corporation.

▶ *Jihan Wu*                                Jihan Wu                    President
  Sign here                                  Print your name here        Your officer title

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 2105, 2106, Revenue and Taxation Code § 23153
S&DC-STK/NP (REV 04/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

3791198

# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BITMAIN INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-SIXTH DAY OF MAY, A.D. 2015.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "BITMAIN INC." WAS INCORPORATED ON THE SEVENTH DAY OF JANUARY, A.D. 2015.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Jeffrey W. Bullock, Secretary of State*
AUTHENTICATION: 2407164

5670168   8300

150761185

DATE: 05-26-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml