IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-CMM

| | |
|---|---|
| United American Corp.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox,<br><br>    *Defendants.* | |

**DEFENDANTS' JOINT NOTIFICATION OF NINETY DAYS EXPIRING**

In accordance with the provisions of S.D. Fla. L.R. 7.1(b)(4), Defendants Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox respectfully give notice that certain motions to dismiss for failure to state a claim and for lack of personal jurisdiction (the "Motions") have been pending with no hearing set for over ninety days.[1] Defendants make this filing only for the purpose of complying with their obligations under the Local Rules, are mindful of the Coronavirus pandemic's impact on the Court's operations and docket, and are grateful to the Court and its staff. S*ee* Administrative Order 2020-53, Sixth Order Concerning Jury Trials and Other Proceedings, *In re Coronavirus Public Emergency* (Aug. 11, 2020).

---

[1] The undersigned parties consented to the filing of this Joint Notification of Ninety Days Expiring on their behalf.

The parties filed a Joint Consent to Rulings of a Magistrate Judge on the Motions on May 14, 2020 (ECF No. 154), and the Court issued an Order referring the Motions to United States Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law on the same day (ECF No. 155). The titles, docket numbers, and service and filing dates for the Motions are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | 142 | March 27, 2020 |
| Exhibit A – Declaration of Luyao Liu | 142-1 | |
| Exhibit B – Declaration of Jihan Wu | 142-2 | |
| Defendants' Joint Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law | 144 | March 27, 2020 |
| Exhibit 1 (Redline comparing Amended Complaint to Complaint) | 144-1 | |
| Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Brief in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | 145 | March 27, 2020 |

The titles, docket numbers, and service and filing dates for the responsive memoranda are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Plaintiff's Opposition to Defendants' Joint Motion to Dismiss First Amended Complaint | 147 | April 24, 2020 |
| Plaintiff's Response in Opposition to Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(2), or Alternatively, Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery | 148 | April 24, 2020 |
| Exhibit A – California Secretary of State Statement of Information for Bitmain Inc. | 148-1 | |

The titles, docket numbers, and service and filing dates for the reply memoranda in further support of the Motions are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Reply in Support of Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | 151 | May 8, 2020 |
| Defendants' Reply in Support of Joint Motion to Dismiss First Amended Complaint | 152 | May 8, 2020 |
| Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Reply in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | 153 | May 8, 2020 |

| | |
|---|---|
| Dated: August 20, 2020 | Respectfully submitted,<br><br>*/s/ Melissa C. Pallett-Vasquez*<br>MELISSA C. PALLETT-VASQUEZ<br>Florida Bar No. 715816<br>mpallett@bilzin.com<br>LORI P. LUSTRIN<br>Florida Bar No. 59228<br>llustrin@bilzin.com<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Ave, Suite 2300<br>Miami, Florida 33131<br>Tel.: (305) 374-7580<br>Fax: (305) 374-7593<br><br>IAN SIMMONS (*pro hac vice*)<br>isimmons@omm.com<br>KATRINA ROBSON (*pro hac vice*)<br>krobson@omm.com<br>SERGEI ZASLAVSKY (*pro hac vice*)<br>szaslavsky@omm.com<br>ZHAO LIU (*pro hac vice*)<br>zliu@omm.com<br>BRIAN P. QUINN (*pro hac vice*)<br>bquinn@omm.com<br>PATRICK JONES (*pro hac vice*)<br>pjones@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver* |

*/s/ Christopher R.J. Pace*
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (*pro hac vice*)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (*pro hac vice*)
mrasmussen@jonesday.com
THOMAS D. YORK (*pro hac vice*)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Tel.: (214) 220-3939
Fax: (214) 969-5100

*Attorneys for Defendants Bitmain, Inc.,
Bitmain Technologies Ltd., and
Jihan Wu*

*/s/ Andrew C. Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. d/b/a Kraken, and Jesse Powell*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez Esq.
