UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

        Plaintiff,

v.

BITMAIN, INC., *et al*,

        Defendants.

_____/

## ORDER SCHEDULING ORAL ARGUMENT

PLEASE TAKE NOTICE that the Court will hold a hearing via Zoom on Defendants' Motions to Dismiss, (ECF Nos. 142, 144), on **September 29, 2020 at 1:00 p.m.** My courtroom deputy, Nancy Flood, will provide the Zoom connection information to counsel of record. Nonparties wishing to attend the hearing shall use the following dial-in information: Telephone number: 1-888-684-8852; Access code: 9675400 and Security code: 5890.

**DONE AND ORDERED** in Miami, Florida, this 11th day of September 2020.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Kathleen M. Williams
      All counsel of record