IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-25106-KMW-CMM

United American Corp.,

    *Plaintiff*,

    v.

Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox,

    *Defendants*.

**JOINT MOTION TO ADOPT PROPOSED HEARING AGENDA**

On September 11, 2020, the Court set oral argument on the motions to dismiss for failure to state a claim and for lack of personal jurisdiction [ECF Nos. 142, 144] for September 29, 2020 at 1:00 pm (the "Hearing"). ECF No. 157. In an effort to promote judicial efficiency and ensure the smooth flow of the Hearing, Plaintiff United American Corp. and Defendants Bitmain, Inc., Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, Jason Cox, and Roger Ver ("Defendants") conferred about the most efficient manner to proceed with oral argument. The parties agree and jointly request that the Court adopt the proposed Hearing agenda set forth below, which adheres to the instructions the Court issued in advance of the hearing on Defendants' first set of motions to dismiss. ECF No. 131 (setting hearing agenda).

The parties believe that the Hearing can best be broken down into two segments. The first would comprise argument on the issues Defendants raise in their joint motion to dismiss [ECF No. 144] pursuant to Federal Rule of Civil Procedure

– 1 –

12(b)(6). Counsel for one Defendant would argue the common substantive antitrust issues, and be followed by other defense counsel who wish to address any arguments unique to their clients. Plaintiff would then offer answering argument to those common and Defendant-specific arguments. Finally, counsel for one Defendant would offer rebuttal argument on the common issues, to be followed by defense counsel who wish to offer rebuttal argument on issues specific to their clients (if any).

The second segment would comprise argument on the issues raised in Bitmain Technologies Ltd.'s and Jihan Wu's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2). ECF No. 142. Counsel for Bitmain Technologies Ltd. and Mr. Wu would argue the issues raised in that motion, Plaintiff would offer answering argument, and then counsel for Bitmain Technologies Ltd. and Mr. Wu would offer rebuttal argument. For the Court's reference, the parties have included a breakdown of the proposed segments and relevant docket entries in Appendix A to this Joint Motion.

If the Court envisions a different ordering of the issues, or prefers that the parties focus their arguments on a more discrete set of issues than those outlined above, the parties are happy to proceed as the Court wishes.

WHEREFORE, the parties jointly request that the Court adopt the parties' proposed agenda in connection with the upcoming Hearing on September 29, 2020.[1]

---

[1] The undersigned parties consented to the filing of this Joint Motion to Adopt Proposed Hearing Agenda on their behalf.

## **APPENDIX A**

| | | |
|---|---|---|
| Segment 1:<br><br>Rule 12(b)(6) Issues | Defendants' Joint Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law | ECF No. 144 |
| | Exhibit 1 (Redline comparing Amended Complaint to Complaint) | ECF No. 144-1 |
| | Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Brief in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | ECF No. 145 |
| | Plaintiff's Opposition to Defendants' Joint Motion to Dismiss First Amended Complaint | ECF No. 147 |
| | Defendants' Reply in Support of Joint Motion to Dismiss First Amended Complaint | ECF No. 152 |
| | Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Reply in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | ECF No. 153 |

| | | |
|---|---|---|
| Segment 2:<br><br>Rule 12(b)(2) Issues | Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | ECF No. 142 |
| | Exhibit A – Declaration of Luyao Liu | ECF No. 142-1 |
| | Exhibit B – Declaration of Jihan Wu | ECF No. 142-2 |
| | Plaintiff's Response in Opposition to Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(2), or Alternatively, Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery | ECF No. 148 |
| | Exhibit A – California Secretary of State Statement of Information for Bitmain Inc. | ECF No. 148-1 |
| | Reply in Support of Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | ECF No. 151 |

Dated: September 22, 2020                    Respectfully submitted,

*/s/ Melissa C. Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver*

*/s/ Christopher R.J. Pace*
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (*pro hac vice*)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (*pro hac vice*)
mrasmussen@jonesday.com
THOMAS D. YORK (*pro hac vice*)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Attorneys for Defendants Bitmain, Inc.,*
*Bitmain Technologies Ltd., and*
*Jihan Wu*

*/s/ Andrew C. Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. d/b/a Kraken and Jesse Powell*

*/s/ Brian P. Miller*
Brian P. Miller
Florida Bar No. 0980633
brian.miller@akerman.com
Lorayne Perez
Florida Bar No. 085265
Lorayne.perez@akerman.com
Joanne Gelfand
Florida Bar No. 515965
Joanne.gelfand@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel: 305-374-5600
Fax: 305-374-5095

*Attorneys for Plaintiff United American Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/ Melissa Pallett-Vasquez*
> Melissa Pallett-Vasquez Esq.