UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25106-WILLIAMS/MCALILEY

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., *et al*,

    Defendants.

_____/

**ORDER AMENDING**
**SEPTEMBER 29, 2020 HEARING AGENDA**

I would find it helpful for the parties to provide a tutorial about the Bitcoin cryptocurrency market, at the outset of the oral argument that is scheduled for next Tuesday. I want to be sure I understand the concepts and terms raised in the Amended Complaint, to include blocks, blockchain ledger, mining, mining pools, scalability of cryptocurrency, scheduled software upgrades, changes to protocol and rules sets, voting during a hash war, a hard fork, checkpoints (or Deep Reorg Prevention), along with the roles and affiliations of miners, investors, exchanges and developers. The tutorial will not be limited to the scope of the Amended Complaint, rather it should be somewhat more broad, to provide me background and context, so that I accurately understand and apply the concepts, terms and relationships that are referenced in the Amended Complaint when I resolve the Motions. Of course, the Court's later evaluation of the Amended Complaint, and Defendants' Rule 12 (b)(6) Motions to Dismiss, will be confined to the allegations in

the Amended Complaint. The tutorial will not include advocacy for any party's position.

I ask counsel to agree to one person (I assume it will be one of the attorneys in this case, but need not be) presenting the tutorial. If need be, two individuals can make the presentation. I expect the tutorial may take 30 minutes, to include my questions.

The first segment of oral argument, regarding the Rule 12(b)(6) Motions, as set out in the parties' Joint Motion, (ECF No. 158), will follow the tutorial. So as to allow time for the tutorial, and for a full presentation of the issues in the Rule 12 (b)(6) Motions, the Court will not hear the planned second segment of oral argument, regarding Bitmain Technologies, Ltd.'s and Jihan Wu's Motion to Dismiss pursuant to Rule 12 (b)(2). The Court may schedule that Motion for oral argument at a later time.

DONE AND ORDERED in Miami, Florida this 25th day of September 2020.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Kathleen M. Williams
Counsel of Record