UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-25106-KMW

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN INC., ROGER VER, BITMAIN
TECHNOLOGIES LTD., JIHAN WU,
PAYWARD VENTURES, INC. d/b/a
KRAKEN, JESSE POWELL, SHAMMAH
CHANCELLOR, and JASON COX,

    Defendants.

**DEFENDANTS' NOTICE OF FILING DEMONSTRATIVE
PRESENTATION SLIDES FROM SEPTEMBER 29, 2020 HEARING**

Per the Court's request, Defendants hereby file the demonstrative presentation slides used during the September 29, 2020 hearing on Defendants' motions to dismiss (the "Hearing") as Exhibits A and B to this notice. Exhibit A are the demonstrative presentation slides used in connection with the blockchain tutorial presented at the beginning of the Hearing. Exhibit B are the demonstrative presentation slides used in connection with Defendants' argument in support of their motions to dismiss during the Hearing.

Exhibit A and Exhibit B were used as demonstrative aids during the Hearing. They were not used to supplement or contradict the allegations in Plaintiff's Amended Complaint. The demonstrative aids were not offered, introduced or admitted into evidence. Accordingly, Defendants are not filing a "Certificate of Compliance re Admitted Evidence" pursuant to Local Rule 5.3(b)(4).

Date: October 1, 2020

Respectfully submitted,

/s/ Christopher R.J. Pace
Christopher R.J. Pace
Florida Bar No. 721166
Email:   crjpace@jonesday.com
Marc A. Weinroth
Florida Bar No. 42873
Email:   mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

Mark W. Rasmussen (*pro hac vice*)
Email:   mrasmussen@jonesday.com
Thomas D. York (*pro hac vice*)
Email:   tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Attorneys for Defendants Bitmain Technologies Ltd. and Jihan Wu*

/s/ *Melissa C. Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No. 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver*

/s/ *Andrew C. Lourie*
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**

201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (*pro hac vice*)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (*pro hac vice*)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. d/b/a Kraken and Jesse Powell*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

*/s/ Christopher R.J. Pace*
Christopher R.J. Pace