# EXHIBIT A

# UNITED AMERICAN CORP. v. BITMAIN, INC., ET AL. CASE NO. 18-CV-25016 (S.D. FLA.)

## Blockchain Fundamentals
## Presented to Judge Chris McAliley

September 29, 2020

# AGENDA

| **Overview of Technology** | Blockchain Ledgers<br>Blocks<br>Mining<br>Mining Pools | |
|---|---|---|
| **Other Key Concepts from Court's 9/25/2020 Order** | Scalability<br>Protocols<br>Forks<br>Scheduled Software Upgrades | Voting in a Hash War<br>Checkpoints<br>Role of Developers<br>Role of Exchanges |

2

# OVERVIEW OF TECHNOLOGY

# BLOCKCHAIN LEDGER – SIMPLE DEFINITION

A digital ledger that tracks and shares transactions and information among users

4

# BLOCKCHAIN LEDGER – CHARACTERISTICS

- Distributed across peer-to-peer network

- Network of ledgers maintain the record of transactions

- Permanent record of transactions secured through cryptography

- Method to synchronize ledgers

# DISTRIBUTED NATURE



Source: https://bitnodes.io/

# NETWORK OF LEDGERS MAINTAIN RECORD OF TRANSACTIONS



# HASH VALUES

Example 1

Example 2



Source: https://www.movable-type.co.uk/scripts/sha256.html

# BLOCKS



# BLOCKS

## Block #654724

**Hash**  00000000000000000000f04d31ea7e9692f1fa22a21c1615b85375ba5a3dcce126

| Date | September 27, 2020 5:52 PM UTC-05:00 |
| --- | --- |
| **Height** | 654724 |
| **Confirmations** | 1 |
| **Size** | 60.311 kB |

| Date (UTC-05:00) | Transaction ID | Confirmations | Inputs | Outputs | Output |
| --- | --- | --- | --- | --- | --- |
| 27-Sep-2020, 17:52:24 | 865fc8ed24...c0c4 <br> coinbase | 1 | 0 | 1 | 6.251 335 00 BCH |
| 27-Sep-2020, 17:52:24 | 009dcf85f7...7977 | 1 | 1 | 2 | 0.014 849 27 BCH |
| 27-Sep-2020, 17:52:24 | 024299ef92...2908 | 1 | 2 | 2 | 0.002 610 00 BCH |
| 27-Sep-2020, 17:52:24 | 03dcd1e894...f422 | 1 | 1 | 2 | 0.142 203 00 BCH |
| 27-Sep-2020, 17:52:24 | 057a991a40...1f7c | 1 | 1 | 2 | 0.001 415 05 BCH |
| 27-Sep-2020, 17:52:24 | 0766790e38...710c | 1 | 7 | 2 | 3.970 925 75 BCH |
| 27-Sep-2020, 17:52:24 | 0bce4f70ae...3020 | 1 | 1 | 2 | 0.009 460 05 BCH |
| 27-Sep-2020, 17:52:24 | 0be24e2a13...808d | 1 | 5 | 2 | 126.076 661 50 BCH |
| 27-Sep-2020, 17:52:24 | 0e2376e610...488e | 1 | 1 | 3 | 0.624 442 76 BCH |
| 27-Sep-2020, 17:52:24 | 0e3dd70a50...93e5 | 1 | 1 | 2 | 0.039 418 32 BCH |

10

## SYNCHRONIZING LEDGERS



# MINING

- A mining node gets the right to publish the next block of transactions by solving a computational puzzle

- Solving the puzzle requires a lot of resources (computer power, energy) and the solution is the "proof" that the user performed the work – Am. Compl. ¶ 31

- All other mining nodes can easily validate that the solution is correct and accept the block; if the solution is incorrect, the block will be rejected

## MINING

- The first to solve the puzzle gets to claim a reward – i.e., units of newly mined cryptocurrency – Am. Compl. ¶ 24

- Mining nodes claim the reward by including it in the block that they are publishing

- Mining nodes add this block to the chain with the most cumulative proof of work – usually the chain with the most blocks – Am. Compl. ¶¶ 29, 89

- Other full nodes signify their acceptance of the block by adding it to their ledgers

# MINING POOLS

- <u>Mining pools</u>: Mining nodes that organize themselves together to solve a cryptographic puzzle – Am. Compl. ¶ 30

  – Mining pools collectively have more computational power than individual mining nodes

  – Mining pools have better chance of solving the puzzle first

  – Mining pools split the reward

# OTHER KEY CONCEPTS
# FROM COURT'S 9/25/2020 ORDER

15

**SCALABILITY**

- <u>Scalability</u>: The ability of a blockchain network to handle increasing volumes of transactions – Am. Compl. ¶¶ 33, 42

- Transactions per second

  – Bitcoin = ~4-7

  – Visa / MasterCard = ~5,000 (with capacity for much more)

- Other cryptocurrencies can handle higher volume of transactions

  – Bitcoin Cash is "intended to be scalable" and is designed with larger block data sizes – Am. Compl. ¶ 33

16

# PROTOCOLS

- <u>Protocol</u>: Set of rules that participants in a blockchain network uses to communicate with each other and share data

    - Each blockchain network has its own protocol

    - A software program must implement the protocol in order to run successfully on the blockchain network

    - Protocols and the software programs that implement them are periodically updated to adapt to the needs and wants of the user community

# FORKS

- <u>Forks</u>: Updates to protocols and software that operates on a blockchain network

  - <u>Soft fork</u>: Even if nodes do not adopt the update they can still use the blockchain system that implements the change

  - <u>Hard fork</u>: If nodes do not adopt the update, they will be completely prevented from using the blockchain system that implements the change – Am. Compl. ¶ 45

- <u>Scheduled Software Upgrades</u>: "Software upgrades are a routine feature" and "occur every six months" on the Bitcoin Cash blockchain network – Am. Compl. ¶ 47

- When nodes disagree about a hard fork, you end up having two separate and incompatible chains – Am. Compl. ¶ 45

18

# FORKS



Source: https://bitcoinmagazine.com/articles/infographic-map-bitcoin-forks

19

# VOTING IN A HASH WAR

- In advance of a hard fork, competing protocols and software are proposed, refined, and released

- People controlling nodes decide which to accept and install

- By installing the software that implements their preferred protocol, people controlling nodes signal their acceptance

- During a hard fork, nodes "vote with their CPU power" by adopting their preferred protocol and accepting blocks that implement that protocol

20

# VOTING IN A HASH WAR

*Nodes can leave and rejoin the network at will, accepting the proof-of-work chain as proof of what happened while they were gone.  They vote with their CPU power, expressing their acceptance of valid blocks by working on extending them and rejecting invalid blocks by refusing to work on them. Any needed rules and incentives can be enforced with this consensus mechanism.*

*- Satoshi Nakamoto, Bitcoin Whitepaper,* cited in Am. Compl. ¶¶ 51, 80-81

21

# CHECKPOINTS

- <u>Checkpoints</u>: Automatic, ongoing software updates to a blockchain that prevent malign attempts ("deep reorg" attacks) to erase past transactions and enable double-spending

    – Prevents attackers from changing transaction history before the checkpoint

    – Users accept the state of the network from that point forward

    – See Am. Compl. ¶ 87-94

# ROLE OF DEVELOPERS

- Develop proposals to update open-source blockchain protocols and software

- Publish proposals for blockchain community to evaluate – GitHub

- Analyze and improve proposals that have been published to the community

- Anyone with computer engineering skill set can submit proposals

- Typically, a core group of developers works on protocols and software updates for a specific blockchain network

# ROLE OF EXCHANGES

- Provide a place for people or companies to buy, sell, and trade cryptocurrency

| **Blockchain** | A distributed network of ledgers that record transactions and stay synchronized with each other using a consensus protocol |
| --- | --- |
| **Block** | A group of transactions on a blockchain; blocks are linked to each other in an interlocking chain |
| **Checkpoints** | Automatic, ongoing software updates to a blockchain that prevent malign attempts ("deep reorg" attacks) to erase past transactions and enable double-spending |
| **Forks** | Updates to protocols and software for a blockchain network; hard forks can result in two separate and incompatible chains |
| **Hash Power** | Computing power used by mining nodes to solve computational puzzles |
| **Hash Value** | An alphanumeric value of a fixed length that uniquely identifies data |
| **Mining** | The use of computing power to record, verify, and add blocks of new cryptocurrency transactions to the end of a chain of consummated and verified transactions |
| **Mining Pools** | Mining nodes that organize themselves together to solve a cryptographic puzzle |
| **Nodes** | Connection points to a blockchain network (e.g., computers, servers) |
| **Protocols** | Set of rules that a blockchain network uses to communicate with each other and share data |
| **Scalability** | The ability of a blockchain network to handle increasing volumes of transactions |
| **Voting in a Hash War** | Refers to a node adopting its preferred protocol and software implementation during a hard fork |