UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-CV-25106

UNITED AMERICAN CORP.,

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC. d/b/a
KRAKEN, JESSE POWELL, AMAURY SECHET,
SHAMMAH CHANCELLOR, and JASON COX

    Defendants.
_____/

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
### FOR UNITED AMERICAN CORP.

Pursuant to Southern District of Florida Local Rules 7.1(a)(1)(F) and 11.1(d)(3), and Florida Rule of Professional Conduct 4-1.16(b)(1) and (5), the undersigned counsel, Michael O. Mena ("Mena"), respectfully moves this Court to grant him leave to withdraw as counsel of record for Plaintiff, UNITED AMERICAN CORP. ("United"), and in support thereof, states as follows:

    1.    United is currently represented in this action by the law firm of Akerman LLP and its attorneys, Brian Miller, Joanne Gelfand, and Lorayne Perez.

    2.    In July of 2019,[1] undersigned counsel accepted an offer of employment with MSP

---

[1] Undersigned counsel joined the MSP Recovery Law Firm in July 2019. It was only recently brought to counsel's attention that his contact information in CM/ECF system for the Southern District of Florida had not been properly updated despite his prior request. Accordingly, counsel is now filing a Notice of Change of Address and E-Mail in all of his pending cases pursuant to the Clerk's instructions so that his request to properly update his contact information in the CM/ECF system can be processed by the Clerk. In this particular case, counsel is no longer counsel for the Plaintiff and has not been since leaving Akerman in July 2019.

1

Recovery Law Firm and ceased being affiliated with Akerman LLP.

3. United will not be prejudiced by the withdrawal as the aforementioned attorneys at Akerman will continue with the representation.

4. Therefore, undersigned counsel respectfully seeks leave to withdraw as co-counsel of record for United, and that he be relieved of all further duties and obligations in this matter.

**WHEREFORE**, Michael O. Mena respectfully requests that this Court enter an Order allowing him to withdraw as counsel for United and provide such other and further relief as the Court deems just and proper under the circumstances.

Dated: December 11, 2020.                    Respectfully submitted,

**MSP RECOVERY LAW FIRM**
2701 S. Le Jeune Road, 10th Floor
Coral Gables, FL 33134
Telephone: 305-614-2222

*/s/ Michael O. Mena*
Michael O. Mena
Fla. Bar No. 10664
E-Mail: mmena@msprecoverylawfirm.com

## CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), the undersigned has discussed the relief sought with all counsel of record, who have no objection to the relief sought by

## CERTIFICATE OF SERVICE

I certify that on December 11, 2020 I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF.

By:    */s/ Michael O. Mena*