**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:18-CV-25106**

UNITED AMERICAN CORP.

    Plaintiff,

v.

BITMAIN, INC., SAINT BITTS LLC d/b/a
BITCOIN.COM, ROGER VER, BITMAIN
TECHNOLOGIES LTD., BITMAIN
TECHNOLOGIES HOLDING COMPANY,
JIHAN WU, PAYWARD VENTURES, INC. d/b/a
KRAKEN, JESSE POWELL, AMAURY SECHET,
SHAMMAH CHANCELLOR, and JASON COX

    Defendants.
_____/

**ORDER ON MICHAEL O MENA'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR UNITED AMERICAN CORP.**

THIS CAUSE having come before the Court upon Michael O. Mena's Unopposed Motion to Withdraw as Co-Counsel for Plaintiff United American Corp. ("Unopposed Motion to Withdraw"), the Court having reviewed the Unopposed Motion to Withdraw and being otherwise fully advised in the matter, it is hereby ORDERED as follows:

1. The Unopposed Motion to Withdraw as Counsel is hereby GRANTED;

2. Co-Counsel is hereby relieved of any further duties and obligations in this matter.

DONE AND ORDERED at Miami-Dade County, Florida on December __, 2020.

                                                    _____
                                                  Kathleen M. Williams
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record*