**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:18-cv-25106-KMW-CMM

United American Corp.,

    *Plaintiff*,

    v.

Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox,

    *Defendants*.

**DEFENDANTS' JOINT NOTIFICATION OF NINETY DAYS EXPIRING**

In accordance with the provisions of S.D. Fla. L.R. 7.1(b)(4), Defendants, Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox ("Defendants"),[1] respectfully give notice that the Court conducted a hearing on September 29, 2020 (ECF. No. 161), but has not entered an order or otherwise determined certain motions to dismiss for failure to state a claim and for lack of personal jurisdiction (the "Motions") within ninety days of the hearing. Defendants make this filing only for the purposes of complying with their obligations under the Local Rules, are mindful of the Coronavirus pandemic's impact on the Court's operations and docket, as well as the recent holidays, and are grateful to the Court and its staff.

The parties filed a Joint Consent to Rulings of a Magistrate Judge on the Motions on May 14, 2020 (ECF No. 154), the Court issued an Order referring the Motions to United States

---

[1] The undersigned parties consented to the filing of this Joint Notification of Ninety Days Expiring on their behalf.

Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law on the same day (ECF No. 155), and Magistrate Judge McAliley conducted the September 29, 2020 hearing.

The titles, docket numbers, and service and filing dates for the Motions are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | 142 | March 27, 2020 |
| Defendants' Joint Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law | 144 | March 27, 2020 |
| Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Brief in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | 145 | March 27, 2020 |

The titles, docket numbers, and service and filing dates for the responsive memoranda are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Plaintiff's Opposition to Defendants' Joint Motion to Dismiss First Amended Complaint | 147 | April 24, 2020 |
| Plaintiff's Response in Opposition to Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(2), or Alternatively, Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery | 148 | April 24, 2020 |

2

The titles, docket numbers, and service and filing dates for the reply memoranda in further support of the Motions are as follows:

| Title(s) | Docket Number(s) | Service / Filing Date |
|---|---|---|
| Reply in Support of Defendants Bitmain Technologies Ltd. and Jihan Wu's Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(2) | 151 | May 8, 2020 |
| Defendants' Reply in Support of Joint Motion to Dismiss First Amended Complaint | 152 | May 8, 2020 |
| Defendants Payward Ventures, Inc.'s and Jesse Powell's Standalone Reply in Support of Defendants' Joint Motion to Dismiss the Amended Complaint | 153 | May 8, 2020 |

DATED this 11th day of January, 2021.

*/s/ Melissa Pallett-Vasquez*
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
LORI P. LUSTRIN
Florida Bar No.: 59228
llustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (*pro hac vice*)
krobson@omm.com
SERGEI ZASLAVSKY (*pro hac vice*)
szaslavsky@omm.com
ZHAO LIU (*pro hac vice*)
zliu@omm.com
BRIAN P. QUINN (*pro hac vice*)

3

bquinn@omm.com
PATRICK JONES (*pro hac vice*)
pjones@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Defendants Shammah Chancellor, Jason Cox, and Roger Ver*


/s/ Christopher R.J. Pace
CHRISTOPHER R.J. PACE
Florida Bar No. 721166
crjpace@jonesday.com
MARC A. WEINROTH
Florida Bar No. 42873
mweinroth@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799

JULIE M. MCEVOY (pro hac vice)
jmcevoy@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
Fax: (202) 626-1700

MARK W. RASMUSSEN (pro hac vice)
mrasmussen@jonesday.com
THOMAS D. YORK (pro hac vice)
tdyork@jonesday.com
**JONES DAY**
2727 N. Harwood Street
Suite 500
Dallas, TX 75201
Tel.: (214) 220-3939
Fax: (214) 969-5100

4

*Attorneys for Defendants Bitmain, Inc., Bitmain Technologies Ltd., and Jihan Wu*

/s/ Andrew C. Lourie
ANDREW C. LOURIE
Florida Bar No. 87772
andrew.lourie@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel.: (202) 664-1907
Fax: (305) 967-6120

BRIAN E. KLEIN (pro hac vice)
bklein@bakermarquart.com
DONALD R. PEPPERMAN (pro hac vice)
dpepperman@bakermarquart.com
**BAKER MARQUART LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850

*Attorneys for Defendants Payward Ventures, Inc. d/b/a Kraken, and Jesse Powell*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez Esq.