UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-25106-CIV-WILLIAMS

UNITED AMERICA CORP.,

    Plaintiff,

vs.

BITMAIN, INC., *et al.*,

    Defendant.

_____/

## **FINAL JUDGMENT**

**THIS MATTER** is before the Court following the entry of an order granting Defendants' joint motion to dismiss with prejudice. (DE 168). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants Bitmain, Inc., Roger Ver, Bitmain Technologies Ltd., Jihan Wu, Payward Ventures, Inc. d/b/a/ Kraken, Jesse Powell, Shammah Chancellor, and Jason Cox and against Plaintiffs United American Corporation.  Plaintiff shall take nothing from its claims.

2. All remaining motions are **DENIED AS MOOT**.  The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE